IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**COMMON CAUSE FLORIDA, et al.,**

    **Plaintiffs,**

v.                                                         Case No. 4:22-cv-109-AW-MAF

**LAUREL M. LEE, et al.,**

    **Defendants.**

_____/

## ORDER REGARDING REQUEST FOR THREE-JUDGE COURT

This case was misdocketed in the Panama City Division, transferred to the Tallahassee Division, and reassigned to me. ECF No. 3. The transfer order also included notice to the Chief Judge of the Eleventh Circuit of the request for a three-judge court.

Because 28 U.S.C. § 2284(b)(1) provides that "the judge to whom the request is presented shall . . . immediately notify the chief judge of the circuit, who shall designate two other judges . . . ," and because I am now the judge to whom the request is presented, in an abundance of caution, I hereby notify the Chief Judge of the Eleventh Circuit of the request for a three-judge court.

SO ORDERED on March 14, 2022.

                                                                s/ *Allen Winsor*
                                                                 United States District Judge