IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**COMMON CAUSE FLORIDA, et al.,**

    **Plaintiffs,**

v.                                                                          Case No. 4:22-cv-109-AW-MAF

**LAUREL M. LEE, et al.,**

    **Defendants.**

_____/

## ORDER SETTING CASE-MANAGEMENT CONFERENCE
## AND REQUIRING JOINT REPORT

Plaintiffs are Florida voters and organizations who seek, among other relief, an injunction preventing Florida's enacted congressional map from use in future elections. ECF No. 1. Defendants are Florida state officials sued in their official capacities, nearly all of whom have been served. ECF Nos. 18-24.

A three-judge district court has been convened, ECF No. 6, and it will hold a status conference at the United States Courthouse in Tallahassee on April 4, 2022 at 10:00 a.m. The conference will be to address scheduling and procedural matters. The Court will not address the pending motion to intervene (ECF No. 10) at the hearing.

The parties must confer before this conference and, no later than March 31, 2022, must file a joint report setting out the parties' respective positions on the following topics:

1

1. Whether there should be a preliminary injunction phase and, if so, what deadlines should be implemented for Plaintiffs' motion and Defendants' response.

2. Deadlines and timeframes for an appropriate litigation schedule.

3. Whether other parties should be—or must be—joined.

4. The extent to which discovery is necessary.

5. Appropriate timeframes for completing discovery.

6. Whether there are likely to be any threshold issues that will need immediate resolution.

7. The status of any other litigation involving these parties that seeks similar or related relief.

8. Any other scheduling or case-management issues that the parties conclude should be addressed at the case-management conference.

The parties must also confer regarding potential experts for appointment to assist the Court in preparing a map, if that becomes necessary. In their report, the parties must state whether they have agreed as to such individuals and, if not, each side may suggest one or more potential experts. By providing names, the parties are not conceding that appointment of any expert is appropriate or that the Court will or should prepare a map.

Counsel for Plaintiffs must immediately serve a copy of this order on Defendants and file a certificate of service.

SO ORDERED on March 24, 2022.

                                              s/ *Allen Winsor*
                                              United States District Judge
                                              for the Three-Judge District Court