UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COMMON CAUSE FLORIDA, *et al.*,

   *Plaintiffs*,

v.

   Case No. 4:22-cv-00109-AW-MAF

LAUREL M. LEE, in her official capacity as Florida Secretary of State, *et al.*,

   *Defendants*.

_____/

## NOTICE OF APPEARANCE ON BEHALF OF SPEAKER SPROWLS AND CHAIRS LEEK AND SIROIS

The undersigned gives notice of his appearance as counsel for Chris Sprowls, in his official capacity as the Speaker of the Florida House of Representatives; Thomas J. Leek, in his official capacity as the Chair of the Florida House of Representatives Redistricting Committee; and Tyler I. Sirois, in his official capacity as the Chair of the Florida House of Representatives Congressional Redistricting Subcommittee.

2

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301-1724
Telephone: 850-577-9090
andy.bardos@gray-robinson.com
*Attorney for Defendants Sprowls, Leek, and Sirois*

## **CERTIFICATE OF SERVICE**

I certify that, on March 25, 2022, this notice was filed through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
GRAYROBINSON, P.A.