## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

Common Cause Florida, FairDistricts Now,
Dorothy Inman-Johnson, Brenda Holt,
Leo R. Stoney, Myrna Young, and Nancy
Ratzan,

*Plaintiffs*,

Michael Arteaga, et al.,

*Intervenor Plaintiffs*,

v.

Laurel M. Lee, in her official capacity as
Florida Secretary of State,

*Defendant*.

Case No.: 4:22-cv-109-AW-MAF

## PLAINTIFFS' PROPOSED CONGRESSIONAL MAP

Pursuant to this Court's Order dated April 11, 2022, Plaintiffs Common Cause

Florida, FairDistricts Now, Dorothy Inman-Johnson, Brenda Holt, Leo R. Stoney,

Myrna Young, and Nancy Ratzan (collectively, "Plaintiffs") hereby respectfully

submit their proposed congressional map for the 2022 Florida statewide elections.

In support of this submission, Plaintiffs rely upon the accompanying Declaration of

Matthew A. Barreto, Ph.D., and the appendices annexed thereto, and state as follows:

13579647

1.     Plaintiffs' complaint challenges Florida's current congressional districts, which were rendered unconstitutionally malapportioned by a decade of population shifts and which violate Article I, Section 2 of the U.S. Constitution and 2 U.S.C. § 2c.

2.     The Florida Legislature and Governor DeSantis have been at an impasse on the new congressional district plan following the delivery of the 2020 Census data to be used for the 2022 statewide elections.

3.     On December 2, 2015, the Florida Supreme Court approved map FLCD2016 (the "Benchmark Map"), after finding that the 2012 congressional redistricting plan had violated the constitutional standards under the First Districts Amendments, Fla. Const. Art. III, § 20.  The Florida Supreme Court affirmed the trial court's finding that the Benchmark Map complies with the requirements of the Florida Constitution, including Article III, Section 20.  *See League of Women Voters of Fla. v. Detzner*, 179 So. 3d 258 (Fla. 2015).

4.     On January 19, 2022, the Florida Senate passed a congressional redistricting plan (S035C8060) ("Map 8060").

5.     Plaintiffs propose Map 8060 to this Court as the remedial redistricting plan for the 2022 statewide elections.  Map 8060 is attached hereto as Exhibit A.

6.     As detailed in the accompanying Declaration of Matthew A. Barreto, Ph.D., Map 8060 complies with all redistricting requirements under federal and state

2

law, including Article I, Section 2 of the U.S. Constitution, 2 U.S.C. § 2c, and the Fair Districts Amendments to the Florida Constitution, Fla. Const. Art. III, § 20. Among the maps proposed by the state legislature, Map 8060 also offers the least change as compared to the existing Benchmark Map.

WHEREFORE, for the foregoing reasons and those set forth in Plaintiffs' accompanying papers, Plaintiffs respectfully request that the Court enact Map 8060 as the congressional redistricting plan for use in Florida's 2022 statewide elections.

Date: April 18, 2022

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ Gregory L. Diskant

Gregory L. Diskant *(pro hac vice)*
H. Gregory Baker *(pro hac vice)*
Peter A. Nelson *(pro hac vice)*
Catherine J. Djang *(pro hac vice)*
Jacob Tuttle Newman *(pro hac vice)*
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
gldiskant@pbwt.com
hbaker@pbwt.com
pnelson@pbwt.com
cdjang@pbwt.com
jtuttlenewman@pbwt.com

3

Katelin Kaiser *(pro hac vice)*
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
(919) 323-3380
katelin@scsj.org

Henry M. Coxe III (FBN 0155193)
Michael E. Lockamy (FBN 69626)
BEDELL, DITTMAR, DeVAULT, PILLANS &
    COXE
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
(904) 353-0211
hmc@bedellfirm.com
mel@bedellfirm.com

*Attorneys for Plaintiffs*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 18, 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Gregory L. Diskant*

Gregory L. Diskant

13579647