IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**COMMON CAUSE FLORIDA, et al.,**

    **Plaintiffs,**

**MICHAEL ARTEAGA, et al.,**

    **Intervenor Plaintiffs,**            Case No. 4:22-cv-109-AW-MAF

v.

**LAUREL M. LEE,**

    **Defendant.**

_____/

## ORDER TO SHOW CAUSE

Plaintiffs initiated this case to challenge Florida's then-existing congressional districts. Last week, the Legislature enacted new congressional districts, replacing the districts Plaintiffs challenged. The Secretary has filed a suggestion of mootness. ECF No. 86. No later than April 29, Plaintiffs and Intervenor Plaintiffs must show cause why the court should not dismiss the case as moot.[1]

The Secretary's obligation to submit a proposed map and supporting materials, *see* ECF No. 76 at 2, is suspended.

---

[1] The Secretary seeks a dismissal with prejudice. ECF No. 86 at 3. But a dismissal for lack of jurisdiction is without prejudice. *Kennedy v. Floridian Hotel, Inc.*, 998 F.3d 1221, 1235 (11th Cir. 2021).

1

SO ORDERED on April 25, 2022.

                                              s/ *Allen Winsor*
                                              United States District Judge
                                              for the Three-Judge Court