UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| COMMON CAUSE FLORIDA et al.,<br><br>    Plaintiffs,<br><br>and<br><br>MICHAEL ARTEAGA, LENI FERNANDEZ, ANDREA HERSHORIN, JEAN ROBERT LOUIS, MELVA BENTLEY ROSS, DENNY TRONCOSO, BRANDON NELSON, GERALDINE WARE, and NINA WOLFSON,<br><br>    Intervenor-Plaintiffs,<br><br>              v.<br><br>LAUREL M. LEE, in her official capacity as Florida Secretary of State,<br><br>    Defendant. | Case No. 4:22-cv-00109-AW-MAF |

**<u>INTERVENOR-PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL</u>**

Intervenor-Plaintiffs Michael Arteaga, Leni Fernandez, Andrea Hershorin, Jean Robert Louis, Melva Bentley Ross, Denny Troncoso, Brandon Nelson, Geraldine Ware, and Nina Wolfson hereby give notice of the voluntary dismissal

without prejudice of all claims in their Complaint for Declaratory and Injunctive Relief (Doc. 77) pursuant to Federal Rule of Civil Procedure 41(a)(1).[1]

| Dated: April 28, 2022 | Respectfully submitted, |
|---|---|
| /s/ Frederick S. Wermuth<br>Frederick S. Wermuth<br>Florida Bar No. 0184111<br>Thomas A. Zehnder<br>Florida Bar No. 0063274<br>**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**<br>P.O. Box 1631<br>Orlando, Florida 32802<br>Telephone: (407) 422-2472<br>Facsimile: (407) 648-0161<br>fwermuth@kbzwlaw.com<br>tzehnder@kbzwlaw.com<br><br>John M. Devaney*<br>**PERKINS COIE LLP**<br>700 Thirteenth Street N.W., Suite 600<br>Washington, D.C. 20005<br>Telephone: (202) 654-6200<br>Facsimile: (202) 654-6211<br>jdevaney@perkinscoie.com | Abha Khanna*<br>Jonathan P. Hawley*<br>**ELIAS LAW GROUP LLP**<br>1700 Seventh Avenue, Suite 2100<br>Seattle, Washington 98101<br>Telephone: (206) 656-0177<br>Facsimile: (206) 656-0180<br>akhanna@elias.law<br>jhawley@elias.law<br><br>Christina A. Ford<br>Florida Bar No. 1011634<br>Joseph N. Posimato*<br>Graham W. White*<br>**ELIAS LAW GROUP LLP**<br>10 G Street NE, Suite 600<br>Washington, D.C. 20002<br>Phone: (202) 968-4490<br>Facsimile: (202) 968-4498<br>cford@elias.law<br>jposimato@elias.law<br>gwhite@elias.law<br><br>*Counsel for Intervenor-Plaintiffs*<br><br>*Admitted pro hac vice* |

---

[1] Defendant has not served an answer or a motion for summary judgment in response to Intervenor-Plaintiffs' Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111