UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| Common Cause Florida, FairDistricts Now, Florida State Conference of the National Association for the Advancement of Colored People Branches, Dorothy Inman-Johnson, Brenda Holt, Leo R. Stoney, Myrna Young, and Nancy Ratzan,<br><br>                 *Plaintiffs,*<br><br>v.<br><br>Ron DeSantis, in his official capacity as Governor of Florida, and Cord Byrd, in his official capacity as Florida Secretary of State,<br><br>                 *Defendants*. | Case No.: 4:22-cv-109-AW-MAF<br><br>**STIPULATION AND [PROPOSED] ORDER** |

      WHEREAS, on May 11, 2022, the Court granted the Plaintiffs' motion to amend their complaint (ECF No. 96).

      WHEREAS, the Plaintiffs' First Amended Complaint was accepted and deemed filed as of May 11, 2022 (ECF Nos. 96 and 97) and added Ron DeSantis, in his official capacity as the Governor of Florida, as a defendant.

      WHEREAS, Laurel M. Lee resigned from the position of Florida Secretary of State, effective May 16, 2022, and Defendant Ron DeSantis appointed Cord Byrd as Florida Secretary of State.

13628179

WHEREAS, counsel for Defendant Cord Byrd, in his official capacity as Florida Secretary of State, agreed to accept service of the summons and First Amended Complaint on behalf of Defendant Ron DeSantis, and has been served with the summons and First Amended Complaint on his behalf.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, between counsel for the Plaintiffs and Defendants, the following:

1. Defendant Ron DeSantis, in his official capacity as the Governor of Florida, waives any objections that he may have had to the method by which he was served in this Action and affirmatively submits to the jurisdiction of this Court.

2. Defendants shall have until June 8, 2022 to respond to the Amended Complaint.

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Gary V. Perko (FBN 855898)
gperko@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

Jason Torchinsky (Va. BN 47481) (D.C. BN 976033)

*/s/Gregory L. Diskant*
Gregory L. Diskant *(pro hac vice)*
H. Gregory Baker *(pro hac vice)*
Jonah M. Knobler *(pro hac vice* forthcoming)
Peter Shakro *(pro hac vice* forthcoming)
Catherine J. Djang *(pro hac vice)*
Alvin Li *(pro hac vice)*
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
gldiskant@pbwt.com
hbaker@pbwt.com

13628179

jtorchinsky@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
15405 John Marshall Hwy Haymarket
Prince William, VA 20169
(540) 341-8808

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building 500 S. Bronough
St. Tallahassee, FL 32399
(850) 245-6536

Joshua E. Pratt (FBN 119347)
joshua.pratt@eog.myflorida.com
Nicholas John Peter Meros (FBN 120270)
nicholas.meros@eog.myflorida.com
EXECUTIVE OFFICE OF THE GOVERNOR
400 S. Monroe St.
Tallahassee, FL 32399
(850) 717-9310

*Attorneys for Defendants*

jknobler@pbwt.com
pshakro@pbwt.com
cdjang@pbwt.com
ali@pbwt.com

Katelin Kaiser *(pro hac vice)*
Christopher Shenton (*pro hac vice forthcoming*)
Alexandra Wolfson (*pro hac vice forthcoming*)
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
(919) 323-3380
katelin@scsj.org
chrisshenton@scsj.org
alexandra@scsj.org

Janette Louard (*pro hac vice forthcoming*)
Anthony P. Ashton (*pro hac vice forthcoming*)
Anna Kathryn Barnes (*pro hac vice forthcoming*)
NAACP
OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

13628179

Henry M. Coxe III (FBN 0155193)
Michael E. Lockamy (FBN 69626)
BEDELL, DITTMAR, DeVAULT,
PILLANS & COXE
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
(904) 353-0211
hmc@bedellfirm.com
mel@bedellfirm.com

*Attorneys for Plaintiffs*

**SO ORDERED**

_____

13628179