IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**COMMON CAUSE FLORIDA, et al.,**

    **Plaintiffs,**

v.                                                                              Case No. 4:22-cv-109-AW-MAF

**CORD BYRD, in his official capacity as
Florida Secretary of State,**

    **Defendant.**

_____/

## INITIAL SCHEDULING ORDER

1. The parties' deadline for their Rule 26(f) conference is December 8, 2022. At the conference, the attorneys must address the matters set out in Rules 16(b)(3)(A), 16(b)(3)(B), 16(c)(2), 26(f)(2), and 26(f)(3). The attorneys may meet telephonically, by video conference, or in person. Written exchanges are insufficient.

2. The deadline to file the Rule 26(f) report is December 22. The report must address the matters set out in Rules 16(b)(3)(A), 26(f)(2), and 26(f)(3), and it may address any other scheduling or case-management issues. It must set out the parties' positions on when the case will be ready for trial and provide an estimated length of trial.

3. Unless the parties agree otherwise (and report the agreement in their Rule 26(f) report)—or unless the court orders otherwise—these are the deadlines for Rule 26 disclosures:

    a.    Rule 26(a)(1) initial disclosures: 14 days after the Rule 26(f) conference;

    b.    Rule 26(a)(2) disclosures: the deadline Rule 26(a)(2)(D) imposes;

    c.    Rule 26(a)(3) disclosures: the deadline set in an order for pretrial conference (to be entered later) or, if no such order is entered, the deadline set out in Rule 26(a)(3)(B).

4.    The parties may begin discovery after their Rule 26(f) conference. Unless otherwise ordered after review of the parties' Rule 26(f) report, the deadline to complete discovery will be May 19, 2023.

5.    Discovery materials and Rule 26(a)(1) and (2) disclosures must be served but must not be filed, except as required by Local Rule 26.1(A).

6.    Motions to compel discovery may be filed no later than 30 days before the close of discovery. (The court will entertain a motion after this deadline only if the movant shows reasonable diligence during the discovery period and the dispute in question arose during the last 30 days of discovery.)

7.    Any motion to compel discovery must include a certificate of conference, detailing efforts to resolve the issue without court involvement.

8.    The deadline for any summary judgment or dispositive motion is 21 days after the end of discovery. Local Rule 56.1 applies to summary judgment motions. In addition, parties must follow these procedures for all summary judgment motions:

a. Parties must first file a notice listing exhibits to be filed in support of (or in opposition to) summary judgment. The exhibits themselves must be filed as attachments to the notice. (Exhibits that cannot be filed on CM/ECF (*e.g.*, video files) may be submitted to the clerk.)

b. The filing party must then file the summary judgment motion (or response) citing to the ECF number for each referenced exhibit, along with the pertinent page number.

c. Any deposition transcript filed must be filed in text searchable form.

SO ORDERED on November 15, 2022.

                                      s/ *Allen Winsor*
                                      United States District Judge
                                      for the Three-Judge Court