IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| Common Cause Florida, FairDistricts Now, Florida State Conference of the National Association for the Advancement of Colored People Branches, Dorothy Inman-Johnson, Brenda Holt, Leo R. Stoney, Myrna Young, and Nancy Ratzan,<br><br>     *Plaintiffs,*<br><br>  v.<br><br>Cord Byrd, in his official capacity as Florida Secretary of State,<br><br>     *Defendant*. | Case No.: 4:22-cv-109-AW-MAF |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiffs Common Cause Florida, FairDistricts Now, Florida State Conference of the National Association for the Advancement of Colored People Branches, Dorothy Inman-Johnson, Brenda Holt, Leo R. Stoney, Myrna Young, and Nancy Ratzan (collectively, "Plaintiffs") respectfully move pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file a second amended complaint. In support of their motion, Plaintiffs state as follows:

1. On December 23, 2022, this Court entered a scheduling order for this matter. Dkt. No. 122. The scheduling order stated that "[t]he parties' Rule 26(f)

report (ECF No. 121) will control the matters it addresses, except to the extent of any conflict with this order. On matters not addressed in this order or the parties' Rule 26(f) report, the Initial Scheduling Order (ECF No. 116) remains effective."

2. The parties' Rule 26(f) report specified February 6, 2023 as the last day to amend the pleadings in this matter. *See* Dkt. No. 121. There are no conflicts between this deadline in the parties' Rule 26(f) report and the scheduling order entered by this Court on December 23, 2022.

3. Consistent with that February 6, 2023 deadline, Plaintiffs respectfully move for leave to amend their complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). As noted in the Rule 7.1(B) certification, the Defendant does not oppose this motion. The proposed amended complaint adds five individual plaintiffs, alleges additional facts, and updates language to reflect developments that have occurred since the first amended complaint. It does not add any new claims or change the status of the matter.

4. In accordance with Local Rule 15.1, Plaintiffs have filed their proposed amended complaint contemporaneously with the motion as Exhibit A.

## LOCAL RULE 7.1(B) CERTIFICATION

Counsel for Plaintiffs has conferred with counsel for Defendant on Defendant's position on this motion. The Defendant's position is "[n]o opposition."

Date: February 6, 2023

Respectfully submitted,

PATTERSON BELKNAP WEBB
& TYLER LLP

*/s/ Gregory L. Diskant*

Gregory L. Diskant *(pro hac vice)*
H. Gregory Baker *(pro hac vice)*
Jonah M. Knobler (*pro hac vice* forthcoming)
Catherine J. Djang *(pro hac vice)*
Alvin Li (*pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
gldiskant@pbwt.com
hbaker@pbwt.com
jknobler@pbwt.com
cdjang@pbwt.com
ali@pbwt.com

Katelin Kaiser *(pro hac vice)*
Christopher Shenton (*pro hac vice* forthcoming)
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101

Durham, NC 27707
(919) 323-3380
katelin@scsj.org
chrisshenton@scsj.org

Janette Louard (*pro hac vice* forthcoming)
Anthony P. Ashton (*pro hac vice* forthcoming)
Anna Kathryn Barnes (*pro hac vice* forthcoming)
NAACP OFFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

Henry M. Coxe III (FBN 0155193)
Michael E. Lockamy (FBN 69626)
BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
(904) 353-0211
hmc@bedellfirm.com
mel@bedellfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Gregory L. Diskant*
Gregory L. Diskant
