# Exhibit 1

**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

COMMON CAUSE FLORIDA, et al.,

                *Plaintiffs*,

      v.

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,

                *Defendant*.

CASE NO. 4:22-CV-109-AW/MAF

**<u>FLORIDA SECRETARY OF STATE'S INITIAL DISCLOSURES</u>**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Florida Secretary of State  Cord Byrd ("Defendant") makes the following initial disclosures:

A.    <u>Individuals Likely to Have Discoverable Information Supporting Defendant's Claims or Defenses</u>.

      1.  Plaintiffs, both Individuals and Organizations
          c/o Patterson Belknap Webb & Tyler LLP
          1133 Avenue of the Americas
          New York, NY 10036
          (212) 336-2000
          <u>Subjects:</u> standing to sue

      2.  The 67 State Supervisors of Elections
          Contact information can be found at the following link:
          https://www.myfloridaelections.com/Contact-your-SOE
          <u>Subjects:</u> implementation and appropriateness of any remedy

1

B.   <u>Description of Documents in the Possession, Custody or Control of Defendant
that Defendant May Use to Support its Claims or Defenses</u>.

All discoverable information is publicly available at the following links:

https://www.floridaredistricting.gov/,

https://fleog.sharepoint.com/sites/Open_Gov/Public%20Record%20Request/Forms
/AllItems.aspx?id=%2Fsites%2FOpen%5FGov%2FPublic%20Record%20Request
%2FPublic%20Records%20Requests&p=true&ga=1. Otherwise, all other material
in the possession, custody, and control of Defendant is protected by the executive
privilege, the legislative privilege, the deliberative process privilege, the attorney-
client privilege, and the work-product doctrine.

C.   <u>Damages</u>.

Plaintiffs claim the following damages:

1. Attorneys' fees, costs, disbursements, and reasonable attorneys' fees as
   provided by law.

D.   <u>Insurance Agreements</u>.

Not applicable.

E.   <u>Reservation of Defendant's Right to Supplement</u>.

Defendant reserves the right to supplement these initial disclosures as
discovery progresses.

Dated: December 20, 2022

Respectfully submitted by:

Bradley R. McVay (FBN 79034)
Ashley Davis (FBN 48032)
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
Brad.mcvay@dos.myflorida.com
Ashley.davis@dos.myflorida.com
Telephone: (850) 245-6536

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe St., Suite 500
Tallahassee, Florida 32301
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
Telephone: (850) 274-1690

Jason Torchinsky (Va. BN 47481) (DC
BN 976033)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW, Suite 643A
Washington, D.C. 20037
jtorchinsky@holtzmanvogel.com
Telephone: (202) 737-8808

Taylor A.R. Meehan (IL BN 6343481)
(Va. BN 97358)
Cameron T. Norris (TN BN 33467)
(Va. BN 91624)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700

3

Arlington, VA 22209
taylor@consovoymccarthy.com
cam@consovoymccarthy.com
Telephone: (703) 243-9423

*Counsel for Secretary Byrd*

\*Admitted *pro hac vice*

4

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, the foregoing document was

served via e-mail on the following counsel:

Gregory L. Diskant
H. Gregory Baker
Jonah M. Knobler
Catherine J. Djang
Alvin Li
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
gldiskant@pbwt.com
hbaker@pbwt.com
jknobler@pbwt.com
cdjang@pbwt.com
ali@pbwt.com
Telephone: (212) 336-2000

Henry M. Coxe, III
Michael E. Lockamy
BEDELL, DITTMAR, DEVAULT,
PILLANS, & COXE
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
hmc@bedellfirm.com
mel@bedellfirm.com
Telephone: (904) 353-0211

Katelin Kaiser
Christopher Shenton
Alexandra Wolfson
SOUTHERN COALITION FOR
SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
katelin@scsj.org
chrisshenton@scsj.org
alexandra@scsj.org
Telephone: (919) 323-3380

Janette Louard
Anthony P. Ashton
Anna Kathryn Barnes
NAACP
OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org
Telephone: (410) 580-5777

/s/ Mohammad O. Jazil