UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| Common Cause Florida, FairDistricts Now, Florida State Conference of the National Association for the Advancement of Colored People Branches, Cassandra Brown, Peter Butzin, Charlie Clark, Dorothy Inman-Johnson, Veatrice Holifield Farrell, Brenda Holt, Rosemary McCoy, Leo R. Stoney, Myrna Young, and Nancy Ratzan,<br><br>               *Plaintiffs,*<br><br>   v.<br><br>Cord Byrd, in his official capacity as Florida Secretary of State,<br><br>              *Defendant*. | Case No. 4:22-cv-109-AW-MAF |

## JOINT MOTION FOR CONTINUANCE OF TRIAL AND PRE-TRIAL DEADLINES

Plaintiffs Common Cause Florida, FairDistricts Now, Florida State Conference of the National Association for the Advancement of Colored People Branches, Cassandra Brown, Peter Butzin, Charlie Clark, Dorothy Inman-Johnson, Veatrice Holifield Farrell, Brenda Holt, Rosemary McCoy, Leo R. Stoney, Myrna Young, and Nancy Ratzan (collectively the "Plaintiffs"), and Defendant Cord Byrd, in his official capacity as Florida Secretary of State, file this joint motion to respectfully request the Court for a continuance of the start of trial from Monday,

1

September 25, 2023 to Tuesday, September 26, 2023 and to set the pre-trial deadlines that the parties have agreed to below. In support, the parties state the following:

1. The start of trial for this matter is currently September 25. Doc. 122. This falls on the Jewish holiday of Yom Kippur.

2. Given that a number of attorneys for the parties observe Yom Kippur, the parties respectfully request that the Court move the start of trial to September 26.

3. The parties believe that they will still be able to complete the trial within the two-week span—between September 25 and October 6—reserved by the Court in its December 23, 2022, scheduling order. Doc. 122.

4. Furthermore, to accommodate for the Defendant's trial in the state-redistricting case (*BVM v. Byrd*, 2022 CA 666 (Fla. 2d Jud. Cir.)), between August 22 and September 1, the parties submit the following pre-trial deadlines for the Court's consideration:

| Pre-Trial Event | Deadline |
| --- | --- |
| Parties exchange exhibit lists | September 5, 2023 |
| Parties exchange deposition designations | September 5, 2023 |
| Parties exchange deposition counter-designations | September 12, 2023 |
| Parties exchange witness lists | September 12, 2023 |
| Parties file pre-trial briefs (no more than 12,000 words) with the Court | September 19, 2023 |
| Party tendering a witness provides a list of the exhibits that the witness will introduce into evidence | 72 hours before the witness is called |

| The other party provides objections to the aforementioned list of exhibits | 24 hours before the witness is called |

WHEREFORE, the parties jointly and respectfully request that the Court issue a continuance of the start of trial to September 26, 2023, and enter the pre-trial deadlines agreed to by the parties.

| | |
|---|---|
| /s/ Gregory L. Diskant | Bradley R. McVay (FBN 79034) |
| | Deputy Secretary of State |
| Gregory L. Diskant (pro hac vice) | Joseph S. Van de Bogart (FBN 84764) |
| H. Gregory Baker (pro hac vice) | General Counsel |
| Jonah M. Knobler (pro hac vice) | Ashley Davis (FBN 48032) |
| Catherine J. Djang (pro hac vice) | Chief Deputy General Counsel |
| Alvin Li (pro hac vice) | FLORIDA DEPARTMENT OF STATE |
| PATTERSON BELKNAP WEBB & TYLER LLP | R.A. Gray Building |
| | 500 S. Bronough Street |
| 1133 Avenue of the Americas | Tallahassee, Florida 32399 |
| New York, NY 10036 | Brad.mcvay@dos.myflorida.com |
| (212) 336-2000 | Joseph.vandebogart@dos.myflorida.com |
| gldiskant@pbwt.com | Ashley.davis@dos.myflorida.com |
| hbaker@pbwt.com | Telephone: (850) 245-6536 |
| jknobler@pbwt.com | |
| cdjang@pbwt.com | /s/ Michael Beato |
| ali@pbwt.com | Mohammad O. Jazil (FBN 72556) |
| | Gary V. Perko (FBN 855898) |
| Katelin Kaiser (pro hac vice) | Michael Beato (FBN 1017715) |
| Christopher Shenton (pro hac vice) | HOLTZMAN VOGEL BARAN |
| SOUTHERN COALITION FOR SOCIAL JUSTICE | TORCHINSKY & JOSEFIAK |
| | 119 S. Monroe Street, Suite 500 |
| 1415 West Highway 54, Suite 101 | Tallahassee, Florida 32301 |
| Durham, NC 27707 | mjazil@holtzmanvogel.com |
| (919) 323-3380 | gperko@holtzmanvogel.com |
| katelin@scsj.org | mbeato@holtzmanvogel.com |
| chrisshenton@scsj.org | Telephone: (850) 274-1690 |

3

| | |
|---|---|
| Janette Louard (*pro hac vice* forthcoming)<br>Anthony P. Ashton (*pro hac vice* forthcoming)<br>Anna Kathryn Barnes (*pro hac vice* forthcoming)<br>NAACP OFFICE OF THE GENERAL COUNSEL<br>4805 Mount Hope Drive<br>Baltimore, MD 21215<br>Telephone: (410) 580-5777<br>jlouard@naacpnet.org<br>aashton@naacpnet.org<br>abarnes@naacpnet.org | Jason Torchinsky (Va. BN 478481)<br>(D.C. BN 976033)<br>HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK<br>2300 N Street NW, Suite 643A<br>Washington, D.C. 20037<br>jtorchinsky@holtzmanvogel.com<br>Telephone: (202) 737-8808<br><br>Taylor A.R. Meehan (IL BN 6343481) (Va. BN 97358)<br>Cameron T. Norris (TN BN 33467) (Va. BN 91624)*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, VA 22209<br>taylor@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>Telephone: (703) 243-9423 |
| Henry M. Coxe III (FBN 0155193)<br>Michael E. Lockamy (FBN 69626)<br>BEDELL, DITTMAR, DeVAULT, PILLANS &<br> COXE<br>The Bedell Building<br>101 East Adams Street<br>Jacksonville, Florida 32202<br>(904) 353-0211<br>hmc@bedellfirm.com<br>mel@bedellfirm.com<br><br>*Attorneys for Plaintiffs* | *Counsel for Secretary Byrd*<br><br>*Admitted Pro hac vice* |

## LOCAL RULE CERTIFICATIONS

I certify that the parties have conferred and thus complied with the attorney-conference requirement of Local Rule 7.1(B). This is a joint motion.

This motion contains 362 words and complies with the word-count requirement of Local Rule 7.1(F).

/s/ Michael Beato
Michael Beato

## CERTIFICATE OF SERVICE

I certify that on August 4, 2023, the foregoing was filed through the Court's CM/ECF, which will serve a copy to all counsel of record.

/s/ Michael Beato
Michael Beato
