IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**COMMON CAUSE FLORIDA, et al.,**

    **Plaintiffs,**

v.                                  Case No. 4:22-cv-109-AW-MAF

**CORD BYRD, in his official capacity as
Florida Secretary of State,**

    **Defendant.**

_____/

## **ORDER REGARDING TRIAL AND SCHEDULE**

The parties' joint motion to continue the trial one day (ECF No. 169) is GRANTED. The trial will begin at 8:30 a.m. on September 26 at the Joseph Woodrow Hatchett United States Courthouse and Federal Building, Tallahassee. The parties are also advised that there will not be trial on Friday, September 29. The court has reserved the full following week, leaving eight total trial days.

The parties must promptly confer and, no later than August 30, file a joint report setting out the following:

- The total anticipated length of each side's case;
- All facts to which the parties have stipulated;
- A concise statement of those issues of law upon which there is agreement;
- A concise statement of those issues of fact that remain to be litigated;
- A concise statement of those issues of law that remain for the court's resolution;

1

- A concise statement of any disagreement as to the application of rules of evidence or of the Federal Rules of Civil Procedure;

- The parties' respective views on whether, to expedite the trial presentation, expert testimony should be presented in advance in writing, with live testimony limited to summary direct examinations (30-45 minutes per expert) and cross examination; and

- Any other topics the parties believe may promote an orderly and efficient trial.

No later than September 19, each side must file a trial brief, setting out that side's case and identifying and briefing any disputed legal issues.

The parties' proposed pretrial deadlines (ECF No. 169 at 2-3) are adopted.

SO ORDERED on August 7, 2023.

s/ *Allen Winsor*
United States District Judge
for the Three-Judge Court