Page 1

_____

Common Cause, et al.                    )

                                        )

v.                                      )  4:22-cv-109

                                        )

Cord Byrd                               )

_____)



TRANSCRIPTION OF VIDEO RECORDING

HOUSE CONGRESSIONAL REDISTRICTING SUBCOMMITTEE

APRIL 19, 2022

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

HT_0000082

Page 2

APRIL 19, 2022

CHAIRMAN SIROIS:  The Congressional Redistricting Subcommittee will come to order.

DJ, please call the roll.

THE CLERK:  Chair Sirois.

CHAIRMAN SIROIS:  Here.

THE CLERK:  Vice Chair Tuck.

VICE CHAIR TUCK:  Here.

THE CLERK:  Ranking Member Skidmore.

DEMOCRATIC RANKING MEMBER SKIDMORE:  Here.

THE CLERK:  Representatives Benjamin.

REPRESENTATIVE BENJAMIN:  Here.

THE CLERK:  Brown.

REPRESENTATIVE BROWN:  Here.

THE CLERK:  Fabricio.

REPRESENTATIVE FABRICIO:  Here.

THE CLERK:  Fetterhoff.

REPRESENTATIVE FETTERHOFF:  Here.

THE CLERK:  Harding.

REPRESENTATIVE HARDING:  Here.

THE CLERK:  Hunschofsky.

REPRESENTATIVE HUNSCHOFSKY:  Here.

THE CLERK:  Joseph.  Joseph.  Latvala.

REPRESENTATIVE LATVALA:  Here.

HT_0000083

4/19/2022                 Common Cause, et al. v. Cord Byrd                 Audio Transcription

Page 3

THE CLERK:  Maggard.

REPRESENTATIVE MAGGARD:  Here.

THE CLERK:  Massullo.  Massullo.

McClure.

REPRESENTATIVE MCCLURE:  I'm here.

THE CLERK:  Morales.

REPRESENTATIVE MORALES:  Present.

THE CLERK:  Perez.

REPRESENTATIVE PEREZ:  Here.

THE CLERK:  Plakon.

REPRESENTATIVE PLAKON:  Here.

THE CLERK:  Silvers has been excused.

Trabulsy.

REPRESENTATIVE TRABULSY:  Here.

THE CLERK:  Truenow.

REPRESENTATIVE TRUENOW:  Here.

THE CLERK:  Williamson.

REPRESENTATIVE WILLIAMSON:  Here.

THE CLERK:  Ex Officio Driskell.

REPRESENTATIVE DRISKELL:  Here.

THE CLERK:  Ex Officio Leek.

REPRESENTATIVE LEEK:  Here.

THE CLERK:  Quorum is present, Mr. Chair.

CHAIRMAN SIROIS:  Thank you very much, DJ.

Members, a few reminders before we begin.

HT_0000084

4/19/2022                 Common Cause, et al. v. Cord Byrd                 Audio Transcription

Page 4

Please silence all electronic devices, and if you're here today to give public testimony, please take time now to fill out an appearance form and turn it into the Sergeant staff.

As a reminder for our members and speakers today, please turn your microphone on when you are speaking and off when you are finished.

Members, welcome back to special session. We have a lot of work ahead of us today. So let's jump right in.

For those of you who may be tuning in for the first time and as a refresher for the rest of it, I'd like to first take a moment to recap. We began our redistricting process back in September of 2021. Since then, we've debuted a website, a map drawing application, and held numerous committee meetings.

On March 4th, the House and Senate both passed Committee Substitute for Senate Bill 102. Now, from there, unlike what happens in our state legislative redistricting maps that receive Florida Supreme Court review, our congressional redistricting maps do not receive court review and instead move like a normal bill, which means they are sent to the Governor for approval or veto.

HT_0000085

Page 5

On March 29th, the bill was sent to the Governor, who vetoed it the same day, citing concerns with the United States Constitution. That same day, he issued a proclamation, calling the Legislature into special session to resolve these concerns and established Florida's 28 congressional districts to be used in the upcoming election cycle.

Chair Leek and I received a briefing from the Governor's Office about their proposed map. It is my understanding that the Senator received a similar briefing. I'm glad to inform everyone that the Governor's Office is joining us today to provide that same briefing to all Committee members and the public, as well as be available for questions about the proposed map.

As the Speaker, as well as the Senate President, have stated, our goal during special session is to pass a new congressional map that will both earn the Governor's signature and withstand legal scrutiny, if challenged. This elected body is responsible to the citizens of Florida to complete our constitutional obligation to pass a congressional map.

Now, let's talk about the flow and the roadmap for today's meeting. We have one bill on

HT_0000086

the agenda for consideration, House Bill 1-C by Representative Leek.  I want to assure members and the public that I intend to allow for enough time for members to ask questions, to hear public testimony, and to allow for debate.  I'll be tracking our time closely this afternoon and will keep the Committee informed as we move along.

Shortly, I will recognize Representative Leek to explain his bill, which contains the proposed congressional map, P-000C0109.  As you may be aware, 10 districts of this map are from our previously passed legislative map, and 18 of the districts are being newly proposed by the Governor's Office.

Seeing as the House did not have a role in drawing those districts proposed by the Governor, we have invited their team to be present today to explain the map and answer questions from members afterwards.  As is normal, we will move into public testimony and member debate before taking a vote on House Bill 1-C.

I'd like to take a moment to also address decorum.  There's been a lot of chatter, speculation, and name calling over the last several weeks in anticipation of this special session and

Page 7

the new proposed map that we'll be considering today.  I want to be very clear.  Today's meeting with proceed with professionalism, civility, and the decorum that Floridians expect of this legislative body.  Members of this Committee and the public alike will keep their emotions and opinions respectable and thoughtful and not engage in personal or partisan attacks.

As we've talked about since last fall, there is no single correct redistricting map.  There is no such thing as the best map.  We are here to consider the next map that will govern elections in Florida for the next decade, and that is no small feat.

The last housekeeping item before we transition into our bill presentation is that, members, in front of you is the data packet for map P-000C0109.  Similar to the packet produced for previous maps we reviewed, this packet contains information such as county and city splits, compactness scores, and functional analysis data.  The bill text is also here in front of DJ in this binder if you would like to review it.

Members, up for consideration today is House Bill 1-C, establishing congressional districts

HT_0000088

Page 8

of the state.  And as we've done for every other map presentation, I will ask you to hold questions until all districts have been explained to ensure we get through a description of the entire state, and no one region is rushed.

Representative Leek, you are now recognized to present House Bill 1-C.

REPRESENTATIVE LEEK:  Thank you, Chair Sirois.

Before I dive into the map itself, I want to echo Chair Sirois' comments from earlier.  We as legislators should feel a strong sense of responsibility for passing redistricting maps out of this body.  A narrative has started to proliferate that the Legislature has somehow ceded its map drawing responsibility to the Governor.  I find that to be a false narrative and incorrect on its face.

We have not ceded any responsibility.  In fact, we have not -- we have done a responsibility once by passing maps during the regular session, and we will complete it again during this special session.  The Governor has also fulfilled his responsibility and chose to veto our maps for reasons I believe his team will elaborate on today.

Both branches of government have a role in

HT_0000089

Page 9

this process just like with any other bill.  The only abdication of responsibility would be if we threw our hands up and sent an impasse to the courts, allowing them or third parties, all of whom are unelected, to draw our maps.

Instead, we have chosen to stay at the table, continue the conversation, and hear out the Governor and work together because that is not only -- not only our responsibility but what Floridians expect of us as their legislators.

Our goal for special session is to produce a work product that is legislatively passed and executively signed.  It's through that lens that I hope we will all move forward with today's meeting.

Now, on to the presentation.  Today, we will be presenting map P-000C0109.  This is the map reflected in the data packet in front of you, as well as being posted on www.FloridaRedistricting.gov.

As Chair Sirois mentioned, 10 of the districts in this map are exact copies of districts that the Legislature passed during the regular session.  Those are Congressional Districts 1, 2, 20, 21, 22, 23, 24, 25, 27, and 28.  You can see those here on our screen.

4/19/2022                  Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 10

The new proposed districts that will be presented by the Governor's Office today consists of Congressional Districts 3-19 and 26, as now seen on the screen.  Given the new proposed districts are the focus of today's meeting, I would like to ask Chair Sirois to recognize the Governor's Office to explain these districts.

I'm more than happy to take questions on the Legislature's districts after the presentation but don't want to use our limited time redescribing configurations we've all previously heard several times.

CHAIRMAN SIROIS:  Thank you very much, Representative Leek.

Representative Skidmore?

DEMOCRATIC RANKING MEMBER SKIDMORE:  Thank you, Mr. Chair.

I'd like to move that the Governor's staff be put under oath while testifying in the Subcommittee today.

CHAIRMAN SIROIS:  Representative Skidmore, first of all, that procedure would be different from any of the testimony that we received in our Committee thus far, and as far as my length of service in the Legislature, I think that that would

HT_0000091

Page 11

be an extraordinary step that I don't feel is necessary and, frankly, I find absurd to seek to put a member of another branch of our government under oath.

So that is not well received by me, and as Chair, I will choose to decline your request.

DEMOCRATIC RANKING MEMBER SKIDMORE: Follow-up?

UNIDENTIFIED FEMALE: Mr. Chair, point of --

CHAIRMAN SIROIS: Representative Skidmore.

DEMOCRATIC RANKING MEMBER SKIDMORE: Thank you, Mr. Chair.

Pursuant to Rule 7.2, we have the ability to move to have members or guests who are testifying in Committee to be put under oath, and I feel that it is a fair motion under the circumstances. And I'd like us to move through that process with a -- if we could get a second and a vote on it.

UNIDENTIFIED FEMALE: I second.

CHAIRMAN SIROIS: Thank you.

Representative Skidmore, again, I'm going to voice that I think that that is an extraordinary and unnecessary step for us to take. But I will put it to this Committee.

Page 12

But as we move forward, I think it's a good point to point out the tone for today's Committee meeting.  This is a state house, not a courthouse, and that's how I intend to proceed with this Committee today.  So in the spirit of working with you and moving our process forward, I will put that to the vote of a Committee, and I will ask for a voice vote.

Those in favor of putting the witness providing testimony today under oath please indicate so by saying aye.

(Multiple yeas).

And those opposed, please say no.

(Multiple nos)

CHAIRMAN SIROIS:  In the judgment of the Chair, the nos have it.

We'll now proceed.

Representative Driskell.

REPRESENTATIVE DRISKELL:  (Indiscernible)

CHAIRMAN SIROIS:  All right.  On the motion that we just voted on, seeing two hands on the motion that we just had a voice vote on, DJ, I would ask you to call the roll.

THE CLERK:  Chair Sirois.

CHAIRMAN SIROIS:  No.

HT_0000093

4/19/2022                 Common Cause, et al. v. Cord Byrd                 Audio Transcription

Page 13

THE CLERK: Representatives Benjamin.

REPRESENTATIVE BENJAMIN: Yes.

THE CLERK: Brown.

REPRESENTATIVE BROWN: Yes.

THE CLERK: Fabricio.

REPRESENTATIVE FABRICIO: No.

THE CLERK: Fetterhoff.

REPRESENTATIVE FETTERHOFF: No.

THE CLERK: Harding.

REPRESENTATIVE HARDING: No.

THE CLERK: Hunschofsky.

REPRESENTATIVE HUNSCHOFSKY: Yes.

THE CLERK: Joseph.

REPRESENTATIVE JOSEPH: Yes for transparency.

THE CLERK: Latvala.

REPRESENTATIVE LATVALA: No.

THE CLERK: Maggard.

REPRESENTATIVE MAGGARD: No.

THE CLERK: Massullo.

REPRESENTATIVE MASSULLO: No.

THE CLERK: McClure.

REPRESENTATIVE MCCLURE: No.

THE CLERK: Morales. Morales.

UNIDENTIFIED FEMALE: Daisy, you have to

HT_0000094

Page 14

vote.

THE CLERK:  Perez.

REPRESENTATIVE PEREZ:  No.

THE CLERK:  Plakon.

Silvers has been excused.

Skidmore.

DEMOCRATIC RANKING MEMBER SKIDMORE:  Yes.

THE CLERK:  Trabulsy.

REPRESENTATIVE TRABULSY:  No.

THE CLERK:  Truenow.

REPRESENTATIVE TRUENOW:  No.

THE CLERK:  Tuck.

VICE CHAIR TUCK:  No.

THE CLERK:  Williamson.

REPRESENTATIVE WILLIAMSON:  No.

THE CLERK:  Ex Officio Driskell.

REPRESENTATIVE DRISKELL:  Yes.

THE CLERK:  Ex Officio Leek.

REPRESENTATIVE LEEK:  No.

THE CLERK:  Six yeas, fifteen nays, Mr. Chair.

CHAIRMAN SIROIS:  Thank you, DJ.

Members, the motion fails.

The Governor's Office is recognized, and if you would please identify yourself, sir, for the

HT_0000095

Page 15

Committee and the record that would be appreciated.

ALEX KELLY:  Thank you, Mr. Chair.

I'm Alex Kelly with the Executive Office of the Governor, and I'm a deputy chief of staff for the Governor.  And I should say apologies for the PowerPoint.  Obviously, I made the PowerPoint before House Bill 1-C was filed.  So obviously, I'll be speaking to House Bill 1-C and I guess obviously the identical content of Senate Bill 2-C today.  But that's it again.  Thank --

CHAIRMAN SIROIS:  Mr. Kelly, I'm sorry to interrupt you.  If you could pull that microphone a little bit closer and just speak up a little bit.

ALEX KELLY:  Thank you, my apology.

Again, thank you, member -- thank you -- thank you, Mr. Chair, members, and thank you for this opportunity to present the views of the Executive Office of the Governor on the -- the proposed congressional reapportionment plan and to discuss our work and our contributions to this compromise plan.

Just to give you a very brief introduction, you know.  Frequently today, I'll refer to improvements in the plan, and I think obviously the Chair and the -- and the sponsor gave a great

HT_0000096

Page 16

introduction to the plan.  I'll be really speaking to just the 18 districts that are different, although sometimes I'll very generically refer to the plan as a whole.  But I really am really referring to our specific and my specific contributions to those 18 districts.

And oftentimes throughout the presentation, I will compare very specifically this plan, Plan 0109, to the primary plan the Legislature passed, Plan 8019.  Although there are some instances where I'll refer to both, and I'll try to remember to identify both when I'm making a comment that definitely refers to both.

So for the purpose of my introduction, so I am the map drawer of the 18 districts in this plan.  Obviously, I assumed that context would be helpful.  So I am the map drawer of these districts, and to give you just a little bit of background of myself, 10 years ago, I was the staff director of the House Redistricting Committee here in the Florida House of Representatives.

Starting in January this year, I initially served for our office in a role of just providing guidance and oversight to our in-house counsel and our contract counsel and also a contract map drawer

HT_0000097

Page 17

that we brought on board to help initially start our engagement in this process.

For reference, that contract map drawer that we brought on board -- his name is Adam Foltz -- the initial map that we submitted on behalf of our office, map 0079, was drawn by -- was authored by Mr. Foltz.  For just a little context for his background, he has been a map drawer for state Legislatures in Wisconsin and Texas, and actually currently he's drawing maps for the state of Texas at this present time.

Much like your professional staff, myself, our map drawer who drew our original map, map 0079, we've only drawn maps on behalf of state government. Adam Foltz and I collaborated on our office's second contribution, map 0094, and, again, I alone authored the 18 changes -- the 18 districts that are changed in the map before you today and as to how they compare to map 8019.

Some additional notes I'll point out at the outset that will be helpful for today, one, no one directed me to favor or disfavor a political party or incumbent throughout this process, and I did not draw any districts or make any districts or make any contributions with the intent of favoring or

HT_0000098

Page 18

disfavoring a political party or an incumbent.

Two, in drawing any of the districts submitted by our office, I did not consider or even look at political data, including party registration, voter data.  In other words, I do not know the voting history or party registration numbers for any of the districts that I have drawn.

With that said, the only time I did reference political data in my work was early in the process.  I did -- I did reference pollical data early in the process when we were observing the work of the Legislature and we were identifying whether or not it was possible to draw a compact African American performing district in Northeast -- in Northeast Florida to both try to comply with the U.S. Constitution and the State Constitution and apply -- comply with the State Constitution in the way that the Florida Supreme Court has interpreted it and the way this Legislature has implemented it.

So essentially, I took a look at whether or not it was possible to sort of check all the boxes, so to speak, with complying with the U.S. Constitution and the State Constitution in drawing a more compact minority performing district. Ultimately, I determined it was not possible to do

HT_0000099

Page 19

so.

Three, in drawing the compromised plan that you -- that you have before you here today in this legislation and contributing to office's two prior proposals and in the totality of our office's engagement in this process, I have not in any way consulted with anyone outside the Executive Office of the Governor, our contract counsel, our contract map drawer, the Legislature, and its counsel. So I've only worked within the parties here in the House, Senate, and our office and our contract counsel.

In other words, I can confirm -- said differently, I can confirm that I've had no discussions with any political consultant, no partisan operative, no political party official concerning any plans proposed by our office and plans considered by the Legislature. In effect, I have engaged in this process, including authoring this proposed compromise plan, in a manner that meets the same high standards that you set forth for your professional staff.

And this plan that you're considering today in House Bill 1-C, Plan 0109, is indeed a compromise. It is the product of consultation and

HT_0000100

Page 20

collaboration between our office and House and Senate leadership, and it incorporates portions of the plan passed by the Legislature.

As Chair Leek noted, Senate Bill 102, Primary Plan 8019, concepts, of course, from 10 districts are included block for block in their entirety in this map.  This compromise plan also includes concepts from our two prior office's submissions, Plan 0079 and 0094.

It also includes concepts from the map that was actually referred out of this Subcommittee, map -- or Plan 8011 prior to -- or I guess out of this Subcommittee on its way to the full committee and aligns in several other ways that I'll describe with plans considered and the style of the House and Senate's map drawing.

As we noted -- in fact, I think, Chair Leek, you did a great job of really summarizing this slide.  So I can probably just -- probably just skip this.  But, you know, again, in general, the main crux of it is that I'm going to really focus my comments today on the 18 districts that did change.

First, in an effort to create a collaborative product, I worked off the Legislature's primary plan 8019.  So while I was

HT_0000101

Page 21

seeking to remedy the Governor's veto message and make improvements throughout the map, I began my work downloading Plan 8019 and subsequently making changes.

Regarding the proposed plan before you today, it maintains the same number of performing majority-minority seats.  It retains the Legislature's exact configuration as was shown in the map of the Panhandle districts and also Southeast Florida, essentially St. Lucie through Monroe Counties.

For reasons set forth in the detailed memorandum that -- I think it may have been distributed to the members prior to the meeting -- the detailed memorandum that our general counsel wrote to accompany the Governor's veto message, the compromise proposal eliminates the racially gerrymandered versions of Congressional District 5, which were included in Senate Bill 102, both the primary plan and the secondary plan.  Members, that legal memorandum is included -- again, I think hopefully it's been distributed.  That legal memorandum is available.

In summary, Congressional District 5 in both the primary and secondary maps enacted by the

HT_0000102

Page 22

Legislature violates the Equal Protection Clause of the United States Constitution because it assigns voters primarily on the basis of race but is not narrowly tailored to achieving -- to achieve a compelling state interest.

Again, that memorandum otherwise fully explains the Governor's legal objections to both versions of that district in the primary and secondary maps as it passed the Legislature.

I will say because I am the map drawer, I am not legal counsel to the Governor. I'm going to be careful to really focus my comments today on the drawing of the map and not venture into that legal world. It's a little beyond -- it's probably a little beyond my training. So I'm really going to -- going to focus on the map itself and those 18 districts.

Plan 0109 creates two new districts, Districts 4 and 5, in Northeast Florida consistent with maps previously proposed by our office with some minor improvements. These two districts are race neutral and overall more compacts than Districts 4 or 5 in the maps passed by the Legislature.

In addition to resolving federal

HT_0000103

Page 23

constitutional objections raised by the Governor, the proposed compromise plan makes overall improvements with respect to Tier 2 redistricting criteria relative to the maps passed by the Legislature by bringing together some of the best concepts from the Legislature's prior maps and our office's maps.

Plan 0109 adjusts the congressional districts in Tampa, for example, the Tampa Bay area and the larger Gulf Region, stretching from Citrus down to Lee Counties and impacting some inland counties to create a hybrid compromise of the Legislature's and our office's maps.

These changes improve overall visual compactness, have a net effect of reducing a county split, and significantly increase the usage of Tier 2 political and geographical boundary lines.

In the Central Florida region, Plan 0109 aligns more closely with the map that was referred out of this Subcommittee, Plan 8011, with one distinction that aligns with Senate Plan 8060 as it passed the Senate.

With respect to the similarities with the House's Plan 8011, specifically with respect to Congressional District 10, we accept the position

HT_0000104

Page 24

articulated by the House's professional staff in this Subcommittee in that meeting, that this district is not subject to the Florida Constitution's non-diminishment standard because the benchmark district does not contain an African American population sufficient enough, large enough to reliably elect a candidate of their choice.

We understand that the House and Senate disagree on this point.  However, because districts cannot be drawn on the basis of race unless there is a compelling reason to do so, the absence of agreement between the House and Senate on the need to treat District 10 as a minority protected district under the State Constitution indicates that a compelling basis for using race is lacking. Essentially, the disagreement between the two chambers, as articulated in the testimony, is a reason for a lack of evidence.

Accordingly, the proposed plan defers to the House's stated testimony in that Committee meeting or Subcommittee meeting, and my changes to the districts in Central Florida region, including District 10, are drawn on race -- on race neutral principles.

Again, these changes in Central Florida

HT_0000105

Page 25

result in Tier 2 improvements for the Central Florida region.  And the combination of these changes in Central Florida and the Gulf Coast counties result in some additional Tier 2 improvements for other impacted districts like Districts 3, 6, and 11.

Lastly, in-between the submission of our office's second map, Plan 0094, and my drawing of this plan, 0109, I received feedback from House and Senate staff regarding our second maps overreliance on the boundaries of census-designated places.  I was encouraged to follow the House and Senate's preferred methodology of boundary usage to increase our usage of major roadways, waterways, and railways for Tier 2 compliance.

Our second map closely adhered to county and city lines.  So that was not a concern, although less frequently to the other Tier 2 recognized boundaries.  Therefore, throughout these 18 revised districts, I adopted the Legislature's -- the House and Senate's preferred and clear articulation of Tier 2 compliance.  So even where I was trying to articulate a general concept from one of our office's prior maps, I made such revisions using the Legislature's preferred approach to Tier 2

Page 26

compliance.

In the next few slides, I'll just walk you through some key points regarding those Tier 2 improvements. First, the proposed plan reduces by one the number of county splits from 18 to 17 by keeping Citrus and Sarasota Counties whole in lieu of Polk, effectively a two-for-one swap.

Furthermore, where there are county splits, the number of ways in which those counties are split is reduced. For example, probably the most visible of those changes in a larger county is reducing the number of districts within a portion of Hillsborough County from four to three.

Second, the proposed plan reduced reliance on nongeographic and nonpolitical boundaries from 12.5 percent to 11.5 percent, not a significant difference but nonetheless showing that effort to again utilize more frequently, well-recognized political and geographical boundary lines in that Tier 2 manner. In other words, when I mentioned previously that I adopted the House and Senate's preferred way to articulate compliance, this is the result of that.

Third, although the mean compactness scores are largely equivalent to each other when comparing

HT_0000107

Page 27

my efforts in map 0109 and Plan 8019 as passed by the Legislature, the proposed plan improves the compactness score of the least compact district such that Plan 0109 would be, I believe, the first map considered by the Legislature where every district has a Reock and Polsby-Popper score greater than 0.2.

I should say, moreover, visually we'll see in a few moments many of the districts are plainly just more circular, squared, more visually compact shapes that are more easily understandable.

Lastly, my changes to Plan 0109 stayed equal to the Legislature's achievement of only splitting 16 cities in primary plan 8019. There are some differences about which cities are split when comparing my revisions to the map passed by the Legislature, specifically I keep Cape Coral, Plant City, and Port Orange whole, whereas the Legislature kept Lakeland, St. Pete, and Longboat Key whole.

What I did take care to do in each of those cases was first to make sure that if there was a city split in that sort of three cities for three cities swap, to make sure that those cities nonetheless were still only contained within two districts, as the way the Legislature did, as the

HT_0000108

Page 28

way you did.

And additional -- and additionally, I tried to make sure that those city splits still made meaningful use of other Tier 2 metrics.  For example, as you know, Longboat Key is one of four cities in the state that is itself split across two different county lines.  When I made the effort to keep Sarasota County whole, that resulted in splitting Longboat Key because both Manatee and Sarasota were kept whole but kept whole in two different districts, although certainly that was an exchange of Tier 2 compliance that was well worth it in order to keep an entire county whole.

I should say just as a disclaimer in saying all of this, I don't mean to ever suggest -- and I think, Chair Sirois, you got at this point -- I don't ever mean to suggest there is a statistical line in the sand for what Tier 2 -- Tier 2 compliant compactness or county splits or city splits looks like.

But at the same time, in authoring a compromise plan, I recognized that I should author a plan that recommends improvements and builds upon the work of the Legislature, at the very least give you a plan that never goes backwards and at least

HT_0000109

Page 29

improves upon the work the Legislature has done, even though it's not necessarily, as you said, Chair, it's not a competition of statistics.  And that is exactly what I've done.

So with that, I'm just going to proceed then to a more detailed visual explanation of the proposed compromise plan.

Statewide, the next two slides -- really, the next four slides -- give you that view statewide.  I don't think I need to cover these as much because you -- Chair, you covered these very much or Chairs, I should say, covered these very much in your opening.

But this is the statewide view, and then if you just scroll to pulling back the district labels, it was important for me, not just -- obviously we talked about statistics, not just to improve upon statistical goals in the map, like statistical compactness, but I also wanted these changes just to satisfy the eyeball test and offer some squaring up, circling up of the districts and greater usage of clear and visible boundary lines.  And so the look and feel of the map mattered just as much as the statistics.

As you zoom in on just the districts that changed, I'll just skip a little bit again because

HT_0000110

Page 30

you just looked at something similar.  One of the key facets of my work in the proposed plan was to make sure that there was no collateral, unintended consequences to my changes without making some sort of equal or better Tier 2 change.

So as I changed one part of the map -- for example, as you see, I split Polk County as part of the swap for keeping Citrus and Sarasota Counties whole.  I get a little more in-depth as to exactly how that worked in a little bit.  In doing so, I incorporated several Tier 2 changes to Polk County to make sure the new lines were still very meaningful.

And in saying that, two-thirds of the residents in proposed District 18 on the right are still coming from Polk County.  Clearly, the Legislature was articulating options that centered a district largely around Polk County.  And so even though I've split the county in order to pick up Sarasota and Citrus kept whole, I've done so in a way where Polk County is still the predominant two-thirds of the population of a district.

Shifting to Districts 4 and 5 on these next couple slides, I already provided some context previously about the newly proposed composition of

HT_0000111

Page 31

these two districts.  Just some other general points that I didn't say earlier.  The boundary lines between the two are mostly the St. Johns River.

As you know, Jacksonville is the one city in the state that is larger than a congressional district.  So you must split it, and the river, which nearly equally divides the city, stands out as a logical, recognizable Tier 2 boundary.  If you have to split the city somewhere, it stands out as maybe the most recognizable boundary to do so.

And in doing so, the maps on the right in Plan 0109 were overall the combined -- when you compare the compactness of the Districts 4 and 5 there compared to Districts 4 and 5 on the left, combined, they still improve the overall compactness of the two, even making the split through the river.

The southern boundaries of District 4 and 5 -- I should -- let me go back.  The southern boundaries of Districts 4 and 5 are still exactly as the Legislature proposed them.  So the use of the Clay-Putnam line is the same as the Legislature proposed it, and where the split occurs in St. Johns County is exactly as the Legislature proposed it.  So we didn't change the southern boundary.  I didn't change the southern boundary of Districts 4 and 5.

HT_0000112

Page 32

The last point about these two districts I want to make sure and show you, make sure you see, is that District 4 does need to cross the river at some point for the purposes of equal population, and that population difference was about 1500, 2000 residents.  So knowing the district has to cross at some point, cross the St. Johns River, I tried to make that a meaningful crossing of the river.

Our original iteration of this crossing, I think, was less deliberate.  In this improvement configuration, I used the bridges of the Arlington Expressway and Interstate 295 to literally allow a resident to not have to leave District 4 in order to traverse District 4.  So again, just trying to use, even in the zero population work on a district, trying to use those boundaries in some kind of meaningful way.

The next few slides, slides 14 through 21, visualize my changes to the Gulf Counties from Citrus down to Lee and how those districts impact the counties inland to the east, north, and south. And I'm showing this in a way that I thought about it, trying to make Tier 2 improvements, how I thought and went through the map to make those changes.  And essentially this is again a hybrid of

HT_0000113

Page 33

the Legislature's maps and our office's prior plans in this region.

In order to achieve worthwhile Tier 2 improvements to this region, I did have to revisit how the entire region was drawn.  Slide 15, as this slide illustrates, the Legislature's decision to keep Broward, Osceola, and Polk Counties whole -- nothing wrong with that decision.  Obviously keeping counties whole is a great decision -- but the Legislature's decision to keep Broward, Osceola, and counties (sic) whole places limitations on what could be done in the Tampa Bay region and the counties to the north and south of Tampa Bay.

Keeping Broward -- I'm sorry -- Broward, Osceola, and Polk Counties whole creates effect -- in effect -- I'm sorry.  Go ahead -- in effect, creates a wall across three-quarters of the state.  Breaking that wall in Polk County essentially gives the map drawer more flexibility in considering different options for drawing more compact districts and more adherence to political and geographical boundary lines in those Western Gulf Counties in the state of Florida.

So in effect, Polk County -- freeing Polk County up then allowed additional considerations.

HT_0000114

Page 34

Otherwise, if it's kept whole, it limits what the map drawer can do in along Tampa Bay and north and south of Tampa Bay.

Slide 16, for example, this Congressional District 12 now includes all of Citrus County.  In the Legislature's configuration, Citrus County was split.  So now, Citrus County is kept whole in this district.  Of course, obviously, now District 12 takes a much more squared-up, linear shape.

Just a few details about the district and the district just to the south of it, that pink district, District 15, District 12 is actually still a majority Pasco County seat, yielding about 141,000 Pasco County residents to District 15.  The boundaries between 12 and 15 are almost entirely defined by state roads and municipal boundary lines. Zephyrhills is entirely included in District 15. Saint Leo, San Antonio, and Dade City are entirely included in District 12.

Taking a look then south of the Tampa Bay region, going down to Sarasota County, the changes I began in Polk also allowed keeping Sarasota County whole in District 17, which, like District 12, now includes two whole counties and portions of a third to get equal population.

HT_0000115

Page 35

The southern portions of District 17 that extend into Lee County only take unincorporated communities, leaving all municipalities from Lee County whole in District 19.  This is how I was able to keep Cape Coral whole in District 19.  And the boundaries are almost entirely city lines or significant roadways, again, leaning on these Tier 2 principles.

Taking this approach to the north and south of Tampa Bay then gave me a better chance to draw visually compact districts in Tampa Bay and make improved usage of Tier 2 political and geographical boundaries.

Zooming in a little further on Pinellas County in the bay, it's seen from the Legislature's process that having a seat wholly in Pinellas County was an important goal.  So I quite literally worked my way west to east, starting with District 13, while I also built my way south to north with District 16, coming from Manatee County, which is still kept whole in this plan.

Really leaning in heavily on Tier 2 standards of compactness and use of Tier 2 boundaries, I split Districts 13 and 14 in the north with the use of the Pinellas-Hillsborough County

HT_0000116

Page 36

line, as the Legislature did, and I largely utilized U.S. 19 as the southern divider. I get my equal population in that middle section of District 13, in the unincorporated Feather Sound area just north of St. Pete.

So while I split St. Pete, I'm doing so making a clear use of Tier 2 boundaries. As -- and as I built District 14 eastward and northward in Tampa Bay, again, I sought to ensure that the boundaries of the district were defined by clear, recognizable, Tier 2 boundaries like major roadways and as I was trying to maintain something of a square or rectangular shape to District 14 to keep it compact.

You'll see in these next few slides where some of the linkage along predominantly roadways occurs between these districts, in this particular case, between the northern portion of Districts 14 and 15 and even District 12 in Pasco County. That's largely the Suncoast Parkway -- that's -- I'm sorry. It's largely the Suncoast Parkway squared off at a county road, as it essentially takes Suncoast Parkway south.

You meet up with a county road, and then make a -- I guess if you were traveling south, you

HT_0000117

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

make a left at Busch Boulevard, over to the municipality of Temple Terrace. And I have Temple Terrace highlighted on the map. The Legislature had a very similar configuration around Temple Terrace to accommodate the municipal boundaries wholly in a district.

And you'll see that I continued on the Suncoast Parkway into Pasco County, so if you take Suncoast Parkway north into Pasco County and then turn on State Road 54, which is a little curvy but nonetheless a state road to divide Districts 12 and 13.

What you see here in the unincorporated Brandon area is also a point of emphasis that I achieved a few times when three districts would meet at a point. I essentially tried to make use of a clear -- of clearly recognizable roadways in a Tier 2 manner to be distinguishable dividers between districts. So in this case, that juncture of U.S. 301 North and South and State Road 60 East and West makes a clear boundary when these three districts meet.

And as I was drawing District 16 from Manatee County north into Hillsborough County, I really wanted to hold State Road 60 as a clear

HT_0000118

Page 38

divider that could later be utilized in Polk County, where Districts 15 and 18 would eventually meet. The resulting District 15 also keeps Plant City whole, and despite going into Pasco and Polk Counties, is still approximately two-thirds populated by Hillsborough County residents.

The next five slides visualize my changes to the Central Florida region, again, largely returning to the concepts that this Subcommittee passed in Plan 8011 with one exception.

That one exception -- we'll start there. That one exception being that I followed more closely to the Senate's concept for Congressional District 8 in that rather than taking the district into southern Volusia to get the last bit of equal population necessary, I turned the district into eastern Orange. That means this proposed plan only splits Volusia County two ways rather than into three different districts, bringing District 7 down to the Volusia-Broward County line without increasing the number of districts in Orange County.

Essentially, there as a turning of the wheel, if you will, as to where these districts' boundaries were to square them up, make them more compact, but not actually have any negative impact

Page 39

on the boundary usage of Orange County but have a positive on the boundary usage in Volusia County.

Again, as I mentioned in my opening, I authored District 10 in the House's plan to look more -- I'm sorry -- this plan to look more like the House's plan, Plan 8011, as it passed the Subcommittee, very compactly keeping several cities whole in either Districts 9, 10, or 11.

And as you zoom in, I highlighted the municipality -- as you zoom in, I highlighted the municipality of Edgewood, and right next to that is Belle Isle, and both are kept whole in District 9. That explains how District 9 extends upward just slightly, again, utilizing predominantly major roadways, but it's to accommodate these two municipalities and either put them wholly in one district or the other. In this case, puts them wholly in District 9. Winter Park and Maitland are kept whole in District 10, and Ocoee, Apopka, and Winter Garden are kept whole in District 11.

The boundaries between these districts are almost -- are also very much defined by Tier 2, either keeping the aforementioned cities whole, utilizing county boundaries -- like you look at District 10. That boundary is the Orange-Seminole

HT_0000120

Page 40

boundary line -- or utilizing major, well-recognized roadways and waterways, except where necessary to get equal population.

That western boundary, for example, between Districts 10 and 11 is largely the Apopka-Vineland Road, except where the road briefly discontinues about halfway down the western border of the district.

And then the southwestern border of District 10 is another clear -- really clear usage of significant roadways to separate Districts 9, 10, and 11 using Interstate 4 and State Road 528, where they all come together.  Again, that achieves really giving those districts a clearly recognizable boundary.

The combination of moving District 10 back very compactly towards the middle of Orange County along with keeping Citrus County whole in District 12 creates a visually improved, more compact District 11, again, essentially turning the wheel, if you will, of District 11, shifting from the angled shape in Plan 8019 to a more circular shape in Plan 0109 and still includes all of Sumpter County.

The combination of reshaping District 7,

HT_0000121

Page 41

10, 11, and 12 then allowed me to reduce the number of districts in Marion County from three to two. The result is that both Districts 3 and 6's boundaries follow State Road 301 north to south, similar to the way the Legislature defined the boundaries just a little further east -- the Legislature just used different roadways -- 301 north to south, loop around the boundaries of Ocala, and then -- which is wholly in District 3, and then continue down Interstate 75, so again just using very clear, Tier 2 boundaries.

The borders between Districts 6 and 11, just for your reference, in the Lake County area is mostly defined by city boundaries and waterways with Lady Lake, Eustis, and Mount Dora entirely in District 6, while Fruitland Park, Leesburg, and Tavares are entirely in District 11.

The work to get equal population -- I referenced that little piece that's in Lake County of that eastern, northeastern piece of District 11 that's in Lake County, the work to get equal population is largely done tracking right there along State Road 46 as it exits Lake County, and that work is largely in the unincorporated Sorrento area.

Page 42

The totality of this and other changes that brought, for example, District 7 down to Volusia and Broward, resulted in District 6 taking a more compact, overall circular shape.  When you pull back on the map, it has a much more circular shape.

Of course, several of these changes had impacts on Polk County, and I wanted to make this -- those impacts beneficial in a -- in a Tier 2 context.  So I factored in how Districts 9, 11, and 15 share boundaries with District 18, which, again, District 18 is actually about two-thirds of the residents are from Polk County, one-third from six whole rural counties.

First, regarding District 9, I did a couple things that were both helpful in filling out and smoothing this visual and statistical compactness as well for District 9, including also picking up a portion of incorporated Poinciana and the lake that essentially represents that piece of Polk County that otherwise sticks into Osceola County.  I also extended District 9 out slightly at the northwest Osceola border, utilizing Highway 27 and the Ronald Reagan Parkway.

So the overall idea here was threefold.  It creates -- as you pull back from the map, it creates

HT_0000123

4/19/2022                Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 43

a visual smoothing of the line, about as smooth as the Polk County-Osceola border will give you a chance to do, but it creates a visual smoothing of the line, which does help with statistical and visual compactness.  It eliminates the visual and noncompact effects of that inlet between Polk and Osceola, which, again, contributes to the overall compactness.

And I was trying to get the population just right in Districts 9 and 18 so that District 11 could have that essentially sort of nearly flat, very roadway-bounded eastern wall abutting up to District 10 in Orange County.  So the visual effect of what was achieved in Orange County and how the Districts 9 and 18 interacted in Polk County all had a -- all had a significant effect on each other, and there was a lot of give and take to make that effect work.

As I referenced the boundaries between Districts 11 and 15 -- I'm sorry -- 11 and 18, generally speaking, those boundaries focus around Interstate 4.  However, you do see some extensions on either side of Interstate 4 between Districts 11 and 18.

Polk City is entirely included in District

HT_0000124

Page 44

11, but there are a couple of pieces of Polk City that go across Interstate 4. Auburndale is included entirely in District 18, but there are a couple pieces of the city that go across the Interstate. And I mentioned earlier, while Lakeland is split in this map, I wanted to make sure it wasn't split in more than two districts.

So as you get close to District 15 there, where you see, again, another jumping across I-4, those are just boundaries of the city of Lakeland and then some of the zero-population work that I did as well.

And then when you look at the boundaries of District 11, 15, then back down to 18, U.S. Highway 98 is largely the vast majority of that boundary, really extending out of Pasco County into Polk County through Lakeland, utilizing U.S. Highway 98 for most of that.

The southern boundary, which I made reference to before when looking at the Hillsborough region, is State Road 60. As I mentioned previously, I wanted to hold that boundary line in Hillsborough County with 15 north of that boundary, 16 south of it, taking that boundary out -- boundary out of the county so that that southern connection

HT_0000125

Page 45

between 15 and 18 would still utilize State Road 60. And then zero population work there was done just north of the city boundaries of Mulberry in Polk County.

Again, as I mentioned earlier in my presentation, overall, this map equals the city splits, 16, of the Legislature's primary plan, but, of course, some of the splits are different. And, you know, and I referenced earlier that I made sure that where there was a split, a city was only split two days.

Furthermore, the resulting District 18 is again still a two-thirds Polk County district. I could clearly see that the Legislature was attempting to create in pretty much any map that was considered a majority Polk district. While this is a different configuration, I've still achieved the same overall goal of creating a majority Polk County district in District 18 with numerous Tier 2 considerations and improvements around it.

Just moving on to the last couple slides, looking at Southwest Florida, I had to make some decisions as a result of those decisions I discussed previously, largely in part due to the Tier 2 efforts to keep Sarasota whole and creating District

HT_0000126

Page 46

17 with all of Sarasota, all of Charlotte, and incorporated portions of Lee Counties.

My newly composed District 17 required me to equal -- equalize population for District 18 through the entirety of Hendry County and then finding approximately another 4500 residents elsewhere.

In our office's prior plan, I found those residents in western Palm Beach County, in the cities and around the cities around Belle Isle, Pahokee, and that area. However, in this compromise plan, as we discussed earlier, as the Chair discussed, we were not affecting some of the Southeast Florida districts. So I wanted to hold the Palm Beach County line as the Legislature did in its plan.

So zooming in a little more closely, as you'll see on this last slide, I equalized the population in Collier County, which was already split once, extending District 18 along State Road -- kind of that angle along State Road 82, down State Road 29 North, and then east along County Road 846 to get those additional 4500 residents for District 18 and balance the population.

And for District 26, I had to further

HT_0000127

Page 47

extend District 26's western boundaries closer towards unincorporated East Naples, utilizing roadways and waterways as boundaries between 26 and 19, except where necessary to equalize population. The resulting District 26 still has a Hispanic voting age population of 73.22 percent.

And with that said, Mr. Chair, that is my explanation of the changes in House Bill 1-C.

REPRESENTATIVE LEEK:  Thank you, Mr. Kelly, for that presentation.  Additionally, members, this bill appropriates $1 million to the Department of State for expenses related to the litigation of the congressional map.  The bill also includes language related to state courts.  It requires any state court challenge to the congressional map to be filed in Leon County.

All changes based on state law -- or excuse me -- all challenges based on state law to be filed in state court, rather than federal court, permits any state court challenge to raise both state law claims and, to the extent the circuit court has jurisdiction, federal law claims, and finally makes explicit that nothing in the bill precludes federal courts from deciding challenges based on the federal law.

HT_0000128

Page 48

Mr. Chairman, that is the bill.

CHAIRMAN SIROIS:  Thank you very much, Chair Leek.

For the members of the audience, I noticed several more folks have joined us.  Just as a matter of housekeeping, if you would like to provide public testimony today, please fill out a speaker form with the Sergeant at Arms.  They have those available.

Members, we're now going to move into questions on the bill.  I would ask that all questions go through the Chair, and I want to offer my reminder once again about my expectation for decorum and civility in this Committee.

Members, again, just kind of looking at the clock, we can remain in questions -- maybe we'll give it to about 5:05, 5:10, see where we're at.  I want to make sure that we have plenty of time remaining to receive that public testimony.

Ladies and gentlemen, we appreciate you being here today with us.

And with that, we will move into questions.

Representative Hunschofsky.

And, members, just kind of to roadmap things out, what I'd like to do is give members a couple of bites at the apple, perhaps a couple of

Page 49

questions and a follow-up.  And then to make sure everybody has had an opportunity, we'll rotate through and then entertain a second round of questions, time permitting.

Representative Hunschofsky, you are recognized.

REPRESENTATIVE HUNSCHOFSKY:  Thank you, Chair Sirois.  And how many questions is that, that we're allowed in our first round?  Just out of curiosity.

CHAIRMAN SIROIS:  Go for it.

REPRESENTATIVE HUNSCHOFSKY:  Okay.  I'll go for it.

Thank you very much for presenting the map that you drew.  You mentioned that this was a compromise map.  Yet when we voted on the maps that we passed, we had a map, and we had a secondary map, one map, not -- so I'm not understanding how this is a compromise.  Could you explain what you mean by that?  Because I thought the secondary map was the compromise and even the first map.

ALEX KELLY:  Chair?

CHAIRMAN SIROIS:  Sir, you're recognized.

ALEX KELLY:  Thank you.

At that time, our office had not agreed on

Page 50

either of those two maps.  There were obviously pieces of those two maps that we've incorporated here, of course, 10 of those districts exactly from 8019, and there are concepts from those two maps that we've sort of hybrided (sic) with concepts from the maps that our office previously published.  But we didn't come out and support either of those two maps.

CHAIRMAN SIROIS:  And to offer further clarification, the map that is being presented today by Chair Leek and the Governor's Office has provided us with commentary on includes many portions of what the Legislature passed.

Representative Hunschofsky, you're recognized.

REPRESENTATIVE HUNSCHOFSKY:  Thank you, Chair Sirois.

So we had a whole bunch of meetings during committee weeks about all the Tiers, and it was drilled into us the Tier 1 and the Tier 2.  I noticed in your presentation there was a strong concentration on Tier 2, which we were all told in every single committee meeting we've been in, that those are only to be looked at after the Tier 1 standards have been satisfied.

HT_0000131

Page 51

And one of the Tier 1 standards that came up when we had Mr. Popper (phonetic) was the fact that districts shall not be drawn -- and I'm reading this from what was presented to us from the House staff as backup -- districts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice.  A Tier 2 standard is districts shall, where feasible, utilize existing political and geographical boundaries.

So with that, I ask, why were the changes made to Districts 4 and 5 looking solely at Tier 2 standard, even though a Tier 2 standard is after a Tier 1 standard has been met, and yet the Tier 1 standard that I talked about doesn't seem to be met with the line that you drew?  So what was -- why was a Tier 2 standard given priority over a Tier 1 standard in that case?

CHAIRMAN SIROIS:  Mr. Kelly, you're recognized.

ALEX KELLY:  Thank you.

And first and foremost, I did note in my testimony that we didn't draw any districts with the

HT_0000132

Page 52

intent of favoring or disfavoring an incumbent or political party, and that is a Tier 1 standard. In addition, all the districts that we've drawn are contiguous, and that is a Tier 1 standard.

The other Tier 1 standard regarding diminishment, of course, was the major focus of the Governor's veto message and really the major focus of discussion. And after reviewing your work, the work of the Legislature overall, it was clear that a district couldn't be drawn to both satisfy the U.S. Constitution and the court's and the Legislature's understanding of the State Constitution. In such a situation, the federal Constitution has to prevail.

A plain language -- as I'm not -- as I'm not an attorney, a sort of plain language way of saying that is there was no obligation to redraw District 5 as it was -- as it was drawn in the benchmark. There was no obligation. There was no lawfully drawn district to not diminish from.

REPRESENTATIVE HUNSCHOFSKY: Chair?

CHAIRMAN SIROIS: Representative Hunschofsky, one final question, and then I'd like to move on to make sure we have adequate time for all members.

REPRESENTATIVE HUNSCHOFSKY: All right.

HT_0000133

Page 53

One final question --

CHAIRMAN SIROIS:  We'll come back.

REPRESENTATIVE HUNSCHOFSKY:  -- for this round.  I have a whole other round --

CHAIRMAN SIROIS:  Yes, ma'am.

REPRESENTATIVE HUNSCHOFSKY:  -- a whole other section of the state.

CHAIRMAN SIROIS:  We'll get there.

REPRESENTATIVE HUNSCHOFSKY:  Why was the decision made then not to put District 5 on top of District 4, as opposed to go kind of meander around it?  It would seem it would be more compact to have one on top of the other than to meander around the other.

And it doesn't seem like when compactness is the argument, even though it is a Tier 2 argument and still does not follow along the Tier 1 standard -- not the one that you mentioned, but the one that I mentioned -- I wondered why you wouldn't look to keep it, if compactness is so important, compact in that way so that you could not only meet your sub-Tier 2 standard but also the Tier 1 standard that I mentioned.

CHAIRMAN SIROIS:  You're recognized.

ALEX KELLY:  Thank you -- thank you,

HT_0000134

Page 54

Mr. Chair.

And obviously, you know, in terms of compactness, as the Chair noted in the beginning, there's no -- there's no one right redistricting map. That said, the districts that you're referencing are significantly more compact, significantly more compact in the benchmark. Visually, statistically, they are more compact than the maps that passed this Legislature. So they are more compact districts, and there was a rational choice to be made.

As I noted in my comments about those districts, Jacksonville is the lone city in the entire state that is larger than a congressional district. So it's a city you're going to divide, and a logical division to consider is the St. Johns River, which happens to almost divide the city in half on its own naturally. So it's a very logical dividing line.

It's clearly well-recognized in the community. So clearly, a constituent would have no question -- are they a voter in District 4? Are they a voter in District 5? -- which is the point of drawing a clear boundary line that follows a major roadway, a highway, or so -- or a waterway and so

HT_0000135

Page 55

forth.  So it was a very logical and compact choice to make, and we had already satisfied Tier 1 concerns.

CHAIRMAN SIROIS:  Thank you, sir.

Ranking Member Skidmore, you are recognized in questions.

DEMOCRATIC RANKING MEMBER SKIDMORE:  Thank you, Chair Sirois.

Thank you, Mr. Kelly, for being here today. This is -- I'm going to go a little slow because it's a lot to digest.  It was a lot of -- a lot of changes.  So does 109 split as many counties as 8019 or more or less?

CHAIRMAN SIROIS:  Mr. Kelly, you're recognized.

ALEX KELLY:  Thank you, Mr. Chair.

It splits one less county, and also in addition to that, for those counties that are -- that are split, it splits those counties fewer times.  So it makes a couple types of county improvements.  It keeps Sarasota and Citrus whole in exchange for splitting Polk.  So it picks up a single county split -- or, I'm sorry, a single county whole.  Sorry.

CHAIRMAN SIROIS:  Representative Skidmore,

HT_0000136

Page 56

you're recognized.

DEMOCRATIC RANKING MEMBER SKIDMORE:  Thank you, Mr. Chair.

Thank you for the answer.  And does 109 reduce the city splits from 8019 or increase city splits?

CHAIRMAN SIROIS:  Mr. Kelly?

ALEX KELLY:  Thank you, Mr. Chair.

It's equal.

DEMOCRATIC RANKING MEMBER SKIDMORE:  Equal.

CHAIRMAN SIROIS:  Ranking member.

DEMOCRATIC RANKING MEMBER SKIDMORE:  Thank you, Mr. Chair.

Thank you for the answer.  So if the -- if the Governor's veto was based on CD 5 and CD 4 and the number of city splits did not change and the number of county splits was reduced by one split, why did you redraw 18 districts instead of just the district that the Governor objected to?

CHAIRMAN SIROIS:  Mr. Kelly.

ALEX KELLY:  Thank you, Mr. Chair.

Of course, our office had previously submitted two entirely different state maps for the Legislature's consideration.  So it's no secret that there were other preferences in the rest of the map.

Page 57

There were other opportunities for Tier 2 improvements throughout the rest of the map.

And so a veto message, of course, the veto message spoke to the Governor's most significant concern throughout the map, but it wasn't a secret that we had already published two complete maps before and made other recommendations throughout the rest of the map.

So with the opportunity to take a look at the rest of the map, obviously we deferred to the Legislature exactly block for block in 10 of those seats, but as I articulated, there were a number of opportunities, keeping counties whole -- sorry -- keeping counties whole, the visual compactness of the map as well, and just overall a more clear usage, a more consistent usage of political and geographical boundary lines. So there were a number of improvements throughout the map.

CHAIRMAN SIROIS: Thank you, Representative Skidmore. Let's do a follow-up.

And then we have Representative Benjamin next on my list, and we'll come back to you in the next round.

DEMOCRATIC RANKING MEMBER SKIDMORE: Thank you, Mr. Chair.

Page 58

Thank you -- thank you for the response. I'm going to pick -- I have to pick which question I'm going to ask. So the Governor's position is that there was no compelling reason to keep CD 5, but wasn't CD 5 actually drawn by the court? And is that not a compelling interest?

Thank you, Mr. Chair.

CHAIRMAN SIROIS: Mr. Kelly.

ALEX KELLY: Thank you, Mr. Chair.

The court got it wrong.

CHAIRMAN SIROIS: Representative Benjamin.

REPRESENTATIVE BENJAMIN: Thank you, Mr. Chair.

CHAIRMAN SIROIS: Representative Benjamin, I apologize.

Ladies and gentlemen, there are many new members of the audience that have joined us. I just want to offer a reminder again about the decorum that we have in this Committee. We don't have loud reactions in this Committee. We have business to conduct. We are pressed for time.

Representative Benjamin, you are recognized.

REPRESENTATIVE BENJAMIN: Thank you, Mr. Chair.

HT_0000139

Page 59

You represented earlier that the law and constitutional arguments are somewhat outside of your purview, but yet you've told us now that the court got it -- got it wrong.  And -- but in that decision, the court was attempting to reconcile the federal Constitution and the State Constitution.  Would that be a fair statement?

CHAIRMAN SIROIS:  Sir.

ALEX KELLY:  Mr. Chair.

I'm not aware, although I'm happy to defer to counsel to fill out this answer, but I'm not aware of where the state court -- the state Supreme Court was attempting to reconcile something between federal and state law.  But I'm happy to defer to counsel if there is something I'm unaware of.

REPRESENTATIVE BENJAMIN:  Mr. Chair?

CHAIRMAN SIROIS:  Representative Benjamin.

REPRESENTATIVE BENJAMIN:  Thank you.

Can you then tell me how did the court get it wrong?

ALEX KELLY:  Thank you, Mr. Chair.

CHAIRMAN SIROIS:  Mr. Kelly.

ALEX KELLY:  And I'll -- and I'll offer sort of, you know, I think a two-part answer here.  One, I walked through in my testimony that that was

HT_0000140

Page 60

a seat drawn predominantly based on one criteria, based on race.  It is a racial gerrymander, and there was a failing to demonstrate that compelling state interest in doing so.

The other side of this, I can speak to from my time at that time working in the Legislature from 2009 to 2012.  The driving question behind Fair Districts was a district -- the poster child district was a district that sprawled from Jacksonville to Orlando.  And in the end resolution a few years later, the court drew a district that sprawls from Jacksonville to Gadsden County.  It didn't remedy the issue.  It just replaced one gerrymandered district with another.

REPRESENTATIVE BENJAMIN:  Mr. Chair?

CHAIRMAN SIROIS:  (Indiscernible)

REPRESENTATIVE BENJAMIN:  Thank you.

CHAIRMAN SIROIS:  Representative Benjamin, you're recognized.

REPRESENTATIVE BENJAMIN:  Thank you.

Are you aware that compliance with the Voting Rights Act by the courts has been considered a compelling state interest?

CHAIRMAN SIROIS:  Mr. Kelly.

ALEX KELLY:  Thank you, Mr. Chair.

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 61

That's a great question, and, again, you know, I'm not counsel for the Governor. But I'll speak to the extent of my knowledge of the Voting Rights Act. The Voting Rights Act speaks to districts where the minority community is 50 percent or more of the total community in the district, so in other words, if the African American or Hispanic voting age population of the district is 50 percent or more of the voting age population in the district.

That's not the end of that analysis, but that is a sort of introduction to that analysis. The district in question does not meet that threshold. So I don't see any scenario in which the Voting Rights Act is implicated by Congressional District 5.

CHAIRMAN SIROIS: Representative Benjamin, let's have one follow-up in this round, and then we're going to move to Representative Joseph. Thank you, sir.

REPRESENTATIVE BENJAMIN: Okay. Thank you, Mr. Chair.

In determining that it's not -- it was not narrowly tailored to be a compelling state interest, was it that it wasn't narrowly tailored or was it

HT_0000142

Page 62

that it wasn't a compelling state interest?  Which 14th Amendment or strict scrutiny analysis are we looking at?

CHAIRMAN SIROIS:  Mr. Kelly.

ALEX KELLY:  Mr. Chair.

I'm not sure I could answer that question directly.  I can just say, in general, the obligation to define that compelling state interest is an obligation the map drawer has.  So I, as someone who am saying that that district didn't define that, whoever drew that district has to meet that obligation, not me.

Counsel could probably elaborate a little bit further on the question if you want.

REPRESENTATIVE BENJAMIN:  I would want.

CHAIRMAN SIROIS:  If you have -- if your counsel is present --

ALEX KELLY:  Yeah.

CHAIRMAN SIROIS:  -- they can speak to the remaining portion of Representative Benjamin's question, and then we'll move on to Representative Joseph.

ALEX KELLY:  Ryan Newman, the Governor's general counsel will hopefully help answer the remainder of the question.

Page 63

CHAIRMAN SIROIS:  Mr. Newman, you're recognized.

RYAN NEWMAN:  Great.  Thank you.

Sure, I'd be happy to answer that.

CHAIRMAN SIROIS:  Forgive me. Representative Benjamin.

REPRESENTATIVE BENJAMIN:  Mr. Chair, can you have him go over the how the court got it wrong more specifically (Indiscernible)

CHAIRMAN SIROIS:  If you would speak into the microphone and offer that -- offer that question please.

REPRESENTATIVE BENJAMIN:  Can you give us more of a legal analysis as to the Governor's constitutional challenge to the -- to the map?

RYAN NEWMAN:  Sure.  So --

CHAIRMAN SIROIS:  Mr. Newman, you're recognized.

RYAN NEWMAN:  Thank you.

Sure.  On the issue of the federal constitutionality of District 5 as it was originally configured, the Florida Supreme Court never actually addressed that question.  That question has never been resolved by the federal -- by the -- by the Florida Supreme Court as to whether or not District

Page 64

5, as it was configured, complied or not with the federal Constitution.

And so the -- so what we did in the memo that we submitted -- and it lays out, I hope, in sufficient detail the legal argument for why compliance with the Florida Constitution in Northern Florida -- and that's complying with the non-diminishment standard of the Florida Constitution -- can't square with the Equal Protection Clause of the United States Constitution.

And so just a step back to sort of walk through the analysis, all right.  The Supreme Court has made very clear that you cannot draw voting districts based on race unless the state can satisfy strict scrutiny.  So there must be a compelling interest, and the district must be narrowly tailored to achieve that compelling interest.

Now, the only time that the United States Supreme Court has been willing to even countenance a compelling interest in this context is when there is good reason to believe that the district is necessary to comply with either Section 2 or Section 5 of the Voting Rights Act.

And I need to point out, even on this point, that is still an open question.  The U.S.

Supreme Court has only assumed that compliance with the Voting Rights Act is a sufficient compelling interest to justify a race-based district.  That's very narrow, and the Supreme Court has only been willing to assume that much.  It's never actually definitively held that.

So with respect to compliance with the Voting Rights Act, okay, there's two components to the Voting Rights Act.  There's Section 2 of the Voting Rights Act, and there's Section 5 of the Voting Rights Act.  Section 5 of the Voting Rights Act no longer applies in this context because of the Shelby County case, right, which wiped out Section 4.

So Section 5 is no longer operative, but I do want to make an important point here.  Section 5 never applied to the state of Florida as a whole.  It never has.  So there was never -- even back, you know, in 1968 or whatever, you know, back when the, you know, the evidentiary basis for the Voting Rights Act of 1965 was being assembled, there was never sufficient evidence to determine that the entire state of Florida should be subject to the Voting Rights Act.  It was only determined that five counties, none of which are in Northern Florida,

HT_0000146

Page 66

were subject to the Voting Rights Act for Section 5.

So Section 5 of the Voting Rights Act, I guess my point is, that's just out of the picture, all right.  So that just leaves us then with Section 2, okay.  So does Section 2 of the Voting Rights Act require that District 5 in Northern Florida be drawn?  And the answer has to be no.  Why?  Because of the Gingles preconditions that are required for making out a Section 2 claim.

You can't even make out a Section 2 claim unless you satisfy the Gingles precondition.  The first precondition -- and this is what Alex was trying to get to.  The first precondition is, is there a minority population that's reasonably compact, in a reasonably compact geographic location that constitutes a majority of the district?

And District 5, notwithstanding the fact that it's gerrymandered.  I mean, the district was drawn for the specific purpose of connecting African American populations in Jacksonville with the African American population in Tallahassee and Gadsden Counties.

And even then that district is not a majority-minority district.  It only got up to 44 percent or so, 44, 45 percent if my -- if my memory

HT_0000147

Page 67

serves.  And that's even without respecting traditional districting criteria.

So that district cannot be -- is not required by the Voting Rights Act, and because it's not required by the Voting Rights Act, it doesn't -- cannot serve as a compelling interest to justify the drawing of a district in Northern Florida based on race, okay.

So the only -- the only question then is whether or not mere compliance with the Florida Constitution alone by itself is a compelling interest to justify a race-based district.

And in this context, where you're having to ignore all traditional districting criteria, which is what the federal courts look at to determine whether or not, you know, the district is necessary, it cannot be a compelling interest, for the same reason that we would never say that, if Florida had a law segregating the schools, that that would somehow trump the Equal Protection Clause.  Why? Because, you know, the Florida Constitution says so.

The only point -- my only point is mere reliance on the Florida Constitution cannot by itself be enough.  Now, don't get me wrong.  That's not to say that there are other applications of the

Page 68

Florida Constitution's non-diminishment standard that could be or that could survive strict scrutiny.

One example would be if you had a sufficiently compact African American community, right, in a district. You can't necessarily just carve up that district. That perhaps -- that perhaps could satisfy strict scrutiny.

But what does not and cannot satisfy strict scrutiny is trying to cobble together disparate minority communities from across Northern Florida to cobble together a district that might perform for the minority community.

And I think that -- that's where District 5 goes wrong because it's clearly cobbled together. It's clearly a gerrymander, not unlike the preceding district that went from Jacksonville down to Orlando, you know, as a salamander-type district that went from Jacksonville down to Orlando.

But that's the -- that's the fundamental problem. There's no compelling interest here because the Voting Rights Act does not require this district to be drawn in Northern Florida, and mere compliance alone without more of the non-diminishment standard in the Florida Constitution cannot satisfy strict scrutiny, at least as the

HT_0000149

Page 69

Supreme Court has explained it.

And just to put a bell on all of this, I mean, the Supreme Court just spoke again just a matter of weeks ago and slapped down a Wisconsin map for containing, you know, improperly racially drawn districts because the --

CHAIRMAN SIROIS:  Sir, if you'd -- if you'd bring it in for a landing for us, we have members with other questions.

RYAN NEWMAN:  Thank you.  I could go on and on.  To -- yeah.  So the Wisconsin -- the Supreme Court came in, sort of struck down the Wisconsin -- you know, a summary reversal of the Wisconsin maps for not satisfying strict scrutiny.

So strict scrutiny is a very, very high -- very high standard, and it just wouldn't satisfy it in this context.

CHAIRMAN SIROIS:  Thank you.

Representative Benjamin, I've put you on the list for our second --

REPRESENTATIVE BENJAMIN:  Well --

CHAIRMAN SIROIS:  -- round of questions.

REPRESENTATIVE BENJAMIN:  -- I don't -- I don't have -- well --

CHAIRMAN SIROIS:  Let me --

Page 70

REPRESENTATIVE BENJAMIN:  -- just thank you, Mr. Chair, because that's the heart and the crux of the changes that were made, and I think that analysis was much needed.  Thank you.

CHAIRMAN SIROIS:  Thank you, Representative Benjamin.

Representative Joseph, you're recognized.

REPRESENTATIVE JOSEPH:  Thank you, Mr. Chair.

Wow, so many questions.  Earlier, you were asked in the Senate to define race neutral in your approach in drawing these maps.  Can you define that for us please?

CHAIRMAN SIROIS:  Mr. Kelly.

ALEX KELLY:  Thank you, Mr. Chair.

Essentially not factoring in race as I'm drawing a district.

CHAIRMAN SIROIS:  Representative Joseph.

REPRESENTATIVE JOSEPH:  What, if any, analysis did you do regarding retrogression in creating these maps to analyze both black representation and Hispanic representation or Latino representation?

CHAIRMAN SIROIS:  Mr. Kelly.

ALEX KELLY:  Thank you, Mr. Chair.

HT_0000151

Page 71

Great question.  And I didn't have a need to with the districts that I was drawing.  So I didn't do any kind of analysis like that.  Like I didn't do any kind of functional analysis.

CHAIRMAN SIROIS:  Representative Joseph.

REPRESENTATIVE JOSEPH:  Thank you, Mr. Chair.

Looking at your version of, I guess, CD 26, which spans from the Everglades to Collier County in Miami all the way to Hialeah, talk to us about your premise in drawing that particular map in crossing over the way you did.

CHAIRMAN SIROIS:  Mr. Kelly.

ALEX KELLY:  Sure.  Thank you, Mr. Chair.

So that district -- if you -- and if you think about it in the context of the district that the Legislature drew and where I made changes, the eastern boundaries of the district in Miami-Dade County are identical to the boundaries that the Legislature drew.  The western half of the county is the portions of the -- portions of the district, I should say, that I drew.

So as I was approaching that area with District 18, I described earlier that I was in need of population to complete District 18, and I

HT_0000152

Page 72

assigned Hendry County, the totality of Hendry County as a whole county, to district 18. And using some major roadways in the unincorporated Immokalee area of northern Collier, I then moved a little bit of Collier County into District 18 as well, again though using those major roadways, not splitting any cities in the process.

The result of that, I made changes to District 26 exclusively in the -- in the Hendry County side, pulling that district out of Hendry County in its entirety and moving that district, District 26 then, further east into unincorporated East Naples basically and utilizing the major roadways there. There's a few waterways as well, so trying to utilize some clear, natural boundaries.

Overall, as I mentioned earlier in my testimony, the Hispanic voting age population of the district is still quite high. It's a little more than 73 percent Hispanic voting age population. So again, I didn't change any of the boundaries in the Miami-Dade County side of the district, just exclusively in the Collier and Hendry side of the district.

CHAIRMAN SIROIS: Representative Joseph.

REPRESENTATIVE JOSEPH: Thank you,

4/19/2022                Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 73

Mr. Chair.

So when you say you were in need of population, you were specifically referring to the Latino population to create this district.

CHAIRMAN SIROIS:  Mr. Kelly.

ALEX KELLY:  Thank you, Mr. Chair.

Really both.  I was in need of population initially just because I was taking the district out of Hendry County and then also out of part of the Immokalee -- unincorporated Immokalee area.  The total population shift there was roughly -- my math may be a little bit off -- but about 45,000 people.

So, in effect, I needed people for equal population, first and foremost, to complete the district, which meant that I had to push a little further, draw a little further into -- into sort of the coastal side of Collier County but obviously not that far.

That said, knowing that this is a historically performing majority-minority Hispanic seat, I was watching those numbers carefully to make sure that in terms of the overall Hispanic voting age population, I was staying very close to the benchmark seat, which I think is maybe a little bit more than 74 percent.

HT_0000154

Page 74

So the seat that I drew, the percentage is around 73, still very high, still at a threshold that should perform for Hispanic -- a majority Hispanic voting age population seat.

CHAIRMAN SIROIS:  Representative Joseph, let's do a follow-up, and then I'm going to move to Representative Brown, and we'll try to come back.

REPRESENTATIVE JOSEPH:  Thank you.

So your analysis basically presumes that the Latino voters vote cohesively.  And you may or may not be aware of this, but in that area, you have lots of different kind of Latino groups, and I don't know if your analysis, based on what you're telling me, you did not take that into account.

So my question for you is this map basically takes the same approach as the House and Legislature's previous maps for District 21, but these two Latino electorates are separate in terms of how they tend to perform.

So I guess what I'm asking is, is that thinking correct, that this map basically takes the same approach as the House and Legislature's previous maps for District 21 and District 28.  And in terms of CD 26 that I'm specifically asking about, it's motivated by that same idea of Latino

HT_0000155

cohesion in terms of how they perform?

CHAIRMAN SIROIS:  Mr. Kelly.

ALEX KELLY:  Thank you, Mr. Chair.

And I think I can answer the question, although I will concede -- in terms of your reference to the prior district numbers, I'm not totally clear which maps you're referring to.

But in -- but in general, I was fairly confident that a Hispanic voting age population that's higher than 73 percent is still going to maintain that historical performance for this district that has performed Hispanic for, to my knowledge, at least a couple decades.  So I was fairly confident that with such a high Hispanic voting age population, even though it was a slight drop, that overall, it wouldn't -- it wouldn't warrant any concerns.

And obviously I had to -- I had to get equal population as well, and no matter what I did, I was also wanting to make sure that if I was assigning Hendry County to a different district, I wanted to make sure that, one way or another, I kept Hendry County whole.

CHAIRMAN SIROIS:  Thank you.

Representative Brown.

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 76

REPRESENTATIVE BROWN:  Thank you, Mr. --

CHAIRMAN SIROIS:  Questions.

REPRESENTATIVE BROWN:  Thank you, Mr. Chair.

As it relates to -- I know there was -- in your presentation, you talked about improving the maps.  And so specifically to district 10 here, the little barbell-shaped lob, I wanted to know -- can you explain sort of the Orange County configuration and whether or not -- or how it's more Tier 2 compliant than the other vetted alternatives that we have done or developed or even debated?

And specifically recognizing the political and geographical boundaries for its perimeter.  I believe right now it's 63 percent, and I know for the 8019 for CD 10, I believe it was 82 percent.  So we're talking about improving.  It seems as though it's going backwards.  When we look at even the 8060 map that we've also kind of reviewed, it also used those boundaries, but it recognized it as a 92 percent, so I mean, stellar boundaries.  How is this particular configuration compliant and an improvement?

CHAIRMAN SIROIS:  Mr. Kelly.

ALEX KELLY:  Sure.  Thank you.

HT_0000157

Page 77

And would it help if we went to look at the district? Because there's some aspects that I think the visual helps the explanation if that's okay.

CHAIRMAN SIROIS: Yes.

ALEX KELLY: Okay. Thank you. Actually, I think I'm going to mess this up. Is it okay if I take control of the --

CHAIRMAN SIROIS: Certainly.

ALEX KELLY: So one of the things that I did find out -- by the way, Representative, to your roadway question, one of the things that I did discover in the process is that that western boundary of District 10, Apopka-Vineland Road, essentially we don't get -- I don't think we get credit for it.

It is predominantly one roadway, but I think, as I understand, the roadways you get credit for in terms of the statistics in the Legislature's redistricting application, it picks up the roadways that the Census Bureau recognizes. But as you zoom in on that district, you find out that it is actually for the most part one solid roadway.

Really, the boundaries of that district, you have the Seminole County-Orange County line to the north. You have where that part of District 9

HT_0000158

Page 78

comes up into District 10, and it's -- the wall of that is a significant roadway. And on this side and on this side, in-between are two municipal boundaries. Some of the zero-population work is done just to the north of that.

As you go east of those two municipalities, it's just following one nice, clear roadway. It then follows -- I think it's actually the eastern end of that Orange County section of leading out of 10, still follows major roadways and waterways as well, but the eastern boundary between 10 and 8 is predominantly roadways and waterways.

Most of these boundaries are defined in Tier 2. I don't know if the application picks up all of them and gives us credit for the statistics on all of them, but the boundaries of this district, outside of equal population, are exclusively Tier 2 boundaries. The district is very compact, and it overall allowed some other districts around it to become more compact.

One of the things that I did was the portions of District 9 -- and obviously, you know, you always have to look at any district, you know, in respect to what it also causes around it. The portions of District 9 as the Legislature passed

Page 79

them were more on the eastern side of that Orange County.

Going north, I pulled those portions more flat and spread across, which helps with your circular test, so like a Reock test or a Polsby-Popper. It's not a massive difference, but it is a little bit of a difference the way that it's drawn. And again those are just predominantly absent some of the zero population work, just major roadways defining those boundaries.

The other visual effect here that I really like is how District 11 now -- you know, District 11, when it comes from sort of the Lake-Seminole area, it just follows along the Seimone County border. It then goes under the city boundaries of Apopka. Obviously, I didn't want to break the city of Apopka. It goes under the city of Apopka, follows predominantly one roadway. I did note in my testimony that that roadway actually has a break in it. So you couldn't follow that roadway the entirety of the western wall of District 10.

But, in effect, District 11 in the configuration -- in fact, I'll take one step back. In the configuration considered by the Legislature, District 11, because 10 is centered really around

Page 80

Apopka, I believe Ocoee, Winter Garden, that area, District 11 has to then have this arm underneath District 10.

Because I was able to create that more, you know, flat use of boundary space between 7-11, 10-11, 9-11, in effect, there's no arm then anymore to District 11, and that contributed, along with what I did in Citrus County, to being able to square up District 11 as well.

So the changes that I made were never in respect to just one district, although I did use district -- I did use clear roadway boundaries and municipal boundaries almost exclusively and county boundaries with District 10, but the changes were made in respect to all the districts so that all of the districts took on a little more of a statistical, aesthetic compactness and again overall just tried to use those clear boundary lines between them.

CHAIRMAN SIROIS:  Representative Brown, before you continue, thank you, sir.

Members, just to kind of give you a sense of where we're at.  We're coming up on a period where we need to wrap up questions.  We have significant public testimony, our citizens here with

HT_0000161

Page 81

us today at the capital.  We also have an amendment. We have debate and want to give Chair Leek and opportunity for final comments as well.

So Representative Brown, you are recognized to continue in questions, but, members, please be mindful of our time.

REPRESENTATIVE BROWN:  Thank you, Mr. Chair.

And I definitely will keep that in mind because I actually do have questions surrounding when we're speaking of those surrounding districts. I have quite a few questions based off of the percentages and points there compared to 8060.  But I'll just ask this question so that my other colleagues can have an opportunity at this apple.

I know the Governor stated written objection to 8019, and in that written statement, he focused on 4 and 5.  And so why are we here messing with the Orlando area, particularly District 10, in ways that clearly worsen the compliance to the constitutional criteria?

CHAIRMAN SIROIS:  Mr. Kelly, you're recognized.

CHAIRMAN SIROIS:  Thank you, Mr. Chair.

And I should start maybe in reverse order

of the question.  I would disagree with the last point that was made.  I do believe this composition -- and this composition is very similar to what this Subcommittee passed in Plan 8011.  I believe really demonstrates strong compliance with the law, and I believe actually this composition, again, similar to the product passed out of this Subcommittee, I think was actually better than the final product passed out of the Legislature overall.

So going back to this Subcommittee work and this Subcommittee's work was similar to the earlier plans that we submitted out of our office.  Your question is similar to that of which Representative Skidmore asked earlier.  And while the Governor's veto message was driven largely by what was happening in Northeast Florida, we were never secret about submitting maps.

We submitted public maps before out of our office.  Those maps articulated thoughts and ideas for consideration by the Legislature all around the state.  And so obviously the major significant constitutional concern centered around Districts 4 and 5 in Northeast Florida.

As though we looked at the Legislature's final composition ideas that we had prior to that,

it was clear that I could go into the map and make improvements and really in many cases taking some hybrids of ideas that, as Chair Sirois said earlier, some hybrids of ideas that really combine some of the best work product of the Legislature and maps that we proposed and really trying to pull those ideas together to get the best out of these maps.

CHAIRMAN SIROIS:  All right.  Thank you, Representative Brown.

Representative Driskell, you're recognized in questions.

REPRESENTATIVE DRISKELL:  Thank you, Mr. Chair.

Are you saying that because the Governor doesn't like CD 5 as it currently exists that you don't have to regard CD 5 as a benchmark district for which a functional analysis is required?

CHAIRMAN SIROIS:  You're recognized.

ALEX KELLY:  Thank you, Mr. Chair.

Not exactly the way that you said that, but the crux of the argument -- and Ryan laid out the argument in detail well earlier -- the crux of the argument is that the district violates the U.S. Constitution.  So if the district violates federal law, there's no district with which there is an

HT_0000164

Page 84

obligation to look at diminishment.  The district was unlawful to begin with.

So at that point, the Legislature had no obligation to consider that question.  At that point, the Legislature just has Nassau County, Duval County, Clay County, St. Johns County, which in those four counties alone you could fit two whole congressional districts plus start a third district very compactly, very adherent to standards in the State Constitution.

CHAIRMAN SIROIS:  Representative Driskell.

REPRESENTATIVE DRISKELL:  Thank you, Mr. Chair.

But that's your opinion, correct?  That's not actually the current legal standard.  The current legal standard, as I understand it, is that when there's a benchmark district, you're supposed to perform a functional analysis; is that correct?

CHAIRMAN SIROIS:  Mr. Kelly.

ALEX KELLY:  Thank you, Mr. Chair.

No.  No.  There's no obligation to perform a functional analysis on that district, and as our general counsel noted, as the memorandum notes, as I summarized earlier, that district as drawn in the benchmark violates the Equal Protection Clause of

HT_0000165

Page 85

the United States Constitution.  Attempts to redraw that district in various configurations violated the Equal Protection Clause of the United States Constitution.

So there's no need to do a functional analysis for a district that, on its face, is unlawful, and the Legislature was not obligated to redraw.  And that's really the analysis that Mr. Newman gave, our -- our legal memorandum gave.

REPRESENTATIVE DRISKELL:  I just -- I don't want to beat a dead horse --

CHAIRMAN SIROIS:  Representative, just go one more -- one last follow-up, and then we're going to move on.

REPRESENTATIVE DRISKELL:  Okay.  Not a follow-up, new question about Tampa Bay.

CHAIRMAN SIROIS:  You're recognized.

REPRESENTATIVE DRISKELL:  All right.  Thank you, Mr. Chair.

So if we follow the map that you've prepared and that we're reviewing today, it actually follows the exact -- the net effect is that it looks like it's following the exact same strategy that led to what was determined to be a partisan gerrymander that was struck down last decade, packing Democrats

HT_0000166

Page 86

into Tampa Bay CD 14.

So my question is, you know, how is following the county lines not just a pretext for partisan gerrymandering here?  Because it kind of looks the same as it did about a decade ago.

CHAIRMAN SIROIS:  You're recognized.

ALEX KELLY:  Mr. Chair -- Thank you, Mr. Chair.

I don't know the partisan breakdown of those seats.  I don't know where, you know, where District 13, 14, 15 -- I don't know how those seats are affected.  I don't know the partisan data for those seats.  So I don't know how to address that question.  I can only address the question in the context of how I drew the districts.

I wanted to draw -- because I could see that the Legislature had an intent to draw a seat wholly in Pinellas County.  So I drew a seat wholly in Pinellas County, utilized very clear boundary lines, a county line for the northern part of that, a state road for the southern part of that, and essentially moved to the east in a block-like fashion and then came north out of Manatee County into southern Hillsborough and essentially just had those two seats, 13 and 16, and eventually meeting

HT_0000167

Page 87

15, just meet along major roadways.  So they're just nice, clean, compact seats that follow those major roadways.  I'm unaware of the data you're referencing.

CHAIRMAN SIROIS:  Thank you.

Representative Hunschofsky, you're recognized for one brief question.

REPRESENTATIVE HUNSCHOFSKY:  I'll try my best, Chair Sirois.  Thank you.

I have a -- I'm going to put it kind of, I guess, all together.  We talk constantly about the Tier 2, and I keep going back to the Tier 1 that was told to all of us from multiple times in our committees.  And the Tier 2, we're picking bodies of water in certain places, but in other places, it doesn't seem to bother us that we cross bodies of water.

My question is -- and this is all related in one, Chair Sirois, how are you defining race neutral, where did that term come from, and how do you -- how do you explain CD 20, for example, when you say that?

CHAIRMAN SIROIS:  Representative Hunschofsky, I think the initial part of your question has been asked and answered in the

HT_0000168

Page 88

testimony that's been offered.

Mr. Kelly, if you'd like to speak to Congressional District 20, you're recognized.

ALEX KELLY:  Thank you, Mr. Chair.

And I really can't speak to Congressional District 20.  We didn't draw Congressional District 20.  So I think I would have to defer to your professional staff or the Legislature as a whole, but we didn't draw Congressional District 20.

CHAIRMAN SIROIS:  Representative Hunschofsky, can you repeat your question as it relates to Congressional District 20?

REPRESENTATIVE HUNSCHOFSKY:  Yes.  I guess my question, I keep going back to, as I did the last time we had a map in front of us that we were voting on, Tier 1 criteria, the one that I mentioned before, versus the Tier 2 criteria.  You bring up the term race neutral.  I'm not really sure what that means, and I'm not really sure where that comes from.

The map you presented to us has a district that does move around and is obviously done so to protect a racial group from being able to pick a candidate of their choice.  So how do you explain that as part of what you were talking about before?

HT_0000169

Page 89

I don't know if that's making sense.

CHAIRMAN SIROIS:  Staff is recognized.

Ms. Kelly.

LEDA KELLY:  Thank you, Mr. Chair.  And thank you, Representative, for the question.

So for -- and I'll kind of piece together a couple of things that have been mentioned today already with regards to District 20.

So in the Legislature's perspective, that's a protected black performing district.  So we performed our functional analysis on the benchmark district and then recreated it to ensure that that minority group can elect a candidate of their choice.

One difference that I'd say between Congressional District 20 and, I guess, previous iterations of Congressional District 5 is the threshold of the voting age population.  So you've heard the Governor's Office elude several times today to the Voting Rights Act and Section 2 analysis.

The first condition of the Gingles prerequisite is to have a majority-minority district.  In the benchmark district and in the one that's recreated in this plan and prior iterations,

Page 90

CD 20 is above 50 percent and does meet that first criteria for if someone was to bring a Section 2 violation against the map.  So we're obviously aware of that and wanted to recreate it to be in alignment with that law as well.  Thank you.

REPRESENTATIVE HUNSCHOFSKY:  Can I --

CHAIRMAN SIROIS:  Thank you very much.

Members, I apologize.  We have an amendment -- we have an amendment that we need to take up.  We have members of the public that have traveled here today to be with us.  We need to -- we need to move, Representative Joseph, into your amendment.

REPRESENTATIVE JOSEPH:  (Indiscernible)

CHAIRMAN SIROIS:  Representative Joseph, you are recognized to present your amendment.

Members, this is amendment barcode 959221.

Representative Joseph, you are recognized.

REPRESENTATIVE JOSEPH:  Thank you, Mr. Chair.

So in this bill, at lines 3627 through 3647, it creates Section 7, which limits venue for legal actions challenging federal congressional districts to state court.  That makes no sense to me.  The question I would have asked had I had the opportunity to do so was, what was the rationale for

HT_0000171

Page 91

that?

So this basically -- this amendment is quite simple and straightforward.  It removes those lines, such that these congressional federal seats can be challenged in federal court.  That is the amendment.

CHAIRMAN SIROIS:  Thank you very much.

Having explained the amendment, members, are there questions on the amendment?  Questions on the amendment?

Seeing none, is there public testimony on the amendment?

We have none submitted, ma'am.  We're on the amendment now, but we're going to get to public testimony on the bill in just a moment.  I appreciate you being here today.  Just one moment.

Seeing no public testimony on the amendment, members, is there debate on the amendment?

Ranking Member Skidmore, you are recognized to debate on the amendment.

DEMOCRATIC RANKING MEMBER SKIDMORE:  Thank you, Mr. Chair.

And thank you, Rep Joseph, for the amendment.

Page 92

I too was unsure why we needed to do this and why we would want to try and circumvent the federal courts and an opportunity for individuals to work through that process?  I don't think it's -- this is necessary.  We've managed for hundreds of years without, you know, weaponizing the process. I'm not sure why we need to do it now.

We have only had these maps for a few hours.  We are still trying to wrap our heads around them.  We don't need to bog this whole process down with this unnecessary language that gives us all a lot of heartburn and is likely to be unconstitutional for us to tell people whether they can work through the federal court system or not.

So I support your amendment.  I think it's a good one, and I would ask everyone else to vote up on this amendment.

CHAIRMAN SIROIS:  Representative Benjamin, recognized in debate.

REPRESENTATIVE BENJAMIN:  (Indiscernible)

CHAIRMAN SIROIS:  The amendment.

REPRESENTATIVE BENJAMIN:  Thank you, Mr. Chair.

And just to reiterate that point, we've been arguing now about a federal question, the 14th

HT_0000173

Page 93

Amendment -- how does the 14th Amendment apply in this case?  And so if we're talking about a federal question, whether or not our maps violate the 14th Amendment, how can you preclude the federal court from weighing in on that?  It's a federal question, which is a requirement to enter into state -- enter into federal court in the first place.  So we cannot preclude the federal court from determining what is, in essence, a federal question.  So that is my debate.  We should vote down on this amendment -- I mean, excuse me -- vote up on this amendment.

CHAIRMAN SIROIS:  Any other members in debate?

Seeing none --

REPRESENTATIVE DRISKELL:  No.  No.

CHAIRMAN SIROIS:  Representative Driskell in debate.

REPRESENTATIVE DRISKELL:  Sorry, Mr. Chair. Just very, very, very briefly.

And, yeah, I just want to echo back to something that we talked about when we were in regular session, which is this concept of weaponing procedure, and if we believe that, you know, the maps that we pass are going to be constitutional, if we believe that they're going to stand, there's no

Page 94

need to weaponize procedure in this way.

Previously, it was -- first, it was the statute of limitations and limiting that.  Now, it's choice of venue.  What's next?  It's a very slippery slope, and it's something that we should all be concerned about.  And we need to be down on this, thank you -- I mean, up on this amendment, thank you.

CHAIRMAN SIROIS:  Members in debate?

Seeing none, Representative Joseph, you are recognized to close on the amendment.

REPRESENTATIVE JOSEPH:  Thank you, Mr. Chair.

This amendment is very straightforward.  I mean, it's a federal question, federal courts.  It really just makes sense.  So the portion restricting the jurisdiction, it's in direct conflict with the Voting Rights Act and 28 USC 1367, which provides supplemental federal jurisdiction over state law claims that are closely related to federal claims.

As such, the supremacy clause controls and the state law must concede that federal law, which states that federal courts have jurisdiction over these maps.  I mean, it's not even complicated. It's not even close.

HT_0000175

Page 95

So we have to ask ourselves what's really going on. Why would we want to limit challenging federal congressional seats to state courts? I think many of us have ideas as to what the answer is to that question, but even that notwithstanding, let's talk about what the 14th Amendment is, which is the basis for these new maps, as has been espoused to us. The 14th Amendment is one of those remedial statutes in the Post-Reconstruction Era that allowed for more black representation, and but for that law and several others, we would have less black representation.

So now, we have the Governor using that same law to turn it on its face, and he wants you to believe that somehow, under some universe, that he is protecting us against segregation, which is straight foolishness because I didn't get into all of the questions that I --

CHAIRMAN SIROIS: Representative Joseph, I apologize for --

REPRESENTATIVE JOSEPH: Okay.

CHAIRMAN SIROIS: -- interrupting. We are very pressed for --

REPRESENTATIVE JOSEPH: I understand.

CHAIRMAN SIROIS: -- time. Let's --

HT_0000176

Page 96

REPRESENTATIVE JOSEPH:  I'm trying to close on my --

CHAIRMAN SIROIS:  -- you can close on the amendment.

REPRESENTATIVE JOSEPH:  -- amendment.  You shut off all my other questions.  So I'm trying to get the point across.

So when we look at CD 26, which is protected, as you heard, as Latino voters, which is a Tier 1 criteria, why are we protecting Latino voters and not black voters?  When we look at that, there are infirmities that make that map worse in terms of the Tier 2 criteria that we're alleging that we're protecting, but we're not actually protecting it.

So what are we really doing?  This is smoke and mirrors.  This amendment directly just eliminates the -- which court you're taking it to. We shouldn't need this.  If your premise is under the U.S. Constitution and the 14th Amendment, which is what we heard legal counsel say, that that's the basis for their claim, then let it play out in federal courts.  If it's not, then tell us what you're actually doing.  We're not asleep at the wheel.  This amendment fixes that and allows us to

HT_0000177

do what we're substantively able to do.

Thank you, Mr. Chair.

CHAIRMAN SIROIS:  Thank you, Representative Joseph.

Having closed on the amendment, members in favor of the amendment, please signify by saying aye.

(Multiple ayes)

Those opposed, no.

(Multiple nos)

The amendment fails.

We are now on public testimony.

Ladies and gentlemen, we appreciate you being here today for public testimony.  We have a lot of public testimony to get through.  What I would like to do is, once I call your name, please approach the podium, if you'd like to speak.  I will call the next person to speak as well.  They are on deck if they would like to move forward in the room.  You are also welcome to waive in support or waive in opposition in order to save time.

Members of the public joining us today, I'd like to spend the next 40 to 45 minutes receiving your public testimony, which is very important to us to have, and then we'll move into member debate and

Page 98

the bill sponsor's close.

With that, I'd like to ask LaShonda Holloway, a citizen from Jacksonville, to please approach the podium.  If you would please state your name, I'm sure that I pronounced it incorrectly, and then next on deck will be Nancy Staats from Atlantic Beach.

You are recognized.

LASHONDA HOLLOWAY:  Thank you.

Good afternoon to this Committee.  First and foremost, I want to thank you for your work, but I must say that I am in utter shock that that last amendment was not approved.

I would urge each of you to vote no on this bill.  If congressional seats are federal, then the Equal Protection should be -- law should be heard by federal courts and not by the lower courts. Moreover, as a fourth generation Floridian who is not only a constituent in the 5th Congressional District, I am a stakeholder as a candidate to represent the people of the 5th Congressional District.

Furthermore, understand that this particular map that the Governor has proposed, it uses Tier 2 metrics.  It does not even use the

Page 99

federal standard.  It used the preferred standard. So not only should we be using United States census numbers, we should also be using Tier 1 standards, and we all know that Tier 1 says you cannot favor a political party.

CHAIRMAN SIROIS:  Thank you.  Thank you, ma'am.  That's --

LASHONDA HOLLOWAY:  My two minutes are up?

CHAIRMAN SIROIS:  Please continue.  My mistake.  You have two minutes.  Proceed.

LASHONDA HOLLOWAY:  Thank you so -- thank you so very much.

Furthermore, we know that Mr. Kelly stated that this particular -- these particular maps affect 18 districts, and as a result of that, it would favor 20 Republican districts and 8 Democratic districts.

The citizens of the state of Florida voted for Fair Districts.  So not only does it violate the will of the people, it also violates the Equal Protection Clause.  The second section of the 14th Amendment strictly states that you must not prohibit voting practices or procedures that discriminate on the basis of race, color, or membership in one

HT_0000180

Page 100

minority language.

Last and not -- certainly not least, I would say to you we must protect minority access districts from retrogression. We must protect minority access districts from retrogression. Black people, minorities, people of color, and people of minority language ethnicities should have representation. We are --

CHAIRMAN SIROIS: Thank you.

LASHONDA HOLLOWAY: -- a part of this democracy, and we deserve to be heard.

CHAIRMAN SIROIS: Thank you, ma'am.

LASHONDA HOLLOWAY: Thank you.

CHAIRMAN SIROIS: My apologies for interrupting you.

Ms. Staats. Next on deck is Judy Sheklin of Jacksonville.

You are recognized, ma'am.

NANCY STAATS: Good afternoon, everyone. My name is Dr. Nancy Staats. I'm a board-certified medical doctor, but you don't need an advanced degree to see what is happening here. What we are seeing is a blatant disenfranchisement of African American communities and their representatives.

The Governor has many duties and

Page 101

responsibilities, but drawing maps is not one of them. That is your job, and you are here working hard doing that job. But unfortunately the Governor rejected all your hard work, then came up with us his maps, which you appropriately, rightfully rejected when he first proposed. But now suddenly, after vetoing yours, he's back with more nonsense, and you have folded like a cheap suit, the Republicans.

Now, what I would like to say --

CHAIRMAN SIROIS: Ma'am, I'm going to remind you. I don't know if you were here when we --

NANCY STAATS: Yes. Thank you. I will.

CHAIRMAN SIROIS: -- started the meeting --

NANCY STAATS: I will.

CHAIRMAN SIROIS: -- regarding decorum --

NANCY STAATS: I will. Yes.

CHAIRMAN SIROIS: -- in the Committee room.

NANCY STAATS: I will. What happened in those two months? I'm just curious. Were there discussions about budgetary requests perhaps? Was there arm twisting? I don't know. Maybe someone can clarify. It's painfully clear to me that everyone in this room and everyone outside of this

Page 102

room knows this entire special session is a farce because there is not even another map being considered.

As has been mentioned by others, our Harvard-educated Governor must be well aware that this map violates both the Florida Fair Districts Amendment and the Voting Rights Act, but perhaps he wants the attention. Perhaps a Supreme Court case? I don't know.

Everyone remembers back our American history lesson that our government was formed in response to an authoritarian ruler, King George. Our Founding Fathers created a system of three district, autonomous branches of government, yet here we are today, seeking complete -- seeing complete complicity on your part to a new king.

In closing, as a physician, I took an oath. I pledged to uphold the Hippocratic Oath. You too, each of you, took an oath. You have taken oaths to uphold the State and U.S. Constitutions and to serve your constituents, and many of you sadly seem to have forgotten. We will not.

CHAIRMAN SIROIS: Thank you, ma'am.

Ms. Sheklin, you're up next, followed by Juanita Powell-Williams of Jacksonville.

Page 103

Ladies and gentlemen, if I'd just ask you, when you come to the podium, if you would identify yourself once again.  And we'll observe the two minutes, but we may be pressed for time moving forward.

Ma'am, you are recognized.

JUDY SHEKLIN:  My name is Judy Sheklin, and I live in Jacksonville.  I'm speaking in opposition to the Governor's proposed maps for several reasons. It is the responsibility of the Legislature to create congressional maps during redistricting according to Article III of the Florida Constitution.

The House and Senate, as the previous speaker stated, created and approved maps that you were satisfied with, which, as we know, were then vetoed and redrawn by the Governor.  This is unprecedented in state Legislatures throughout the United States.

The Legislature here, quickly, the House and Senate acquiesced to the Governor, and that created a dramatic imbalance of power in our state government.  This is troubling to me as a citizen. The Governor's maps are a radical departure and aren't in compliance with state and federal law.

HT_0000184

Page 104

These maps, as we've heard today, reduce the likelihood of minorities to elect congressional members of their choice, eliminating two minority districts, and also violating the Voting Rights Act.

In 2010, Florida passed the Fair Districts Amendment, and the citizens stated and deserve and expect fairness in redistricting decisions.  The Governor's plan that creates 20 Republican minority -- majority districts out of -- and 8 majority Democratic districts blatantly demonstrates partisan gerrymandering.

Please stand up for all Floridians and oppose these unfair maps.  Thank you.

CHAIRMAN SIROIS:  Thank you, ma'am.

Ms. Powell-Williams, you're up, followed by Cristian Cardona.

You're recognized.

JUANITA POWELL-WILLIAMS:  Yes.  Thank you.

Good afternoon.  Juanita Powell-Williams from Jacksonville, Florida.  We often in the law consider knowledge and intent.  Ladies and gentlemen, I present to you today that there is full knowledge of what is being done here today within Florida.

Florida has become a laughingstock,

HT_0000185

Page 105

unfortunately, and with that, you as our leaders are privy to that.  There is full knowledge, and with that, intent, to do just what the Governor is doing. He is taking away a right of a people.  We are retrogressing back to the past, and you are allowing that to happen.

I know this is falling on deaf ears, unfortunately.  We're here from -- your constituents are here from these various counties within Florida, and we're speaking out regardless of some of you already having made up your minds as to what's going to come out of your mouth.

But we're here.  Ladies and gentlemen, we're going to speak up.  We're going to vote, and we will remember.  Thank you.

CHAIRMAN SIROIS:  Thank you, ma'am.

Cristian Cardona followed by Marsha Davis.

If I could remind members, if I call your name second, if you could make your -- members of the public, if you could make your way up, you're on deck.  That will help us move things a little bit -- move along a little bit faster.

You are recognized.

CRISTIAN CARDONA:  Thank you.

Hello, everyone.  My name is Cristian

HT_0000186

Page 106

Cardona.  I am opposed to the redistricting plan.  I am a worker and a leader with the Fight for $15 and the union.  Different movements are gathered here today because we stand against the elimination of protections that the Fair Districts Amendment provides.  This map is a direct attack on black representation and our democracy, and that ain't right.

I want to share why -- I want to share my experience as a voter and why this issue is important to me.  I moved to Orlando, Florida, with my family in 2009.  I gained citizenship and just in time to vote for Amendment 2, which brought us one step closer to a living wage, which is something I have been organizing and speaking up about for years.

This amendment has a direct impact on the community around me, my family, my friends, and my neighbors.  It felt powerful to organize and campaign to raise the standard of living for millions of Floridians.  The day I got to vote yes for Amendment 2 was a day that I will always remember.  After months of complaining and yelling it out to the world, I finally had the chance to cast my vote along with my community.

HT_0000187

Page 107

This is why it's so important that workers have a strong voice and a vote.  Workers have never been given rights.  We've had to fight for all of the things that we won, ever little crumb, every race, every right, and this fight is no different.

Governor DeSantis is trying to diminish our ability to have our voices heard at the state level, which we aren't going to let happen.  Thank you.

CHAIRMAN SIROIS:  Thank you.

Marsha Davis, followed by Rosemary McCoy of Jacksonville, followed by Tameka Hobbs of Jacksonville.

Ma'am, you are recognized.

MARSHA DAVIS:  Thank you.

Good afternoon.  I'm Marsha Davis from Orlando, Florida.  I'm here to speak against Governor DeSantis' legislative map.

Floridians passed the Fair District Act amending the State Constitution to protect minority voters, to ensure their access to representation, and to limit legislators from drawing maps that are unfair.  And this map is -- these maps are unfair.  It's just not right.  I hope your conscience is twinging just a little bit.

Minority growth in the last -- this last

HT_0000188

Page 108

census is very clear.  That's why we got an additional congressional seat.  That tells us that we need more representation, not less.  So I would ask you to consider that.  The plan is unfair, and I believe the plan is unconstitutional.  So I would ask for you to please think about all of your constituents and vote no.  Thank you.

CHAIRMAN SIROIS:  Thank you, ma'am.

Rosemary McCoy, followed by Tameka Hobbs and then Laura Cardona.

ROSEMARY MCCOY:  Good afternoon and thank you so much for having us here and thank you so much for being here.

We are living in a time of desperate reaction, and we need your reaction in a positive way.  Everyone here knows that we have a war, and yes, I'm going to continue to speak about this here war, Russia and Ukrainian.  It's a serious war because it does affect us, whether we're in Florida as a state or whether we are federal or whether we are citizens, residents of the state of Florida.

I am a disabled veteran, and I believe in this country.  I would go to war today for this country, and you know what I'm asking you all to do?  I'm asking you to go to war right here in the state

HT_0000189

Page 109

of Florida.  I'm asking you to put down your party. We're not here to be Republicans.  We're not here to be Democrats or Independents.  We're here to serve the people.  I have a nonprofit organization called Harriet Tubman Freedom Fighters, freedom fighters.

I believe in freedom.  I am a Ukrainian.  I have that spirit, and I pray that each one of you do.  I pray that you do not bow down to a dictator. We have to stop this.  When are we going to stop this?

CHAIRMAN SIROIS:  Ma'am, I'm going to caution you regarding --

ROSEMARY MCCOY:  Stop it now.  Stop it now.

CHAIRMAN SIROIS:  Our next speaker is Tameka Hobbs, followed by Laura Cardona.

I'd like to remind members of the audience as well regarding civility and decorum in the Committee room.

Ma'am, you are recognized.

TAMEKA HOBBS:  Thank you.  Good evening. My name is Dr. Tameka Hobbs.  I am a recent resident of Jacksonville and Congressional District 5.  I am a native of Florida.  I grew up not very far from here in Suwannee County.  I am here to report to you as a person who has lived the majority of my life

HT_0000190

Page 110

here in the state of Florida that I have never paid as much attention to the proceedings of this organization because I have never in my life been as concerned as I have been over the last several months.

I'm here to voice my opposition to the maps that are being presented by the Governor to this legislative body because, on its face, that is outside of his scope and function. This body has a responsibility for bringing these maps, developing these maps, as you have, for consideration. And it is a definite violation of the checks and balances that are built into our Constitution, as I understand them, for someone else to present those to us. So I will say that, number one.

I will also echo what's been said already in that these proposed maps, this proposed map is unconstitutional based on the Florida State Constitution, based on the Fair Districts Amendment from 2010, based on the Voter Rights Amendment that's been -- Voting Rights Act, excuse me, that's been presented here several times.

I'd also like to talk about what I heard in the two times, both in the Senate and before this body, that I have heard Mr. Kelly make his

HT_0000191

Page 111

representations about the way that the map that was presented today was -- had come about. He asserted us that he was very interested in it being squared and compact. He described these very round districts. Visually, certainly, we can certainly see that.

What he has used -- and I believe mistakenly -- is the application of this idea that these maps were constructed in a race neutral fashion. If it was race neutral, we would not be dealing with the disillusionment, the dismantlement of two of four seats -- congressional districts that have put African Americans in the Congress.

CHAIRMAN SIROIS: Ma'am, your time is expired. You want to just bring it in for a landing.

TAMEKA HOBBS: For two minutes?

CHAIRMAN SIROIS: Ma'am, your time is expired.

TAMEKA HOBBS: Okay.

CHAIRMAN SIROIS: If you'd like to wrap up your comments.

TAMEKA HOBBS: I would like to say that that is on its face false. I want to say to this body that you have a choice before you. As a

HT_0000192

Page 112

historian I have followed the racial history, very painful --

CHAIRMAN SIROIS:  Thank you.

TAMEKA HOBBS:  -- history that has not been considered here.

CHAIRMAN SIROIS:  Thank you, ma'am.  Thank you.

TAMEKA HOBBS:  You have a choice about your legacy today.

CHAIRMAN SIROIS:  Thank you very much.

Laura Cardona of Orlando and then Christopher Nurse of Jacksonville waives in opposition.  Our next speaker -- is Laura Cardona coming up?  Christopher Nurse waives in opposition. The next speaker Sheila Singleton of Jacksonville, followed by Barney Roberts of Jacksonville.

Sheila Singleton?

Barney Roberts of Jacksonville, come on up, sir.  And then our next speaker will be Trish Neely of Tallahassee.

BARNEY ROBERTS:  Hi.  I'm Barney Roberts from Jacksonville, Florida.  I'd like to challenge you to build a future for our kids for tomorrow.  If they look at Tallahassee as it has been for the last couple years and they see the behavior that's

HT_0000193

Page 113

happening here, then they're going to say, hey, what should we do about it?

Our kids deserve the best, and I hope that you do that too with your decision that you make today and tomorrow.  Thank you.

CHAIRMAN SIROIS:  Thank you, sir.

Trish Neely, Tallahassee, followed by Larry Coleton (phonetic) of Orlando.

TRISH NEELY:  Thank you.

CHAIRMAN SIROIS:  Ma'am, you're recognized.

TRISH NEELY:  Thank you for the opportunity to speak.  I'm Trish Neely, and I am with the League of Women Voters.

I won't repeat what's already been said, but I do have two points.  Number one, it was the League of Women Voters against the State of Florida that was the lawsuit that Mr. Kelly mentioned, and we disagree that the court got it wrong.  We believe they got it very right.

We urge you, urge you to carefully consider what this map will do.  It cuts the voting power of African Americans by 50 percent.  Think of that, by 50 percent, and this is very reminiscent of Florida's voter suppression tactics of over 100 years ago.

Page 114

Folks, we don't want to go backwards.  We need to go be going forward.  We urge you to vote this map down.  Thank you.

CHAIRMAN SIROIS:  Thank you, ma'am.

Larry Coleton -- I'm sorry.  I know I'm mispronouncing that -- followed by Hedder Pierre-Joseph of Orlando.

If you're going to speak and I mention your name, please make your way forward in the interest of time.

Hedder will be followed by Stacy Williams of Orlando.

Sir, you're recognized.

LARRY COLETON:  Thank you, Mr. Chairman.  Larry Coleton from Orlando, Florida.

I find myself thinking that I'm back in the 1950s or 1940s.  This reminds me of basically, pardon the language, but white supremacy.

CHAIRMAN SIROIS:  Sir, I'm --

LARRY COLETON:  And the fact of the matter is it's ironic to me that the 14th Amendment would be turned on its head when that was initiated to protect Africans who were recently freed from slavery, and we, me, an African descendant of slavery, having people stand -- sit here and talk

Page 115

about this as though -- and using it as a weapon against the very people it was intended to protect.

This is a moment for profiles in either courage or cowardice. To be intimidated by the Governor of this state to capitulate, this is not this Committee's bill. This is the Governor's bill. You haven't done your job. You aren't doing your job, and we are not going to forget this. And history will speak to you. It will speak about you. You will be dealt with for your history and hopefully at the ballot box.

CHAIRMAN SIROIS: Thank you, sir.

Hedder Pierre-Joseph -- I apologize. I'm butchering the name -- followed by Stacy Williams.

HEDDER PIERRE-JOSEPH: No worries. Good evening to the Committee and the Committee members.

My name is Hedder Pierre-Joseph. Redistricting is the process by which new congressional and state legislative districts are drawn. Federal law stipulates that districts must have nearly equal population and must not discriminate on the basis of race and ethnicity.

The current redistricting map, which eliminates congressional House representation for black people, is based on solely fear, fear that

Page 116

black people are voting.  As black people who are descendants of the enslaved Africans, we know our history, and we have seen this devil before.

I implore you not to continue down the dark path of your ancestors and deny black people their constitutional right of representation.  I remind all of you of the Boston Tea Party of 1773.

Finally, I ask you to look around and to see the promise and the hope of the enslaved Africans.  We are on the side of justice, and with the God of Abraham, Isaac, Jacob, and our ancestors, we shall always overcome.  Remember, there is something called God and time.  Thank you for your consideration.

CHAIRMAN SIROIS:  Thank you.  My apologies for butchering your name.

Stacy Williams followed by Troy Squire.

Stacy Williams is not here.

Troy Squire of Jacksonville.  If I call your name, if you'd make your way forward. Following Troy will be Jonathan Webber of Tallahassee.

TROY SQUIRE:  THANK YOU for letting me speak.

I just have one question, but first, my

HT_0000197

Page 117

name is Troy Squire.  I live in Congressional District 5, and as the regional breakdown for Northern Florida states, your plan will split black communities across three different congressional districts, which results in the loss of the current black opportunity district, linking Jacksonville and Tallahassee.

So my question is to Governor Ronald Deon DeSantis and this Subcommittee.  What are you saying (sic) is that black votes does not matter to you? That's my only question.  Thank you.

CHAIRMAN SIROIS:  Thank you, sir.

Jonathan Webber of Tallahassee, followed by David Rucker of Orlando.  And after David will be Genesis Robinson of Daytona Beach.

Sir, you are recognized.

JONATHAN WEBBER:  Thank you so much.

Good afternoon.  My name is Jonathan Webber.  I'm the deputy director of Florida Conservation Voters, and for the record, I do live in CD 5, Al Lawson's district just south of Apalachee here in Tallahassee.

Florida Conservation Voters strongly believes that the health of our environment is directly tied to the health of our republic, and

HT_0000198

Page 118

just as we monitor our water for pollution, we monitor our government for signs of sickness.

Fair representation is one of the best metrics we have to measure the health of our government.  The census and ensuing redistricting process is the test.  Today, we're asking ourselves questions like, was this map drawn in complete transparency?  Does it respect the rules set forth in the Voting Rights Act, in the state and federal Constitutions?  Were the people of Florida given ample opportunity to participate and comment on this map?  And most important, considering the profound legacy of state-sponsored oppression in Florida, does it protect or diminish the right of black Floridians to elect the leaders of their choice.

You all know the answers to these questions, and while fair representation is vial, fear of doing the right thing is the ultimate terminal sickness in democracy.  Our republic is only as strong as the rights of the minority groups to participate.  I love this country not so much for its history but for its promise.  But that promise must be guaranteed to everyone, not just the powerful or the monied or the ruling class.

FCV stands in solidarity with our friends

HT_0000199

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 119

and allies across the state in opposition to these maps.  Thank you all for coming today.  Thank you.

CHAIRMAN SIROIS:  Thank you.

Next is David Rucker, followed by Genesis Robinson.

Ladies and gentlemen, we have about 20 speaker cards left.  I'd like to move into debate at 6:00 p.m.  So following you, sir, I will be reducing public testimony to one minute each.

Thank you, sir.

DAVID RUCKER:  You're giving me one minute?

CHAIRMAN SIROIS:  No, sir.  After you.

DAVID RUCKER:  Oh, after me.

CHAIRMAN SIROIS:  You have two minutes.

DAVID RUCKER:  Good.  My name is David Rucker.  I live in Orlando.  I live in District 10, and I am a super voter.  I started voting when I was 18.  That's in the Civil Rights in 1965.  I've only missed two voting out of my whole time as being a teenager and a young and old adult.

And what I like to do and have you guys, before you even think about voting, we keep asking you to vote and the things that we don't like about what's happening with the Governor and what he's talking about, I want you to go back.

HT_0000200

Page 120

Before you make this vote -- in 1975, a song came out by the O'Jays, and it would say you got to give the people what they want.  Before you vote, I want you to listen to that song.  I want you to listen to it all the way through and then come back and vote.  All right.  That's what I need you to do.  All right.

The next thing, there are four positions that we have now.  The Governor want to cut them down to two, all right.  You need to look at that too.  We're talking about oppression of voters, especially blacks at that time, in '65.  We need to take heed and look at those things.  We don't want to repeat history, all right.  We want to move forward.

But what the Governor is trying to is to try to repeat history, which is not good for all of us in America, you know.  U.S. is us.  That means we are here together, but remember, what I want you to do, 1975, the O'Jays, the O'Jays, all right.  You got to give the people what they want.  Thank you.

CHAIRMAN SIROIS:  Thank you, sir.

Genesis Robinson, followed by Gail Gardner, one minute.

Sir, you are recognized.

HT_0000201

Page 121

GENESIS ROBINSON: Mr. Chair, I would ask that you reconsider to allow two minutes so I can speak.

CHAIRMAN SIROIS: Sir. I have --

GENESIS ROBINSON: I have somebody that's going to yield his time.

CHAIRMAN SIROIS: I have 20 speakers left. One minute, sir. You are recognized.

GENESIS ROBINSON: Okay. Thank you. Good afternoon, members. Thank you, Mr. Chair, for the opportunity to speak for one minute to address the House Subcommittee.

My name is Genesis Robinson. I am a registered voter in the state of Florida. I also serve as the political director for Equal Ground Action Fund. We are a black-led voting rights organization working to increase civic engagement in black communities throughout the state.

We are here in opposition to this plan. Obviously, you have abdicated your responsibility to draw maps to the Governor, and as an organization working to expand equity in the state, we believe that this map is unconstitutional.

With minority growth that we saw in the 2020 census, it is critical that we have diverse

HT_0000202

viewpoints and experiences represented at the federal level of government.  The lived experiences and perspectives of these individuals are a crucial part in representing and reflecting the fullness of our state.

It is unconscionable to think that maps that govern our state for the next decade could give us less minority representation than we currently have.  When the history of this moment is written, you do not want your name to be among those that violated --

CHAIRMAN SIROIS:  Sir, your time --

GENESIS ROBINSON:  -- and voted to take --

CHAIRMAN SIROIS:  -- your time is expired.

GENESIS ROBINSON:  -- away minority representation --

CHAIRMAN SIROIS:  Thank you.

GENESIS ROBINSON:  -- in the state of Florida.  Thank you.

CHAIRMAN SIROIS:  Thank you.

Gail Gardner of Ocoee, followed by Cheryl Jones of Winter Garden.

Ma'am, you're recognized.

GAIL GARDNER:  Good evening.  Gail Gardner from District 10.

HT_0000203

Page 123

In the '60s, my ancestors who lived in the North where I was born and grew up would board a charter bus and head south where they were born and grew up.  Well, now, I too boarded a charter bus today for the same reason.

My experience has been that we are fighting once again and repeating history.  Our ancestors did this.  They defended their time.  They defended the right to vote.  And so, therefore, we're asking that the congressional redistricting map not just to draw the line but hold the line and make this legislative body accountable and not allow the persuasive executive decision by the Governor to be a force to diminish the black vote, of which those of you who benefited from the Fair Districts Amendment 5 and 6 that prohibits politicians from drawing districts that favor themselves and their parties, to ensure that minorities will have the opportunity to elect representatives of their choice.  Let's not allow history to repeat itself.  Thank you.

CHAIRMAN SIROIS:  Thank you, ma'am.

Cheryl Jones, followed by Ebony Hardy-Allen of Jacksonville.

Ma'am, you are recognized.

CHERYL JONES:  Hello.  I am Cheryl Jones

Page 124

from Orlando.

I want to emphasize that our democracy is under attack. When you look at this redistricting map, it is clearly and blatantly designed to oppress black voters.

And I also want to address the fact that you would not have the speaker under oath. That simply holds them accountable. I don't know if others in here have heard, but he's flip-flopped back and forth a few times between here and the Senate, and being under oath holds his word to his record. So we would like to make sure that as we listen to the speakers, that they are held accountable and that the redistricting map actually does represent the citizens of our state.

I live in Orlando, which is currently district 10, but the redistricting will put me in District 11. And some of the reasons that were stated as to why it's being redistricted are different from other counties. Other counties are held intact, and I believe that holding our representatives accountable will make a difference.

CHAIRMAN SIROIS: Your time is expired. Thank you, ma'am.

Our next speaker is Ebony Hardy-Allen,

HT_0000205

Page 125

followed by Indesar Sabris (phonetic) of Jacksonville, and then we'll have Gail Presley of Orlando.

Ma'am, you're recognized.

EBONY HARDY-ALLEN:  Hello.  My name is Ebony Hardy-Allen.  I'm a voter's right advocate.

Since I only have one minute, I'm only going to take 30 seconds because I've sat here, and I prepared a speech.  But I'm not going to use it. I sat here, and I listened.  And I looked at everybody's faces.

Three things, this reminds me of a poll tax.  This reminds me of a literacy test.  This reminds me of a paper bag test.  My skin is too dark.  I will not have representation.  If you all vote for this bill, we will remember.  We will vote you out of office.  I am asking that you do not strip us of our representation.  That's all I have to say.  Literacy tests, poll tax, and a paper bag test.

CHAIRMAN SIROIS:  Thank you, ma'am.

Indesar Sabris of Jacksonville, and then we'll have Gail Presley of Orlando, followed by Hazel Gillis of Jacksonville.

Ms. Presley?

HT_0000206

Page 126

GAIL PRESLEY:  Yes?

Come on up.

Hazel Gillis will be next, followed by Cecile Scoon.

Ma'am, you're recognized.

GAIL PRESLEY:  Well, thank you and good afternoon.  Thank you, Chairman.  To all of our House of Representatives, my name is Gail Presley, and I am a proud member of Congressional District Number 10, which is held by none other than our House of Representative.

It is disheartening to me here today to hear some of the information that was shared, especially from the attorney today.  I come from a family, who have -- back in the 1960s, listening to some of the stories that they told me about voters rights and how they had to fight so hard to become a voter.  I feel like I'm back in the 1960s today, and it is 2022.

I do oppose to the bill that is here today, and I implore you -- because you took an oath to serve the people.  And we are the people.  I am that person, and I do represent Congress -- Congressional District 10, and I do implore you, ladies and gentlemen, to do the right thing --

HT_0000207

Page 127

CHAIRMAN SIROIS:  Your time is --

GAIL PRESLEY:  -- and vote the right way.

CHAIRMAN SIROIS:  Your time is expired.

GAIL PRESLEY:  Thank you, Chairman.

CHAIRMAN SIROIS:  Thank you very much. Thank you, ma'am.

Hazel Gillis, followed by Cecile Scoon, and then we'll have Allison Clark of Maitland.

Ma'am, you're recognized.

HAZEL GILLIS:  Good evening.  My name is Hazel Gillis.  I am a member of the James Weldon Johnson Branch of the ASALH, the Association for the Study of African American Life and History, and I live in Congressional District 5 in Jacksonville, Florida.

Governor Ron DeSantis' rejection of Florida Legislature-drawn maps is a direct attack on black representation in our democracy.  By proposing a congressional map that reduces Florida's black representation in Congress by 50 percent, the Governor is attempting to silence the voices of hundreds of thousands of black voters.

We oppose any map that has been drawn by Governor Ron DeSantis.  In 2010, Florida passed the Fair Districts Amendments 5 and 6 that prohibits

HT_0000208

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 128

politicians from drawing districts to favor themselves and their parties and to ensure minority voters have equal opportunity to participate in the political process and have a fair opportunity to elect representatives of their choice --

CHAIRMAN SIROIS:  Thank you, ma'am.

HAZEL GILLIS:  -- their party.

CHAIRMAN SIROIS:  Your time is expired.

HAZEL GILLIS:  We must end this manipulation.  Thank you.

CHAIRMAN SIROIS:  Cecile Scoon of Panama City.

Thank you, ma'am.

Cecile Scoon of Panama City, followed by Allison Clark of Maitland, followed by ZsaZsa Ingram-Fitzpatrick of Tallahassee.

Ma'am, you are recognized.

CECILE SCOON:  Thank you.  Cecile Scoon, President of the League of Women Voters of Florida.

What a difference a day makes.  I was here a few weeks ago, and I was really proud of this body when you addressed Mr. Popper, Professor Popper, and he came forth with this idea, turning things on its head and telling you that following the law was illegal.

HT_0000209

Page 129

And you literally asked him, do you have a case on point? And the man said no. I don't. And that is the true fact. You are ignoring Tier 1. Tier 1 actually does not require intent, as Mr. Kelly seemed to be implying and stating. It goes by impact. If you do not protect the voting rights and make sure that people have an opportunity to select a representative of their choice if they are a minority by race or language, you are violating Tier 1, and you are violating the Florida Supreme Court's standing on the law. And that's simply the case.

They are trying to change the law ahead of time. The Governor is supposed to enforce the law, not change the law. The people that write the law are the legislators. This is all backwards, and it's hurting every single citizen of this state.

Yes. Black people are being targeted, but the destruction of our separation of powers is --

CHAIRMAN SIROIS: Thank you, ma'am.

CECILE SCOON: -- is affecting everyone. Thank you.

CHAIRMAN SIROIS: Thank you, ma'am. Thank you.

CECILE SCOON: Please vote no.

CHAIRMAN SIROIS: Thank you, ma'am.

HT_0000210

Page 130

Ms. Clark of Maitland, followed by ZsaZsa Ingram-Fitzpatrick of Tallahassee, and then we'll have Myrtle Lucas of Jacksonville.

Ma'am, you are recognized.

ALLISON CLARK:  Thank you, Mr. Chair.

I am Dr. Allison Clark, a native Floridian born in Volusia County, and I live in District 7.  I am here to voice my opposition to this bill.

I could cite historical data, statistics, court cases, et cetera that demonstrate the unconstitutionality of the vote that you are about to take, but due to time, I will keep my statement to this.

The purpose of this session is clear to the nation and Floridians.  It is to establish a path for the Governor's race for the White House in 2024, and it is a path that is being built on the backs of Florida's black voters.  I ask you to vote no to this bill.

CHAIRMAN SIROIS:  Thank you, ma'am.

ZsaZsa Ingram-Fitzpatrick, followed by Myrtle Lucas.

Ma'am, you are recognized.

ZSAZSA INGRAM-FITZPATRICK:  Thank you.

I am ZsaZsa Ingram-Fitzpatrick, and I come

Page 131

to give you a brief statement.  It is about facts, rights, and responsibility.  The fact is it is not in the Governor's job description that he should be putting forth maps on redistricting.

It is your right to tell him to stay in his lane and do his job, and it is the responsibility of us, the voters, the people who put you in office, to come before you and let you know what we think when we do not like what you're doing.

And today I am requesting that you look closely at what is being put forth to dimmish black voters and people of color, our voices within this state, and that you also look at the census and know that we are that sleeping giant because our numbers are not diminishing.  They are growing.  Thank you and vote against this bill.

CHAIRMAN SIROIS:  Thank you, ma'am.

Myrtle Lucas of Jacksonville, followed by Haraka Carswell of Jacksonville, and then we'll have Ingrid Montgomery.

MYRTLE LUCAS:  Okay.  My name is Myrtle Lucas.  I am a member of the James Weldon Johnson Branch of the ASALH, the Association for the Study of African American Life and History, and I live in the Congressional District 5 in Jacksonville,

HT_0000212

Page 132

Florida.

We oppose any map that has been drawn by the Governor -- by Governor Ron DeSantis. Legislators and Governors are doing this to unfairly rule -- unfairly have it their way.  That's what I'm really going to say.  Okay.  We must end this at the cost to protect our democracy and black voters.  We vote for legislation --

CHAIRMAN SIROIS:  Thank you, ma'am.

MYRTLE LUCAS:  -- to draw -- no.  I can't sit -- to draw maps for Fair Districts, and we want them to do their job.

CHAIRMAN SIROIS:  Thank you, ma'am.  Your time is expired.

MYRTLE LUCAS:  Okay.  Enough for Governor DeSantis.

CHAIRMAN SIROIS:  Thank you, ma'am.

Haraka Carswell, followed by Ingrid Montgomery, and we'll -- no Haraka Carswell?

Ingrid Montgomery?

Yes, ma'am.

HARAKA CARSWELL:  (No audible response)

CHAIRMAN SIROIS:  Waive in opposition.  Thank you very much.

Ingrid Montgomery?

HT_0000213

Page 133

INGRID MONTOMERY:  (No audible response)

CHAIRMAN SIROIS:  Oh.  My apologies.  Thank you, ma'am.

Jasmine Burney-Clark, an opponent of the bill.

Odwan Whitfield (phonetic) of Jacksonville, an opponent of the bill.  Are you here to speak? Come on up, sir.  And then we'll have Gwendolyn Colman of Jacksonville.

Sir, you are recognized.

ODWAN WHITFIELD:  My name is Odwan Whitfield.  I'm in Congressional District 5.  I'm a taxpayer, and I am a United States Army combat veteran.  I fought over in district -- in foreign territories only to come back here to fight for my rights for representation.

It bothers me.  It bothers me that we rush through this Committee hearing.  First, it was for the interest of the people.  So you rush the Representatives, and the people come up, and we rush the Representatives.

CHAIRMAN SIROIS:  Sir, could you please keep your comments to the legislation.

ODWAN WHITFIELD:  It's to you all.  And so what's the rush?  The session is from the 19th until

HT_0000214

Page 134

the 22nd.  Why are we rushing so fast?  This affects me and the people in my district.

The difference between you all saying that, you know, well, my uncle, auntie, cousin, brother, sister went to war, the difference is they don't have to come back to this.  They don't have to.  Do your jobs.

CHAIRMAN SIROIS:  Sir, your time is --

ODWAN WHITFIELD:  It isn't fair.

CHAIRMAN SIROIS:  Sir, your time is expired.

ODWAN WHITFIELD:  Do your jobs.  That's all (indiscernible).

CHAIRMAN SIROIS:  Your time is expired.  Thank you.

Gwendolyn Coleman, Jacksonville.

Thank you for your service.

Gwendolyn Coleman, an opponent of the bill.

Walter Smith of Jacksonville, an opponent of the bill.

Kristin Fowailee of Maitland, an opponent of the bill.

Dr. Carolynn Zonia, followed by Lisa Perry.  Lisa, are you here?  Next will be Joey McKinnon.

Ma'am, you are recognized.

Page 135

DR. CAROLYNN ZONIA:  Okay.  Mr. Chairman, Committee members, I'm Dr. Carolynn Zonia.  I'm speaking against the Governor's maps.

I just wanted to point out in September 2021, the U.S. Department of Justice issued guidelines for Section 2 of the Voting Rights Act, and they clearly state that it's prohibited -- it prohibits any procedure or practices that minimize or cancel out the voting strength of members of racial or language minority groups in the voting population.

So whether you vote down the amendment, whether, you know, you're keeping the language in that says that you're limiting where this can be challenge, it's going to be challenged, and it's going to be overturned.  Please vote against the Governor's maps.  Thank you.

CHAIRMAN SIROIS:  Thank you, ma'am.

Lisa Perry, followed by Joey McKinnon.

Mr. McKinnon, you are recognized.

JOEY MCKINNON:  Thank you, Chair.

CHAIRMAN SIROIS:  I'm sorry.  Excuse me. Lisa Perry is an opponent of the bill.

Sir, you're recognized.

JOEY MCKINNON:  Thank you, Chair.

HT_0000216

Page 136

My name is Joey McKinnon, and I'm a resident of the impacted CD 5.  And I'm opposed to this bill.

During the regular legislative session, you, the Legislature, produced a map that was challenged to my knowledge by no one.  Until Governor DeSantis broke with democratic norms, and here we are.  And to be fair, I love many of you, but I didn't want to see you after Easter.

Stand by your maps.  You did a good job.  How often do people come to this podium and say that?  But stand by your map.  After this past session, it's time to turn down the heat.  We all know that.

Today, you have the opportunity to protect the Constitution of the great state of Florida by upholding the Fair Districts Amendments, defend democratic norms, and prioritize people over partisanship, like you did with your maps.  So let's do what's right.  Thank you.

Thank you.  We have Charletta Sowell of Jacksonville, waiving in opposition.

And finally Joanne Brooks of Jacksonville, waiving in opposition.

Members, we are now in debate.

HT_0000217

Page 137

Members wishing to debate.

Representative Benjamin, you are recognized, followed by Representative Skidmore.

REPRESENTATIVE BENJAMIN:  Thank you, Mr. Chair.

We're here at this special session and in this Subcommittee to consider the Governor's veto with regards to a map or maps that we sent him that we believed at the time that we sent them that those maps were constitutionally compliant and that those maps were sufficient for representation in our -- for our congressional representation.

That map held that four seats from Florida would hold black representation in our Congress. And now we're here today discussing a map that will change that representation from four to two.

And when we talk about the significance of that, we're told that the contested seating was, in fact, not legal in its iteration.  However, it was not challenged.  It was provided to us by the courts and was never challenged.  That makes it benchmark. That means it had to be analyzed.  That means it was subject to Title 3, or our Fair District Amendment, and that we codify Section 5 of the VRA, which says that we have to protect our representation in our

HT_0000218

Page 138

state from regression.

We believe that when we did that Title that regression was something that we wanted to protect our state from, and we have long recognized that in the law that we can give greater protections than the federal government.  And it was said by counsel that adhering to state law was not a compelling state interest.

Yeah.  I believe that -- and that's not case law.  That's his opinion, and I believe that there is no greater state interest than upholding our Constitution, our Constitution that gives greater protections.  And so we have now decided that we would compromise with the Governor after we've given him constitutionally compliant (sic), but where is the compromise?  He's given us an offer, but where is our counteroffer?  Where is our counter discussions as to what we believe should be right.

You've heard a lot of testimony giving here today.  I don't believe that the court got it wrong.  I believe that we're getting it wrong now, that black folks matter.  Black representation matters.  We sought to ensure that we would not go backwards.  Our State Constitution ensured that we would

Page 139

continue to take Florida forward, and in doing so, we enshrined it in law.

And so there could be no greater state interest -- there could be no greater compelling interest than to ensure that our laws are upheld when -- especially when they give greater benefit.

And so we should vote this down because black votes matter. Black voters matter. Black representation matters, and we should give the people what they want.

CHAIRMAN SIROIS: Thank you, Representative Benjamin.

Members, just checking in on time, according to my phone, we're at 6:02 now. I'd like -- my goal is for us to vote or to have a close from Chair Leek at about 6:25. So if you'd help me stay on track.

Representative Skidmore, you are recognized.

DEMOCRATIC RANKING MEMBER SKIDMORE: Thank you, Mr. Chair.

I want to thank the folks that traveled from around the state who came to testify today. We heard they came from all parts of Florida.

You know, I just feel that this map clearly

HT_0000220

Page 140

violates the Florida Constitution.  Whether it was devised with the intent of denying of abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish the ability to elect representatives of their choice, the fact of the matter is the result is it does.  And that violates the Constitution.

If the Governor believes, as he has stated, that a racially gerrymandered district is tantamount to segregation, then why did he leave Congressional District 20 alone?  When all of his objection was on Congressional District 5 and they redrew 18 other districts but they left a racially gerrymandered district alone, that is -- it doesn't jive with what it is that he is saying.

And this bill, this map, is unconstitutional because whether it was devised with the intent to favor a political party, the fact of the matter is the result is it does.  Mr. Kelly testified that -- in his testimony that his cleanup of the Legislature's map randomly resulted in a partisan makeup of 20 Republican seats and 8 Democratic seats, as widely reported in the media.

Members, it's an Easter miracle, and all he was worried about was race neutral.  But remarkably

HT_0000221

Page 141

this map has 20 Republican performing seats and 8 Democratic seats.  There are so many things wrong with this map.  There are so many things that are wrong with this process and wrong with the Governor's insertion of himself in this map to benefit his Presidential election.

I am telling you this is going to come back and bite you.  You should vote no on this.  I don't care how many times we have to come back to get it right.  I will come back.  I will come back.  I will come back.  And you should too.

CHAIRMAN SIROIS:  Representative Brown, you are recognized in debate.

REPRESENTATIVE BROWN:  Thank you, Mr. Chair.

Frankly, I cannot tell you what the purpose of this Committee is -- here is today because it seems as though there are folks within this room that are sort of content with the Governor's decision to run a one-man show with these congressional maps.

Not only has this move been unprecedented, but it is unnecessary meddling in its finest on behalf of the Governor.  I find it an honor and a privilege and it is an honor and a privilege that

Page 142

Floridians have elected us to represent them and to really participate in this redistricting process. But it's also our constitutional duty as legislators to do so.

And so I refuse to sit here and neglect that. I refuse to sit here and ignore my constitutional duty, my moral duty, of the people of the state of Florida, who entrusted us to ensure that their voices are heard.

They voted some years ago on the Fair District Amendments, and they voted for every legislator in this room. Our biggest obligation to them, members, is to do what's right. The biggest obligation is to them and not the Governor.

His pride, as it was mentioned by Rep Skidmore, his pride and his ambition to become President by any means necessary only hurts us as a collective, and it hurts us as Floridians. And we have continually seen this time and time again, just with the many bills that we have been asked to vote on. We've seen it with SB-90. We've seen it with last year election's police bill, and all these bills disenfranchise voters.

I feel that we should not be allowing someone to bully both chambers and do his bidding

HT_0000223

Page 143

without a fight, and so today, on behalf of the many folks that have come here, those that have been silent, those who have not been able to make it here to Tallahassee, I'm here to fight for you as a constituent.  I will be voting no, absolutely.  I'm not here to work for the Governor or his ambition, and so I ask my colleagues, I implore my colleagues, not only in this room but also in the other chambers and the 120 of us to do the same and do what the folks of Florida sent us here to do.

CHAIRMAN SIROIS:  Thank you.

Representative Harding in debate.

REPRESENTATIVE HARDING:  Thank you, Chairman.

And, first, I just want to say that I will be supporting House Bill 1-C today, one, because I believe that, as it's been outlined throughout this process today, that I believe it's constitutional, and I believe it's the right result.  But, number two, because there's a process.

And today we've talked about -- we've used the term veto several times, but we haven't talked about -- I'm sorry -- we've inserted the term about the Governor proposing a map, but we haven't talked about in the process the Governor has the ability to

HT_0000224

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 144

veto.  That is part of the process.

When you get elected, oftentimes, we were told, you know, the first time you have a bill that you want to run, the idea that it's going to pass on its first time is pretty slim.  It does happen, but it's the exception.  It may not work through the process for a variety of reasons, or it may be vetoed.  And you have to come back and reconvene on how do we work to move forward?  And that's what we're doing is moving forward.

When I got elected, I tried to do three things when I was running and then also as I've served.  I've tried to be straightforward, try to represent the people that have sent me here, and I've also tried to stay true to my values.

And on the straightforward piece, I went back, and there's been discussion today in Committee that the previous map was just this harmonious map that we all loved.  And it was so great.  The fact was that there was not a single Democrat member that voted for the previous map.  So when we point to that as the example, then why did you not support that map?

And the second thing I want to point out is that, just as I mentioned previously, there's a

HT_0000225

Page 145

process.  We were -- we knew going into redistricting that one of the jobs we had was we could propose our own maps.  That didn't happen.  I have not seen Democrat members that are opposing the bill today propose their own maps in the process.

So I want to -- last thing is just to the audience members, I want to thank you for being here.  Whether we agree or disagree, it takes courage to be here, and the term courage was pointed out.  And I like that word courage because it takes courage to speak.  It takes courage to run for office.  It takes courage.

But I would implore you to hold the folks accountable that you are celebrating today in opposing this bill by having the courage to propose their own maps, which hasn't happened.

So I'll be supporting this bill.  Thank you for being here and speaking, whether we agree or disagree.

CHAIRMAN SIROIS:  Representative Joseph in debate.

REPRESENTATIVE JOSEPH:  Thank you, Mr. Chair.

Black representation matters.  Even if that means you might have a better chance at getting a

Page 146

seat in Congress.  When we think about the amendment that I proposed, right now, even in the bill, there is a little subclause that says federal questions can be addressed in federal court.  So why would we need to add that it needs to go to state courts?

Well, if you haven't been following the jurisprudence, the federal courts have relegated dealing with these kinds of redistricting gerrymandering cases in cases where there's partisanship.  They say we're not touching that.  So partisanship is the carrot.

We also have indications from the U.S. Supreme Court with questions raised in other litigation about what constitutes a compelling interest.  I would posit that making sure that minority representation exists is a compelling state interest.  Some may disagree.  Some people want us to be race neutral.

What race neutral means is that I have the opportunity to ignore the impact on racial minorities when I make a decision that is factually neutral.  That means, on its face, it doesn't take into account race, but in practice, the impact, the effect is that it eliminates, diminishes, decreases, and has the effect of discrimination.

HT_0000227

4/19/2022                 Common Cause, et al. v. Cord Byrd                 Audio Transcription

Page 147

And what we're saying when we pass these policies, whether it's in this context or in the context of education or in the context of employment is we see the pain, but we don't want to see the pain.  So we're just going to pretend like your pain does not exist.

It is disgraceful that this legislative body would be willing to sacrifice black representation at the alter of this Governor's political ambitions and maybe some of your own. People, Floridians, voters, Americans should have the right to choose their representatives and not the other way around.

We should not be stacking the cards -- Republicans should not be stacking the cards in their favor 20 to 8 and then have the nerve to come up here and try to say that it was not in consideration of partisanship.

All that does is empowers one particular group to continue to ignore the needs of Floridians. Floridians, both Republicans and Democrats, care about things that help us to be healthy, prosperous and safe, whether that means fixing our broken Unemployment Compensation system -- and a number of things that I'm not even going to get into.

HT_0000228

Page 148

CHAIRMAN SIROIS:  Representative Joseph, let's try to keep it, you know, within the framework of the bill.

REPRESENTATIVE JOSEPH:  Understood.

CHAIRMAN SIROIS:  And let's bring it in for a landing because there's others that want to participate.

REPRESENTATIVE JOSEPH:  I will do my darndest right now.

These maps are not it.  They're not even our maps.  They're the Governor's maps.  This is absurd.  I was so proud of us last time that we even at least made the effort.  It doesn't mean that those maps were perfect.  We identified issues. We're going to have issues.  Just because something isn't perfect doesn't mean it wasn't better.  The other ones were better than this.

And I'm disappointed that this is the route that we have decided to go, we, to be clear, my colleagues who will be voting in favor of this map. That's who I mean by we.  But we who are still fighting for the people, whether you're Democrat or Republican, whether you're black or white, we are disappointed with this process, with this legislation, and with the result of decreasing black

Page 149

representation, which will be difficult to challenge in advance of the next elections.

CHAIRMAN SIROIS:  Representative Driskell in debate.

REPRESENTATIVE DRISKELL:  Thank you, Mr. Chair.

Members, no problem can be solved from the same consciousness that created it.  That's Albert Einstein.  And when I look at what we're doing with the redistricting process, it seems to me that we're trying to roll back the clock to the same consciousness that created the problems such that we would need a Voting Rights Act and Fair District Amendments in the first place.

I know sometimes our debates get heated in here, and we have very deep issues and values that cause us to disagree.  But I actually have love in my heart for each and every one of you, and when I go back home, people ask me, how is that possible when you hear these bills that are just -- my constituents, many of them perceive to be so mean spirited.  And I say because I'm able to connect with my colleagues on a human level.

But I think that we've missed something in the process when we can have people come before us

HT_0000230

Page 150

and bare their souls and their fears and their frustrations, and we cannot connect with them on a human level. What about their humanity? What do we say to the voters of Gadsden County, the only majority-minority district that we have in the state of Florida? I'm sorry. We're taking your representation. What about their humanity? I'm worried about our consciousness. I'm worried that we are going backwards with these maps.

Just to address a couple of things. I know the point was raised that the Democrats in large part did not vote in favor of the congressional maps when we had them before us in regular session. Well, there were some real things wrong with that, starting with we introduced two maps, and the primary map was closer to what the Governor was proposing then, which we thought was unconstitutional.

The secondary map was closer to what many of us had worked on with Chair Sirois, and there was starting to be a consensus around. And I'm not even sure that passing two maps was constitutional, right. So the only flip that I see -- Democrats, let's be clear, have been real consistent. The only flip that I see was not from our caucus.

Page 151

And to the point that was made earlier in testimony, that the Governor, you know, it's no secret that he's, you know, been putting information about there about these maps and what he thinks, that's right. And guess what? The Legislature close to ignore that for the most part. Some of his feedback was taken into the primary map that was passed, but we looked at what the Governor was doing. We were saying no. This is wrong. It's unconstitutional. The Governor is the executive branch. That is to execute the law, not to legislate it and to pass it. That's our job.

Another thing, second, the current law matters. I heard in testimony today, well, the court got it wrong. Well, we can opine that all that we want, but the law is the law. The rule of law matters, and I don't see anything that we've done here that suggests to me that we actually are following in a legal way redistricting principles.

I know. I got to bring it in for a landing. Thank you, Mr. Chair.

The third point is just I see so much inconsistency in what's been presented before us where we focused on certain principles for certain regions of the state but not for South Florida. I

HT_0000232

Page 152

don't understand the inconsistency.  It's problematic.  It is rushed.  We need more time, Mr. Chair.  We absolutely just need more time to consider this.  This process is not enough.  I'm down.  Thank you.

CHAIRMAN SIROIS:  Representative Hunschofsky.

REPRESENTATIVE HUNSCHOFSKY:  Thank you, Mr. Chair.

I have to say when I asked to be on this Committee, I was very excited.  I find it an incredible honor to be able to serve in this Florida House of Representatives.  Wherever the outcomes end, I feel so -- it weighs tremendously on me that every vote I make, every decision I make impacts someone's life, and not just their life today but their future.

It also is about a sense of trust that we have been entrusted to be the voice and to speak up for the people we represent.  So I was super excited when I got to be on this Committee, and we were told really early on not to talk to people about the maps, not to listen to people about the maps.  And we were given rules to follow.

And I followed them.  I listened at every

Page 153

Committee meeting.  Every time something came up, I always went back to the Tier 1 and Tier 2 that the leadership here and the staff here told us this is what we are supposed to follow.  I didn't follow Twitter.  I didn't follow newspapers.  I followed exactly what I was told to follow.

This map doesn't follow what I was told we are supposed to follow.  It doesn't matter what the intent is.  It's the result of whether we are denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice, not the intent but the result.

That's a Tier 1 standard, which must come before the Tier 2 standards.  And I, as a local person, always talked about I want to keep our cities together, ad nauseum.  But it's --

CHAIRMAN SIROIS:  Representative, if you could -- if you could wrap up your comments please.

REPRESENTATIVE HUNSCHOFSKY:  I will --

CHAIRMAN SIROIS:  There are others.

REPRESENTATIVE HUNSCHOFSKY:  I understand.

So what I'm saying is we talk about being race neutral.  I didn't see anywhere in my

HT_0000234

Page 154

directions that I'm supposed to be race neutral.  I see that I'm supposed to make sure that we're not diluting representation.

There are also concerns in here that now we're picking which courts the challenges come.  We didn't do that in our last maps, and we even put in a $1 million of an appropriation in here for that, that we didn't do prior.  And those are all concerns I have with this map.

I don't understand why -- where the difference is that some bodies of water take precedent over other bodes of water, that some weird-shaped districts take priority over some -- why 200 miles is worse than 180, and these are all my concerns with this map.

CHAIRMAN SIROIS:  Thank you.

Representative Latvala.

REPRESENTATIVE LATVALA:  Thank you, Mr. Chairman.

I think it's slightly disingenuous to say that you were proud of something that you voted against.  The last Speaker, one of the last Speakers said that there was virtually -- and my -- just for the record, I was not referring to Representative Hunschofsky.

Page 155

One of the last Speakers said that the last map had no opposition.  Well, it was apposed by the nonpartisan organization the League of Women Voters, and it was also opposed by every one of my Democratic colleagues.  But other than that, it didn't have any opposition.

And, you know, we passed a map, members. the Governor didn't like it, and I remember the day that we passed it on the floor.  One of my Democratic colleagues stood up on the floor and said you all are passing this map for the Governor.

We were accused of passing the map for the Governor then, and I didn't agree with that.  And I guess the Governor also didn't think that we passed the map for him because he vetoed it, which is part of his constitutional duties.  He's allowed to do that.

Gadsden County was brought up.  We're keeping Gadsden County whole in this map.  We're not including Gadsden County with a county that's 10 counties away.

I thank all the people that were here to speak to us today.  I thought it was interesting that we had people from Tallahassee and people from Jacksonville that were here, and they were all in

HT_0000236

Page 156

the same congressional district.  I grew up in Jacksonville.

I voted in -- the first election that I voted in was in 2000.  Back then, my Congressperson represented me, and her congressional district was in Jacksonville.  And it stretched all the way from Jacksonville to Orlando.  Part of it had one side of the street but not the other because it was a, as somebody from the Governor's Office's mentioned, it was a small skinny salamander.  That's called gerrymandering.

And so this is a good map.  I will be supporting it.  I will have no regrets, and I think history will judge me just fine, as it will everyone else that votes yes.  Thank you.

CHAIRMAN SIROIS:  Representative Leek, you are recognized to close.

REPRESENTATIVE LEEK:  Thank you, Mr. Chair.

In the interest of time, I'll waive close.

CHAIRMAN SIROIS:  Thank you.

DJ, please call the roll.

THE CLERK:  Chair Sirois.

CHAIRMAN SIROIS:  Yes.

THE CLERK:  Representatives Benjamin.

REPRESENTATIVE BENJAMIN:  No.

Page 157

THE CLERK:  Brown.

REPRESENTATIVE BROWN:  No.

THE CLERK:  Fabricio.

REPRESENTATIVE FABRICIO:  Yes.

THE CLERK:  Fetterhoff.

REPRESENTATIVE FETTERHOFF:  Yes.

THE CLERK:  Harding.

REPRESENTATIVE HARDING:  Yes.

THE CLERK:  Hunschofsky.

REPRESENTATIVE HUNSCHOFSKY:  No.

THE CLERK:  Joseph.

REPRESENTATIVE JOSEPH:  No.

THE CLERK:  Latvala.

REPRESENTATIVE LATVALA:  Yes.

THE CLERK:  Maggard.

REPRESENTATIVE MAGGARD:  Yes.

THE CLERK:  Massullo.

REPRESENTATIVE MASSULLO:  Yes.

THE CLERK:  McClure.

REPRESENTATIVE MCCLURE:  Yes.

THE CLERK:  Morales.

REPRESENTATIVE MORALES:  No.

THE CLERK:  Perez.

REPRESENTATIVE PEREZ:  Yes.

THE CLERK:  Plakon.

HT_0000238

Page 158

REPRESENTATIVE PLAKON:  Yes.

THE CLERK:  Silvers has been excused.

Skidmore.

DEMOCRATIC RANKING MEMBER SKIDMORE:  No.

THE CLERK:  Trabulsy.

REPRESENTATIVE TRABULSY:  Yes.

THE CLERK:  Truenow.

REPRESENTATIVE TRUENOW:  Yes.

THE CLERK:  Tuck.

VICE CHAIR TUCK:  Yes.

THE CLERK:  Williamson.

REPRESENTATIVE WILLIAMSON:  Yes.

THE CLERK:  Ex Officio Driskell.

REPRESENTATIVE DRISKELL:  No.

THE CLERK:  Ex Officio Leek.

REPRESENTATIVE LEEK:  Yes.

THE CLERK:  15 yeas, 7 nays, Mr. Chair.

CHAIRMAN SIROIS:  Thank you, DJ.

Please show the bill reported favorably.

Members, I'd like to thank you for your work today.  I'd like to thank the members of the public that joined us as well.

Without objection, the meeting is adjourned.

(END OF VIDEO RECORDING)

HT_0000239

Page 159

CERTIFICATE OF TRANSCRIPTIONIST

I certify that the foregoing is a true and accurate transcript of the digital recording provided to me in this matter.

I do further certify that I am neither a relative, nor employee, nor attorney of any of the parties to this action, and that I am not financially interested in the action.

_____

Julie Thompson, CET-1036

HT_0000240

## A

abdicated 121:20
abdication 9:2
ability 11:14 51:9
  107:7 140:5
  143:25 153:12
able 35:4 80:4,8
  88:23 97:1
  143:3 149:22
  152:12
Abraham 116:11
abridging 51:6
  140:2 153:10
absence 24:11
absent 79:8
absolutely 143:5
  152:3
absurd 11:2
  148:12
abutting 43:12
accept 23:25
access 100:3,5
  107:20
accommodate
  37:5 39:15
accompany
  21:16
account 74:14
  146:23
accountable
  123:12 124:8
  124:14,22
  145:14
accurate 159:3
accused 155:12
achieve 22:4 33:3
  64:17
achieved 37:15
  43:14 45:17
achievement
  27:13
achieves 40:13
achieving 22:4
acquiesced
  103:21
Act 60:22 61:4,4
  61:15 64:23

65:2,8,9,10,11
65:12,21,24
66:1,2,5 67:4,5
68:21 89:20
94:18 102:7
104:4 107:18
110:21 118:9
135:6 149:13
action 121:16
  159:7,8
actions 90:22
ad 153:18
Adam 17:4,15
add 146:5
addition 22:25
  52:3 55:18
additional 17:20
  25:4 28:2 33:25
  46:23 108:2
additionally 28:2
  47:10
address 6:22
  86:13,14
  121:11 124:6
  150:10
addressed 63:23
  128:22 146:4
adequate 52:23
adhered 25:16
adherence 33:21
adherent 84:9
adhering 138:7
adjourned
  158:24
adjusts 23:8
adopted 25:20
  26:21
adult 119:20
advance 149:2
advanced 100:21
advocate 125:6
aesthetic 80:17
affect 99:15
  108:19
aforementioned
  39:23
African 18:13

24:5 61:7 66:19
66:21 68:4
100:23 111:13
113:22 114:24
127:13 131:24
Africans 114:23
  116:2,10
afternoon 6:6
  98:10 100:19
  104:19 107:15
  108:11 117:18
  121:10 126:7
age 47:6 61:8,9
  72:17,19 73:23
  74:4 75:9,15
  89:18
agenda 6:1
ago 16:19 69:4
  86:5 113:25
  128:21 142:10
agree 145:8,18
  155:13
agreed 49:25
agreement 24:12
ahead 4:9 33:16
  129:12
ain't 106:7
al 1:2 117:21
Albert 149:8
Alex 15:2,3,14
  49:22,24 51:23
  53:25 55:16
  56:8,21 58:9
  59:9,21,23
  60:25 62:5,18
  62:23 66:12
  70:15,25 71:14
  73:6 75:3 76:25
  77:5,9 83:19
  84:20 86:7 88:4
alignment 90:4
aligns 20:14
  23:19,21
alike 7:6
alleging 96:13
allies 119:1
Allison 127:8

128:15 130:5,6
allow 6:3,5 32:12
  121:2 123:12
  123:19
allowed 33:25
  34:22 41:1 49:9
  78:19 95:10
  155:16
allowing 9:4
  105:5 142:24
allows 96:25
alter 147:9
alternatives
  76:11
ambition 142:16
  143:6
ambitions 147:10
amending 107:19
amendment 62:2
  81:1 90:8,9,12
  90:15,16 91:2,6
  91:8,9,10,12,14
  91:18,19,21,25
  92:15,17,21
  93:1,1,4,10,11
  94:7,11,14 95:6
  95:8 96:4,5,17
  96:20,25 97:5,6
  97:11 98:13
  99:23 102:7
  104:6 106:5,13
  106:17,22
  110:19,20
  114:21 123:15
  135:12 137:23
  146:1
Amendments
  127:25 136:17
  142:11 149:14
America 120:18
American 18:14
  24:6 61:7 66:20
  66:21 68:4
  100:24 102:10
  127:13 131:24
Americans
  111:13 113:22

147:11
ample 118:11
analysis 7:21
  61:11,12 62:2
  63:14 64:12
  70:4,20 71:3,4
  74:9,13 83:17
  84:18,22 85:6,8
  89:11,21
analyze 70:21
analyzed 137:22
ancestors 116:5
  116:11 123:1,7
angle 46:21
angled 40:22
answer 6:18 56:4
  56:14 59:11,24
  62:6,24 63:4
  66:7 75:4 95:4
answered 87:25
answers 118:16
anticipation 6:25
Antonio 34:18
anymore 80:6
Apalachee
  117:22
apologies 15:5
  100:14 116:15
  133:2
apologize 58:15
  90:8 95:20
  115:13
apology 15:14
Apopka 39:19
  79:16,17,17
  80:1
Apopka-Vinela...
  40:5 77:13
appearance 4:3
apple 48:25
  81:15
application 4:16
  77:19 78:14
  111:8
applications
  67:25
applied 65:17

applies 65:12
apply 18:17 93:1
apposed 155:2
appreciate 48:19
  91:16 97:13
appreciated 15:1
approach 25:25
  35:9 70:12
  74:16,22 97:17
  98:4
approaching
  71:23
appropriately
  101:5
appropriates
  47:11
appropriation
  154:7
approval 4:25
approved 98:13
  103:15
approximately
  38:5 46:6
APRIL 1:12 2:1
area 23:9 36:4
  37:14 41:13,25
  46:11 71:23
  72:4 73:10
  74:11 79:14
  80:1 81:19
arguing 92:25
argument 53:16
  53:16 64:5
  83:21,22,23
arguments 59:2
Arlington 32:11
arm 80:2,6
  101:23
Arms 48:8
Army 133:13
Article 103:12
articulate 25:23
  26:22
articulated 24:1
  24:17 57:12
  82:19
articulating

30:17
articulation
  25:21
ASALH 127:12
  131:23
asked 70:11
  82:14 87:25
  90:24 129:1
  142:20 152:10
asking 74:20,24
  108:24,25
  109:1 118:6
  119:22 123:9
  125:17
asleep 96:24
aspects 77:2
assembled 65:21
asserted 111:2
assigned 72:1
assigning 75:21
assigns 22:2
Association
  127:12 131:23
assume 65:5
assumed 16:16
  65:1
assure 6:2
Atlantic 98:6
attack 106:6
  124:3 127:17
attacks 7:8
attempting 45:15
  59:5,13 127:21
Attempts 85:1
attention 102:8
  110:2
attorney 52:15
  126:14 159:6
Auburndale 44:2
audible 132:22
  133:1
audience 48:4
  58:17 109:16
  145:7
auntie 134:4
author 28:22
authored 17:6,16

39:4
authoring 19:19
  28:21
authoritarian
  102:12
autonomous
  102:14
available 5:14
  21:23 48:8
aware 6:11 59:10
  59:12 60:21
  74:11 90:3
  102:5
aye 12:11 97:7
ayes 97:8

**B**

back 4:8,14
  29:14 31:18
  40:16 42:4,25
  44:14 53:2
  57:22 64:11
  65:18,19 74:7
  79:23 82:10
  87:12 88:14
  93:20 101:7
  102:10 105:5
  114:16 119:25
  120:6 124:10
  126:15,18
  133:15 134:6
  141:7,9,10,10
  141:11 144:8
  144:17 149:11
  149:19 153:2
  156:4
background
  16:18 17:8
backs 130:17
backup 51:5
backwards 28:25
  76:18 114:1
  129:15 138:24
  150:9
bag 125:14,19
balance 46:24
balances 110:12

ballot 115:11
barbell-shaped
  76:8
barcode 90:16
bare 150:1
Barney 112:16
  112:18,21,21
based 47:17,18
  47:24 56:15
  60:1,2 64:14
  67:7 74:13
  81:12 110:18
  110:19,20
  115:25
basically 72:13
  74:9,16,21 91:2
  114:17
basis 22:3 24:10
  24:15 65:20
  95:7 96:22
  99:25 115:22
bay 23:9 33:12
  33:13 34:2,3,20
  35:10,11,15
  36:9 85:16 86:1
Beach 46:9,15
  98:7 117:15
beat 85:11
began 4:14 21:2
  34:22
beginning 54:3
behalf 17:5,14
  141:24 143:1
behavior 112:25
believe 8:24 27:4
  64:21 76:15,16
  80:1 82:2,4,6
  93:23,25 95:15
  108:5,22 109:6
  111:7 113:18
  121:22 124:21
  138:2,9,10,18
  138:21,22
  143:17,18,19
believed 137:9
believes 117:24
  140:8

bell 69:2
Belle 39:12 46:10
benchmark 24:5
  52:18 54:7
  73:24 83:16
  84:17,25 89:11
  89:24 137:21
beneficial 42:8
benefit 139:6
  141:6
benefited 123:15
Benjamin 2:11
  2:12 13:1,2
  57:21 58:11,12
  58:14,22,24
  59:16,17,18
  60:15,17,18,20
  61:17,21 62:15
  63:6,7,13 69:19
  69:21,23 70:1,6
  92:18,20,22
  137:2,4 139:12
  156:24,25
Benjamin's
  62:20
best 7:11 23:5
  83:5,7 87:9
  113:3 118:3
better 30:5 35:10
  82:8 145:25
  148:16,17
beyond 22:14,15
bidding 142:25
biggest 142:12,13
bill 4:19,24 5:1
  5:25 6:1,9,21
  7:16,22,25 8:7
  9:1 15:7,8,9
  19:24 20:4
  21:19 47:8,11
  47:13,23 48:1
  48:10 90:20
  91:15 98:1,15
  115:6,6 125:16
  126:20 130:8
  130:19 131:16
  133:5,7 134:18

134:20,22
135:23 136:3
140:16 142:22
143:16 144:3
145:5,15,17
146:2 148:3
158:19
**bills** 142:20,23
149:20
**binder** 7:23
**bit** 15:13,13
16:18 29:25
30:10 38:15
62:14 72:4
73:12,24 79:7
105:21,22
107:24
**bite** 141:8
**bites** 48:25
**black** 70:21
89:10 95:10,12
96:11 100:5
106:6 115:25
116:1,1,5 117:3
117:6,10
118:14 121:18
123:14 124:5
127:17,19,22
129:17 130:18
131:11 132:7
137:14 138:23
138:23 139:8,8
139:8 145:24
147:8 148:23
148:25
**black-led** 121:16
**blacks** 120:12
**blatant** 100:23
**blatantly** 104:10
124:4
**block** 20:6,6
57:11,11
**block-like** 86:22
**board** 17:1,4
123:2
**board-certified**
100:20

**boarded** 123:4
**bodes** 154:12
**bodies** 87:14,16
154:11
**body** 5:20 7:5
8:14 110:8,9,25
111:25 123:12
128:21 147:8
**bog** 92:10
**border** 40:7,9
42:22 43:2
79:15
**borders** 41:12
**born** 123:2,3
130:7
**Boston** 116:7
**bother** 87:16
**bothers** 133:17
133:17
**Boulevard** 37:1
**boundaries** 25:11
25:19 26:15
31:17,19 32:16
34:15 35:6,13
35:24 36:7,10
36:11 37:5
38:24 39:21,24
41:4,6,8,11,14
42:10 43:19,21
44:10,13 45:3
47:1,3 51:12
71:18,19 72:15
72:20 76:14,20
76:21 77:23
78:4,13,16,18
79:10,15 80:12
80:13,14
**boundary** 23:17
25:13 26:19
29:21 31:2,8,10
31:24,25 33:22
34:16 37:21
39:1,2,25 40:1
40:4,15 44:15
44:19,22,23,24
44:24 54:24
57:17 77:13

78:11 80:5,18
86:19
**bow** 109:8
**box** 115:11
**boxes** 18:21
**branch** 11:3
127:12 131:23
151:11
**branches** 8:25
102:14
**Brandon** 37:14
**break** 79:16,19
**breakdown** 86:9
117:2
**Breaking** 33:18
**bridges** 32:11
**brief** 15:22 87:7
131:1
**briefing** 5:8,11
5:13
**briefly** 40:6
93:19
**bring** 69:8 88:17
90:2 111:15
148:5 151:20
**bringing** 23:5
38:19 110:10
**broke** 136:7
**broken** 147:23
**Brooks** 136:23
**brother** 134:4
**brought** 17:1,4
42:2 106:13
155:18
**Broward** 33:7,10
33:14,14 42:3
**Brown** 2:13,14
13:3,4 74:7
75:25 76:1,3
80:20 81:4,7
83:9 141:12,14
157:1,2
**budgetary**
101:22
**build** 112:23
**builds** 28:23
**built** 35:19 36:8

110:13 130:17
**bully** 142:25
**bunch** 50:18
**Bureau** 77:20
**Burney-Clark**
133:4
**bus** 123:3,4
**Busch** 37:1
**business** 58:20
**butchering**
115:14 116:16
**Byrd** 1:6

**C**

**call** 2:4 12:23
97:16,18
105:18 116:19
156:21
**called** 109:4
116:13 156:10
**calling** 5:4 6:24
**campaign** 106:20
**cancel** 135:9
**candidate** 24:7
88:24 89:13
98:20
**Cape** 27:17 35:5
**capital** 81:1
**capitulate** 115:5
**Cardona** 104:16
105:17,24
106:1 108:10
109:15 112:11
112:13
**cards** 119:7
147:14,15
**care** 27:20 141:9
147:21
**careful** 22:12
**carefully** 73:21
113:20
**Carolynn** 134:23
135:1,2
**carrot** 146:11
**Carswell** 131:19
132:18,19,22
**carve** 68:6

**case** 36:18 37:19
39:17 51:20
65:13 93:2
102:8 129:2,11
138:10
**cases** 27:21 83:2
130:10 146:9,9
**cast** 106:25
**caucus** 150:25
**cause** 1:2 149:17
**causes** 78:24
**caution** 109:12
**CD** 56:15,15 58:4
58:5 71:8 74:24
76:16 83:15,16
86:1 87:21 90:1
96:8 117:21
136:2
**Cecile** 126:4
127:7 128:11
128:14,18,18
129:20,24
**ceded** 8:15,18
**celebrating**
145:14
**census** 77:20
99:2 108:1
118:5 121:25
131:13
**census-designa...**
25:11
**centered** 30:17
79:25 82:22
**Central** 23:18
24:22,25 25:1,3
38:8
**certain** 87:15
151:24,24
**certainly** 28:11
77:8 100:2
111:5,5
**CERTIFICATE**
159:1
**certify** 159:2,5
**CET-1036**
159:23
**cetera** 130:10

**Chair** 2:5,7,8
3:23 5:8 8:9,11
9:20 10:6,17
11:6,9,13 12:16
12:24 14:13,21
15:2,16,25 20:4
20:17 28:16
29:3,10 46:12
47:7 48:3,11
49:8,22 50:11
50:17 52:20
54:1,3 55:8,16
56:3,8,13,21
57:25 58:7,9,13
58:25 59:9,16
59:21 60:15,25
61:22 62:5 63:7
70:2,9,15,25
71:7,14 73:1,6
75:3 76:4 81:2
81:8,24 83:3,13
83:19 84:13,20
85:19 86:7,8
87:9,19 88:4
89:4 90:19
91:23 92:23
93:18 94:13
97:2 121:1,10
130:5 135:21
135:25 137:5
139:16,21
141:15 145:23
149:6 150:20
151:21 152:3,9
156:18,22
158:10,17
**Chairman** 2:2,6
3:24 10:13,21
11:11,21 12:15
12:20,25 14:22
15:11 48:1,2
49:11,23 50:9
51:21 52:21
53:2,5,8,24
55:4,14,25 56:7
56:11,20 57:19
58:8,11,14 59:8

59:17,22 60:16
60:18,24 61:17
62:4,16,19 63:1
63:5,10,17 69:7
69:18,22,25
70:5,14,18,24
71:5,13 72:24
73:5 74:5 75:2
75:24 76:2,24
77:4,8 80:20
81:22,24 83:8
83:18 84:11,19
85:12,17 86:6
87:5,23 88:10
89:2 90:7,14
91:7 92:18,21
93:12,16 94:9
95:19,22,25
96:3 97:3 99:6
99:10 100:9,12
100:14 101:11
101:15,17,19
102:23 104:14
105:16 107:9
108:8 109:11
109:14 111:14
111:18,21
112:3,6,10
113:6,10 114:4
114:14,19
115:12 116:15
117:12 119:3
119:12,14
120:22 121:4,7
122:12,14,17
122:20 123:21
124:23 125:21
126:7 127:1,3,4
127:5 128:6,8
128:11 129:19
129:22,25
130:20 131:17
132:9,13,17,23
133:2,22 134:8
134:10,14
135:1,18,22
139:11 141:12

143:11,14
145:20 148:1,5
149:3 152:6
153:19,22
154:16,19
156:16,20,23
158:18
**Chairs** 29:11
**challenge** 47:15
47:20 63:15
112:22 135:15
149:1
**challenged** 5:20
91:5 135:15
136:6 137:20
137:21
**challenges** 47:18
47:24 154:5
**challenging**
90:22 95:2
**chambers** 24:17
142:25 143:8
**chance** 35:10
43:3 106:24
145:25
**change** 20:22
30:5 31:24,25
56:16 72:20
129:12,14
137:16
**changed** 17:17
29:25 30:6
**changes** 17:17
21:4 23:14
24:21,25 25:3
26:11 27:12
29:18 30:4,11
32:19,25 34:21
38:7 42:1,6
47:8,17 51:13
55:12 70:3
71:17 72:8
80:10,14
**Charletta** 136:21
**Charlotte** 46:1
**charter** 123:3,4
**chatter** 6:23

**cheap** 101:8
**check** 18:21
**checking** 139:13
**checks** 110:12
**Cheryl** 122:21
123:22,25,25
**chief** 15:4
**child** 60:8
**choice** 24:7 51:10
54:11 55:1
88:24 89:14
94:4 104:3
111:25 112:8
118:15 123:19
128:5 129:8
140:6 153:13
**choose** 11:6
147:12
**chose** 8:23
**chosen** 9:6
**Christopher**
112:12,14
**circling** 29:20
**circuit** 47:21
**circular** 27:10
40:22 42:4,5
79:5
**circumstances**
11:17
**circumvent** 92:2
**cite** 130:9
**cities** 27:14,15,22
27:23,23 28:6
39:7,23 46:10
46:10 72:7
153:18
**citing** 5:2
**citizen** 98:3
103:23 129:16
**citizens** 5:21
80:25 99:19
104:6 108:21
124:15
**citizenship**
106:12
**Citrus** 23:10 26:6
30:8,20 32:20

34:5,6,7 40:18
55:21 80:8
**city** 7:20 25:17
27:18,22 28:3
28:19 31:4,7,9
34:18 35:6 38:3
41:14 43:25
44:1,4,10 45:3
45:6,10 54:13
54:15,17 56:5,5
56:16 79:15,16
79:17 128:12
128:14
**civic** 121:17
**Civil** 119:18
**civility** 7:3 48:13
109:17
**claim** 66:9,10
96:22
**claims** 47:21,22
94:20,20
**clarification**
50:10
**clarify** 101:24
**Clark** 127:8
128:15 130:1,5
130:6
**class** 118:24
**clause** 22:1 64:9
67:20 84:25
85:3 94:21
99:22
**Clay** 84:6
**Clay-Putnam**
31:21
**clean** 87:2
**cleanup** 140:20
**clear** 7:2 25:21
29:21 36:7,10
37:17,21,25
40:10,10 41:11
52:9 54:24
57:15 64:13
72:15 75:7 78:7
80:12,18 83:1
86:19 101:24
108:1 130:14

HT_0000244

148:19 150:24
clearly 30:16
  37:17 40:14
  45:14 54:20,21
  68:14,15 81:20
  124:4 135:7
  139:25
CLERK 2:5,7,9
  2:11,13,15,17
  2:19,21,23 3:1
  3:3,6,8,10,12
  3:15,17,19,21
  3:23 12:24 13:1
  13:3,5,7,9,11
  13:13,16,18,20
  13:22,24 14:2,4
  14:8,10,12,14
  14:16,18,20
  156:22,24
  157:1,3,5,7,9
  157:11,13,15
  157:17,19,21
  157:23,25
  158:2,5,7,9,11
  158:13,15,17
clock 48:15
  149:11
close 44:8 73:23
  94:11,25 96:1,3
  98:1 139:15
  151:6 156:17
  156:19
closed 97:5
closely 6:6 23:19
  25:16 38:13
  46:17 94:20
  131:11
closer 15:13 47:1
  106:14 150:16
  150:19
closing 102:17
Coast 25:3
coastal 73:17
cobble 68:9,11
cobbled 68:14
codify 137:24
cohesion 75:1

cohesively 74:10
Coleman 134:16
  134:18
Coleton 113:8
  114:5,14,15,20
collaborated
  17:15
collaboration
  20:1
collaborative
  20:24
collateral 30:3
colleagues 81:15
  143:7,7 148:20
  149:23 155:5
  155:10
collective 142:18
Collier 46:19
  71:9 72:4,5,22
  73:17
Colman 133:9
color 99:25 100:6
  131:12
combat 133:13
combination
  25:2 40:16,25
combine 83:4
combined 31:12
  31:15
come 2:3 40:13
  50:7 53:2 57:22
  74:7 87:20
  103:2 105:12
  111:2 112:18
  120:5 126:2,14
  130:25 131:8
  133:8,15,20
  134:6 136:11
  141:7,9,10,10
  141:11 143:2
  144:8 147:16
  149:25 153:15
  154:5
comes 78:1 79:13
  88:19
coming 30:16
  35:20 80:23

112:14 119:2
comment 16:12
  118:11
commentary
  50:12
comments 8:11
  20:22 22:12
  54:12 81:3
  111:22 133:23
  153:20
committee 4:16
  4:19 5:13 6:7
  7:5 10:24 11:16
  11:25 12:2,5,7
  15:1 16:20
  20:13 24:20
  48:13 50:19,23
  58:19,20 98:10
  101:19 109:18
  115:16,16
  133:18 135:2
  141:17 144:17
  152:11,21
  153:1
Committee's
  115:6
committees
  87:14
Common 1:2
communities
  35:3 68:10
  100:24 117:4
  121:18
community
  54:21 61:5,6
  68:4,12 106:18
  106:25
compact 18:13
  18:24 27:3,10
  33:20 35:11
  36:14 38:25
  40:19 42:4
  53:12,20 54:6,7
  54:8,10 55:1
  66:15,15 68:4
  78:18,20 87:2
  111:4

compactly 39:7
  40:17 84:9
compactness
  7:21 23:15
  26:24 27:3
  28:19 29:18
  31:13,15 35:23
  42:16 43:5,8
  53:15,20 54:3
  57:14 80:17
compacts 22:22
compare 16:8
  17:19 31:13
compared 31:14
  81:13
comparing 26:25
  27:16
compelling 22:5
  24:11,15 58:4,6
  60:3,23 61:24
  62:1,8 64:15,17
  64:20 65:2 67:6
  67:11,17 68:20
  138:7 139:4
  146:14,16
Compensation
  147:24
competition 29:3
complaining
  106:23
complete 5:21
  8:21 57:6 71:25
  73:14 102:15
  102:16 118:7
compliance
  25:15,22 26:1
  26:22 28:12
  60:21 64:6 65:1
  65:7 67:10
  68:23 81:20
  82:5 103:25
compliant 28:18
  76:11,22
  137:10 138:15
complicated
  94:24
complicity

102:16
complied 64:1
comply 18:15,17
  64:22
complying 18:22
  64:7
components 65:8
composed 46:3
composition
  30:25 82:2,3,6
  82:25
compromise
  15:21 19:20,25
  20:7 21:17 23:2
  23:12 28:22
  29:7 46:11
  49:16,19,21
  138:14,16
compromised
  19:2
concede 75:5
  94:22
concentration
  50:22
concept 25:23
  38:13 93:22
concepts 20:5,8
  20:10 23:6 38:9
  50:4,5
concern 25:17
  57:5 82:22
concerned 94:6
  110:4
concerning 19:17
concerns 5:3,6
  55:3 75:17
  154:4,8,15
condition 89:22
conduct 58:21
confident 75:9,14
configuration
  21:8 32:11 34:6
  37:4 45:17 76:9
  76:22 79:23,24
configurations
  10:11 85:2
configured 63:22

64:1
**confirm** 19:13,14
**conflict** 94:17
**Congress** 111:13
    126:23 127:20
    137:14 146:1
**congressional**
    1:11 2:2 4:22
    5:6,18,23 6:10
    7:25 9:23 10:3
    15:19 21:18,24
    23:8,25 31:5
    34:4 38:13
    47:13,15 54:14
    61:15 84:8 88:3
    88:5,6,9,12
    89:16,17 90:22
    91:4 95:3 98:15
    98:19,21
    103:11 104:2
    108:2 109:22
    111:12 115:19
    115:24 117:1,4
    123:10 126:9
    126:23 127:14
    127:19 131:25
    133:12 137:12
    140:10,12
    141:21 150:12
    156:1,5
**Congressperson**
    156:4
**connect** 149:22
    150:2
**connecting** 66:19
**connection** 44:25
**conscience**
    107:23
**consciousness**
    149:8,12 150:8
**consensus** 150:21
**consequences**
    30:4
**Conservation**
    117:20,23
**consider** 7:12
    18:3 54:16 84:4

104:21 108:4
    113:20 137:7
    152:4
**consideration** 6:1
    7:24 56:24
    82:20 110:11
    116:14 147:18
**considerations**
    33:25 45:20
**considered** 19:18
    20:15 27:5
    45:16 60:22
    79:24 102:3
    112:5
**considering** 7:1
    19:23 33:19
    118:12
**consistent** 22:19
    57:16 150:24
**consists** 10:2
**constantly** 87:11
**constituent** 54:21
    98:19 143:5
**constituents**
    102:21 105:8
    108:7 149:21
**constitutes** 66:16
    146:14
**Constitution** 5:3
    18:16,16,17,23
    18:23 22:2
    24:14 52:11,12
    52:13 59:6,6
    64:2,6,8,10
    67:11,21,23
    68:24 83:24
    84:10 85:1,4
    96:20 103:13
    107:19 110:13
    110:19 136:16
    138:12,12,25
    140:1,7
**Constitution's**
    24:4 68:1
**constitutional**
    5:22 23:1 59:2
    63:15 81:21

82:22 93:24
    116:6 142:3,7
    143:18 150:22
    155:16
**constitutionality**
    63:21
**constitutionally**
    137:10 138:15
**Constitutions**
    102:20 118:10
**constructed**
    111:9
**consultant** 19:15
**consultation**
    19:25
**consulted** 19:7
**contain** 24:5
**contained** 27:24
**containing** 69:5
**contains** 6:9 7:19
**content** 15:9
    141:19
**contested** 137:18
**context** 16:16
    17:7 30:24 42:9
    64:20 65:12
    67:13 69:17
    71:16 86:15
    147:2,3,3
**contiguous** 52:4
**continually**
    142:19
**continue** 9:7
    41:10 80:21
    81:5 99:10
    108:17 116:4
    139:1 147:20
**continued** 37:7
**contract** 16:25
    16:25 17:3 19:8
    19:8,11
**contributed** 80:7
**contributes** 43:7
**contributing**
    19:4
**contribution**
    17:16

**contributions**
    15:20 16:6
    17:25
**control** 77:7
**controls** 94:21
**conversation** 9:7
**copies** 9:21
**Coral** 27:17 35:5
**Cord** 1:6
**correct** 7:10
    74:21 84:14,18
**cost** 132:7
**counsel** 16:24,25
    19:8,9,12 21:15
    22:11 59:11,15
    61:2 62:13,17
    62:24 84:23
    96:21 138:6
**countenance**
    64:19
**counter** 138:18
**counteroffer**
    138:17
**counties** 21:11
    23:11,12 25:4
    26:6,9 30:8
    32:19,21 33:7,9
    33:11,13,15,22
    34:24 38:5
    42:13 46:2
    55:12,18,19
    57:13,14 65:25
    66:22 84:7
    105:9 124:20
    124:20 155:21
**country** 108:23
    108:24 118:21
**county** 7:20
    23:15 25:16
    26:5,8,11,13
    28:7,8,13,19
    30:7,11,16,18
    30:19,21 31:23
    33:18,24,25
    34:5,6,7,13,14
    34:21,22 35:2,4
    35:15,16,20,25

36:19,22,24
    37:8,9,24,24
    38:1,6,18,20,21
    39:1,2,24 40:17
    40:18,24 41:2
    41:13,19,21,23
    42:7,12,19,20
    43:13,14,15
    44:16,17,23,25
    45:4,13,18 46:5
    46:9,15,19,22
    47:16 55:17,20
    55:23,24 56:17
    60:12 65:13
    71:9,19,20 72:1
    72:2,2,5,10,11
    72:21 73:9,17
    75:21,23 76:9
    77:24 78:9 79:2
    79:14 80:8,13
    84:5,6,6,6 86:3
    86:18,19,20,23
    109:24 130:7
    150:4 155:18
    155:19,20,20
**County-Orange**
    77:24
**County-Osceola**
    43:2
**couple** 30:24
    42:14 44:1,3
    45:21 48:25,25
    55:20 75:13
    89:7 112:25
    150:10
**courage** 115:4
    145:9,9,10,11
    145:11,12,15
**course** 20:5 34:8
    42:6 45:8 50:3
    52:6 56:22 57:3
**court** 4:22,23
    18:18 47:15,19
    47:19,20,21
    58:5,10 59:4,5
    59:12,13,19
    60:11 63:8,22

HT_0000246

63:25 64:12,19
65:1,4 69:1,3
69:12 90:23
91:5 92:14 93:4
93:7,8 96:18
102:8 113:18
130:10 138:21
146:4,13
151:15
court's 52:11
129:10
courthouse 12:3
courts 9:4 47:14
47:24 60:22
67:15 92:3
94:15,23 95:3
96:23 98:17,17
137:20 146:5,7
154:5
cousin 134:4
cover 29:9
covered 29:10,11
cowardice 115:4
create 20:23
23:12 45:15
73:4 80:4
103:11
created 102:13
103:15,22
149:8,12
creates 22:18
33:15,17 40:19
42:25,25 43:3
90:21 104:8
creating 45:18,25
70:21
credit 77:15,17
78:15
Cristian 104:16
105:17,24,25
criteria 23:4 60:1
67:2,14 81:21
88:16,17 90:2
96:10,13
critical 121:25
cross 32:3,6,7
87:16

crossing 32:8,9
71:11
crucial 122:3
crumb 107:4
crux 20:21 70:3
83:21,22
curiosity 49:10
curious 101:21
current 84:15,16
115:23 117:5
151:13
currently 17:10
83:15 122:8
124:16
curvy 37:10
cut 120:9
cuts 113:21
cycle 5:7

**D**

D.C 1:24
Dade 34:18
Daisy 13:25
dark 116:4
125:15
darndest 148:9
data 7:17,21 9:17
18:4,5,9,10
86:12 87:3
130:9
David 117:14,14
119:4,11,13,15
119:15
Davis 105:17
107:10,14,15
day 5:2,4 106:21
106:22 128:20
155:8
days 45:11
Daytona 117:15
dead 85:11
deaf 105:7
dealing 111:11
146:8
dealt 115:10
debate 6:5,20
81:2 91:18,21

92:19 93:10,13
93:17 94:9
97:25 119:7
136:25 137:1
141:13 143:12
145:21 149:4
debated 76:12
debates 149:15
debuted 4:15
decade 7:13
85:25 86:5
122:7
decades 75:13
decided 138:13
148:19
deciding 47:24
decision 33:6,8,9
33:10 53:10
59:5 113:4
123:13 141:20
146:21 152:15
decisions 45:23
45:23 104:7
deck 97:19 98:6
100:16 105:21
decline 11:6
decorum 6:23
7:4 48:13 58:18
101:17 109:17
decreases 146:24
decreasing
148:25
deep 149:16
defend 136:17
defended 123:8,8
defer 59:10,14
88:7
deferred 57:10
defers 24:19
define 62:8,11
70:11,12
defined 34:16
36:10 39:22
41:5,14 78:13
defining 79:10
87:19
definite 110:12

definitely 16:13
81:9
definitively 65:6
degree 100:22
deliberate 32:10
democracy
100:11 106:7
118:19 124:2
127:18 132:7
Democrat 144:20
145:4 148:22
democratic 2:10
10:16 11:7,12
14:7 55:7 56:2
56:10,12 57:24
91:22 99:17
104:10 136:7
136:18 139:20
140:23 141:2
155:5,10 158:4
Democrats 85:25
109:3 147:21
150:11,23
demonstrate
60:3 130:10
demonstrates
82:5 104:10
deny 116:5
denying 51:6
140:2 153:10
Deon 117:8
Department
47:11 135:5
departure 103:24
deputy 15:4
117:19
DeSantis 107:6
117:9 127:24
132:3,16 136:7
DeSantis' 107:17
127:16
descendant
114:24
descendants
116:2
describe 20:14
described 71:24

111:4
description 8:4
131:3
deserve 100:11
104:6 113:3
designed 124:4
desperate 108:14
despite 38:4
destruction
129:18
detail 64:5 83:22
detailed 21:12,15
29:6
details 34:10
determine 65:22
67:15
determined
18:25 65:24
85:24
determining
61:23 93:8
developed 76:12
developing
110:10
devices 4:1
devil 116:3
devised 140:2,17
dictator 109:8
difference 26:17
32:5 79:6,7
89:15 124:22
128:20 134:3,5
154:11
differences 27:15
different 10:22
16:2 28:7,11
33:20 38:19
41:7 45:8,17
56:23 74:12
75:21 106:3
107:5 117:4
124:20
differently 19:14
difficult 149:1
digest 55:11
digital 1:23 159:3
diluting 154:3

4/19/2022                 Common Cause, et al. v. Cord Byrd                 Audio Transcription

Page 8

diminish 51:9
  52:19 107:6
  118:14 123:14
  140:5 153:12
diminishes
  146:24
diminishing
  131:15
diminishment
  52:6 64:8 68:24
  84:1
dimmish 131:11
direct 94:17
  106:6,17
  127:17
directed 17:22
directions 154:1
directly 62:7
  96:17 117:25
director 16:19
  117:19 121:15
disabled 108:22
disagree 24:9
  82:1 113:18
  145:8,19
  146:17 149:17
disagreement
  24:16
disappointed
  148:18,24
disclaimer 28:14
discontinues 40:6
discover 77:12
discriminate
  99:24 115:22
discrimination
  146:25
discuss 15:20
discussed 45:23
  46:12,13
discussing
  137:15
discussion 52:8
  144:17
discussions 19:15
  101:22 138:18
disenfranchise

142:23
disenfranchise...
  100:23
disfavor 17:22
disfavoring 18:1
  52:1
disgraceful 147:7
disheartening
  126:12
disillusionment
  111:11
disingenuous
  154:20
dismantlement
  111:11
disparate 68:9
distinction 23:21
distinguishable
  37:18
distributed 21:14
  21:22
district 18:14,24
  21:18,24 22:8
  23:25 24:3,5,13
  24:14,23 27:3,5
  29:14 30:15,18
  30:22 31:6,17
  32:3,6,13,14,15
  34:5,8,8,10,11
  34:12,12,12,14
  34:17,19,23,23
  35:1,4,5,18,20
  36:3,8,10,13,19
  37:6,23 38:3,14
  38:14,16,19
  39:4,12,13,17
  39:18,19,20,25
  40:8,10,16,18
  40:20,21,25
  41:9,16,17,20
  42:2,3,10,11,14
  42:17,21 43:10
  43:13,25 44:3,8
  44:14 45:12,13
  45:16,19,19,25
  46:3,4,20,24,25
  47:1,5 52:10,17

52:19 53:10,11
  54:15,22,23
  56:19 60:8,9,9
  60:11,14 61:6,8
  61:10,13,16
  62:10,11 63:21
  63:25 64:16,21
  65:3 66:6,16,17
  66:18,23,24
  67:3,7,12,16
  68:5,6,11,13,16
  68:17,22 70:17
  71:15,16,18,21
  71:24,25 72:2,5
  72:9,10,11,12
  72:18,21,23
  73:4,8,15 74:17
  74:23,23 75:6
  75:12,21 76:7
  77:2,13,21,23
  77:25 78:1,16
  78:18,22,23,25
  79:12,12,21,22
  79:25 80:2,3,7
  80:9,11,12,14
  81:19 83:16,23
  83:24,25 84:1,8
  84:17,22,24
  85:2,6 86:11
  88:3,6,6,9,12
  88:21 89:8,10
  89:12,16,17,24
  89:24 98:20,22
  102:14 107:18
  109:22 117:2,6
  117:21 119:16
  122:25 124:17
  124:18 126:9
  126:24 127:14
  130:7 131:25
  133:12,14
  134:2 137:23
  140:9,11,12,14
  142:11 149:13
  150:5 156:1,5
districting 67:2
  67:14

districts 5:7 6:11
  6:13,16 7:25
  8:3 9:21,21,23
  10:1,3,4,7,9
  16:2,6,15,17
  17:17,24,24
  18:2,7 20:6,22
  21:9 22:17,18
  22:19,21,23
  23:9 24:9,22
  25:5,6,20 26:12
  27:9,25 28:11
  29:20,24 30:23
  31:1,13,14,19
  31:25 32:1,20
  33:20 35:11,24
  36:17,18 37:11
  37:15,19,21
  38:2,19,21 39:8
  39:21 40:5,11
  40:14 41:2,3,12
  42:9 43:10,15
  43:20,23 44:7
  46:14 50:3 51:3
  51:5,10,14,25
  52:3 54:5,10,13
  56:18 60:8 61:5
  64:14 69:6 71:2
  78:19 80:15,16
  81:11 82:22
  84:8 86:15
  90:23 99:16,17
  99:18,20 100:4
  100:5 102:6
  104:4,5,9,10
  106:5 110:19
  111:5,12
  115:19,20
  117:5 123:15
  123:16 127:25
  128:1 132:11
  136:17 140:13
  154:13
districts' 38:23
dive 8:10
diverse 121:25
divide 37:11

54:15,17
divider 36:2 38:1
dividers 37:18
divides 31:7
dividing 54:19
division 54:16
DJ 2:4 3:24 7:22
  12:22 14:22
  156:21 158:18
doctor 100:21
doing 30:10
  31:11 36:6 60:4
  96:16,24 101:3
  105:3 115:7
  118:18 131:9
  132:4 139:1
  144:10 149:9
  151:9
Dora 41:15
downloading
  21:3
Dr 100:20 109:21
  130:6 134:23
  135:1,2
dramatic 103:22
draw 9:5 17:24
  18:13 35:10
  51:25 64:13
  73:16 86:16,17
  88:6,9 121:21
  123:10 132:10
  132:11
drawer 16:15,17
  16:25 17:3,8,13
  19:9 22:10
  33:19 34:2 62:9
drawing 4:16
  6:16 8:16 17:10
  18:2,23 19:2
  20:16 22:13
  25:8 33:20
  37:23 54:24
  67:7 70:12,17
  71:2,11 101:1
  107:21 123:16
  128:1
drawn 17:6,14

HT_0000248

18:7 24:10,23
33:5 51:3,5
52:3,10,17,19
58:5 60:1 66:7
66:19 68:22
69:5 79:7 84:24
115:20 118:7
127:23 132:2
drew 17:13 49:15
51:18 60:11
62:11 71:17,20
71:22 74:1
86:15,18
drilled 50:20
Driskell 3:19,20
12:18,19 14:16
14:17 83:10,12
84:11,12 85:10
85:15,18 93:15
93:16,18 149:3
149:5 158:13
158:14
driven 82:15
driving 60:7
drop 75:16
due 45:24 130:12
duties 100:25
155:16
duty 142:3,7,7
Duval 84:5

E

earlier 8:11 31:2
44:5 45:5,9
46:12 59:1
70:10 71:24
72:16 82:11,14
83:3,22 84:24
151:1
early 18:9,11
152:22
earn 5:19
ears 105:7
easily 27:11
east 32:21 35:18
37:20 41:6
46:22 47:2

72:12,13 78:6
86:22
Easter 136:9
140:24
eastern 38:17
41:20 43:12
71:18 78:8,11
79:1
eastward 36:8
Ebony 123:22
124:25 125:5,6
echo 8:11 93:20
110:16
Edgewood 39:11
education 147:3
effect 19:18
23:15 33:15,16
33:16,24 43:13
43:16,17 73:13
79:11,22 80:6
85:22 146:24
146:25
effectively 26:7
effects 43:6
effort 20:23
26:17 28:7
148:13
efforts 27:1
45:25
Einstein 149:9
either 39:8,16,23
43:23 50:1,7
64:22 115:3
elaborate 8:24
62:13
elect 24:7 51:9
89:13 104:2
118:15 123:18
128:5 140:5
153:13
elected 5:20
142:1 144:2,11
election 5:7
141:6 156:3
election's 142:22
elections 7:12
149:2

electorates 74:18
electronic 4:1
eliminates 21:17
43:5 96:18
115:24 146:24
eliminating
104:3
elimination
106:4
elude 89:19
emotions 7:6
emphasis 37:14
emphasize 124:2
employee 159:6
employment
147:3
empowers
147:19
enacted 21:25
encouraged
25:12
enforce 129:13
engage 7:7
engaged 19:19
engagement 17:2
19:6 121:17
enshrined 139:2
enslaved 116:2,9
ensuing 118:5
ensure 8:3 36:9
89:12 107:20
123:17 128:2
138:24 139:5
142:8
ensured 138:25
enter 93:6,6
entertain 49:3
entire 8:4 28:13
33:5 54:14
65:23 102:1
entirely 34:15,17
34:18 35:6
41:15,17 43:25
44:3 56:23
entirety 20:7
46:5 72:11
79:21

entrusted 142:8
152:19
environment
117:24
equal 22:1 27:13
30:5 32:4 34:25
36:2 38:15 40:3
41:18,21 46:4
51:7 56:9,10
64:9 67:20
73:13 75:19
78:17 84:25
85:3 98:16
99:21 115:21
121:15 128:3
140:3 153:10
equalize 46:4
47:4
equalized 46:18
equally 31:7
equals 45:6
equity 121:22
equivalent 26:25
Era 95:9
especially 120:12
126:14 139:6
espoused 95:8
essence 93:9
essentially 18:20
21:10 24:16
32:25 33:18
36:22 37:16
38:22 40:20
42:19 43:11
70:16 77:14
86:22,24
establish 130:15
established 5:6
establishing 7:25
et 1:2 130:10
ethnicities 100:7
ethnicity 115:22
Eustis 41:15
evening 109:20
115:16 122:24
127:10
eventually 38:2

86:25
Everglades 71:9
everybody 49:2
everybody's
125:11
evidence 1:23
24:18 65:22
evidentiary
65:20
Ex 3:19,21 14:16
14:18 158:13
158:15
exact 9:21 21:8
85:22,23
exactly 29:4 30:9
31:19,23 50:3
57:11 83:20
153:6
example 23:9
26:10 28:5 30:7
34:4 40:4 42:2
68:3 87:21
144:22
exception 38:10
38:11,12 144:6
exchange 28:12
55:22
excited 152:11,20
exclusively 72:9
72:22 78:17
80:13
excuse 47:17
93:11 110:21
135:22
excused 3:12
14:5 158:2
execute 151:11
executive 15:3,18
19:7 123:13
151:10
executively 9:13
exist 147:6
existing 51:11
exists 83:15
146:16
exits 41:23
expand 121:22

HT_0000249

expect 7:4 9:10
    104:7
expectation
    48:12
expenses 47:12
experience
    106:10 123:6
experiences
    122:1,2
expired 111:15
    111:19 122:14
    124:23 127:3
    128:8 132:14
    134:11,14
explain 6:9,18
    10:7 49:19 76:9
    87:21 88:24
explained 8:3
    69:1 91:8
explains 22:7
    39:13
explanation 29:6
    47:8 77:3
explicit 47:23
Expressway
    32:12
extend 35:2 47:1
extended 42:21
extending 44:16
    46:20
extends 39:13
extensions 43:22
extent 47:21 61:3
extraordinary
    11:1,23
eyeball 29:19

——— F ———

Fabricio 2:15,16
    13:5,6 157:3,4
face 8:17 85:6
    95:14 110:8
    111:24 146:22
faces 125:11
facets 30:2
fact 8:19 20:17
    51:2 66:17

79:23 114:20
    124:6 129:3
    131:2 137:19
    140:6,18
    144:19
factored 42:9
factoring 70:16
facts 131:1
factually 146:21
failing 60:3
fails 14:23 97:11
fair 11:17 59:7
    60:7 99:20
    102:6 104:5
    106:5 107:18
    110:19 118:3
    118:17 123:15
    127:25 128:4
    132:11 134:9
    136:8,17
    137:23 142:10
    149:13
fairly 75:8,14
fairness 104:7
fall 7:9
falling 105:7
false 8:17 111:24
family 106:12,18
    126:15
far 10:24,24
    73:18 109:23
farce 102:1
fashion 86:23
    111:10
fast 134:1
faster 105:22
Fathers 102:13
favor 12:9 17:22
    97:6 99:4,17
    123:17 128:1
    140:18 147:16
    148:20 150:12
favorably 158:19
favoring 17:25
    52:1
FCV 118:25
fear 115:25,25

118:18
fears 150:1
feasible 51:11
feat 7:14
Feather 36:4
federal 22:25
    47:19,22,23,24
    52:13 59:6,14
    63:20,24 64:2
    67:15 83:24
    90:22 91:4,5
    92:3,14,25 93:2
    93:4,5,7,8,9
    94:15,15,19,20
    94:22,23 95:3
    96:23 98:15,17
    99:1 103:25
    108:20 115:20
    118:9 122:2
    138:6 146:3,4,7
feedback 25:9
    151:7
feel 8:12 11:1,16
    29:22 126:18
    139:25 142:24
    152:14
felt 106:19
FEMALE 11:9
    11:20 13:25
Fetterhoff 2:17
    2:18 13:7,8
    157:5,6
fewer 55:19
fifteen 14:20
fight 106:2 107:3
    107:5 126:17
    133:15 143:1,4
fighters 109:5,5
fighting 123:6
    148:22
filed 15:7 47:15
    47:18
fill 4:3 48:7 59:11
filling 42:15
final 52:22 53:1
    81:3 82:8,25
finally 47:22

106:24 116:8
    136:23
financially 159:8
find 8:16 11:2
    77:10,21
    114:16 141:24
    152:11
finding 46:6
fine 156:14
finest 141:23
finished 4:7
first 4:12,13
    10:22 20:23
    26:4 27:4,21
    42:14 49:9,21
    51:24 66:12,13
    73:14 89:22
    90:1 93:7 94:2
    98:10 101:6
    116:25 133:18
    143:15 144:3,5
    149:14 156:3
fit 84:7
five 38:7 65:24
fixes 96:25
fixing 147:23
flat 43:11 79:4
    80:5
flexibility 33:19
flip 150:23,25
flip-flopped
    124:9
floor 155:9,10
Florida 4:21 5:21
    7:13 16:20
    18:15,18 21:10
    22:19 23:18
    24:3,22,25 25:2
    25:3 33:23 38:8
    45:22 46:14
    63:22,25 64:6,7
    64:8 65:17,23
    65:25 66:6 67:7
    67:10,18,21,23
    68:1,10,22,24
    82:16,23 99:19
    102:6 103:12

104:5,20,24,25
    105:9 106:11
    107:16 108:19
    108:21 109:1
    109:23 110:1
    110:18 112:22
    113:16 114:15
    117:3,19,23
    118:10,13
    121:14 122:19
    127:15,16,24
    128:19 129:10
    132:1 136:16
    137:13 139:1
    139:24 140:1
    142:8 143:10
    150:6 151:25
    152:12
Florida's 5:6
    113:24 127:19
    130:18
Floridian 98:18
    130:6
Floridians 7:4
    9:9 104:12
    106:21 107:18
    118:15 130:15
    142:1,18
    147:11,20,21
flow 5:24
focus 10:5 20:21
    22:12,16 43:21
    52:6,7
focused 81:18
    151:24
folded 101:8
folks 48:5 114:1
    138:23 139:22
    141:18 143:2
    143:10 145:13
follow 25:12 41:4
    53:17 79:20
    85:20 87:2
    152:24 153:4,4
    153:5,6,7,8
follow-up 11:8
    49:1 57:20

HT_0000250

61:18 74:6
85:13,16
**followed** 38:12
102:24 104:15
105:17 107:10
107:11 108:9
109:15 112:1
112:16 113:7
114:6,11
115:14 116:17
117:13 119:4
120:23 122:21
123:22 125:1
125:23 126:3
127:7 128:14
128:15 130:1
130:21 131:18
132:18 134:23
135:19 137:3
152:25 153:5
**following** 78:7
85:23 86:3
116:21 119:8
128:24 146:6
151:19
**follows** 54:24
78:8,10 79:14
79:18 85:22
**Foltz** 17:4,7,15
**foolishness** 95:17
**force** 123:13
**foregoing** 159:2
**foreign** 133:14
**foremost** 51:24
73:14 98:11
**forget** 115:8
**Forgive** 63:5
**forgotten** 102:22
**form** 4:3 48:7
**formed** 102:11
**forth** 19:21 21:12
55:1 118:8
124:10 128:23
131:4,11
**forward** 9:14
12:1,6 97:19
103:5 114:2,9

116:20 120:15
139:1 144:9,10
**fought** 133:14
**found** 46:8
**Founding** 102:13
**four** 26:13 28:5
29:8 84:7
111:12 120:8
137:13,16
**fourth** 98:18
**Fowailee** 134:21
**framework** 148:2
**frankly** 11:2
141:16
**freed** 114:23
**freedom** 109:5,5
109:6
**freeing** 33:24
**frequently** 15:23
25:18 26:18
**friends** 106:18
118:25
**front** 7:17,22
9:17 88:15
**Fruitland** 41:16
**frustrations**
150:2
**fulfilled** 8:22
**full** 20:13 104:22
105:2
**fullness** 122:4
**fully** 22:6
**function** 110:9
**functional** 7:21
71:4 83:17
84:18,22 85:5
89:11
**Fund** 121:16
**fundamental**
68:19
**further** 35:14
41:6 46:25 50:9
62:14 72:12
73:16,16 159:5
**Furthermore**
26:8 45:12
98:23 99:14

**future** 112:23
152:17

---

### G

**Gadsden** 60:12
66:22 150:4
155:18,19,20
**Gail** 120:23
122:21,24,24
125:2,23 126:1
126:6,8 127:2,4
**gained** 106:12
**Garden** 39:20
80:1 122:22
**Gardner** 120:23
122:21,24,24
**gathered** 106:3
**general** 20:20
21:15 25:23
31:1 62:7,24
75:8 84:23
**generally** 43:21
**generation** 98:18
**generically** 16:3
**Genesis** 117:15
119:4 120:23
121:1,5,9,13
122:13,15,18
**gentlemen** 48:19
58:16 97:13
103:1 104:22
105:13 119:6
126:25
**geographic** 66:15
**geographical**
23:17 26:19
33:21 35:12
51:12 57:17
76:14
**George** 102:12
**gerrymander**
60:2 68:15
85:24
**gerrymandered**
21:18 60:14
66:18 140:9,13
**gerrymandering**

86:4 104:11
146:9 156:11
**getting** 138:22
145:25
**giant** 131:14
**Gillis** 125:24
126:3 127:7,10
127:11 128:7,9
**Gingles** 66:8,11
89:22
**give** 4:2 15:22
16:18 28:24
29:8 43:2,17
48:16,24 63:13
80:22 81:2
120:3,21 122:7
131:1 138:5
139:6,9
**given** 10:4 51:19
107:3 118:10
138:15,16
152:24
**gives** 33:18 78:15
92:11 138:12
**giving** 40:14
119:11 138:20
**glad** 5:11
**go** 31:18 33:16
44:2,4 48:11
49:11,12 53:11
55:10 63:8
69:10 78:6 83:1
85:12 108:23
108:25 114:1,2
119:25 138:24
146:5 148:19
149:19
**goal** 5:17 9:11
35:17 45:18
139:15
**goals** 29:17
**God** 116:11,13
**goes** 28:25 68:14
79:15,17 129:5
**going** 11:22
20:21 22:11,15
22:16 29:5

34:21 38:4 48:9
54:15 55:10
58:2,3 61:19
74:6 75:10
76:18 77:6 79:3
82:10 85:13
87:10,12 88:14
91:14 93:24,25
95:2 101:11
105:11,14,14
107:8 108:17
109:9,11 113:1
114:2,8 115:8
121:6 125:8,9
132:6 135:15
135:16 141:7
144:4 145:1
147:5,25
148:15 150:9
**good** 12:1 64:21
92:16 98:10
100:19 104:19
107:15 108:11
109:20 115:15
117:18 119:15
120:17 121:9
122:24 126:6
127:10 136:10
156:12
**govern** 7:12
122:7
**government** 8:25
11:3 17:14
102:11,14
103:23 118:2,5
122:2 138:6
**Governor** 4:25
5:2 6:16 8:16
8:22 9:8 15:4,5
15:18 19:8
22:11 23:1
56:19 61:2
81:16 83:14
95:13 98:24
100:25 101:3
102:5 103:17
103:21 105:3

HT_0000251

107:6,17 110:7
115:5 117:8
119:24 120:9
120:16 121:21
123:13 127:16
127:21,24
129:13 132:3,3
132:15 136:7
138:14 140:8
141:24 142:14
143:6,24,25
150:16 151:2,8
151:10 155:8
155:11,13,14
**Governor's** 5:9
5:12,19 6:13
10:2,6,18 14:24
21:1,16 22:7
50:11 52:7
56:15 57:4 58:3
62:23 63:14
82:14 89:19
103:9,24 104:8
115:6 130:16
131:3 135:3,17
137:7 141:5,19
147:9 148:11
156:9
**Governors** 132:4
**great** 15:25 20:18
33:9 61:1 63:3
71:1 136:16
144:19
**greater** 27:6
29:20 138:5,11
138:13 139:3,4
139:6
**grew** 109:23
123:2,4 156:1
**Ground** 121:15
**group** 1:23 88:23
89:13 147:20
**groups** 74:12
118:20 135:10
**growing** 131:15
**growth** 107:25
121:24

**guaranteed**
118:23
**guess** 15:8 20:12
36:25 66:3 71:8
74:20 87:11
88:13 89:16
151:5 155:14
**guests** 11:15
**guidance** 16:24
**guidelines** 135:6
**Gulf** 23:10 25:3
32:19 33:22
**guys** 119:21
**Gwendolyn**
133:8 134:16
134:18

---

**H**

**half** 54:18 71:20
**halfway** 40:7
**hands** 9:3 12:21
**happen** 105:6
107:8 144:5
145:3
**happened** 101:20
145:16
**happening** 82:16
100:22 113:1
119:24
**happens** 4:20
54:17
**happy** 10:8 59:10
59:14 63:4
**Haraka** 131:19
132:18,19,22
**hard** 101:3,4
126:17
**Harding** 2:19,20
13:9,10 143:12
143:13 157:7,8
**Hardy-Allen**
123:22 124:25
125:5,6
**harmonious**
144:18
**Harriet** 109:5
**Harvard-educ...**

102:5
**Hazel** 125:24
126:3 127:7,10
127:11 128:7,9
**head** 114:22
123:3 128:24
**heads** 92:9
**health** 117:24,25
118:4
**healthy** 147:22
**hear** 6:4 9:7
126:13 149:20
**heard** 10:11
89:19 96:9,21
98:16 100:11
104:1 107:7
110:23,25
124:9 138:20
139:24 142:9
151:14
**hearing** 133:18
**heart** 70:2
149:18
**heartburn** 92:12
**heat** 136:13
**heated** 149:15
**heavily** 35:22
**Hedder** 114:6,11
115:13,15,17
**heed** 120:13
**held** 4:16 65:6
124:13,21
126:10 137:13
**Hello** 105:25
123:25 125:5
**help** 17:1 43:4
62:24 77:1
105:21 139:16
147:22
**helpful** 16:16
17:21 42:15
**helps** 77:3 79:4
**Hendry** 46:5
72:1,1,9,10,22
73:9 75:21,23
**hey** 113:1
**Hi** 112:21

**Hialeah** 71:10
**high** 19:21 69:15
69:16 72:18
74:2 75:14
**higher** 75:10
**highlighted** 37:3
39:9,10
**highway** 42:22
44:14,17 54:25
**Hillsborough**
26:12 37:24
38:6 44:20,23
86:24
**Hippocratic**
102:18
**Hispanic** 47:5
61:7 70:22
72:17,19 73:20
73:22 74:3,4
75:9,12,14
**historian** 112:1
**historical** 75:11
130:9
**historically** 73:20
**history** 18:6
102:11 112:1,4
115:9,10 116:3
118:22 120:14
120:17 122:9
123:7,20
127:13 131:24
156:14
**Hobbs** 107:11
108:9 109:15
109:20,21
111:17,20,23
112:4,8
**hold** 8:2 37:25
44:22 46:14
123:11 137:14
145:13
**holding** 124:21
**holds** 124:8,11
**Holloway** 98:3,9
99:8,12 100:10
100:13
**home** 149:19

**honor** 141:24,25
152:12
**hope** 9:14 64:4
107:23 113:3
116:9
**hopefully** 21:22
62:24 115:11
**horse** 85:11
**hours** 92:9
**house** 1:11 4:18
6:1,15,21 7:25
8:7 12:3 15:7,8
16:19,20 19:11
19:24 20:1,15
24:8,12 25:9,12
25:20 26:21
47:8 51:4 74:16
74:22 103:14
103:20 115:24
121:12 126:8
126:11 130:16
143:16 152:13
**House's** 23:24
24:1,20 39:4,6
**housekeeping**
7:15 48:6
**human** 149:23
150:3
**humanity** 150:3
150:7
**hundreds** 92:5
127:22
**Hunschofsky**
2:21,22 13:11
13:12 48:22
49:5,7,12 50:14
50:16 52:20,22
52:25 53:3,6,9
87:6,8,24 88:11
88:13 90:6
152:7,8 153:21
153:23 154:25
157:9,10
**hurting** 129:16
**hurts** 142:17,18
**hybrid** 23:12
32:25

HT_0000252

hybrided 50:5
hybrids 83:3,4

**I**

I-4 44:9
idea 42:24 74:25
  111:8 128:23
  144:4
ideas 82:19,25
  83:3,4,7 95:4
identical 15:9
  71:19
identified 148:14
identify 14:25
  16:12 103:2
identifying 18:12
ignore 67:14
  142:6 146:20
  147:20 151:6
ignoring 129:3
III 103:12
illegal 128:25
illustrates 33:6
imbalance
  103:22
Immokalee 72:3
  73:10,10
impact 32:20
  38:25 106:17
  129:6 146:20
  146:23
impacted 25:5
  136:2
impacting 23:11
impacts 42:7,8
  152:15
impasse 9:3
implemented
  18:19
implicated 61:15
implore 116:4
  126:21,24
  143:7 145:13
implying 129:5
important 29:15
  35:17 53:20
  65:16 97:24

106:11 107:1
  118:12
improperly 69:5
improve 23:14
  29:16 31:15
improved 35:12
  40:19
improvement
  32:10 76:23
improvements
  15:24 21:2
  22:21 23:3 25:1
  25:5 26:4 28:23
  32:23 33:4
  45:20 55:21
  57:2,18 83:2
improves 27:2
  29:1
improving 76:6
  76:17
in-between 25:7
  78:3
in-depth 30:9
in-house 16:24
included 20:6
  21:19,21 34:17
  34:19 43:25
  44:2
includes 20:8,10
  34:5,24 40:23
  47:13 50:12
including 18:4
  19:19 24:22
  42:17 155:20
inconsistency
  151:23 152:1
incorporated
  30:11 42:18
  46:2 50:2
incorporates
  20:2
incorrect 8:17
incorrectly 98:5
increase 23:16
  25:13 56:5
  121:17
increasing 38:21

incredible 152:12
incumbent 17:23
  18:1 52:1
Independents
  109:3
Indesar 125:1,22
indicate 12:10
indicates 24:14
indications
  146:12
indiscernible
  12:19 60:16
  63:9 90:13
  92:20 134:13
individuals 92:3
  122:3
infirmities 96:12
inform 5:11
information 7:20
  126:13 151:3
informed 6:7
Ingram-Fitzpa...
  128:16 130:2
  130:21,24,25
Ingrid 131:20
  132:18,20,25
  133:1
initial 17:5 87:24
initially 16:22
  17:1 73:8
initiated 114:22
inland 23:11
  32:21
inlet 43:6
inserted 143:23
insertion 141:5
instances 16:10
intact 124:21
intend 6:3 12:4
intended 115:2
intent 17:25 51:6
  52:1 86:17
  104:21 105:3
  129:4 140:2,18
  153:9,14
interacted 43:15
interest 22:5 58:6

60:4,23 61:24
  62:1,8 64:16,17
  64:20 65:3 67:6
  67:12,17 68:20
  114:9 133:19
  138:8,11 139:4
  139:5 146:15
  146:17 156:19
interested 111:3
  159:8
interesting
  155:23
interpreted
  18:18
interrupt 15:12
interrupting
  95:22 100:15
Interstate 32:12
  40:12 41:10
  43:22,23 44:2,4
intimidated
  115:4
introduced
  150:15
introduction
  15:22 16:1,14
  61:12
invited 6:17
ironic 114:21
Isaac 116:11
Isle 39:12 46:10
issue 60:13 63:20
  106:10
issued 5:4 135:5
issues 148:14,15
  149:16
item 7:15
iteration 32:9
  137:19
iterations 89:17
  89:25

**J**

Jacksonville 31:4
  54:13 60:10,12
  66:20 68:16,18
  98:3 100:17

102:25 103:8
  104:20 107:11
  107:12 109:22
  112:12,15,16
  112:18,22
  116:19 117:6
  123:23 125:2
  125:22,24
  127:14 130:3
  131:18,19,25
  133:6,9 134:16
  134:19 136:22
  136:23 155:25
  156:2,6,7
Jacob 116:11
James 127:11
  131:22
January 16:22
Jasmine 133:4
jive 140:14
Joanne 136:23
job 20:18 101:2,3
  115:7,8 131:3,6
  132:12 136:10
  151:12
jobs 134:7,12
  145:2
Joey 134:24
  135:19,21,25
  136:1
Johns 31:3,22
  32:7 54:16 84:6
Johnson 127:12
  131:22
joined 48:5 58:17
  158:22
joining 5:12
  97:22
Jonathan 116:21
  117:13,17,18
Jones 122:22
  123:22,25,25
Joseph 2:23,23
  13:13,14 61:19
  62:22 70:7,8,18
  70:19 71:5,6
  72:24,25 74:5,8

90:12,13,14,17
90:18 91:24
94:10,12 95:19
95:21,24 96:1,5
97:4 114:7
145:20,22
148:1,4,8
157:11,12
**Juanita** 102:25
104:18,19
**judge** 156:14
**judgment** 12:15
**Judy** 100:16
103:7,7
**Julie** 159:23
**jump** 4:10
**jumping** 44:9
**juncture** 37:19
**jurisdiction**
47:22 94:17,19
94:23
**jurisprudence**
146:7
**justice** 116:10
135:5
**justify** 65:3 67:6
67:12

**K**

**keep** 6:7 7:6
27:17 28:8,13
33:7,10 35:5
36:13 45:25
53:20 58:4 81:9
87:12 88:14
119:22 130:12
133:23 148:2
153:17
**keeping** 26:6
30:8 33:8,14
34:22 39:7,23
40:18 57:13,14
135:13 155:19
**keeps** 38:3 55:21
**Kelly** 15:2,3,11
15:14 47:9
49:22,24 51:21

51:23 53:25
55:9,14,16 56:7
56:8,20,21 58:8
58:9 59:9,21,22
59:23 60:24,25
62:4,5,18,23
70:14,15,24,25
71:13,14 73:5,6
75:2,3 76:24,25
77:5,9 81:22
83:19 84:19,20
86:7 88:2,4
89:3,4 99:14
110:25 113:17
129:5 140:19
**kept** 27:19 28:10
28:10 30:20
34:1,7 35:21
39:12,19,20
75:22
**key** 26:3 27:19
28:5,9 30:2
**kids** 112:23
113:3
**kind** 32:16 46:21
48:14,23 53:11
71:3,4 74:12
76:19 80:22
86:4 87:10 89:6
**kinds** 146:8
**king** 102:12,16
**knew** 145:1
**know** 15:23 18:6
20:20 28:5 31:4
45:9 54:2 59:24
61:2 65:19,19
65:20 67:16,21
68:17 69:5,13
74:13 76:5,8,15
78:14,22,23
79:12 80:5
81:16 86:2,9,10
86:10,11,12,13
89:1 92:6 93:23
99:4,14 101:12
101:23 102:9
103:16 105:7

108:24 114:5
116:2 118:16
120:18 124:8
131:8,13 134:4
135:13 136:14
139:25 144:3
148:2 149:15
150:10 151:2,3
151:20 155:7
**knowing** 32:6
73:19
**knowledge** 61:3
75:13 104:21
104:23 105:2
136:6
**knows** 102:1
108:16
**Kristin** 134:21

**L**

**labels** 29:14
**lack** 24:18
**lacking** 24:15
**ladies** 48:19
58:16 97:13
103:1 104:21
105:13 119:6
126:24
**Lady** 41:15
**laid** 83:21
**lake** 41:13,15,19
41:21,23 42:18
**Lake-Seminole**
79:13
**Lakeland** 27:19
44:5,10,17
**landing** 69:8
111:16 148:6
151:21
**lane** 131:6
**language** 47:13
51:7 52:14,15
92:11 100:1,7
114:18 129:9
135:10,13
140:3 153:11
**large** 24:6 150:11

**largely** 26:25
30:18 36:1,20
36:21 38:8 40:5
41:22,24 44:15
45:24 82:15
**larger** 23:10
26:11 31:5
54:14
**Larry** 113:7
114:5,14,15,20
**LaShonda** 98:2,9
99:8,12 100:10
100:13
**Lastly** 25:7 27:12
**Latino** 70:22
73:4 74:10,12
74:18,25 96:9
96:10
**Latvala** 2:24,25
13:16,17
154:17,18
157:13,14
**laughingstock**
104:25
**Laura** 108:10
109:15 112:11
112:13
**law** 47:17,18,20
47:22,25 59:1
59:14 67:19
82:5 83:25 90:5
94:19,22,22
95:11,14 98:16
103:25 104:20
115:20 128:24
129:11,12,13
129:14,14
138:5,7,10
139:2 151:11
151:13,16,16
151:17
**lawfully** 52:19
**laws** 139:5
**Lawson's** 117:21
**lawsuit** 113:17
**lays** 64:4
**leader** 106:2

**leaders** 105:1
118:15
**leadership** 20:2
153:3
**leading** 78:9
**League** 113:12
113:16 128:19
155:3
**leaning** 35:7,22
**leave** 32:13
140:10
**leaves** 66:4
**leaving** 35:3
**led** 85:23
**LEDA** 89:4
**Lee** 23:11 32:20
35:2,3 46:2
**Leek** 3:21,22 5:8
6:2,9 8:6,8
10:14 14:18,19
20:4,18 47:9
48:3 50:11 81:2
139:16 156:16
156:18 158:15
158:16
**Leesburg** 41:16
**left** 31:14 37:1
119:7 121:7
140:13
**legacy** 112:9
118:13
**legal** 5:20 21:21
21:22 22:7,11
22:13 63:14
64:5 84:15,16
85:9 90:22
96:21 137:19
151:19
**legislate** 151:12
**legislation** 19:4
132:8 133:23
148:25
**legislative** 4:21
6:12 7:4 107:17
110:8 115:19
123:11 136:4
147:7

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 15

legislatively 9:12
legislator 142:12
legislators 8:12
    9:10 107:21
    129:15 132:4
    142:3
Legislature 5:5
    8:15 9:22 10:25
    16:9 18:12,19
    19:9,18 20:3
    22:1,9,24 23:5
    27:2,5,17,18,25
    28:24 29:1
    30:17 31:20,21
    31:23 36:1 37:3
    41:5,7 45:14
    46:15 50:13
    52:9 54:9 57:11
    60:6 71:17,20
    78:25 79:24
    82:9,20 83:5
    84:3,5 85:7
    86:17 88:8
    103:10,20
    136:5 151:5
Legislature's
    10:9 20:25 21:8
    23:6,13 25:20
    25:25 27:13
    33:1,6,10 34:6
    35:15 45:7
    52:11 56:24
    74:17,22 77:18
    82:24 89:9
    140:21
Legislature-dr...
    127:17
Legislatures 17:9
    103:18
length 10:24
lens 9:13
Leo 34:18
Leon 47:16
lesson 102:11
let's 4:9 5:24
    57:20 61:18
    74:6 95:6,25

123:19 136:19
    148:2,5 150:24
letting 116:23
level 107:7 122:2
    149:23 150:3
lieu 26:6
life 109:25 110:3
    127:13 131:24
    152:16,16
likelihood 104:2
limit 95:2 107:21
limitations 33:11
    94:3
limited 10:10
limiting 94:3
    135:14
limits 34:1 90:21
line 28:18 31:21
    36:1 38:20 40:1
    43:1,4 44:22
    46:15 51:18
    54:19,24 77:24
    86:20 123:11
    123:11
linear 34:9
lines 23:17 25:17
    26:19 28:7
    29:21 30:12
    31:2 33:22
    34:16 35:6
    57:17 80:18
    86:3,20 90:20
    91:4
linkage 36:16
linking 117:6
Lisa 134:23,24
    135:19,23
list 57:22 69:20
listen 120:4,5
    124:13 152:23
listened 125:10
    152:25
listening 126:15
literacy 125:13
    125:19
literally 32:12
    35:17 129:1

litigation 47:12
    146:14
little 15:13,13
    16:18 17:7
    22:14,15 29:25
    30:9,10 35:14
    37:10 41:6,19
    46:17 55:10
    62:13 72:4,18
    73:12,15,16,24
    76:8 79:7 80:16
    105:21,22
    107:4,24 146:3
live 103:8 117:1
    117:20 119:16
    119:16 124:16
    127:14 130:7
    131:24
lived 109:25
    122:2 123:1
living 106:14,20
    108:14
lob 76:8
local 153:16
location 66:15
logical 31:8
    54:16,18 55:1
lone 54:13
long 138:4
Longboat 27:19
    28:5,9
longer 65:12,15
look 18:4,20
    29:21 34:20
    39:4,5,24 44:13
    53:19 57:9
    67:15 76:18
    77:1 78:23 84:1
    96:8,11 112:24
    116:8 120:10
    120:13 124:3
    131:10,13
    149:9
looked 30:1
    50:24 82:24
    125:10 151:8
looking 44:20

45:22 48:14
    51:14 62:3 71:8
looks 28:19 85:22
    86:5
loop 41:8
loss 117:5
lot 4:9 6:23 43:17
    55:11,11,11
    92:12 97:15
    138:20
lots 74:12
loud 58:19
love 118:21 136:8
    149:17
loved 144:19
lower 98:17
Lucas 130:3,22
    131:18,21,22
    132:10,15
Lucie 21:10

_____
        M
_____
M 1:24
ma'am 53:5
    91:13 99:7
    100:12,18
    101:11 102:23
    103:6 104:14
    105:16 107:13
    108:8 109:11
    109:19 111:14
    111:18 112:6
    113:10 114:4
    122:23 123:21
    123:24 124:24
    125:4,21 126:5
    127:6,9 128:6
    128:13,17
    129:19,22,25
    130:4,20,23
    131:17 132:9
    132:13,17,21
    133:3 134:25
    135:18
Maggard 3:1,2
    13:18,19
    157:15,16

main 20:20
maintain 36:12
    75:11
maintains 21:6
Maitland 39:18
    127:8 128:15
    130:1 134:21
major 25:14
    36:11 39:14
    40:1 52:6,7
    54:24 72:3,6,13
    78:10 79:9
    82:21 87:1,2
majority 34:13
    44:15 45:16,18
    66:16 74:3
    104:9,9 109:25
majority-mino...
    21:7 66:24
    73:20 89:23
    150:5
makeup 140:22
making 16:12
    21:3 30:4 31:16
    36:7 66:9 89:1
    146:15
man 129:2
managed 92:5
Manatee 28:9
    35:20 37:24
    86:23
manipulation
    128:10
manner 19:20
    26:20 37:18
map 4:15 5:9,15
    5:18,23 6:10,11
    6:12,18 7:1,10
    7:11,12,17 8:1
    8:10,15 9:16,16
    9:21 16:15,17
    16:25 17:3,5,6
    17:8,13,13,13
    17:16,18,19
    19:9 20:7,10,11
    20:16 21:2,9
    22:10,13,16

HT_0000255

23:19 25:8,16
27:1,4,16 29:17
29:22 30:6
32:24 33:19
34:2 37:3 42:5
42:25 44:6 45:6
45:15 47:13,15
49:14,16,17,17
49:18,20,21
50:10 54:5
56:25 57:2,5,8
57:10,15,18
62:9 63:15 69:4
71:11 74:15,21
76:19 83:1
85:20 88:15,21
90:3 96:12
98:24 102:2,6
106:6 107:17
107:22 110:17
111:1 113:21
114:3 115:23
118:7,12
121:23 123:10
124:4,14
127:19,23
132:2 136:5,12
137:8,13,15
139:25 140:16
140:21 141:1,3
141:5 143:24
144:18,18,21
144:23 148:20
150:16,19
151:7 153:7
154:9,15 155:2
155:7,11,12,15
155:19 156:12
**maps** 4:21,23
7:19 8:13,20,23
9:5 17:10,14
21:25 22:9,20
22:23 23:4,6,7
23:13 25:10,24
31:11 33:1
49:16 50:1,2,4
50:6,8 54:9

56:23 57:6
69:13 70:12,21
74:17,23 75:7
76:7 82:17,18
82:19 83:5,7
92:8 93:3,24
94:24 95:7
99:15 101:1,5
103:9,11,15,24
104:1,13
107:21,22
110:6,10,11,17
111:9 119:2
121:21 122:6
127:17 131:4
132:11 135:3
135:17 136:10
136:19 137:8
137:10,11
141:21 145:3,5
145:16 148:10
148:11,11,14
150:9,12,15,22
151:4 152:23
152:23 154:6
**March** 4:18 5:1
**Marion** 41:2
**Marsha** 105:17
107:10,14,15
**massive** 79:6
**Massullo** 3:3,3
13:20,21
157:17,18
**math** 73:11
**matter** 48:5 69:4
75:19 114:20
117:10 138:23
139:8,8 140:6
140:19 153:8
159:4
**mattered** 29:22
**matters** 138:23
139:9 145:24
151:14,17
**McClure** 3:4,5
13:22,23
157:19,20

**McCoy** 107:10
108:9,11
109:13
**McKinnon**
134:24 135:19
135:20,21,25
136:1
**mean** 26:24
28:15,17 49:19
66:18 69:3
76:21 93:11
94:7,15,24
148:13,16,21
149:21
**meander** 53:11
53:13
**meaningful** 28:4
30:13 32:8,17
**means** 4:24 38:17
88:19 120:18
137:22,22
142:17 145:25
146:19,22
147:23
**meant** 73:15
**measure** 118:4
**meddling** 141:23
**media** 140:23
**medical** 100:21
**meet** 36:24 37:15
37:22 38:2
53:21 61:13
62:11 87:1 90:1
**meeting** 5:25 7:2
9:14 10:5 12:3
21:14 24:2,21
24:21 50:23
86:25 101:15
153:1 158:23
**meetings** 4:17
50:18
**meets** 19:21
**member** 2:9,10
6:20 10:16 11:3
11:7,12 14:7
15:15 55:5,7
56:2,10,11,12

57:24 91:20,22
97:25 126:9
127:11 131:22
139:20 144:20
158:4
**members** 3:25
4:5,8 5:13 6:2,4
6:18 7:5,17,24
11:15 14:23
15:16 21:14,20
47:10 48:4,9,14
48:23,24 52:24
58:17 69:8
80:22 81:5 90:8
90:10,16 91:8
91:18 93:12
94:9 97:5,22
104:3 105:18
105:19 109:16
115:16 121:10
135:2,9 136:25
137:1 139:13
140:24 142:13
145:4,7 149:7
155:7 158:20
158:21
**membership**
99:25
**memo** 64:3
**memorandum**
21:13,15,21,23
22:6 84:23 85:9
**memory** 66:25
**mention** 114:8
**mentioned** 9:20
26:20 39:3 44:5
44:21 45:5
49:15 53:18,19
53:23 72:16
88:16 89:7
102:4 113:17
142:15 144:25
156:9
**mere** 67:10,22
68:22
**mess** 77:6
**message** 21:1,16

52:7 57:3,4
82:15
**messing** 81:18
**met** 51:16,17
**methodology**
25:13
**metrics** 28:4
98:25 118:4
**Miami** 71:10
**Miami-Dade**
71:18 72:21
**microphone** 4:6
15:12 63:11
**middle** 36:3
40:17
**miles** 154:14
**million** 47:11
154:7
**millions** 106:21
**mind** 81:9
**mindful** 81:6
**minds** 105:11
**minimize** 135:8
**minor** 22:21
**minorities** 51:7
100:6 104:2
123:18 140:3
146:21 153:11
**minority** 18:24
24:13 61:5
66:14 68:10,12
89:13 100:1,3,5
100:7 104:3,8
107:19,25
118:20 121:24
122:8,15 128:2
129:9 135:10
146:16
**minute** 119:9,11
120:24 121:8
121:11 125:7
**minutes** 97:23
99:8,11 103:4
111:17 119:14
121:2
**miracle** 140:24
**mirrors** 96:17

HT_0000256

mispronouncing 114:6
missed 119:19 149:24
mistake 99:11
mistakenly 111:8
moment 4:13 6:22 91:15,16 115:3 122:9
moments 27:9
monied 118:24
monitor 118:1,2
Monroe 21:11
Montgomery 131:20 132:19 132:20,25
months 101:21 106:23 110:5
MONTOMERY 133:1
moral 142:7
Morales 3:6,7 13:24,24 157:21,22
motion 11:17 12:20,22 14:23
motivated 74:25
Mount 41:15
mouth 105:12
move 4:24 6:7,19 9:14 10:18 11:15,18 12:1 48:9,21 52:23 61:19 62:21 74:6 85:14 88:22 90:11 97:19,25 105:21,22 119:7 120:14 141:22 144:9
moved 72:4 86:22 106:11
movements 106:3
moving 12:6 40:16 45:21 72:11 103:4

144:10
Mulberry 45:3
multiple 12:12 12:14 87:13 97:8,10
municipal 34:16 37:5 78:3 80:13
municipalities 35:3 39:16 78:6
municipality 37:2 39:10,11
Myrtle 130:3,22 131:18,21,21 132:10,15

**N**

name 6:24 17:4 97:16 98:5 100:20 103:7 105:19,25 109:21 114:9 115:14,17 116:16,20 117:1,18 119:15 121:13 122:10 125:5 126:8 127:10 131:21 133:11 136:1
Nancy 98:6 100:19,20 101:14,16,18 101:20
Naples 47:2 72:13
narrative 8:14,17
narrow 65:4
narrowly 22:4 61:24,25 64:16
Nassau 84:5
nation 130:15
native 109:23 130:6
natural 72:15
naturally 54:18
nauseum 153:18
nays 14:20

158:17
nearly 31:7 43:11 115:21
necessarily 29:2 68:5
necessary 11:2 38:16 40:2 47:4 64:22 67:16 92:5 142:17
need 24:12 29:9 32:3 64:24 71:1 71:24 73:2,7 80:24 85:5 90:9 90:11,11 92:7 92:10 94:1,6 96:19 100:21 108:3,15 114:2 120:6,10,12 146:5 149:13 152:2,3
needed 70:4 73:13 92:1
needs 146:5 147:20
Neely 112:19 113:7,9,11,12
negative 38:25
neglect 142:5
neighbors 106:19
neither 159:5
nerve 147:16
net 23:15 85:22
neutral 22:22 24:23 70:11 87:20 88:18 111:9,10 140:25 146:18 146:19,22 153:25 154:1
never 28:25 63:22,23 65:5 65:17,18,18,22 67:18 80:10 82:16 107:2 110:1,3 137:21
new 5:18 7:1 10:1 10:4 22:18

30:12 58:16 85:16 95:7 102:16 115:18
newly 6:13 30:25 46:3
Newman 62:23 63:1,3,16,17,19 69:10 85:9
newspapers 153:5
nice 78:7 87:2
non- 64:7 68:23
non-diminishm... 24:4 68:1
noncompact 43:6
nongeographic 26:15
nonpartisan 155:3
nonpolitical 26:15
nonprofit 109:4
nonsense 101:7
normal 4:24 6:19
norms 136:7,18
north 32:21 33:13 34:2 35:9 35:19,24 36:4 37:9,20,24 41:4 41:8 44:23 45:3 46:22 77:25 78:5 79:3 86:23 123:2
Northeast 18:14 18:15 22:19 82:16,23
northeastern 41:20
northern 36:18 64:6 65:25 66:6 67:7 68:10,22 72:4 86:20 117:3
northward 36:8
northwest 42:21
nos 12:14,16 97:10

note 51:24 79:18
noted 20:4,17 54:3,12 84:23
notes 17:20 84:23
noticed 48:4 50:21
notwithstanding 66:17 95:5
number 21:6 26:5,9,12 38:21 41:1 56:16,17 57:12,17 110:15 113:15 126:10 143:19 147:24
numbers 18:7 73:21 75:6 99:3 131:14
numerous 4:16 45:19
Nurse 112:12,14
NW 1:24

**O**

O'Jays 120:2,20 120:20
oath 10:19 11:4 11:16 12:10 102:17,18,19 124:7,11 126:21
oaths 102:19
objected 56:19
objection 81:17 140:11 158:23
objections 22:7 23:1
obligated 85:7
obligation 5:22 52:16,18 62:8,9 62:12 84:1,4,21 142:12,14
observe 103:3
observing 18:11
obviously 15:6,7 15:8,24 16:16 29:15 33:8 34:8

HT_0000257

50:1 54:2 57:10 73:17 75:18 78:22 79:16 82:21 88:22 90:3 121:20
**Ocala** 41:8
**occurs** 31:22 36:17
**Ocoee** 39:19 80:1 122:21
**Odwan** 133:6,11 133:11,24 134:9,12
**offer** 29:19 48:11 50:9 58:18 59:23 63:11,11 138:17
**offered** 88:1
**office** 5:9,12 6:14 10:2,6 14:24 15:3,18 16:23 17:6 18:3 19:7 19:11,17 20:1 22:20 49:25 50:6,11 56:22 82:12,19 89:19 125:17 131:7 145:12
**office's** 17:15 19:4,5 20:8 23:7,13 25:8,24 33:1 46:8 156:9
**official** 19:16
**Officio** 3:19,21 14:16,18 158:13,15
**oftentimes** 16:7 144:2
**Oh** 119:13 133:2
**okay** 49:12 61:21 65:8 66:5 67:8 77:3,5,6 85:15 95:21 111:20 121:9 131:21 132:6,15 135:1
**old** 119:20
**once** 8:20 46:20

48:12 97:16 103:3 123:7
**one-man** 141:20
**one-third** 42:12
**ones** 148:17
**open** 64:25
**opening** 29:12 39:3
**operative** 19:16 65:15
**opine** 151:15
**opinion** 84:14 138:10
**opinions** 7:6
**opponent** 133:4,7 134:18,19,21 135:23
**opportunities** 57:1,13
**opportunity** 15:17 49:2 51:7 57:9 81:3,15 90:25 92:3 113:11 117:6 118:11 121:11 123:18 128:3,4 129:7 136:15 140:3 146:20 153:10
**oppose** 104:13 126:20 127:23 132:2
**opposed** 12:13 53:11 97:9 106:1 136:2 155:4
**opposing** 145:4 145:15
**opposition** 97:21 103:8 110:6 112:13,14 119:1 121:19 130:8 132:23 136:22,24 155:2,6
**oppress** 124:4
**oppression**

118:13 120:11
**options** 30:17 33:20
**Orange** 27:18 38:17,21 39:1 40:17 43:13,14 76:9 78:9 79:1
**Orange-Semin...** 39:25
**order** 2:3 28:13 30:19 32:13 33:3 81:25 97:21
**organization** 109:4 110:3 121:17,21 155:3
**organize** 106:19
**organizing** 106:15
**original** 17:13 32:9
**originally** 63:21
**Orlando** 60:10 68:17,18 81:19 106:11 107:16 112:11 113:8 114:7,12,15 117:14 119:16 124:1,16 125:3 125:23 156:7
**Osceola** 33:7,10 33:15 42:20,22 43:7
**outcomes** 152:13
**outlined** 143:17
**outset** 17:21
**outside** 19:7 59:2 78:17 101:25 110:9
**overall** 22:22 23:2,14 31:12 31:15 42:4,24 43:7 45:6,18 52:9 57:15 72:16 73:22 75:16 78:19

80:17 82:9
**overcome** 116:12
**overreliance** 25:10
**oversight** 16:24
**overturned** 135:16

───────────
**P**
**P-000C0109** 6:10 7:18 9:16
**p.m** 119:8
**packet** 7:17,18 7:19 9:17
**packing** 85:25
**Pahokee** 46:11
**paid** 110:1
**pain** 147:4,5,5
**painful** 112:2
**painfully** 101:24
**Palm** 46:9,15
**Panama** 128:11 128:14
**Panhandle** 21:9
**paper** 125:14,19
**pardon** 114:18
**Park** 39:18 41:16
**Parkway** 36:20 36:21,23 37:8,9 42:23
**part** 30:6,7 45:24 73:9 77:22,25 86:20,21 87:24 88:25 100:10 102:16 122:4 144:1 150:12 151:6 155:15 156:7
**participate** 51:8 118:11,21 128:3 140:4 142:2 148:7 153:11
**particular** 36:17 71:11 76:22 98:24 99:15,15 147:19

**particularly** 81:19
**parties** 9:4 19:10 123:17 128:2 159:7
**partisan** 7:8 19:16 85:24 86:4,9,12 104:10 140:22
**partisanship** 136:19 146:10 146:11 147:18
**parts** 139:24
**party** 17:22 18:1 18:4,6 19:16 52:2 99:5 109:1 116:7 128:7 140:18
**Pasco** 34:13,14 36:19 37:8,9 38:4 44:16
**pass** 5:18,22 93:24 144:4 147:1 151:12
**passed** 4:19 6:12 9:12,22 16:9 20:3 22:9,23 23:4,22 27:1,16 38:10 39:6 49:17 50:13 54:9 78:25 82:4 82:7,8 104:5 107:18 127:24 151:8 155:7,9 155:14
**passing** 8:13,20 150:22 155:11 155:12
**path** 116:5 130:15,17
**people** 73:12,13 92:13 98:21 99:21 100:6,6,6 105:4 109:4 114:25 115:2 115:25 116:1,1 116:5 118:10

120:3,21
126:22,22
129:7,14,17
131:7,12
133:19,20
134:2 136:11
136:18 139:10
142:7 144:14
146:17 147:11
148:22 149:19
149:25 152:20
152:22,23
155:22,24,24
perceive 149:21
percent 26:16,16
 47:6 61:5,8
 66:25,25 72:19
 73:25 75:10
 76:15,16,21
 90:1 113:22,23
 127:20
percentage 74:1
percentages
 81:13
Perez 3:8,9 14:2
 14:3 157:23,24
perfect 148:14,16
perform 68:11
 74:3,19 75:1
 84:18,21
performance
 75:11
performed 75:12
 89:11
performing
 18:14,24 21:6
 73:20 89:10
 141:1
perimeter 76:14
period 80:23
permits 47:19
permitting 49:4
Perry 134:23
 135:19,23
person 97:18
 109:25 126:23
 153:17

personal 7:8
perspective 89:9
perspectives
 122:3
persuasive
 123:12
Pete 27:19 36:5,6
phone 139:14
phonetic 51:2
 113:8 125:1
 133:6
physician 102:17
pick 30:19 58:2,2
 88:23
picking 42:17
 87:14 154:5
picks 55:22 77:19
 78:14
picture 66:3
piece 41:19,20
 42:19 89:6
 144:16
pieces 44:1,4
 50:2
Pierre- 114:6
Pierre-Joseph
 115:13,15,17
Pinellas 35:14,16
 86:18,19
Pinellas-Hillsb...
 35:25
pink 34:11
place 93:7 149:14
places 25:11
 33:11 87:15,15
plain 52:14,15
plainly 27:9
Plakon 3:10,11
 14:4 157:25
 158:1
plan 15:19,21,24
 16:1,4,8,8,9,10
 16:15 19:2,20
 19:23,24 20:3,5
 20:7,9,12,25
 21:3,5,20,20
 22:18 23:2,8,18

23:20,21,24
24:19 25:8,9
26:4,14 27:1,2
27:4,12,14
28:22,23,25
29:7 30:2 31:12
35:21 38:10,17
39:4,5,6,6
40:22,23 45:7
46:8,12,16 82:4
89:25 104:8
106:1 108:4,5
117:3 121:19
plans 19:17,18
 20:15 33:1
 82:12
Plant 27:17 38:3
play 96:22
please 2:4 4:1,2,6
 12:10,13 14:25
 48:7 63:12
 70:13 81:5 97:6
 97:16 98:3,4
 99:10 104:12
 108:6 114:9
 129:24 133:22
 135:16 153:20
 156:21 158:19
pledged 102:18
plenty 48:17
plus 84:8
podium 97:17
 98:4 103:2
 136:11
Poinciana 42:18
point 11:9 12:2,2
 17:20 24:9
 28:16 32:1,4,7
 37:14,16 54:23
 64:24,25 65:16
 66:3 67:22,22
 82:2 84:3,5
 92:24 96:7
 129:2 135:4
 144:21,24
 150:11 151:1
 151:22

pointed 145:9
points 26:3 31:1
 81:13 113:15
police 142:22
policies 147:2
political 17:22
 18:1,4,9 19:15
 19:16 23:17
 26:19 33:21
 35:12 51:8,11
 52:2 57:16
 76:13 99:5
 121:15 128:4
 140:4,18
 147:10 153:12
politicians
 123:16 128:1
Polk 26:7 30:7,11
 30:16,18,21
 33:7,15,18,24
 33:24 34:22
 38:1,4 42:7,12
 42:19 43:2,6,15
 43:25 44:1,16
 45:3,13,16,18
 55:22
poll 125:12,19
pollical 18:10
pollution 118:1
Polsby 79:5
Polsby-Popper
 27:6
Popper 51:2 79:6
 128:22,22
populated 38:6
population 24:6
 30:22 32:4,5,15
 34:25 36:3
 38:16 40:3
 41:18,22 43:9
 45:2 46:4,19,24
 47:4,6 61:8,9
 66:14,21 71:25
 72:17,19 73:3,4
 73:7,11,14,23
 74:4 75:9,15,19
 78:17 79:9

89:18 115:21
 135:11
populations
 66:20
Port 27:18
portion 26:12
 36:18 42:18
 62:20 94:16
portions 20:2
 34:24 35:1 46:2
 50:12 71:21,21
 78:22,25 79:3
posit 146:15
position 23:25
 58:3
positions 120:8
positive 39:2
 108:15
possible 18:13,21
 18:25 149:19
Post-Reconstr...
 95:9
posted 9:18
poster 60:8
Powell-Williams
 102:25 104:15
 104:18,19
power 103:22
 113:21
powerful 106:19
 118:24
PowerPoint 15:6
 15:6
powers 129:18
practice 146:23
practices 99:24
 135:8
pray 109:7,8
precedent 154:12
preceding 68:15
preclude 93:4,8
precludes 47:23
precondition
 66:11,12,13
preconditions
 66:8
predominant

HT_0000259

4/19/2022                 Common Cause, et al. v. Cord Byrd                 Audio Transcription

Page 20

30:21
**predominantly**
36:16 39:14
60:1 77:16
78:12 79:8,18
**preferences**
56:25
**preferred** 25:13
25:21,25 26:22
99:1
**premise** 71:11
96:19
**prepared** 85:21
125:9
**prerequisite**
89:23
**present** 3:7,23
6:17 8:7 15:17
17:11 62:17
90:15 104:22
110:14
**presentation**
7:16 8:2 9:15
10:9 16:7 45:6
47:10 50:21
76:6
**presented** 10:2
50:10 51:4
88:21 110:7,22
111:2 151:23
**presenting** 9:16
49:14
**President** 5:17
128:19 142:17
**Presidential**
141:6
**Presley** 125:2,23
125:25 126:1,6
126:8 127:2,4
**pressed** 58:21
95:23 103:4
**presumes** 74:9
**pretend** 147:5
**pretext** 86:3
**pretty** 45:15
144:5
**prevail** 52:13

**previous** 7:19
74:17,23 89:16
103:14 144:18
144:21
**previously** 6:12
10:11 22:20
26:21 30:25
44:22 45:24
50:6 56:22 94:2
144:25
**pride** 142:15,16
**primarily** 22:3
**primary** 16:9
20:5,25 21:20
21:25 22:8
27:14 45:7
150:16 151:7
**principles** 24:24
35:8 151:19,24
**prior** 19:4 20:8
20:12 21:14
23:6 25:24 33:1
46:8 75:6 82:25
89:25 154:8
**prioritize** 136:18
**priority** 51:19
154:13
**privilege** 141:25
141:25
**privy** 105:2
**probably** 20:19
20:19 22:14
26:10 62:13
**problem** 68:20
149:7
**problematic**
152:2
**problems** 149:12
**procedure** 10:22
93:23 94:1
135:8
**procedures** 99:24
**proceed** 7:3 12:4
12:17 29:5
99:11
**proceedings**
110:2

**process** 4:14 9:1
11:18 12:6 17:2
17:23 18:10,11
19:6,19 35:16
51:8 72:7 77:12
92:4,6,10
115:18 118:6
128:4 140:4
141:4 142:2
143:18,20,25
144:1,7 145:1,5
148:24 149:10
149:25 152:4
153:12
**proclamation** 5:4
**produce** 9:11
**produced** 7:18
136:5
**product** 9:12
19:25 20:24
82:7,8 83:5
**professional**
17:12 19:22
24:1 88:8
**professionalism**
7:3
**Professor** 128:22
**profiles** 115:3
**profound** 118:12
**prohibit** 99:23
**prohibited** 135:7
**prohibits** 123:16
127:25 135:8
**proliferate** 8:14
**promise** 116:9
118:22,22
**pronounced** 98:5
**proposal** 21:17
**proposals** 19:5
**propose** 145:3,5
145:15
**proposed** 5:9,15
6:10,13,16 7:1
10:1,4 15:19
19:17,20 21:5
22:20 23:2
24:19 26:4,14

27:2 29:7 30:2
30:15,25 31:20
31:22,23 38:17
83:6 98:24
101:6 103:9
110:17,17
146:2
**proposing** 127:18
143:24 150:17
**prosperous**
147:22
**protect** 88:23
100:3,4 107:19
114:23 115:2
118:14 129:6
132:7 136:15
137:25 138:3
**protected** 24:13
89:10 96:9
**protecting** 95:16
96:10,14,15
**Protection** 22:1
64:9 67:20
84:25 85:3
98:16 99:22
**protections** 106:5
138:5,13
**proud** 126:9
128:21 148:12
154:21
**provide** 5:12
48:6
**provided** 30:24
50:11 137:20
159:4
**provides** 94:18
106:6
**providing** 12:10
16:23
**public** 4:2 5:14
6:3,4,19 7:5
48:6,18 80:25
82:18 90:10
91:11,14,17
97:12,14,15,22
97:24 105:20
119:9 158:22

**published** 50:6
57:6
**pull** 15:12 42:4
42:25 83:6
**pulled** 79:3
**pulling** 29:14
72:10
**purpose** 16:14
66:19 130:14
141:16
**purposes** 32:4
**Pursuant** 11:14
**purview** 59:3
**push** 73:15
**put** 10:19 11:2,16
11:24 12:6
39:16 53:10
69:2,19 87:10
109:1 111:13
124:17 131:7
131:11 154:6
**puts** 39:17
**putting** 12:9
131:4 151:3

_____

**Q**

**question** 52:22
53:1 54:22 58:2
60:7 61:1,13
62:6,14,21,25
63:11,23,23
64:25 67:9 71:1
74:15 75:4
77:11 81:14
82:1,13 84:4
85:16 86:2,14
86:14 87:7,18
87:25 88:11,14
89:5 90:24
92:25 93:3,5,9
94:15 95:5
116:25 117:8
117:11
**questions** 5:14
6:4,18 8:2 10:8
48:10,11,15,21
49:1,4,8 55:6

HT_0000260

76:2 80:24 81:5
81:10,12 83:11
91:9,9 95:18
96:6 118:7,17
146:3,13
quickly 103:20
quite 35:17 72:18
81:12 91:3
Quorum 3:23

**R**

race 22:3,22
24:10,15,23,23
60:2 64:14 67:8
70:11,16 87:19
88:18 99:25
107:5 111:9,10
115:22 129:9
130:16 140:25
146:18,19,23
153:25 154:1
race-based 65:3
67:12
racial 51:7 60:2
88:23 112:1
135:10 140:3
146:20 153:10
racially 21:17
69:5 140:9,13
radical 103:24
railways 25:14
raise 47:20
106:20
raised 23:1
146:13 150:11
randomly 140:21
Ranking 2:9,10
10:16 11:7,12
14:7 55:5,7
56:2,10,11,12
57:24 91:20,22
139:20 158:4
rational 54:10
rationale 90:25
reaction 108:15
108:15
reactions 58:20

reading 51:3
Reagan 42:23
real 150:14,24
really 16:1,4,4
20:18,21 22:12
22:15 29:8
35:22 37:25
40:10,13 44:16
52:7 73:7 77:23
79:11,25 82:4
83:2,4,6 85:8
88:5,18,19
94:16 95:1
96:16 128:21
132:6 142:2
152:22
reapportionme...
15:19
reason 24:11,18
58:4 64:21
67:18 123:5
reasonably 66:14
66:15
reasons 8:24
21:12 103:9
124:18 144:7
recap 4:13
receive 4:21,23
48:18
received 5:8,10
10:23 11:5 25:9
receiving 97:23
recognizable
31:8,10 36:11
37:17 40:14
recognize 6:8
10:6
recognized 8:6
14:24 25:18
28:22 49:6,23
50:15 51:22
53:24 55:5,15
56:1 58:23
60:19 63:2,18
70:7 76:20 81:4
81:23 83:10,18
85:17 86:6 87:7

88:3 89:2 90:15
90:17 91:20
92:19 94:11
98:8 100:18
103:6 104:17
105:23 107:13
109:19 113:10
114:13 117:16
120:25 121:8
122:23 123:24
125:4 126:5
127:9 128:17
130:4,23
133:10 134:25
135:20,24
137:3 138:4
139:19 141:13
156:17
recognizes 77:20
recognizing
76:13
recommendati...
57:7
recommends
28:23
reconcile 59:5,13
reconsider 121:2
reconvene 144:8
record 15:1
117:20 124:12
154:24
recording 1:10
158:25 159:3
recreate 90:4
recreated 89:12
89:25
rectangular
36:13
redescribing
10:10
redistricted
124:19
redistricting 1:11
2:3 4:14,21,23
7:10 8:13 16:20
23:3 54:4 77:19
103:11 104:7

106:1 115:18
115:23 118:5
123:10 124:3
124:14,17
131:4 142:2
145:2 146:8
149:10 151:19
redraw 52:16
56:18 85:1,8
redrawn 103:17
redrew 140:12
reduce 41:1 56:5
104:1
reduced 26:10,14
56:17
reduces 26:4
127:19
reducing 23:15
26:11 119:8
refer 15:23 16:3
16:11
reference 17:3
18:9,10 41:13
44:20 75:6
referenced 41:19
43:19 45:9
referencing 54:6
87:4
referred 20:11
23:19
referring 16:5
73:3 75:7
154:24
refers 16:13
reflected 9:17
reflecting 122:4
refresher 4:12
refuse 142:5,6
regard 83:16
regarding 21:5
25:10 26:3
42:14 52:5
70:20 101:17
109:12,17
regardless
105:10
regards 89:8

137:8
region 8:5 23:10
23:18 24:22
25:2 33:2,4,5
33:12 34:21
38:8 44:21
regional 117:2
regions 151:25
registered 121:14
registration 18:5
18:6
regression 138:1
138:3
regrets 156:13
regular 8:20 9:22
93:22 136:4
150:13
reiterate 92:24
rejected 101:4,6
rejection 127:16
related 47:12,14
87:18 94:20
relates 76:5
88:12
relative 23:4
159:6
relegated 146:7
reliably 24:7
reliance 26:14
67:23
remain 48:15
remainder 62:25
remaining 48:18
62:20
remarkably
140:25
remedial 95:9
remedy 21:1
60:13
remember 16:11
105:15 106:23
116:12 120:19
125:16 155:8
remembers
102:10
remind 101:12
105:18 109:16

116:6
reminder 4:5
    48:12 58:18
reminders 3:25
reminds 114:17
    125:12,13,14
reminiscent
    113:23
removes 91:3
Reock 27:6 79:5
Rep 91:24 142:15
repeat 88:11
    113:14 120:14
    120:17 123:20
repeating 123:7
replaced 60:13
report 109:24
reported 140:23
    158:19
represent 98:21
    124:15 126:23
    142:1 144:14
    152:20
representation
    70:22,22,23
    95:10,12 100:8
    106:7 107:20
    108:3 115:24
    116:6 118:3,17
    122:8,16
    125:15,18
    127:18,20
    133:16 137:11
    137:12,14,16
    137:25 138:23
    139:9 145:24
    146:16 147:9
    149:1 150:7
    154:3
representations
    111:1
representative
    2:12,14,16,18
    2:20,22,25 3:2
    3:5,7,9,11,14
    3:16,18,20,22
    6:2,8 8:6,8

10:14,15,21
11:11,22 12:18
12:19 13:2,4,6
13:8,10,12,14
13:17,19,21,23
14:3,9,11,15,17
14:19 47:9
48:22 49:5,7,12
50:14,16 52:20
52:21,25 53:3,6
53:9 55:25
57:19,21 58:11
58:12,14,22,24
59:16,17,18
60:15,17,18,20
61:17,19,21
62:15,20,21
63:6,7,13 69:19
69:21,23 70:1,5
70:7,8,18,19
71:5,6 72:24,25
74:5,7,8 75:25
76:1,3 77:10
80:20 81:4,7
82:13 83:9,10
83:12 84:11,12
85:10,12,15,18
87:6,8,23 88:10
88:13 89:5 90:6
90:12,13,14,17
90:18 92:18,20
92:22 93:15,16
93:18 94:10,12
95:19,21,24
96:1,5 97:3
126:11 129:8
137:2,3,4
139:11,18
141:12,14
143:12,13
145:20,22
148:1,4,8 149:3
149:5 152:6,8
153:19,21,23
154:17,18,24
156:16,18,25
157:2,4,6,8,10

157:12,14,16
157:18,20,22
157:24 158:1,6
158:8,12,14,16
representatives
    2:11 13:1 16:21
    51:9 100:24
    123:19 124:22
    126:8 128:5
    133:20,21
    140:5 147:12
    152:13 153:13
    156:24
represented 59:1
    122:1 156:5
representing
    122:4
represents 42:19
republic 117:25
    118:19
Republican
    99:17 104:8
    140:22 141:1
    148:23
Republicans
    101:9 109:2
    147:15,21
request 11:6
requesting
    131:10
requests 101:22
require 66:6
    68:21 129:4
required 46:3
    66:8 67:4,5
    83:17
requirement
    93:6
requires 47:14
reshaping 40:25
resident 32:13
    109:21 136:2
residents 30:15
    32:6 34:14 38:6
    42:12 46:6,9,23
    108:21
resolution 60:10

resolve 5:5
resolved 63:24
resolving 22:25
respect 23:3,23
    23:24 65:7
    78:24 80:11,15
    118:8
respectable 7:7
respecting 67:1
response 58:1
    102:12 132:22
    133:1
responsibilities
    101:1
responsibility
    8:13,16,18,19
    8:23 9:2,9
    103:10 110:10
    121:20 131:2,6
responsible 5:21
rest 4:12 56:25
    57:2,8,10
restricting 94:16
result 25:1,4
    26:23 41:3
    45:23 51:6 72:8
    99:16 140:6,19
    143:19 148:25
    153:9,14
resulted 28:8
    42:3 140:21
resulting 38:3
    45:12 47:5
results 117:5
retains 21:7
retrogressing
    105:5
retrogression
    70:20 100:4,5
returning 38:9
reversal 69:13
reverse 81:25
review 4:22,23
    7:23
reviewed 7:19
    76:19
reviewing 52:8

85:21
revised 25:19
revisions 25:24
    27:16
revisit 33:4
right 4:10 12:20
    30:15 31:11
    39:11 41:22
    43:10 52:25
    54:4 64:12
    65:13 66:4 68:5
    76:15 83:8
    85:18 105:4
    106:8 107:5,23
    108:25 113:19
    116:6 118:14
    118:18 120:6,7
    120:10,14,20
    123:9 125:6
    126:25 127:2
    131:5 136:20
    138:19 141:10
    142:13 143:19
    146:2 147:12
    148:9 150:23
    151:5
rightfully 101:5
rights 60:22 61:4
    61:4,15 64:23
    65:2,8,9,10,11
    65:11,21,24
    66:1,2,5 67:4,5
    68:21 89:20
    94:18 102:7
    104:4 107:3
    110:20,21
    118:9,20
    119:18 121:16
    126:17 129:6
    131:2 133:16
    135:6 149:13
river 31:3,6,16
    32:3,7,8 54:17
road 36:22,24
    37:10,11,20,25
    40:6,6,12 41:4
    41:23 44:21

HT_0000262

45:1 46:20,21
46:22,22 77:13
86:21
roadmap 5:25
48:23
roads 34:16
roadway 54:25
77:11,16,22
78:2,7 79:18,19
79:20 80:12
roadway-boun...
43:12
roadways 25:14
35:7 36:11,16
37:17 39:15
40:2,11 41:7
47:3 72:3,6,14
77:17,19 78:10
78:12 79:9 87:1
87:3
Roberts 112:16
112:18,21,21
Robinson 117:15
119:5 120:23
121:1,5,9,13
122:13,15,18
role 6:15 8:25
16:23
roll 2:4 12:23
149:11 156:21
Ron 127:16,24
132:3
Ronald 42:22
117:8
room 97:19
101:19,25
102:1 109:18
141:18 142:12
143:8
Rosemary
107:10 108:9
108:11 109:13
rotate 49:2
roughly 73:11
round 49:3,9
53:4,4 57:23
61:18 69:22

111:4
route 148:18
Rucker 117:14
119:4,11,13,15
119:16
rule 11:14 132:5
151:16
ruler 102:12
rules 118:8
152:24
ruling 118:24
run 141:20 144:4
145:11
running 144:12
rural 42:13
rush 133:17,19
133:20,25
rushed 8:5 152:2
rushing 134:1
Russia 108:18
Ryan 62:23 63:3
63:16,19 69:10
83:21

S

Sabris 125:1,22
sacrifice 147:8
sadly 102:21
safe 147:23
Saint 34:18
salamander
156:10
salamander-type
68:17
San 34:18
sand 28:18
Sarasota 26:6
28:8,10 30:8,20
34:21,22 45:25
46:1 55:21
sat 125:8,10
satisfied 50:25
55:2 103:16
satisfy 29:19
52:10 64:14
66:11 68:7,8,25
69:16

satisfying 69:14
save 97:21
saw 121:24
saying 12:11
28:14 30:14
52:16 62:10
83:14 97:6
117:9 134:3
140:15 147:1
151:9 153:24
says 67:21 99:4
135:14 137:24
146:3
SB-90 142:21
scenario 61:14
schools 67:19
Scoon 126:4
127:7 128:11
128:14,18,18
129:20,24
scope 110:9
score 27:3,6
scores 7:21 26:24
screen 9:25 10:4
scroll 29:14
scrutiny 5:20
62:2 64:15 68:2
68:7,9,25 69:14
69:15
seat 34:13 35:16
60:1 73:21,24
74:1,4 86:17,18
108:2 146:1
seating 137:18
seats 21:7 57:12
86:10,11,13,25
87:2 91:4 95:3
98:15 111:12
137:13 140:22
140:23 141:1,2
second 11:19,20
17:15 25:8,10
25:16 26:14
49:3 69:20
99:22 105:19
144:24 151:13
secondary 21:20

21:25 22:9
49:17,20
150:19
seconds 125:8
secret 56:24 57:5
82:16 151:3
section 36:3 53:7
64:22,22 65:9
65:10,11,13,15
65:16 66:1,2,4
66:5,9,10 78:9
89:20 90:2,21
99:22 135:6
137:24
see 9:24 27:8
30:7 32:2 36:15
37:7,13 43:22
44:9 45:14
46:18 48:16
61:14 86:16
100:22 111:6
112:25 116:9
136:9 147:4,4
150:23,25
151:17,22
153:25 154:2
seeing 6:15 12:21
91:11,17 93:14
94:10 100:23
102:15
seek 11:2
seeking 21:1
102:15
seen 10:3 35:15
116:3 142:19
142:21,21
145:4
segregating
67:19
segregation
95:16 140:10
Seimone 79:14
select 129:7
Seminole 77:24
Senate 4:18,19
5:16 15:9 19:11
20:2,4 21:19

23:21,22 24:8
24:12 25:10
70:11 103:14
103:21 110:24
124:11
Senate's 20:16
25:12,21 26:21
38:13
Senator 5:10
sense 8:12 80:22
89:1 90:23
94:16 152:18
sent 4:25 5:1 9:3
137:8,9 143:10
144:14
separate 40:11
74:18
separation
129:18
September 4:14
135:4
Sergeant 4:4
48:8
serious 108:18
serve 67:6 102:20
109:3 121:15
126:22 152:12
served 16:23
144:13
serves 67:1
service 10:25
134:17
session 4:8 5:5,18
6:25 8:20,22
9:11,23 93:22
102:1 130:14
133:25 136:4
136:13 137:6
150:13
set 19:21 21:12
118:8
shape 34:9 36:13
40:22,22 42:4,5
shapes 27:11
share 42:10
106:9,9
shared 126:13

HT_0000263

Sheila 112:15,17
Sheklin 100:16
    102:24 103:7,7
Shelby 65:13
shift 73:11
shifting 30:23
    40:21
shock 98:12
Shortly 6:8
show 32:2 141:20
    158:19
showing 26:17
    32:22
shown 21:8
shut 96:6
sic 33:11 50:5
    117:10 138:15
sickness 118:2,19
side 43:23 60:5
    72:10,21,22
    73:17 78:2,3
    79:1 116:10
    156:7
signature 5:19
signed 9:13
significance
    137:17
significant 26:16
    35:7 40:11
    43:16 57:4 78:2
    80:25 82:21
significantly
    23:16 54:6,7
signify 97:6
signs 118:2
silence 4:1
    127:21
silent 143:3
Silvers 3:12 14:5
    158:2
similar 5:11 7:18
    30:1 37:4 41:5
    82:3,6,11,13
similarities 23:23
simple 91:3
simply 124:8
    129:11

single 7:10 50:23
    55:23,23
    129:16 144:20
Singleton 112:15
    112:17
sir 14:25 49:23
    55:4 59:8 61:20
    69:7 80:21
    112:19 113:6
    114:13,19
    115:12 117:12
    117:16 119:8
    119:10,12
    120:22,25
    121:4,8 122:12
    133:8,10,22
    134:8,10
    135:24
Sirois 2:2,5,6
    3:24 8:9 9:20
    10:6,13,21
    11:11,21 12:15
    12:20,24,25
    14:22 15:11
    28:16 48:2 49:8
    49:11,23 50:9
    50:17 51:21
    52:21 53:2,5,8
    53:24 55:4,8,14
    55:25 56:7,11
    56:20 57:19
    58:8,11,14 59:8
    59:17,22 60:16
    60:18,24 61:17
    62:4,16,19 63:1
    63:5,10,17 69:7
    69:18,22,25
    70:5,14,18,24
    71:5,13 72:24
    73:5 74:5 75:2
    75:24 76:2,24
    77:4,8 80:20
    81:22,24 83:3,8
    83:18 84:11,19
    85:12,17 86:6
    87:5,9,19,23
    88:10 89:2 90:7

90:14 91:7
    92:18,21 93:12
    93:16 94:9
    95:19,22,25
    96:3 97:3 99:6
    99:10 100:9,12
    100:14 101:11
    101:15,17,19
    102:23 104:14
    105:16 107:9
    108:8 109:11
    109:14 111:14
    111:18,21
    112:3,6,10
    113:6,10 114:4
    114:19 115:12
    116:15 117:12
    119:3,12,14
    120:22 121:4,7
    122:12,14,17
    122:20 123:21
    124:23 125:21
    127:1,3,5 128:6
    128:8,11
    129:19,22,25
    130:20 131:17
    132:9,13,17,23
    133:2,22 134:8
    134:10,14
    135:18,22
    139:11 141:12
    143:11 145:20
    148:1,5 149:3
    150:20 152:6
    153:19,22
    154:16 156:16
    156:20,22,23
    158:18
Sirois' 8:11
sister 134:5
sit 114:25 132:11
    142:5,6
situation 52:13
six 14:20 42:12
Skidmore 2:9,10
    10:15,16,21
    11:7,11,12,22

14:6,7 55:5,7
    55:25 56:2,10
    56:12 57:20,24
    82:14 91:20,22
    137:3 139:18
    139:20 142:16
    158:3,4
skin 125:14
skinny 156:10
skip 20:19 29:25
slapped 69:4
slavery 114:24
    114:25
sleeping 131:14
slide 20:19 33:5,6
    34:4 46:18
slides 26:2 29:8,8
    30:24 32:18,18
    36:15 38:7
    45:21
slight 75:15
slightly 39:14
    42:21 154:20
slim 144:5
slippery 94:4
slope 94:5
slow 55:10
small 7:13
    156:10
Smith 134:19
smoke 96:16
smooth 43:1
smoothing 42:16
    43:1,3
solely 51:14
    115:25
solid 77:22
solidarity 118:25
solved 149:7
somebody 121:5
    156:9
someone's
    152:16
somewhat 59:2
song 120:2,4
Sorrento 41:24
sorry 15:11

33:14,16 36:20
    39:5 43:20
    55:23,24 57:13
    93:18 114:5
    135:22 143:23
    150:6
sort 18:21 27:22
    30:4 43:11 50:5
    52:15 59:24
    61:12 64:11
    69:12 73:16
    76:9 79:13
    141:19
sought 36:9
    138:24
souls 150:1
Sound 36:4
south 32:21
    33:13 34:3,11
    34:20 35:9,19
    36:23,25 37:20
    41:4,8 44:24
    117:21 123:3
    151:25
Southeast 21:10
    46:14
southern 31:17
    31:18,24,25
    35:1 36:2 38:15
    44:19,25 86:21
    86:24
Southwest 45:22
southwestern
    40:9
Sowell 136:21
space 80:5
spans 71:9
speak 15:13
    18:22 60:5 61:3
    62:19 63:10
    88:2,5 97:17,18
    105:14 107:16
    108:17 113:12
    114:8 115:9,9
    116:24 121:3
    121:11 133:7
    145:11 152:19

HT_0000264

155:23
speaker 5:16
  48:7 103:15
  109:14 112:13
  112:15,19
  119:7 124:7,25
  154:22
speakers 4:5
  121:7 124:13
  154:22 155:1
speaking 4:7
  15:8 16:1 43:21
  81:11 103:8
  105:10 106:15
  135:3 145:18
speaks 61:4
special 4:8 5:5,17
  6:25 8:21 9:11
  102:1 137:6
specific 16:5,5
  66:19
specifically 16:8
  23:24 27:17
  63:9 73:3 74:24
  76:7,13
speculation 6:24
speech 125:9
spend 97:23
spirit 12:5 109:7
spirited 149:22
split 23:16 26:9
  27:15,22 28:6
  30:7,19 31:6,9
  31:16,22 34:7
  35:24 36:6 44:5
  44:6 45:10,10
  46:20 55:12,19
  55:23 56:17
  117:3
splits 7:20 26:5,8
  28:3,19,19
  38:18 45:7,8
  55:17,19 56:5,6
  56:16,17
splitting 27:14
  28:9 55:22 72:6
spoke 57:4 69:3

sponsor 15:25
sponsor's 98:1
sprawled 60:9
sprawls 60:12
spread 79:4
square 36:13
  38:24 64:9 80:8
squared 27:10
  36:21 111:3
squared-up 34:9
squaring 29:19
Squire 116:17,19
  116:23 117:1
St 21:10 27:19
  31:3,22 32:7
  36:5,6 54:16
  84:6
Staats 98:6
  100:16,19,20
  101:14,16,18
  101:20
stacking 147:14
  147:15
Stacy 114:11
  115:14 116:17
  116:18
staff 4:4 10:18
  15:4 16:19
  17:12 19:22
  24:1 25:10 51:5
  88:8 89:2 153:3
stakeholder
  98:20
stand 93:25
  104:12 106:4
  114:25 136:10
  136:12
standard 24:4
  51:10,15,15,16
  51:17,19,20
  52:2,4,5 53:17
  53:22,22 64:8
  68:1,24 69:16
  84:15,16 99:1,1
  106:20 153:15
standards 19:21
  35:23 50:25

51:1 84:9 99:3
  153:16
standing 129:11
stands 31:7,9
  118:25
start 17:1 38:11
  81:25 84:8
started 8:14
  101:15 119:17
starting 16:22
  35:18 150:15
  150:21
state 4:20 8:1,4
  12:3 17:8,10,14
  18:16,17,23
  22:5 24:14 28:6
  31:5 33:17,23
  34:16 37:10,11
  37:20,25 40:12
  41:4,23 44:21
  45:1 46:20,21
  46:22 47:12,14
  47:14,17,18,19
  47:20,20 52:12
  53:7 54:14
  56:23 59:6,12
  59:12,14 60:4
  60:23 61:24
  62:1,8 64:14
  65:17,23 82:21
  84:10 86:21
  90:23 93:6
  94:19,22 95:3
  98:4 99:19
  102:20 103:18
  103:22,25
  107:7,19
  108:20,21,25
  110:1,18
  113:16 115:5
  115:19 118:9
  119:1 121:14
  121:18,22
  122:5,7,18
  124:15 129:16
  131:13 135:7
  136:16 138:1,4

138:7,8,11,25
  139:3,23 142:8
  146:5,16 150:5
  151:25
state-sponsored
  118:13
stated 5:17 24:20
  81:16 99:14
  103:15 104:6
  124:19 140:8
statement 59:7
  81:17 130:12
  131:1
states 5:3 22:2
  64:10,18 85:1,3
  94:23 99:2,23
  103:19 117:3
  133:13
statewide 29:7,9
  29:13
stating 129:5
statistical 28:17
  29:17,17 42:16
  43:4 80:17
statistically 54:8
statistics 29:3,16
  29:23 77:18
  78:15 130:9
statute 94:3
statutes 95:9
stay 9:6 131:5
  139:16 144:15
stayed 27:12
staying 73:23
stellar 76:21
step 11:1,24
  64:11 79:23
  106:14
sticks 42:20
stipulates 115:20
stood 155:10
stop 109:9,9,13
  109:13
stories 126:16
straight 95:17
straightforward
  91:3 94:14

144:13,16
strategy 85:23
street 1:24 156:8
strength 135:9
stretched 156:6
stretching 23:10
strict 62:2 64:15
  68:2,7,8,25
  69:14,15
strictly 99:23
strip 125:18
strong 8:12 50:21
  82:5 107:2
  118:20
strongly 117:23
struck 69:12
  85:25
Study 127:13
  131:23
style 20:15
sub- 53:21
subclause 146:3
Subcommittee
  1:11 2:3 10:20
  20:11,13 23:20
  24:2,21 38:9
  39:7 82:4,7,10
  117:9 121:12
  137:7
Subcommittee's
  82:11
subject 24:3
  65:23 66:1
  137:23
submission 25:7
submissions 20:9
submitted 17:5
  18:3 56:23 64:4
  82:12,18 91:13
submitting 82:17
subsequently
  21:3
substantively
  97:1
Substitute 4:19
suddenly 101:6
sufficient 24:6

HT_0000265

64:5 65:2,22
137:11
**sufficiently** 68:4
**suggest** 28:15,17
**suggests** 151:18
**suit** 101:8
**Suite** 1:24
**summarized**
84:24
**summarizing**
20:18
**summary** 21:24
69:13
**Sumpter** 40:23
**Suncoast** 36:20
36:21,22 37:8,9
**super** 119:17
152:20
**supplemental**
94:19
**support** 50:7
92:15 97:20
144:22
**supporting**
143:16 145:17
156:13
**supposed** 84:17
129:13 153:4,8
154:1,2
**suppression**
113:24
**supremacy** 94:21
114:18
**Supreme** 4:22
18:18 59:12
63:22,25 64:12
64:19 65:1,4
69:1,3,11 102:8
129:10 146:13
**sure** 27:21,23
28:3 30:3,12
32:2,2 44:6
45:9 48:17 49:1
52:23 62:6 63:4
63:16,20 71:14
73:22 75:20,22
76:25 88:18,19

92:7 98:5
124:12 129:7
146:15 150:22
154:2
**surrounding**
81:10,11
**survive** 68:2
**Suwannee**
109:24
**swap** 26:7 27:23
30:8
**system** 92:14
102:13 147:24

**T**

**table** 9:7
**tactics** 113:24
**tailored** 22:4
61:24,25 64:16
**take** 4:2,13 6:22
10:8 11:24
27:20 35:2 37:8
43:17 57:9
74:14 77:7
79:23 90:9
120:13 122:13
125:8 130:12
139:1 146:22
154:11,13
**taken** 102:19
151:7
**takes** 34:9 36:22
74:16,21 145:8
145:10,11,12
**talk** 5:24 71:10
87:11 95:6
110:23 114:25
137:17 152:22
153:24
**talked** 7:9 29:16
51:17 76:6
93:21 143:21
143:22,24
153:17
**talking** 76:17
88:25 93:2
119:25 120:11

**Tallahassee**
66:21 112:20
112:24 113:7
116:22 117:7
117:13,22
128:16 130:2
143:4 155:24
**Tameka** 107:11
108:9 109:15
109:20,21
111:17,20,23
112:4,8
**Tampa** 23:9,9
33:12,13 34:2,3
34:20 35:10,11
36:9 85:16 86:1
**tantamount**
140:9
**targeted** 129:17
**Tavares** 41:17
**tax** 125:13,19
**taxpayer** 133:13
**Tea** 116:7
**team** 6:17 8:24
**teenager** 119:20
**tell** 59:19 92:13
96:23 131:5
141:16
**telling** 74:13
128:24 141:7
**tells** 108:2
**Temple** 37:2,2,4
**tend** 74:19
**term** 87:20 88:18
143:22,23
145:9
**terminal** 118:19
**terms** 54:2 73:22
74:18,24 75:1,5
77:18 96:13
**Terrace** 37:2,3,4
**territories**
133:15
**test** 29:19 79:5,5
118:6 125:13
125:14,20
**testified** 140:20

**testify** 139:23
**testifying** 10:19
11:15
**testimony** 4:2 6:5
6:20 10:23
12:10 24:17,20
48:7,18 51:25
59:25 72:17
79:19 80:25
88:1 91:11,15
91:17 97:12,14
97:15,24 119:9
138:20 140:20
151:2,14
**tests** 125:19
**Texas** 17:9,10
**text** 7:22
**thank** 3:24 8:8
10:13,16 11:12
11:21 14:22
15:2,10,14,15
15:15,16,16
47:9 48:2 49:7
49:14,24 50:16
51:23 53:25,25
55:4,7,9,16
56:2,4,8,12,14
56:21 57:19,24
58:1,1,7,9,12
58:24 59:18,21
60:17,20,25
61:19,21 63:3
63:19 69:10,18
70:1,4,5,8,15
70:25 71:6,14
72:25 73:6 74:8
75:3,24 76:1,3
76:25 77:5
80:21 81:7,24
83:8,12,19
84:12,20 85:18
86:7 87:5,9
88:4 89:4,5
90:5,7,18 91:7
91:22,24 92:22
94:7,7,12 97:2
97:3 98:9,11

99:6,6,12,12
100:9,12,13
101:14 102:23
104:13,14,18
105:15,16,24
107:8,9,14
108:7,8,11,12
109:20 112:3,6
112:6,10 113:5
113:6,9,11
114:3,4,14
115:12 116:13
116:15,23
117:11,12,17
119:2,2,3,10
120:21,22
121:9,10
122:17,19,20
123:20,21
124:24 125:21
126:6,7 127:4,5
127:6 128:6,10
128:13,18
129:19,21,22
129:22,25
130:5,20,24
131:15,17
132:9,13,17,24
133:2 134:15
134:17 135:17
135:18,21,25
136:20,21
137:4 139:11
139:20,22
141:14 143:11
143:13 145:7
145:17,22
149:5 151:21
152:5,8 154:16
154:18 155:22
156:15,18,20
158:18,20,21
**thing** 7:11 118:18
120:8 126:25
144:24 145:6
151:13
**things** 42:15

HT_0000266

48:24 77:9,11
78:21 89:7
105:21 107:4
119:23 120:13
125:12 128:23
141:2,3 144:12
147:22,25
150:10,14
**think** 10:25
11:23 12:1
15:24 20:17
21:13,21 28:16
29:9 32:10
59:24 68:13
70:3 71:16
73:24 75:4 77:2
77:6,14,17 78:8
82:7 87:24 88:7
92:4,15 95:4
108:6 113:22
119:22 122:6
131:8 146:1
149:24 154:20
155:14 156:13
**thinking** 74:21
114:16
**thinks** 151:4
**third** 9:4 26:24
34:24 84:8
151:22
**thirds** 30:22
**Thompson**
159:23
**thought** 32:22,24
49:20 150:17
155:23
**thoughtful** 7:7
**thoughts** 82:19
**thousands**
127:22
**three** 19:2 26:13
27:22,22 37:15
37:21 38:19
41:2 102:13
117:4 125:12
144:11
**three-quarters**

33:17
**threefold** 42:24
**threshold** 61:14
74:2 89:18
**threw** 9:3
**tied** 117:25
**Tier** 23:3,16 25:1
25:4,15,18,22
25:25 26:3,20
28:4,12,18,18
30:5,11 31:8
32:23 33:3 35:7
35:12,22,23
36:7,11 37:17
39:22 41:11
42:8 45:19,24
50:20,20,22,24
51:1,10,14,15
51:16,16,19,19
52:2,4,5 53:16
53:17,22,22
55:2 57:1 76:10
78:14,17 87:12
87:12,14 88:16
88:17 96:10,13
98:25 99:3,4
129:3,4,9 153:2
153:2,15,16
**Tiers** 50:19
**time** 4:3,12 6:3,6
10:10 17:11
18:8 28:21
48:17 49:4,25
52:23 58:21
60:6,6 64:18
81:6 88:15
95:25 97:21
103:4 106:13
108:14 111:14
111:18 114:10
116:13 119:19
120:12 121:6
122:12,14
123:8 124:23
127:1,3 128:8
129:13 130:12
132:14 134:8

134:10,14
136:13 137:9
139:13 142:19
142:19 144:3,5
148:12 152:2,3
153:1 156:19
**times** 10:12
37:15 55:20
87:13 89:19
110:22,24
124:10 141:9
143:22
**Title** 137:23
138:2
**today** 4:2,6,9
5:12 6:17 7:2
7:24 8:24 9:15
10:2,20 12:5,10
15:9,23 17:18
17:21 19:3,23
20:22 21:6
22:12 48:7,20
50:10 55:9 81:1
85:21 89:7,20
90:11 91:16
97:14,22
102:15 104:1
104:22,23
106:4 108:23
111:2 112:9
113:5 118:6
119:2 123:5
126:12,14,18
126:20 131:10
136:15 137:15
138:21 139:23
141:17 143:1
143:16,18,21
144:17 145:5
145:14 151:14
152:16 155:23
158:21
**today's** 5:25 7:2
9:14 10:5 12:2
**told** 50:22 59:3
87:13 126:16
137:18 144:3

152:21 153:3,6
153:7
**tomorrow** 112:23
113:5
**tone** 12:2
**top** 53:10,13
**total** 61:6 73:11
**totality** 19:5 42:1
72:1
**totally** 75:7
**touching** 146:10
**Trabulsy** 3:13,14
14:8,9 158:5,6
**track** 139:17
**tracking** 6:6
41:22
**traditional** 67:2
67:14
**training** 22:15
**transcript** 159:3
**TRANSCRIPT...**
1:10
**TRANSCRIPT...**
159:1
**transition** 7:16
**transparency**
13:15 118:8
**traveled** 90:10
139:22
**traveling** 36:25
**traverse** 32:14
**treat** 24:13
**tremendously**
152:14
**tried** 28:2 32:7
37:16 80:18
144:11,13,15
**Trish** 112:19
113:7,9,11,12
**troubling** 103:23
**Troy** 116:17,19
116:21,23
117:1
**true** 129:3
144:15 159:2
**Truenow** 3:15,16
14:10,11 158:7

158:8
**trump** 67:20
**trust** 152:18
**try** 16:11 18:15
74:7 87:8 92:2
120:17 144:13
147:17 148:2
**trying** 25:22
32:14,16,23
36:12 43:9
66:13 68:9
72:15 83:6 92:9
96:1,6 107:6
120:16 129:12
149:11
**Tubman** 109:5
**Tuck** 2:7,8 14:12
14:13 158:9,10
**tuning** 4:11
**turn** 4:3,6 37:10
95:14 136:13
**turned** 38:16
114:22
**turning** 38:22
40:20 128:23
**twinging** 107:24
**twisting** 101:23
**Twitter** 153:5
**two** 12:21 18:2
19:4 20:8 22:18
22:21 24:16
27:24 28:6,10
29:7 31:1,3,16
32:1 34:24
38:18 39:15
41:2 44:7 45:11
50:1,2,4,7
56:23 57:6 65:8
74:18 78:3,6
84:7 86:25 99:8
99:11 101:21
103:3 104:3
110:24 111:12
111:17 113:15
119:14,19
120:10 121:2
137:16 143:20

150:15,22
two- 30:21
two-for-one 26:7
two-part 59:24
two-thirds 30:14
  38:5 42:11
  45:13
types 55:20

_____ U _____
U.S 18:16,22 36:2
  37:19 44:14,17
  52:10 64:25
  83:23 96:20
  102:20 120:18
  135:5 146:12
Ukrainian
  108:18 109:6
ultimate 118:18
Ultimately 18:25
unaware 59:15
  87:3
uncle 134:4
unconscionable
  122:6
unconstitutional
  92:13 108:5
  110:18 121:23
  140:17 150:18
  151:10
unconstitution...
  130:11
underneath 80:2
understand 24:8
  77:17 84:16
  95:24 98:23
  110:14 152:1
  153:23 154:10
understandable
  27:11
understanding
  5:10 49:18
  52:12
Understood
  148:4
unelected 9:5
Unemployment

147:24
unfair 104:13
  107:22,22
  108:4
unfairly 132:4,5
unfortunately
  101:3 105:1,8
UNIDENTIFI...
  11:9,20 13:25
unincorporated
  35:2 36:4 37:13
  41:24 47:2 72:3
  72:12 73:10
unintended 30:3
union 106:3
United 5:3 22:2
  64:10,18 85:1,3
  99:2 103:19
  133:13
universe 95:15
unlawful 84:2
  85:7
unnecessary
  11:24 92:11
  141:23
unprecedented
  103:18 141:22
unsure 92:1
upcoming 5:7
upheld 139:5
uphold 102:18,20
upholding
  136:17 138:11
upward 39:13
urge 98:14
  113:20,20
  114:2
usage 23:16
  25:13,14 29:20
  35:12 39:1,2
  40:10 57:16,16
USC 94:18
use 10:10 28:4
  31:20 32:14,16
  35:23,25 36:7
  37:16 80:5,11
  80:12,18 98:25

125:9
uses 98:25
utilize 26:18 45:1
  51:11 72:15
utilized 36:1 38:1
  86:19
utilizing 39:14,24
  40:1 42:22
  44:17 47:2
  72:13
utter 98:12

_____ V _____
v 1:4
values 144:15
  149:16
variety 144:7
various 85:2
  105:9
vast 44:15
venture 22:13
venue 90:21 94:4
version 71:8
versions 21:18
  22:8
versus 88:17
veteran 108:22
  133:14
veto 4:25 8:23
  21:1,16 52:7
  56:15 57:3,3
  82:15 137:7
  143:22 144:1
vetoed 5:2
  103:17 144:8
  155:15
vetoing 101:7
vetted 76:11
vial 118:17
Vice 2:7,8 14:13
  158:10
VIDEO 1:10
  158:25
view 29:9,13
viewpoints 122:1
views 15:17
violate 93:3

99:20
violated 85:2
  122:11
violates 22:1
  83:23,24 84:25
  99:21 102:6
  140:1,7
violating 104:4
  129:9,10
violation 90:3
  110:12
virtually 154:23
visible 26:10
  29:21
visual 23:14 29:6
  42:16 43:1,3,5
  43:5,13 57:14
  77:3 79:11
visualize 32:19
  38:7
visually 27:8,10
  35:11 40:19
  54:8 111:5
voice 11:23 12:8
  12:22 107:2
  110:6 130:8
  152:19
voices 107:7
  127:21 131:12
  142:9
Volusia 38:15,18
  39:2 42:2 130:7
Volusia-Browa...
  38:20
vote 6:20 11:19
  12:7,8,22 14:1
  74:10 92:16
  93:10,11 98:14
  105:14 106:13
  106:21,25
  107:2 108:7
  114:2 119:23
  120:1,4,6 123:9
  123:14 125:16
  125:16 127:2
  129:24 130:11
  130:18 131:16

132:8 135:12
  135:16 139:7
  139:15 141:8
  142:20 150:12
  152:15
voted 12:21
  49:16 99:19
  122:13 142:10
  142:11 144:21
  154:21 156:3,4
voter 18:5 54:22
  54:23 106:10
  110:20 113:24
  119:17 121:14
  126:18
voter's 125:6
voters 22:3 74:10
  96:9,11,11
  107:20 113:13
  113:16 117:20
  117:23 120:11
  124:5 126:16
  127:22 128:3
  128:19 130:18
  131:7,12 132:7
  139:8 142:23
  147:11 150:4
  155:3
votes 117:10
  139:8 156:15
voting 18:6 47:6
  60:22 61:3,4,8
  61:9,15 64:13
  64:23 65:2,8,9
  65:10,11,11,20
  65:24 66:1,2,5
  67:4,5 68:21
  72:17,19 73:22
  74:4 75:9,15
  88:15 89:18,20
  94:18 99:24
  102:7 104:4
  110:21 113:21
  116:1 118:9
  119:17,19,22
  121:16 129:6
  135:6,9,10

HT_0000268

143:5 148:20 149:13
VRA 137:24

**W**

wage 106:14
waive 97:20,20 132:23 156:19
waives 112:12,14
waiving 136:22 136:24
walk 26:2 64:11
walked 59:25
wall 33:17,18 43:12 78:1 79:21
Walter 134:19
want 6:2 7:2 8:10 10:10 32:2 48:11,17 58:18 62:14,15 65:16 79:16 81:2 85:11 92:2 93:20 95:2 98:11 106:9,9 111:15,24 114:1 119:25 120:3,4,4,9,13 120:14,19,21 122:10 124:2,6 132:11 136:9 139:10,22 143:15 144:4 144:24 145:6,7 146:17 147:4 148:6 151:16 153:17
wanted 29:18 37:25 42:7 44:6 44:22 46:14 75:22 76:8 86:16 90:4 135:4 138:3
wanting 75:20
wants 95:14 102:8
war 108:16,18,18

108:23,25 134:5
warrant 75:17
Washington 1:24
wasn't 44:6 57:5 58:5 61:25 62:1 148:16
watching 73:21
water 87:15,17 118:1 154:11 154:12
waterway 54:25
waterways 25:14 40:2 41:14 47:3 72:14 78:10,12
way 18:18,19 19:6 20:13 26:22 27:25 28:1 30:21 32:17,22 35:18 35:19 41:5 52:15 53:21 71:10,12 75:22 77:10 79:7 83:20 94:1 105:20 108:16 111:1 114:9 116:20 120:5 127:2 132:5 147:13 151:19 156:6
ways 20:14 26:9 38:18 81:20
we'll 7:1 12:17 27:8 38:11 48:15 49:2 53:2 53:8 57:22 62:21 74:7 97:25 103:3 125:2,23 127:8 130:2 131:19 132:19 133:8
we're 48:9,16 49:9 61:19 76:17 80:23,23 81:11 85:13,21 87:14 90:3

91:13,14 93:2 96:13,14,14,24 97:1 105:8,10 105:13,14,14 108:19 109:2,2 109:3 118:6 120:11 123:9 137:6,15,18 138:22 139:14 144:10 146:10 147:1,5 148:15 149:9,10 150:6 154:2,5 155:18 155:19
we've 4:15 7:9 8:1 10:11 17:14 50:2,5,23 52:3 76:19 92:5,24 104:1 107:3 138:15 142:21 142:21 143:21 143:21,23 149:24 151:17
weapon 115:1
weaponing 93:22
weaponize 94:1
weaponizing 92:6
Webber 116:21 117:13,17,19
website 4:15
weeks 6:25 50:19 69:4 128:21
weighing 93:5
weighs 152:14
weird-shaped 154:13
welcome 4:8 97:20
Weldon 127:11 131:22
well-recognized 26:18 40:1 54:20
went 32:24 68:16 68:18 77:1 134:5 144:16

153:2
west 35:18 37:20
western 33:22 40:4,7 46:9 47:1 71:20 77:12 79:21
wheel 38:23 40:20 96:25
white 114:18 130:16 148:23
Whitfield 133:6 133:11,12,24 134:9,12
wholly 35:16 37:5 39:16,18 41:9 86:18,18
widely 140:23
Williams 114:11 115:14 116:17 116:18
Williamson 3:17 3:18 14:14,15 158:11,12
willing 64:19 65:5 147:8
Winter 39:18,20 80:1 122:22
wiped 65:13
Wisconsin 17:9 69:4,11,12,13
wishing 137:1
withstand 5:19
witness 12:9
Women 113:13 113:16 128:19 155:3
won 107:4
wondered 53:19
word 124:11 145:10
words 18:5 19:13 26:20 61:7
work 4:9 9:8,12 15:20 18:9,11 21:3 28:24 29:1 30:2 32:15 41:18,21,24

43:18 44:11 45:2 52:8,9 78:4 79:9 82:10 82:11 83:5 92:4 92:14 98:11 101:4 143:6 144:6,9 158:21
worked 19:10 20:24 30:10 35:17 150:20
worker 106:2
workers 107:1,2
working 12:5 60:6 101:2 121:17,22
world 22:14 106:24
worried 140:25 150:8,8
worries 115:15
worse 96:12 154:14
worsen 81:20
worth 28:12
worthwhile 33:3
wouldn't 53:19 69:16 75:16,16
Wow 70:10
wrap 80:24 92:9 111:21 153:20
write 129:14
written 81:16,17 122:9
wrong 33:8 58:10 59:4,20 63:8 67:24 68:14 113:18 138:21 138:22 141:2,4 141:4 150:14 151:9,15
wrote 21:16
www.FloridaR... 9:19

**X**

**Y**

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 30

**yeah** 62:18 69:11
 93:20 138:9
**year** 16:22
 142:22
**years** 16:19
 60:11 92:6
 106:16 112:25
 113:25 142:10
**yeas** 12:12 14:20
 158:17
**yelling** 106:23
**yield** 121:6
**yielding** 34:13
**young** 119:20

**Z**

**Zephyrhills**
 34:17
**zero** 32:15 45:2
 79:9
**zero-population**
 44:11 78:4
**Zonia** 134:23
 135:1,2
**zoom** 29:24 39:9
 39:10 77:20
**zooming** 35:14
 46:17
**ZsaZsa** 128:15
 130:1,21,24,25

**0**

**0.2** 27:7
**0079** 17:6,13 20:9
**0094** 17:16 20:9
 25:8
**0109** 16:9 19:24
 22:18 23:8,18
 25:9 27:1,4,12
 31:12 40:23

**1**

**1** 9:23 47:11
 50:20,24 51:1
 51:16,16,19
 52:2,4,5 53:17
 53:22 55:2
 87:12 88:16

96:10 99:3,4
 129:3,4,10
 153:2,15 154:7
**1-C** 6:1,21 7:25
 8:7 15:7,8
 19:24 47:8
 143:16
**10** 6:11 9:20
 16:19 20:5
 23:25 24:13,23
 39:4,8,19,25
 40:5,10,11,16
 41:1 43:13 50:3
 57:11 76:7,16
 77:13 78:1,10
 78:11 79:21,25
 80:3,14 81:19
 119:16 122:25
 124:17 126:10
 126:24 155:20
**10-** 80:5
**100** 113:24
**102** 4:19 20:4
 21:19
**109** 55:12 56:4
**11** 25:6 39:8,20
 40:5,12,20,21
 41:1,12,17,20
 42:9 43:10,20
 43:20,23 44:1
 44:14 79:12,13
 79:22,25 80:2,6
 80:7,9 124:18
**11.5** 26:16
**12** 34:5,8,12,15
 34:19,23 36:19
 37:11 40:19
 41:1
**12.5** 26:16
**120** 143:9
**13** 35:18,24 36:3
 37:12 86:11,25
**1367** 94:18
**14** 32:18 35:24
 36:8,13,18 86:1
 86:11
**141,000** 34:13

**14th** 62:2 92:25
 93:1,3 95:6,8
 96:20 99:22
 114:21
**15** 33:5 34:12,14
 34:15,17 36:19
 38:2,3 42:10
 43:20 44:8,14
 44:23 45:1
 86:11 87:1
 106:2 158:17
**1500** 32:5
**16** 27:14 34:4
 35:20 37:23
 44:24 45:7
 86:25
**17** 26:5 34:23
 35:1 46:1,3
**1730** 1:24
**1773** 116:7
**18** 6:12 16:2,6,15
 17:17,17 20:22
 22:16 25:19
 26:5 30:15 38:2
 42:10,11 43:10
 43:15,20,24
 44:3,14 45:1,12
 45:19 46:4,20
 46:24 56:18
 71:24,25 72:2,5
 99:16 119:18
 140:12
**180** 154:14
**19** 1:12 2:1 35:4
 35:5 36:2 47:4
**1940s** 114:17
**1950s** 114:17
**1960s** 126:15,18
**1965** 65:21
 119:18
**1968** 65:19
**1975** 120:1,20
**19th** 133:25

**2**

**2** 9:23 23:3,17
 25:1,4,15,18,22

25:25 26:3,20
 28:4,12,18,18
 30:5,11 31:8
 32:23 33:3 35:7
 35:12,22,23
 36:7,11 37:18
 39:22 41:11
 42:8 45:19,24
 50:20,22 51:10
 51:14,15,19
 53:16,22 57:1
 64:22 65:9 66:5
 66:5,9,10 76:10
 78:14,17 87:12
 87:14 88:17
 89:20 90:2
 96:13 98:25
 106:13,22
 135:6 153:2,16
**2-C** 15:9
**20** 9:24 87:21
 88:3,6,7,9,12
 89:8,16 90:1
 99:17 104:8
 119:6 121:7
 140:11,22
 141:1 147:16
**200** 154:14
**2000** 32:5 156:4
**20036** 1:24
**2009** 60:7 106:12
**2010** 104:5
 110:20 127:24
**2012** 60:7
**202** 1:25
**2020** 121:25
**2021** 4:15 135:5
**2022** 1:12 2:1
 126:19
**2024** 130:16
**21** 9:24 32:18
 74:17,23
**22** 9:24
**22nd** 134:1
**23** 9:24
**232-0646** 1:25
**24** 9:24

**25** 9:24
**26** 10:3 46:25
 47:3,5 71:8
 72:9,12 74:24
 96:8
**26's** 47:1
**27** 9:24 42:22
**28** 5:6 9:24 74:23
 94:18
**29** 46:22
**295** 32:12
**29th** 5:1

**3**

**3** 25:6 41:3,9
 137:23
**3-19** 10:3
**30** 125:8
**301** 37:20 41:4,7
**3627** 90:20
**3647** 90:21

**4**

**4** 22:19,23 30:23
 31:13,14,17,19
 31:25 32:3,13
 32:14 40:12
 43:22,23 44:2
 51:14 53:11
 54:22 56:15
 65:14 81:18
 82:22
**4:22-cv-109** 1:4
**40** 97:23
**44** 66:24,25
**45** 66:25 97:23
**45,000** 73:12
**4500** 46:6,23
**46** 41:23
**4th** 4:18

**5**

**5** 21:18,24 22:19
 22:23 30:23
 31:13,14,17,19
 31:25 51:14
 52:17 53:10
 54:23 56:15

HT_0000270

58:4,5 61:16
63:21 64:1,23
65:10,11,15,16
66:1,2,6,17
68:13 81:18
82:23 83:15,16
89:17 109:22
117:2,21
123:15 127:14
127:25 131:25
133:12 136:2
137:24 140:12
**5:05** 48:16
**5:10** 48:16
**50** 61:5,8 90:1
113:22,23
127:20
**528** 40:12
**54** 37:10
**5th** 98:19,21

---

**6**

**6** 25:6 41:12,16
42:3 123:15
127:25
**6's** 41:3
**6:00** 119:8
**6:02** 139:14
**6:25** 139:16
**60** 37:20,25 44:21
45:1
**60s** 123:1
**63** 76:15
**65** 120:12

---

**7**

**7** 38:19 40:25
42:2 90:21
130:7 158:17
**7-11** 80:5
**7.2** 11:14
**73** 72:19 74:2
75:10
**73.22** 47:6
**74** 73:25
**75** 41:10

---

**8**

**8** 38:14 78:11
99:17 104:9
140:22 141:1
147:16
**8011** 20:12 23:20
23:24 38:10
39:6 82:4
**8019** 16:10 17:19
20:5,25 21:3
27:1,14 40:22
50:4 55:12 56:5
76:16 81:17
**8060** 23:21 76:18
81:13
**812** 1:24
**82** 46:21 76:16
**846** 46:23

---

**9**

**9** 39:8,12,13,18
40:11 42:9,14
42:17,21 43:10
43:15 77:25
78:22,25
**9-11** 80:6
**92** 76:20
**959221** 90:16
**98** 44:15,17

HT_0000271