Page 1

Common Cause, et al.            )

                               )

v.                             )  4:22-cv-109

                               )

Cord Byrd                      )

_____)

TRANSCRIPTION OF AUDIO RECORDING

SENATE COMMITTEE ON REAPPORTIONMENT

APRIL 19, 2022

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

HT_0000608

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 2

APRIL 19, 2022

CHAIRMAN RODRIGUES:  Committee on Reapportionment will now come to order.

Dana, please call the roll.

THE CLERK:  Chair Rodriguez.

CHAIRMAN RODRIGUES:  Here.

THE CLERK:  Vice Chair Broxson.

Senator Bean.

SENATOR BEAN:  Here.

THE CLERK:  Senator Bracy.

SENATOR BRACY:  Here.

THE CLERK:  Senator Bradley.

Senator Brodeur.

SENATOR BRODEUR:  Here.

THE CLERK:  Senator Burgess.

SENATOR BURGESS:  Here.

THE CLERK:  Senator Gibson.

Senator Harrell.

SENATOR HARRELL:  Here.

THE CLERK:  Senator Rodriguez.

Senator Rouson.

SENATOR ROUSON:  Here.

THE CLERK:  Senator Stargel.

Senator Stewart.

SENATOR STEWART:  Here.

HT_0000609

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 3

THE CLERK:  A quorum is present, Mr. Chair.

CHAIRMAN RODRIGUES:  Thank you.  I'd like to ask everyone to silence your electronic devices. Anyone wishing to speak before the Committee should complete an appearance form and hand it in to a member of the Sergeant's Office.  Should you select to waive your speaking time, your position will be included in the Committee meeting records.

Members, as you know, the Congressional maps passed by the Legislature in our regular session were vetoed.  We have been called back into special session to fulfill our constitutional obligation to reapportion this state.

On Tuesday, April the 12th, I was briefed by the Governor's Office on a map which has been published as P000C0109.  After a conversation with our Senate counsel, I determined that this map reflects standards that the Senate can support and filed it as Senate Bill 2-C.

I've asked our general counsel, Mr. Dan Nordby, to prepare a legal analysis of the Governor's submission, and that legal analysis is included in today's meeting materials for your review.  The letter that the Governor's Office sent, along with their map and their analysis the

HT_0000610

Page 4

accompanied the veto message, are also included in today's materials.

At my request, the Governor's Office is here today to provide members of this committee with the same briefing that I received last week and to answer questions about the map.  Members earlier today -- all interested Senators were invited to attend this meeting.

Members of the Committee will be the first to ask questions relating to the proposed map, after which, if time permits, non-Committee members will be allowed to ask questions.  Questions should not be framed in the form of debate.  Debate is reserved for members of the Committee at the appropriate time.

We are scheduled to conclude this meeting at 4:30.  The Senate will reconvene at 5 o'clock, as required by the earlier recess motion.  In order to keep with the special session schedule, the President has indicated that he will not be open to extending today's meeting.

If there are no questions about our process for today, then we will proceed to today's agenda.

Seeing no questions, we will now move to the agenda.  Take up tab number 1, Senate Bill 2-C

HT_0000611

Page 5

on establishing the Congressional districts of the state.

Mr. Alex Kelly is here on behalf of the Executive Office of the Governor to walk us through the map.

Mr. Kelly, the floor is yours.

ALEX KELLY:  Thank you, Chair and members.

Again, my name is Alex Kelly, and I appreciate your time and this opportunity today to present the map proposed by the Executive Office of the Governor, the third map filed by our office, and the proposed Congressional Reapportionment Plan and to discuss our office's contribution to what is a compromise plan.

And just for a background, I serve as at the Deputy Chief of Staff for the Governor.  A very brief introduction before I get into the slides. I'll frequently today refer to improvements in the plan before you today.  Senate Bill 2-C is followed by the Chair Plan 0109.

Although when I refer to changes in this map, as you may know, you know, my role in terms of when I talk about my role in these changes, I'm only really referring to 18 of the 28 districts in this map.  Ten of the districts are unchanged from Senate

HT_0000612

4/19/2022                Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 6

Bill 102 that you passed during session, so Primary Plan 8019.  So when I refer to changes and I refer to my work on this map, I'm really just referring to the 18 districts that I changed.

For my role in this process and my reason for being here today, I am the map drawer of the 18 changed districts in this plan before you.  As for my experience, just to give a little context, a decade ago I was the Redistricting Committee Staff Director in the Florida House of Representatives.

Starting in January earlier this year, I initially served for our office just in a role of providing general guidance and oversight to our in-house and contract counsel and also to a contract map drawer, who we brought on to support this work, and that contract map drawer supported our work in the Governor's first map that was submitted back in, I want to say, maybe late January, early February, Plan 0079.

For reference, that contract map drawer of Congressional Plan 0079, his name is Adam Foltz. He's also previously drawn maps on behalf of the Texas and Wisconsin Legislatures.  He's currently drawing maps right now on behalf of the Texas Legislature.

HT_0000613

Page 7

Adam and myself collaborated on our office's second map, map 0094, which was submitted a few weeks later.  Much like your professional staff, myself, and our contact map drawer, we've only ever worked on maps for state government -- or I should say much like your professional staff and your Committee.

In this map before you today, I alone authored the changes in this plan, 0109, with respect to how this new plan compares to the map that the Legislature passed, the Legislature's primary plan.  And generally speaking, today, I'll refer to the Legislature's primary plan, except where I might note otherwise, but generally, I'm referring to Plan 8019.

I will also say at the outset some important disclaimers.  One, no one directed me to favor or disfavor a political party or incumbent in my work, and I did not draw with the intent to favor or disfavor.  Two, in drawing any of the districts submitted by our office, I did not consider or even look at political data, including party registration and voting data.  In other words, I do not know the voting history or party registration numbers for any of the districts that we've drawn as an office for

Page 8

any of the districts that we'll look at today.

The only time I did reference political data was early in the process to determine a question that you were having to address, to determine whether or not it was possible to draw a compact African-American performing district in Northeast Florida, essentially a more compact version of the benchmark District 5.

I did at that time reference political data to determine if that was possible and determine if there was a way to draw such a district that complied with the U.S. Constitution, the Florida Constitution, in particular the Florida Constitution as interpreted by the Florida Supreme Court and implemented by this Legislature. I ultimately determined earlier in this process that it was not possible to essentially check all those boxes.

Three, in drawing the plan before you today -- in drawing and in really contributing to any of our office's plans and in the totality of our engagement in this process, I have not consulted with any outside -- anyone outside the Executive Office of the Governor, our contract counsel, our contract map drawer, or the Legislature and the Legislature staff and counsel.

HT_0000615

Page 9

In other words, I can confirm I've had no discussions with any political consultant, partisan operative, or any political party official concerning any plans presented by our office, including the plan that you'll be considering today. In effect, I have engaged in this process, including authoring this proposed comprise plan, in a manner that meets the same high standards that you set for your professional staff.

And this proposed plan truly is -- Senate Bill 2-C, Plan 0109, is indeed a compromise. It is the project of -- a product of consultation and collaboration between our office and the leadership in the House and Senate, and it incorporates portions of the plan passed by the Legislature. when I noted earlier that 10 of the districts are identical to what the Legislature passed.

It incorporates concepts from maps previously discussed and presented by -- or previously submitted to the Legislature by our office, 0079 and 0094. It incorporates concepts from the map that was referred out of the House's Congressional Redistricting Subcommittee, Plan 8011, and it aligns in several other ways that I'll describe with the House and Senate's map drawing.

HT_0000616

Page 10

I'll jump into the slides.  Ten districts in the compromised plan, as I noted, Districts 1, 2, 20-25, 27, and 28 are unchanged by the plan passed by the Legislature.  The remaining districts, 3-19 and 26, have been modified in various ways to address the federal constitutional concerns raised by the Governor and to improve various Tier 2 metrics.

In a few minutes, I will walk you through visually the 18 districts that I changed in this proposed plan.  First though, I'll give you a general overview on the next slide and then after that some highlights of the improvements to the Tier 2 metrics.

First, in an effort to create a collaborative product, I worked off the Legislature's primary plan, 8019.  So while I was seeking to remedy the Governor's veto message and make improvements throughout the map, I began my work by downloading the Legislature's Plan 8019 and subsequently making changes.  And I should note that I drew Plan 0109 entirely with the Legislature's publicly available website and data.

Regarding the proposed plan, the plan maintains the same number of performing

HT_0000617

minority/majority seats.  It retains, as I noted before, the Legislature's exact configuration for congressional districts in the Florida Panhandle, Districts 1-2, and Congressional Districts in the southeastern region of the state, essentially St. Lucie County down to Monroe County, just as in the Legislature's primary plan.

For the reasons set forth in the detailed memorandum that the Chair referenced and is in your packets that was prepared by our office's general counsel that accompanied the Governor's veto message, the compromised proposal eliminates the racially gerrymandered versions of Congressional District 5, which were included in Senate Bill 102 in both -- in different ways, the primary plan and the secondary plan.  Again, members, that legal memorandum is in your committee packets.

In summary, Congressional District 5, in both the primary and secondary maps enacted by the Legislature, violates the Equal Protection Clause of the 14th Amendment of the United States Constitution because it assigns voters primarily on the basis of race but is not narrowly tailored to achieve a compelling state interest.

That memorandum otherwise fully explains

HT_0000618

Page 12

the Governor's legal objections to both versions of the district as passed by the Legislature in the primary and secondary maps.  I should note, as a map drawer, I'm not an attorney.  So I'm not going to play the role of an attorney here today.  I'll keep my comments focused on the map itself and do my best to answer your questions, but I just want to note that at the outset, that I'm not legal counsel to the Governor.

Plan 109 creates in Northeast Florida two new districts, Districts 4 and 5, in the area that are consistent with the other maps previously published by our office with some minor improvements.  These two districts are race neutral and overall more compact than District's 4 and 5 in the maps passed by the Legislature.

In addition to resolving federal -- the federal constitutional objections raised by the Governor, the compromised plan makes several overall improvements with respect to Tier 2 metrics relative to the maps passed by the Legislature by bringing together some of the best concepts from the Legislature's maps and of our office's maps.

Plan 109 adjusts the congressional districts in the Tampa Bay area and the larger Gulf

Page 13

Coast region stretching from Citrus down to Lee Counties and impacting some inland counties to create sort of a hybrid, if you will, of some of the Legislature's and our office's maps.  These changes improve overall visual compactness, have a net affect of reducing a county split, and significantly increase usage of other Tier 2 political and geographic boundary lines.

In the Central Florida region, the plan that you have before you today aligns more closely with the map that was referred out of the House Congressional Redistricting Subcommittee Plan 8011 with one distinction that I'll describe later that aligns with Senate Plan 8060 as you passed out of the Senate.

SENATOR GIBSON:  Mister --

ALEX KELLY:  With --

SENATOR GIBSON:  Sorry.

CHAIRMAN RODRIGUES:  (Indiscernible)

SENATOR GIBSON:  Thank you, Mr. Chair.  So we're waiting until the entire packet is done to ask any questions because I didn't hear the explanation of the -- I think Mr. Kelly said of the Governor's veto language.  I don't see it in the packet.  So I'm just -- could he repeat?  It was a rational for

Page 14

--

CHAIRMAN RODRIGUES:  The veto language was in the packet we provided.

SENATOR GIBSON:  And is -- can I have clarity if that is the language that Mr. Kelly is talking about that's in this thing?

CHAIRMAN RODRIGUES:   Do you understand the question?

ALEX KELLY:  Yes, Chair.

Yes, Senator.  Yes.  I gave a brief synopsis of that veto message and the accompanying message from our general counsel that went with the veto message.

SENATOR GIBSON:  I think that's the part I didn't understand how you put it together.  I just want to make sure I hear it correctly.  That's all --

CHAIRMAN RODRIGUES:  Okay.

SENATOR GIBSON:  -- Chair.  If he could repeat it?

CHAIRMAN RODRIGUES:  Would you repeat that please?

ALEX KELLY:  Thank you, Chair.  Happy to.

SENATOR GIBSON:  Thank you.

ALEX KELLY:  In summary, Congressional

HT_0000621

Page 15

District 5, in both the primary and secondary maps enacted by the Legislature, violates the 14th Amendment of the United States Constitution because it assigns voters primarily based on race but is not tailored to achieve a compelling state interest.

SENATOR GIBSON:  Okay.  Thank you.

CHAIRMAN RODRIGUES:  Thank you.  Please proceed.

ALEX KELLY:  Thank you.

So again, in the Central Florida region, the plan that you're looking at today, Plan 0109, aligns more closely with the map that was referred out of the House Congressional Redistricting Subcommittee Plan 8011 with one distinction that aligns with Senate Plan 8060.

With respect to similarities with House Plan 8011, specifically with respect to Congressional District 10, we accept the position articulated by the House's professional staff in their subcommittee, that this district is not subject to the Florida Constitution's non-diminishment standard because the benchmark district does not contain an African American population sufficiently large enough to realiably elect a candidate of their choice.

Page 16

We understand during the course of the testimony between House and Senate there was a disagreement on this point.  However, because districts cannot be drawn on the basis of race unless there is a compelling reason to do so, in the absence of an agreement between the House and Senate on the need to treat District 10 as a minority protected district under the state Constitution indicates that a compelling basis for using race is lacking.

Accordingly, the proposed plan defers to the House's stated testimony and my changes to the district in Central Florida in that region, including District 10, are drawn on race-neutral principles.  Again, these changes in Central Florida result in Tier 2 improvements in the Central Florida region.  And in combination, these changes in Central Florida and in the Gulf Coast counties result in some additional Tier 2 improvements for other impacted districts like Districts 3, 6, and 11.

Lastly, in-between the submission of our office's second map plan, 0094, and my drawing of this plan, 0109, I received feedback from House and Senate staff regarding our second maps overreliance

HT_0000623

Page 17

on the use of census-designated place boundaries. I was encouraged to follow the House and Senate's preferred methodology for boundary usage to increase our usage of major roadways, waterways, and railways for Tier 2 compliance.

Our second map closely adhered to county and city lines. So that was not a concern, although less frequently so to other Tier 2 recognized boundaries. Therefore, throughout the 18 districts that are revised in this plan, I adopted the House and Senate's preferred and clear articulation of Tier 2 compliance. So even when I was trying to articulate a concept from one of our office's plans, I made such revisions using the Legislature's preferred approach to Tier 2 compliance.

In the next few slides, I'll walk you through some key points regarding those Tier 2 improvements. First, the proposed -- the proposed plan before you today reduces by one the number of county splits from 18 to 17 by keeping Citrus and Sarasota Counties whole lieu of Polk, effectively a two-for-one swap. Furthermore, where there are county splits, the number -- the number of ways in which those counties are split is reduced.

Probably the most visible example of that

HT_0000624

Page 18

is -- at least in a larger county is the change in Hillsborough County, where portions of Hillsborough County are now only divided into three districts, rather than four districts.

Second, the proposed plan reduces the reliance on nongeographic and nonpolitical boundaries from 12.5 percent to 1.5 -- to -- I'm sorry -- 12.5 percent to 11.5 percent.  In other words, just a minute ago when I mentioned previously that I adopted the House and Senate's preferred way to articulate Tier 2 compliance by substituting major roadways, waterways, and railways, along with our map's already strong usage of county and city lines, my Tier 2 usage of compliant boundaries surpassed that of the maps passed by the Legislature.

Third, although mean compactness scores are largely equivalent when comparing my revisions to plan -- or in Plan 0109 with the Legislature's primary plan, the proposed plan improves the compactness score of the least compact district in the map.  I believe this would actually be the first map considered by the Legislature in which every district has a Reock or Polsby-Popper score greater than 0.2.

HT_0000625

Page 19

Moreover, visually, as we go through the map, we'll see in just a few moments many of the districts are just plainly more circular, squared, more visually compact shapes that are more easily understandable.

Lastly, my changes in Plan 0109 stayed equal to the Legislature's achievement of only splitting 16 cities in its primary plan. There are some differences about which cities are split when comparing my revisions in this plan to the Legislature's enacted plan. Specifically, Cape Coral, Plant City, and Port Orange would be kept whole in this plan, while splits would occur in Lakeland, St. Petersburg, and Longboat Key.

What I did take care to do is ensure that where those essentially trades in city splits occurred to ensure that other Tier 2 metrics were being met in the process. For example, as you know, Longboat Key is one of four cities in Florida that crosses county lines, and I only split Longboat Key in the process of keeping Sarasota County whole. So it seemed a reasonable and rational trade to keep a county whole in lieu of a city that crossed county lines.

I should say in saying all this I don't

HT_0000626

Page 20

ever mean to suggest with these slides that there is a statistical line in the sand for what is Tier 2 compliant compactness or county splits or city splits. But recognizing that we could be presenting a plan to this Legislature and me author -- you know, authoring a compromised plan, I recognized I should come to you with a plan that recommends improvements and builds on the work of the Legislature and certainly in no way ask you to go backwards, only ask you to consider improvements, and that's exactly what I've done.

So with that, I'll proceed to a more detailed visual presentation. The next two slides are the same content just the second slide doesn't have the district labels. The statewide view definitely helps get a sense of some of the visual compactness -- and we'll zoom in some -- the visual compactness in this map and some of the improvements. And this was really here for your reference, as is the next slide, and you can begin to really see the changes -- if I might just go to that slide -- you can begin to really see the changes when I've excluded the district labels.

Again, as much as it was important to maintain statistical compactness for Tier 2

HT_0000627

Page 21

purposes, I also wanted these changes to satisfy the eyeball test and so offering up some square -- more square, circular districts, greater usage of clear and visible boundary lines helped that effect.

The next couple slides zoom in a little closer just focusing on those districts that I changed in this plan, so excluding the Panhandle and excluding Southeast Florida.  Again, the slide without district labels might be a little easier to see, if only to appreciate some of the Tier 2 improvements.

One of the other key facets of my work on this proposed plan -- that I wanted to make sure there was not essentially collateral unintended consequences to my changes without making some sort of equal or better Tier 2 change.  For example, as you see, I split Polk County as part of the swap for keeping Citrus and Sarasota Counties whole, and I'll explain in a little more detail later what exactly I mean by that.

In doing so, I incorporated several Tier 2 related changes in Polk County to make sure that the new lines and how those districts interact with districts from neighboring counties, how those lines are still very meaningful in a Tier 2 context.

HT_0000628

Page 22

That said, the District 18 that you're looking at, still two-thirds of the residents in the proposed District 18 are from Polk County, remaining residents coming from those rural counties.  So Polk County would still be the significant portion of population in one of those districts.

SENATOR BRACY:  Mr. Chair, I have a question.

CHAIRMAN RODRIGUES:  Senator Bracy, you are recognized.

SENATOR BRACY:  Thank you.  All your comments about -- are about Tier 2 compactness, but I haven't heard once about Tier 1.  Tier 1 obviously is -- it trumps, no pun intended, but trumps Tier 2.  So why are you focusing on Tier 2 and not Tier 1, when that clearly is the most important by federal law?

CHAIRMAN RODRIGUES:  Mr. Kelly, you are recognized.

ALEX KELLY:  Thank you, Mr. Chair.

And thank you for the question.  So I did note earlier in my presentation part of that Tier 1 analysis is not intentionally favoring or disfavoring an incumbent or political party, and I noted that in no way was I ever instructed to do

HT_0000629

Page 23

that and in no way did I ever intend to do that. So I addressed Tier 1 in that context. Additionally, there is nowhere in the map where there's a contiguity issue. So Tier 1 has been addressed in that context as well.

In terms of the non-diminishment standard, when I went through the benchmark District 5 and the Governor's veto message, that really was at the heart of probably the one sort of outstanding Tier 1 question, the division between the Legislature's maps and the Governor's ultimate veto and objection to the map because there's this tension between that district -- that district, the way it was composed in both the primary and secondary plan violate the Federal Constitution.

So while there is the Tier 1 diminishment requirement, that Tier 1 diminishment requirement cannot be utilized to violate federal law, and so that's what I was referring to as I was walking through that.

SENATOR BRACY: How do we know that you haven't talked to --

CHAIRMAN RODRIGUES: You are recognized for a follow-up.

SENATOR BRACY: Thank you, Chair.

HT_0000630

Page 24

You said you haven't spoken to anyone. You haven't looked at any data regarding race. How do we know that? I mean, it was -- that was said before when we had the map drawing process in 2016. It proved to be wrong. We're just -- why would you even mention that if there's no way to prove that?

CHAIRMAN RODRIGUES: Senator Bracy, I'm not going to forward that question on. I think he opened in the preamble by laying out these were the parameters that he worked from. If the question is -- you can ask the question, why did he feel he should lay those parameters out, but I don't think it's a fair question to put out, how can you prove something that you believe can't be proven. So I will yield to Mr. Kelly --

SENATOR BRACY: Okay.

CHAIRMAN RODRIGUES: -- if he wants to articulate why he led the preamble of these were the things I drew from.

ALEX KELLY: Sure. Thank you, Chair, and thank you for the question.

And really in due deference and respect to your process, we know these are standards by which you have to live too. And so we know that your work, the work of your professional staff, you hold

HT_0000631

Page 25

yourself to this high bar as well, and so I wanted to make sure that you understood that from our office's perspective, we were living up to that same standard that you are.

SENATOR BRACY:  Question.  How do you --

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR BRACY:  Thank you, Mr. Chair.

How do you feel that District 5, District 10 violates the 14th Amendment?

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  Sure.  Thank you, Mr. Chair.

And so I could probably -- I could probably at this point probably defer a little bit to counsel because I've probably given sort of my best summary overview of the tension between the two.  I will say that the memo that has been provided to you details this significantly and explains the Governor's veto message.

And, of course, I also walked through District 10.  In District 10, we accept the House's analysis that it's not actually a performing seat. The House testified to that in committee.  It was a very rational and well-thought-out analysis, and so we're adopting that analysis here.  And in both cases, if there's absent a compelling state

HT_0000632

Page 26

interest, if there's a potential violation of

federal law, at that point, the State's not

obligated to draw those districts in a manner that

aligns with the state constitutional diminishment

standard.

CHAIRMAN RODRIGUES:  Senator Bracy, did you

get a copy of the veto letter in the packet we

provided?

SENATOR BRACY:  I didn't, but if the staff

can go through how this violates the 14th Amendment

I guess from the House analysis -- I mean, you're

here to defend this map.  So if someone can explain

to me how District 5, District 10 are not protected

minority access seats when it was in our Senate

drawing -- Senate map drawing process.  Now all of

the sudden, it's not.  I understand that was the

House position.  If it can be explained for this

committee so it's clear, I would appreciate that.

CHAIRMAN RODRIGUES:  Why don't we do this?

Why don't we give you some time to read over the

veto letter, and then I'm going to go to Senator

Rouson for a question.  And then we'll come back and

(indiscernible).

SENATOR ROUSON:  Thank you very much,

Mr. Chairman.

Page 27

You indicated that your rationale for not drawing Congressional District 5 the way it currently is configured and for not drawing Congressional District 10 the way it's currently configured was because it violates the Equal Protection Clause because it assigns voters based on race but not narrowly tailored to meet a compelling state interest; is that correct?

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  Thank you, Mr. Chair.

And I don't know that I would -- I would relate the analysis of both districts identically. I did state regarding District 5 -- benchmark District 5 and subsequent attempts to redraw that. I did articulate that that's a violation of the United States Constitution.

The issue with District 10 is just more plainly -- and we accept the House's analysis of this -- that the district is not a performing minority seat, and that analysis was laid out in the House record.  And we have adopted that analysis into our justification here.

And essentially what the House articulated is that the minority community is not on its own -- it does not on its own have enough strength to elect

HT_0000634

Page 28

a candidate of its choice.

SENATOR ROUSON:  Thank you.

CHAIRMAN RODRIGUES:  Do you have a follow-up?

SENATOR ROUSON:  Yes.  Thank you --

CHAIRMAN RODRIGUES:  You --

SENATOR ROUSON:  -- Mr. Chair.

CHAIRMAN RODRIGUES:  -- you are recognized.

SENATOR ROUSON:  Do you believe that it's a compelling state interest to reflect diversity in representation?

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  Mr. Chair, I'm not sure -- I'm not sure how to answer the question.  It's -- it is a -- it is a highly scrutinized process to draw a district based on racial reasons, and to do so, there must be a very narrowly tailored, compelling interest to do so.

And so absent that, it's unlawful to do so.

SENATOR ROUSON:  Well, I guess -- Mr. Chairman.

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR ROUSON:  Therein lies my question. Is it not a compelling interest to have representation that reflects the diversity of the

HT_0000635

Page 29

great state of Florida?

ALEX KELLY:  Chair?

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  I mean, Chair -- Senator Rouson, redistricting standards as outlined in the Florida Constitution and outlined just traditional redistricting standards refer to things such as compactness, keeping counties together, keeping cities together, using clearly identifiable boundary ways.  These are ways to draw districts that have a lack of political intent, a lack of racial intent, a lack of any sort of manipulation.  And so that is -- that is, generally speaking, the way to draw a district.  The Florida Constitution guides districts to be drawn that way, and so that is the process that we followed.

SENATOR ROUSON:  Thank you.

CHAIRMAN RODRIGUES:  Senator Stewart.

SENATOR STEWART:  Thank you, Chair.

And you have outlined quite a few concurrences with the criteria for 2, and, of course, since it was brought up about Tier 1, it seems to have much more need for compelling review.

One of the Tier 1 guidelines along the federal law directs the lawmakers -- and we heard

HT_0000636

Page 30

this in committee over and over and over again --
that districts shall not be drawn with the intent or
result of denying or abridging the equal opportunity
of racial or language minorities to participate in
the political process or to diminish their ability
to elect representatives of their choice.

Now, I have not heard yet from this map
that was drawn if that was also considered.

ALEX KELLY:  Mr. Chair.

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  I think I've just answered
that same question a couple different ways.  I'm not
sure I have any more to offer.

CHAIRMAN RODRIGUES:  Senator Bracy, have
you had an opportunity to read the veto letter?

SENATOR BRACY:  I perused the letter.

CHAIRMAN RODRIGUES:  You are recognized for
a question.

SENATOR BRACY:  So and you just said that
minorities cannot elect a candidate of its own.  It
does not have enough, I guess, voting strength to do
that, and that is why you don't consider District 5
or District 10 a minority -- protected minority
access seat; is that correct?

CHAIRMAN RODRIGUES:  You are recognized.

HT_0000637

4/19/2022                Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 31

ALEX KELLY:  Just to -- just to clarify, there are some points there where the analysis regarding benchmark District 5 and benchmark District 10 would be different.  So the analysis regarding benchmark District 5 is very plain sighted in that regard.  There is not sufficient voting strength in the minority community to, by itself, elect a candidate of its choice.  So the analysis for the two is not identical.

SENATOR BRACY:  Got it.  So --

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR BRACY:  -- thank you, Mr. Chair.

So what is the benchmark where minorities could elect the candidate of their choice?  What would be that percentage if you --

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  Mr. Chair, thank you.

That would require an analysis of the political data for any district.  I don't know that there's one line in the sand, but generally, the idea is that could that minority community -- on its own voting strength without help, could that minority community elect a candidate of its choice?  But that's going to be different in every single district.

HT_0000638

Page 32

SENATOR BRACY:  So if you didn't --
Mr. Chair?

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR BRACY:  So if you didn't look at
any data to determine that this is a minority access
seat, how did you determine it?  By eyeballing it?
How did you make that determination?

CHAIRMAN RODRIGUES:  He said earlier that
he did use the political data on District 5 when he
was attempting to draw the district.  So on that, I
believe he's already answered that question.

SENATOR BRACY:  Okay.  So you did use
political data, and you -- when you were looking at
the political data for District 5, what
determination did you -- how did you determine that
that was not a minority access seat since you did
look at the data for that?  What did the data show
you that --

CHAIRMAN RODRIGUES:  You --

SENATOR BRACY:   -- told you?

CHAIRMAN RODRIGUES:  You're recognized.

ALEX KELLY:  Thank you, Mr. Chair.

So the look at District 5 -- benchmark
District 5 in different configurations the
Legislature considered wasn't a question so much of

Page 33

the political effectiveness of the community.  It was a question of multiple facets at the same time. The district is clearly -- the benchmark is clearly drawn from Duval to Gadsden Counties is clearly a racial gerrymander.  That's what the district is plain sighted.

So the question becomes does it meet some compelling state interest in doing so?  And our analysis, particularly early on as we were weighting this question and I was personally weighing this question was, was there a manner in which that district could be drawn more compactly, more in line with traditional redistricting criteria so that, in effect, from a federal law perspective, state law perspective, and sort of the traditional redistricting criteria, could you, so to speak, check all the boxes and find a way to have a sort of compromise?

The reality through analysis of that district, including just observing the Legislature's process, there was not a way to draw a compact, politically effective, minority district and check all the boxes, so to speak, without violating some manner of law.

CHAIRMAN RODRIGUES:  Do you have a follow-

HT_0000640

Page 34

up?

SENATOR BRACY:  I do.  I do.

CHAIRMAN RODRIGUES:  You're recognized.

SENATOR BRACY:  You mentioned that your determination was basically, did it meet a state -- a compelling interest?  But I want to go -- but I feel like you haven't answered the question about minority voting strength.  You said it did not meet the criteria because it did not have enough of a minority voting strength to be a protected seat. How did you determine -- I know you said it didn't have state compelling interest.

But specifically to why you said it did not have enough of a voting -- a minority voting strength to make it a minority access seat, how did you determine that specifically?  Was there a percentage that it did not meet that made you decide it did not meet the threshold?

CHAIRMAN RODRIGUES:  You're recognized.

ALEX KELLY:  Thank you, Chair.

So and I apologize.  I think we're having a little bit of just confusion, which is certainly understandable, between our district of benchmark District 5 and benchmark District 10.

Benchmark District 10 in Orlando -- or

HT_0000641

Page 35

Orange County, I should say, for that district, I was specific in saying it does not have a significant enough minority community to have the electoral strength to elect a candidate of their choice.

So that analysis was provided in public testimony by the House's professional Redistricting Committee's staff in their Congressional Redistricting Subcommittee. It was -- the analysis was a sound analysis, and we have adopted that. We have essentially adopted their judgment in our process, and we've agreed with their analysis.

So that's where the analysis for District 10 departs some from District 5. District 5 starts with the question of the district is a racial gerrymander. Is it done in such a way that is so narrowly tailored to a compelling state interest? And it ultimately fails a different test. It fails a test of violating the U.S. Constitution. Obviously, we can't take any element of our state Constitution and use that against the U.S. Constitution and violate that.

SENATOR BRACY: Okay. So just so that I understand, you did not make your determination on District 5 based on the minority voting strength.

HT_0000642

Page 36

You made that determination on District 10; is that correct?

CHAIRMAN RODRIGUES:  You're recognized.

ALEX KELLY:  Mr. Chair.

Yes.  Correct.

SENATOR BRACY:  Okay.  Okay.  So let's go to District 10 then.  How did you determine that District 10 did not have enough of a minority voting strength for it to be a minority access seat, protected access seat?

CHAIRMAN RODRIGUES:  I think he's answered that, Senator Bracy.  They adopted the House analysis, which the testimony in the House Committee was --

SENATOR BRACY:  But with --

CHAIRMAN RODRIGUES:  -- over time --

SENATOR BRACY:  With all due respect though, this is not the House's map.  This is the Governor's map.  And so I'm asking how the Governor's Office made this determination, not the House.

CHAIRMAN RODRIGUES:  Well, he answered that question, Senator Bracy.  He said they adopted the House position.  Do you have a follow-up question?

SENATOR BRACY:  Okay.  Can you clarify what

HT_0000643

Page 37

the House's position is again?

CHAIRMAN RODRIGUES:  Could you clarify that again please?

ALEX KELLY:  Sure.  Thank you, Mr. Chair.

The House's position -- the House staff articulated in their committee meeting or Congressional Redistricting Subcommittee meeting that they looked at recent elections history, and that when they looked at that recent elections history, the black community in Orange County, in Congressional District 10 was not sufficient enough on its own to elect a candidate of its choice.  They did that analysis on their own.  We didn't do that analysis, but the logic that they articulated in committee was sound logic and a sound analysis.  And so we adopted that.

SENATOR BRACY:  Okay.  I don't serve in the House.  I did not see that election data.  So I understand you took their position, but I guess I'm asking for specifics on their data and how they made that determination.  And I don't know if our staff can clarify how they came to that position.  I understand what their position was, but I'm trying to understand how they came to that position.

CHAIRMAN RODRIGUES:  Jay, do you have

Page 38

insight on that?

JAY FERRIN:  Thank you, Mr. Chairman.  If I'm understanding the question correctly, I believe the House reviewed the data for benchmark CD 10 and determined that, over time, over the different election cycles, the level of primary control for African American voters in the Democratic Primary was slipping below 50 percent and, therefore, concluded that the voters in that benchmark district did not outright control the Primary and, therefore, made their determination based on that.

And that's my understanding of the House's analysis on that district, and that's probably about all I can speak to on that.

SENATOR BRACY:  Just a follow-up.  So from your understanding, the black voting age population in that CD 10 had a voting strength of less than 50 percent in a primary, which in turn is how they and the Governor determined that that is not a protected seat.  Is that the way you understand it?

CHAIRMAN RODRIGUES:  Jay, you're recognized.

JAY FERRIN:  Mr. Chairman.

Yeah.  Without trying to speak for the House or the Governor, that is my understanding is

HT_0000645

Page 39

that they reviewed elections over time and noticed a trend in terms of primary control.  It has nothing to do with voting age population but in terms of primary control for African American voters on the Democratic Primary and based their conclusions on that.

SENATOR BRACY:  So they took an average of elections, not just like the past 2020 elections. They took an average of recent elections and put that together and determined together that it went less than 50 percent?

CHAIRMAN RODRIGUES:  Jay.

JAY FERRIN:  No.  Senator Bracy, we did look at the average in the Senate to try to control for electoral trends.  The House looked at the trends.  They looked at each individual -- each election -- the primary control in each election cycle individually and looked at that over time and noticed that it was decreasing every two years.

SENATOR BRACY:  Okay.  So they are anticipating, the way you understand it, that the trend will be that it will go below 50 percent, but maybe it's not there yet.  But the trend is trending toward below 50 percent; is that a correct analysis of how you understand it?

Page 40

CHAIRMAN RODRIGUES:  Jay, do you recall what the percentage was?

JAY FERRIN:  Unfortunately, I don't recall the percentages offhand, and I can't always speak to the House's analysis of that.  But that's how I understood it to work.

SENATOR BRACY:  Okay.  Well, I'll just say I think it's troubling that the Governor's Office is coming before us and touting an analysis that no one really understands -- and he cannot speak to either -- and this is how he's determined that District 10 is not a protected access seat.  I think that's important information.

So, you know, if you can't answer my question, we can move on, but I just want to make the point that we're here for this purpose of learning more information.  And no one can speak to it.  Thank you.

CHAIRMAN RODRIGUES:  Senator Broxson, you are recognized.

VICE CHAIR BROXSON:  Thank you, Mr. Chairman.

I'd like to kind of put this in perspective of the predicate that you started on.  When you looked over the Senate -- State Senate and State

Page 41

House, you used more of a Florida standard of what we were trying to accomplish. Now, you're looking at the Congressional maps, which this probably will be contested, and you believe that based on the U.S. prototype that these conform with the intent of the current law and gives you the position that you have -- you've stated today. Is that kind of where we are?

CHAIRMAN RODRIGUES: Alex, you are recognized.

ALEX KELLY: And thank you for the question. So essentially, yes. We've brought -- if I understood correctly, we've brought forward a map that we believe complies with the U.S. Constitution and the State Constitution. So obviously, we have an obligation to try to balance and comply with both, of course, and so we believe we've brought forward a map that complies with both and gives the Legislature a work product that brings forward the best of both.

CHAIRMAN RODRIGUES: Senator Gibson.

SENATOR GIBSON: Thank you, Mr. Chair.

In terms of the statement of, I guess, apparently there was no way to meet the state's interest in drawing minority access seats, in the

HT_0000648

Page 42

best interest of the state to do what?

CHAIRMAN RODRIGUES:  Senator Gibson, I'm not sure I understand the question.  Could you restate it?

SENATOR GIBSON:  The maps in the -- I guess it's in the veto message or the way Mr. Kelly talked about it, there was language that says they could not draw maps that were in the best interest of the state that would perform for minority communities.

CHAIRMAN RODRIGUES:  Mr. Kelly.

ALEX KELLY:  Sure.  Thank you, Mr. Chair.

Thank you for the question.  So --

SENATOR GIBSON:  What is in the best interest of the state?

ALEX KELLY:  Thank you.  And that's not really a question I could answer.  The compelling interest is for the map drawer to define.  I did not draw benchmark District 5.  I did not draw, you know, any of the Legislature's attempts to redraw or reconfigure benchmark District 5.  So that compelling interest is something that you, the Legislature, would have to define.

SENATOR GIBSON:  Follow-up?

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR GIBSON:  And so when you said the

HT_0000649

Page 43

statement about what's in the best interest of the state in terms of the districts, that was not -- those were not your words. That is something that was just written in the veto message. So you don't necessarily have any explanation of what is in the best interest of the state when it comes to creating the districts, particularly for minority voters?

CHAIRMAN RODRIGUES: Were you referring to the veto letter in that statement, Mr. Kelly?

ALEX KELLY: Thank you, Mr. Chair.

I was referring to the veto letter and also the accompanying memorandum that our general counsel wrote to further explain the veto letter. I was just giving a short summary of it.

SENATOR GIBSON: Follow-up?

CHAIRMAN RODRIGUES: You are recognized.

SENATOR GIBSON: Thank you, Mr. Chair.

I see it now. It says but since this -- let me ask you this before I even ask you a question. Since this is the Governor's language where it says, "The bill contains a primary map and a secondary map that included a racially gerrymandered district, Congressional District 5, that is not narrowly tailored to achieve a compelling state interest." So since those are not

HT_0000650

Page 44

your words, you cannot explain what the compelling state interest is?

CHAIRMAN RODRIGUES:  Mr. Kelly.

ALEX KELLY:  Thank you, Mr. Chair.

That obligation would be on the part of the map drawer.  I did not draw the Legislature's attempts to redraw benchmark District 5, and I didn't redraw -- I didn't draw benchmark District 5.  So that would be a compelling interest that the Legislature would have to put forward through your process if you were attempting to redraw that and narrowly tailor that to some state compelling interest.

SENATOR GIBSON:  Follow-up?

CHAIRMAN RODRIGUES:  You're recognized.

SENATOR GIBSON:  May I?  Thank you, Mr. Chair.

There's no functional analysis in the packet that I see of the districts.  Is there no functional analysis because it is the -- is there some understanding that if it's not going to be a minority access seat, then there's no reason to have a functional analysis?

CHAIRMAN RODRIGUES:  Senator Gibson, I'm going to refer to Staff Director Jay Ferrin on that

HT_0000651

Page 45

question because we covered that very same topic in our maps.

JAY FERRIN:  Senator Gibson, you're correct.

SENATOR GIBSON:  There's no need to do a functional analysis if there is no minority district; is that what I said?

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR GIBSON:  Yes.  That's what I said.

JAY FERRIN:  Mr. Chairman.

Yes, Senator.  That's correct.

SENATOR GIBSON:  All right.

JAY FERRIN:  The purpose of the functional analysis is to evaluate the performance of the minority district.

SENATOR GIBSON:  Thank you.  And may I?

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR GIBSON:  Thank you, Mr. Chair.

And so since I think what I heard was there was no data looked at to come up with the, what is that, Senate Bill 2 -- no.  What's the Governor's map number, 102?

CHAIRMAN RODRIGUES:  109.

SENATOR GIBSON:  109, sorry, 109, SB 2-C Plan 0109.  What information only just -- I don't

HT_0000652

Page 46

understand the information in that was used to determine that the Senate 8019, which I want to make sure we're also clear that 8019 and the House's map -- primary and secondary maps were all voted on before special session. And those maps are not the maps that the Governor or that you all drew at the Governor's direction; is that correct?

CHAIRMAN RODRIGUES: You are recognized.

ALEX KELLY: Mr. Chair.

Yes. Primary plan 8019 and secondary plan 8015 are the two maps that you, the Legislature, approved within the contents of Senate Bill 102, and that's the bill that the Governor vetoed.

SENATOR GIBSON: Follow-up?

CHAIRMAN RODRIGUES: You are recognized.

SENATOR GIBSON: Thank you. Thank you, Mr. Chair.

And I wanted to make sure that that was clear because there is some confusion about which came first, the chicken or the egg, whether it was the House maps that came over that were passed out and not the Governor's maps because we are now addressing the Governor's proposed maps, correct?

CHAIRMAN RODRIGUES: I'll answer that. we are taking up the Governor's map now.

HT_0000653

Page 47

SENATOR GIBSON:  Thank you.  Follow-up, Mr. Chair?

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR GIBSON:  I want to go back to -- so CD 5, which was different before it became 5, I think in the last redistricting, the last how many years has an African American been elected in the maps previously that represented -- that included representation of what is currently shown as CD 5?

CHAIRMAN RODRIGUES:  I think we're getting beyond the contents of the lines he's drawn there, but I'll give him a shot at it.

ALEX KELLY:  To my knowledge, of course, that district has only existed since the court adopted it in late 2015 and it went into place for the 2016 election cycle.  Prior to that, the district, instead of going from Jacksonville to Gadsden County went from Jacksonville to Orlando, and if I recall correctly, Congresswoman Brown had that seat since somewhere in the early-to-mid '90s. I don't remember the exact year.

SENATOR GIBSON:  Follow-up?

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR GIBSON:  Thank you, Mr. Chair.

And then the recent CD 5 that elected an

HT_0000654

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 48

African American, the drawing of the maps concluded that that -- or the drawing of the Governor's maps concluded that that map was not gerrymandered but the previous adaptation of CD 5, which went east to west, is gerrymandered?

CHAIRMAN RODRIGUES: Could you restate that please?

SENATOR GIBSON: He shook his head. I think he understood it.

ALEX KELLY: Thank you, Chair. I think I got it.

Yeah. So yes. And this is articulated in the memorandum too, but I can say unequivocally the district currently today as drawn from Jacksonville over to Gadsden County stretching about three and a half hours is a racial gerrymander.

SENATOR GIBSON: I'm sorry. Mr. Chair?

CHAIRMAN RODRIGUES: Could you repeat that?

SENATOR GIBSON: The last -- you said what's three and a half hours?

ALEX KELLY: The drive from Jacksonville to Gadsden County, the length of the district.

SENATOR GIBSON: Thank -- Mr. Chair?

CHAIRMAN RODRIGUES: Okay. Members, we're going to go back to the map.

HT_0000655

Page 49

SENATOR GIBSON:  Oh.

CHAIRMAN RODRIGUES:  And there'll be more time for questions at the end.

Pick up your presentation please.

ALEX KELLY:  Thank you, Mr. Chair.

So shifting to the part of the region we're talking about, shifting to Districts 4-5 on this slide and the next, of course, obviously, we've already had a lengthy discussion.  So just some other general points to give you some sense of the final lines for the proposed map in front of you here today.

And, again, as we noted through the questioning, on the left, you see the plan -- the primary plan as adopted by the Legislature; on the right, the plan before you here today in Senate Bill 2-C.

The boundary between the two is mostly the St. Johns River.  As you know, Jacksonville is the single lone city in the entire state that's actually larger in population than a congressional district. So the river, which nearly equally divides the city, stands out as certainly a logical, recognizable Tier 2 boundary to divide Jacksonville if you're going to have to divide it somewhere.  And at the same time,

HT_0000656

Page 50

the new configuration here still allowed us to improve overall on compactness.

The southern boundaries of Districts 4 and 5 are still actually exactly as the Legislature proposed them. So the boundary between Clay and Putnam is as the Legislature proposed it, and the split in St. Johns County is exactly what the Legislature proposed. So we didn't change that.

The last point I just want to make in this slide, just zooming in a little bit on these two districts, is at some point, just for the sake of equal population, District 4 does need to come across the river just to equalize a couple thousand residents if I recall correctly. And so at some point the district does have to come across the river.

The original iteration of this crossing that we drew in one of our earlier maps was I would say less deliberative. In this improved configuration, I used the bridges of the Arlington Expressway and Interstate 295 to literally allow a resident of District 4 to not have to leave the district in order to traverse the entire district. So we just tried to use those boundary lines a little more logically if we were going to have to

Page 51

cross the river and gain equal population.

SENATOR BRACY:  Mr. Chair?

CHAIRMAN RODRIGUES:  Yes?

SENATOR BRACY:  I have a question on the map.  I'm looking at District 2.  How far does District 2 go from east to west?

CHAIRMAN RODRIGUES:  Do you have that on a slide, or do you want to answer that?

ALEX KELLY:  Thank you, Mr. Chair.

And I don't, and I don't actually know.  We didn't draw District 2.  The Legislature drew District 2.  And I will say in general in the maps that we drew out of our office, I don't recall if we ever made any changes to the Legislature's configurations in Districts 1 or 2, but we definitely did not change them for the purposes of this map compared to what the Legislature passed.

CHAIRMAN RODRIGUES:  Okay.

SENATOR BRACY:  Well, the reason why I bring it up is that you said that District 5 was a racial gerrymander that spread 200 miles, but I'm looking at District 2.  It looks like it goes about 200 miles, maybe more.

So the fact that you singled out District 5 for it going east to west that far but you got other

HT_0000658

Page 52

ones that do, you got a problem.  It seems that --

anyway, I just wanted to explain how -- I would like

for you to explain how District 2 can go 200 miles,

but District 5 can't.

          CHAIRMAN RODRIGUES:  You are recognized.

          ALEX KELLY:  Thank you, Mr. Chair.

          I think if you're looking at Northeast

Florida, where you have Nassau, Duval.  You have

Clay.  You have St. Johns Counties.  Within those

four counties, you can fit more than two

congressional districts because a third district is

even started in southern St. Johns in the

configuration we're looking at today.

          You're comparing that to rural Florida, the

Panhandle, where there's significantly less

population.  Naturally, a district in the Panhandle

is going to comprise probably several entire rural

counties.  The same is true if you look in the

southern central part of the state as well where you

have rural communities.

          And that's just generally a reality of

drawing a district that perhaps is maybe based out

of a municipality or a larger city or a larger

county versus drawing a district that's centered

around a number of rural counties.  So a compact

Page 53

district in rural communities might take on a very

aesthetically compact shape, but it's physically

likely to be larger than, of course, a compact

district in an urban community.

CHAIRMAN RODRIGUES:  Thank you.  Please

continue.

ALEX KELLY:  Thank you.

So the next few slides, slides 14 through

21, visualize my changes to the Gulf Counties.  As I

noted earlier in the opening from Citrus down to Lee

Counties and even how those districts in those

counties tie to inland counties to the east, north,

and south.

And I'm showing you this way to give you a

sense of how I actually thought about going through

the map and making those Tier 2 improvements.  I

really want to take you through my thought process,

and essentially what you have in this region of the

state is a hybrid of the Legislature's maps and our

office's prior plans in this region.  And in order

to really achieve worthwhile Tier 2 improvements to

this region, I had to revisit how the entire region

was drawn.

To give a sense of what I mean by that, as

this slide illustrates, the Legislature made a

HT_0000660

Page 54

decision to keep Broward, Osceola, and Polk Counties whole.  This decision essentially places a little bit of a limitation on the map drawer.  And obviously there's -- obviously, it's a good goal to keep counties whole, but it places a little bit of limitation on the map drawer.  And that limitation essentially then forces your hand as a map drawer in the Tampa Bay region.

Keeping Broward, Osceola, and Polk whole essentially creates a wall across three-quarters of the state.  So if, as we do in Plan 109, if we're able to essentially break that wall in Polk County, there are means to do that in meaningful, Tier 2, metric-driven ways that make gains for the map overall, and we can still, as we'll show later, make meaningful Tier 2 decisions in Polk County as well. And that really allows a number then of Gulf Coast counties decisions that make a number of Tier 2 gains for this map.

I'll give some specific examples.  So in this example in slide 16, this became a means to keep Collier -- sorry, not Collier -- Citrus County whole in District 12, which you can see here, and this district is a much more squared-up, linear district.  District 12 actually is still in this

Page 55

configuration a majority Pasco County seat yielding about 141,000 of its residents in the southern part of the county into District 15.

Just while we have it on the screen, the boundaries there -- this is all of Citrus, all of Hernando, and most of Pasco. The boundaries between District 12 and 15 -- 15 is the pinkish district in the south there -- the boundaries there, the city of Zephyrhills is entirely in District 15. The cities of St. Leo, San Antonio, and Dade City are entirely in 12. And those lines, despite their curves, they're predominantly state roads all throughout.

Moving on to slide 17, south of the Tampa Bay region, we were also able to keep, through changes made in the Polk County area, we're able to also keep Sarasota County whole. As I opened it up, essentially what I've done in this map is I've articulated two whole counties in exchange for splitting another county. So gaining that net whole county in the map, keeping Citrus whole, keeping Sarasota whole, splitting Polk.

In this particular configuration, keeping Sarasota whole, aligning it with all of Charlotte County and aligning it with some unincorporated communities in Lee County to essentially equalize

HT_0000662

Page 56

the population, and the boundaries in Lee County are almost entirely either major roadways or city boundaries.

On slide 18, taking this approach north and south of Tampa Bay then allowed us to go -- or allowed me to go work in the Tampa Bay area because overall just comparing the map that we had previously worked on, comparing that to the Legislature's map, the population distribution was just simply different.

So again, as I noted earlier, really had to lift the whole region out and look at options to reconfigure it.  Taking this approach north and south of Tampa Bay and gave me a better chance to draw more visually compact districts in Tampa Bay and make improved usage of Tier 2 political and geographical boundary lines.

Zooming just a little bit further on Pinellas County and the bay, it seemed from the Legislature's process that there was a goal to have a seat wholly in Pinellas County, and so this map still accomplishes this goal.  I literally started in this region working from west to east.  Doing so, essentially, I was able to create a very squared-up, compact district.

HT_0000663

Page 57

In the northern part of District 13 where it connects to District 14, that's just your Pinellas-Hillsborough line.  The southern part of the seat just follows state road in-between Pinellas -- or actually through the city of St. Pete, I should say, follows a state road, and a just nice clean line splits District 13 and District 14.

And then I continued just to work my way east as I build District 14, again, seeking to utilize as clean, clear, distinguishable lines -- municipal boundary lines, really leaning heavily on Tier 2 standards.  I essentially then built District 16 north at the same time and built District 16 north with the same goal in line of having those boundaries match, again, clearly distinguishable roadways.  And I should say too District 16 still keeps all of Manatee County whole.

CHAIRMAN RODRIGUES:  Senator Rouson, you are recognized for a question.

SENATOR ROUSON:  Thank you very much, Mr. Chairman.

The way you have drawn CD 14 and CD 13, 13 being St. Pete and Pinellas, 14 being Tampa and Hillsborough, you have packed black voters of Midtown, South St. Pete with black voters in East

HT_0000664

Page 58

Tampa.  Current configuration of the district is different from what you've suggested.  Can you explain the difference?

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  Mr. Chair, thank you.

To be frank, I actually am unaware of the black voting age population of District 14.  This was not even drawn with any type of racial intent at all.  This was not drawn with any type of even looking at any racial data for this district.  There was not to my knowledge any reason to do so.  So I was just drawing a district based on nice, clean, compact lines, lines that adhered to major roadways, major recognizable roadways, and try to split as few cities as possible in this area.

I do trade a split of St. Pete for -- my apology --

SENATOR ROUSON:  You traded --

ALEX KELLY:  -- one other city, my apology, but I do -- there is a city split trade in this area.  But so the overall city splits are equal to what the Legislature adopted, but I just utilized the major roadways and worked my way east and worked my way north.

CHAIRMAN RODRIGUES:  Senator Rouson, do you

HT_0000665

Page 59

have a follow-up?

SENATOR ROUSON:  No.

SENATOR BRACY:  Mr. Chairman, I do have a question.

CHAIRMAN RODRIGUES:  We'll go to Senator Bracy and then Senator Gibson.

SENATOR BRACY:  Thank you.

Is Mr. Alex Kelly under oath for this committee?

CHAIRMAN RODRIGUES:  No.  He's not.

SENATOR BRACY:  I know we do it in certain circumstances, certain secretaries.  Could we make that happen in this committee?

CHAIRMAN RODRIGUES:  The time to have done that would have been before we began the presentations.  So at this point, I would rule that out of order.

Senator Gibson, did you have a question?

SENATOR GIBSON:  Thank you, Mr. Chair.

In terms of the -- I think I heard the primary elections showed some data that CD 5 couldn't on its own elect a candidate of their choice, some historical image and something about historical, and that's, I guess, in any other district that should be a minority access district,

HT_0000666

Page 60

you mentioned that the primary elections showed that they couldn't -- is that correct -- by themselves --

CHAIRMAN RODRIGUES:  Mr. Kelly?

SENATOR GIBSON:  -- elect someone?

ALEX KELLY:  Thank you, Mr. Chair.

I think the question you're asking about pertained somewhat to my comments about Congressional District 10, not Congressional District 5.  But I'm not totally sure.  There might have been some blurring of the line there between the two in the question.

SENATOR GIBSON:  Follow-up, Mr. Chair?

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR GIBSON:  It may be blurring because they impact the same ethnic people perhaps, but it was said that data had shown -- that was in context of 5 and 10, that the primary data showed that the CD 5 couldn't elect a minority member of Congress on their own, which is why we weren't following any Tier 1 because all we're talking about today is Tier 2.  And that's the reason for it's not diminished; is that what you said about the primary data --

CHAIRMAN RODRIGUES:  Mr. Kelly.

SENATOR GIBSON:  -- primary election data?

ALEX KELLY:  Thank you, Mr. Chair.

HT_0000667

Page 61

I think your question or at least what you're referencing from my testimony refers to my comments about Congressional District 10, and I was reflecting on the House professional staff's, their analysis of Congressional District 10. We didn't look at the political data for Congressional District 10. I didn't look at the political data for Congressional District 10.

The House, in their subcommittee, referenced their analysis of Congressional District 10 and that based on their analysis of past years primary electoral data, that their analysis showed that the black community in Orange County, in Congressional District 10, could not on their own elect a candidate of their choice.

Congressional District 5, I don't think I've heard anyone question that the district has an ability to elect. Their issues are similar, but the issues are not identical. The question in Congressional District 5 is it is a gerrymandered district drawn predominantly based on one criteria, a strong -- predominantly based on race and was it drawn in a way that meets a compelling state interest, which is a question that would have to be asked of the map drawer to justify the district.

HT_0000668

Page 62

SENATOR GIBSON:  So --

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR GIBSON:  Thank you, Mr. Chair.

And so the map drawer only looked at an analysis that didn't include a functional analysis in any configuration, correct?

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  My apology.  I'm not sure I understood the question.

SENATOR GIBSON:  So -- I'm sorry.

CHAIRMAN RODRIGUES:  Restate.

SENATOR GIBSON:  Thank you, Mr. Chair.

In the purported gerrymandered district based on race, the -- and now in the map that we're dealing with today, there was -- a functional analysis was not reviewed to recognize communities of interest, not gerrymandered based on race, because it's all race neutral; is that correct?

CHAIRMAN RODRIGUES:  Do you understand it now?

ALEX KELLY:  I think so.  Yes.  Thank you, Mr. Chair and thank you.

So I'm going to break that down.  So our office has not done a functional analysis on any of the districts.  We have not -- I have not drawn

HT_0000669

Page 63

districts based on communities of interest.  What you did say at the end, we drew districts -- is correct.  We drew districts in a race neutral way.

SENATOR GIBSON:  Mr. Chair?

CHAIRMAN RODRIGUES:  Follow-up?

SENATOR GIBSON:  I keep trying to understand the -- is there a definition for race neutral drawing?

CHAIRMAN RODRIGUES:  You're recognized.

ALEX KELLY:  Thank you, Mr. Chair.

I mean, I'll give you a non-attorney definition.  Essentially, for me, race was not a driving factor of how I drew the district.  It was definitely not a predominant factor, and as I noted when we talked earlier about District 14, I couldn't even tell you -- and I still can't tell you -- what the actual black voting age population of the district is.

I drew that district, District 13, 14, all the districts around it solely based on trying to draw districts that are compact, aesthetically compact, statistically compact, that follow clearly definable political and geographical boundary lines that meet that Tier 2 test.  So I didn't draw a single district in this map based on race.

HT_0000670

Page 64

SENATOR GIBSON:  Follow-up?

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR GIBSON:  Thank you, Mr. Chair.

And so the Tier 1 never came into play in terms of keeping communities of interest together, that it doesn't have to be a majority, but certainly their ability to elect the representative of their choice, that was never a factor.  It's just strictly where the lines are and let people fall where they may; is that kind of how it --

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR GIBSON:  -- it is?

ALEX KELLY:  Thank you, Mr. Chair.

Again, I drew districts based on drawing compact districts that followed aesthetic compactness, statistical compactness, followed clearly identifiable, recognizable, political and geographical boundary lines.  I did not use communities of interest as a standard, and I did not draw race-based districts.

SENATOR GIBSON:  Thank you, Mr. Kelly.

CHAIRMAN RODRIGUES:  Senator Stewart, did you have a question?

SENATOR STEWART:  Thank you, Chair.

A little bit toward where Senator Gibson

Page 65

was going, but what I'm gathering from the discussion thus far is that Tier 1 guidelines that was the federal law was not considered in this map and primarily you went by roadways and to make sure that the Tier 2 was done correctly?

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  Thank you, Mr. Chair.

Senator, the Tier 1 guidelines are part of state law, not federal law.

CHAIRMAN RODRIGUES:  Do you have a follow-up, Senator Stewart?

SENATOR STEWART:  That's news to me.  Thank you.

CHAIRMAN RODRIGUES:  Senator Bracy.

SENATOR BRACY:  Thank you.  Thank you, Mr. Chairman.

Senator Rouson talked about the black people in Pinellas, and now they're moved to a district over that will now have them most likely representing -- having a Republican representative. And you're saying you are not aware of that at all whatsoever, did not have any impact on your decision-making.

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  Thank you, Mr. Chair.

Page 66

Race and political partisan data in no way related at all to my drawing of Districts 13, 14, 15, 16, or any of the districts on the map. Really leaned in heavily to Tier 2 standards of compactness and use of Tier 2 boundaries in these districts. Again, I made a split in northern -- the northern part of District 13 along the Pinellas-Hillsborough County line, in the southern part of District 13 and 14 right along U.S. 19 as a southern divider. There's a little bit of equal population work done just north of St. Pete in the unincorporated Feather Sound area as --

SENATOR BRACY: I got it. Thank you. I understand. So District 5 -- excuse me -- District 10 --

CHAIRMAN RODRIGUES: You are recognized for a follow-up.

SENATOR BRACY: Thank you, Mr. Chairman.

So in District 10, the district that I represent now, in West Orange County, all of the black people in West Orange County have now been moved to a district that will be represented mostly by Lake County.

So you have an area that has elected Val Demings, who was a potential Vice President

HT_0000673

Democratic nominee for President, who will now be electing possibly Representative Anthony Sabatini, who is known for blackface.

And I mean no district, but I'm trying to make a point that you're telling me that this group of people who have elected someone completely different now will be electing someone like that. And you're saying you had no idea. This is the first time that you're ever considering that point.

CHAIRMAN RODRIGUES: You are recognized.

ALEX KELLY: Thank you, Mr. Chair.

My reading of the state Constitution, it would have violated the law on several -- Tier 1 law in several ways for me to even go anywhere near an analysis like that. So I have no consideration for anything like that. I think to put something into context here too that is important.

And I can -- Mr. Chair, if it's okay, I can skip to District 10 if that might help.

CHAIRMAN RODRIGUES: Let's do that.

ALEX KELLY: So this is Congressional District 10. Well, this is the region. This is how it compares to the map that the Legislature passed, which is not dissimilar from the benchmark and then Congressional District 10 in the map before you

Page 68

today.

That Congressional District 10 is a very, very Tier 2-adherent district, very compact.  All of those lines are used to define either major roadways or municipal boundaries, and to put this into context, the benchmark Congressional District 10, to my knowledge, has a black voting age population somewhere just under 27 percent, somewhere in the high 26 percent range.

The district that you're looking at there today has like a 25.98, 25.96, a very close percentage to 26.  So it's not even a 1 percent. It's maybe a 7/10 or 8/10 of a percent point drop in its black voting age population.

So just drawing a compact seat -- and I can walk through the different city and roadway boundaries.  Just drawing a compact seat that lines up with -- you can see that's the Seminole-Orange County line.  You can see some major roadways.  That piece of District 9 that goes up into District 10, that's the cities of Belle Isle and Edgewood.  So it's keeping some municipalities whole.  Maitland, Winter Park are kept whole in 10.  You've got Winter Garden, Ocoee, Apopka are kept whole in 11.

So just following all those principles, we

HT_0000675

Page 69

were able to draw a very compact District 10 that's not even a percentage point difference in its black voting age population. So we really adhered to the principles in Florida law and drew a very compact district, and that's something that was similar to what the House had drawn and articulated good reasons for drawing it. And so when I worked on this map, that is the seat that I drew, and it really is a very compact and very lawfully compliant seat.

SENATOR BRACY: Mr. Chairman?

CHAIRMAN RODRIGUES: You're recognized.

SENATOR BRACY: Thank you.

You mentioned before that you had no idea on percentages. You did not use that for any outcomes, yet you just quoted the black voting age population, how much it changed. So help me understand.

CHAIRMAN RODRIGUES: You want to provide some clarity there?

ALEX KELLY: Thank you, Mr. Chair.

I noted that comment specific to District 14. District 10, we recognized that there was a tension between the testimony in the House and Senate. And so it was important to understand the

HT_0000676

Page 70

black voting age population, as well as the Hispanic voting age population of that district, that benchmark district, again, somewhere, you know, around, give or take, close to 26-something percent. I forget the exact number, but 26-something percent black voting age population in the benchmark. And I think the Hispanic voting age population is actually larger, around 28 percent Hispanic voting age population.

So this was a district where we did have to look at -- I had to look at the data for the black voting age population, the Hispanic voting age population, try to come to an understanding of that tension between the House and Senate testimony, and figure out an appropriate resolution.

SENATOR BRACY: Okay. So you were aware of --

CHAIRMAN RODRIGUES: You are recognized.

SENATOR BRACY: Thank you, Mr. Chair.

So you were aware of the black voting age population, Hispanic voting age population when making the changes that you were -- that you made in District 10; that is correct?

CHAIRMAN RODRIGUES: You are recognized.

ALEX KELLY: Yes.

Page 71

SENATOR BRACY:  Okay.  All right.  Just looking at the Federal Voting Rights Act, and it protects against retrogression.  And it defines that as the ability of racial and language minorities to elect representatives of their choice.  So any effect to that would be considered retrogression.

So what I'm saying is to move the people from West Orange County, who have elected Val Demings as their Congresswoman, to now move them in a district in Lake County with the villages and others where now they won't be able to elect the representative of their choice, from this definition, it clearly goes against the Voting Rights Act.  It clearly is retrogression.

How do you explain that group of black people having the choice to vote for one, but now they will not be able to elect the candidate of their choice?

CHAIRMAN RODRIGUES:  Mr. Kelly, you are recognized.

ALEX KELLY:  Thank you, Mr. Chair.

And I won't claim to be an expert on every facet of the Voting Rights Act, but in general, I don't know of any way in which a Voting Rights Act challenge could be brought to a district that's 26

HT_0000678

Page 72

percent of the black -- or 26 percent of it's the

black community, 28 percent of it's the Hispanic

community.  I don't know that there's any connection

at all to the Voting Rights Act for a district like

that.

          Generally, that type of challenge is, to my

knowledge -- and counsel could probably clarify --

but to my knowledge is applicable to a district

where a majority of the district is a particular

minority community, so a district, in other words,

where it has a 50 percent-plus black voting age

population.

          There's further analysis required, more

than just that, but in general, this district and

the Voting Rights Act wouldn't have anything to do

with each other.

          CHAIRMAN RODRIGUES:  Senator Bracy?

          SENATOR BRACY:  But you said before you

don't even know the percentages the House used to

determine if this is even a minority seat or not.

So --

          CHAIRMAN RODRIGUES:  Well, he did say he

looked at District 10.

          SENATOR BRACY:  He looked at the black

voting age population, but to determine if it is a

Page 73

minority seat -- you know what. We're going in circles. What I would ask, Chairman, is that we've got a lot of people here, and I think there's honestly only three, four districts that are really what people are paying attention to.

So I appreciate the presentation from the Governor's Office, but just so that we have time for debate and that people have a chance to speak, I would ask that we could conclude the presentation or really expedite it and then allow for people to speak.

CHAIRMAN RODRIGUES: Senator Gibson.

SENATOR GIBSON: Thank you, Mr. Chair.

And I certainly will save time for public testimony. I appreciate those who have come today. On the -- I'm unclear as to which -- when there was data reviewed, when there wasn't data reviewed.

But just in the House primary map -- I believe that was one that you all utilized, I think, a little bit or tweaked it a little bit -- the black voting age population according to this full analysis was around 35 percent, a little over 35 percent. In the data for the race neutral maps, that goes down to 12 percent.

And so it's your testimony today that

HT_0000680

Page 74

because -- that there's no diminishment because that population couldn't elect a candidate of their choice in a primary?

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  Thank you, Mr. Chair.

I apologize.  I don't have the benefit of the data that you're looking at.  So I'm not sure what you're looking at.

CHAIRMAN RODRIGUES:  Do you have a follow-up?

SENATOR GIBSON:  Mr. Chair?  Yes.

So I have the packet with the map that we're discussing, which district by district, includes percentages for the various districts based on the map that we received.

CHAIRMAN RODRIGUES:  Senator Gibson, our staff --

SENATOR GIBSON:  So this is the staff data.

CHAIRMAN RODRIGUES:  Our staff prepared --

SENATOR GIBSON:  Okay.

CHAIRMAN RODRIGUES:   -- that data.

SENATOR GIBSON:  Well, Mr. Chair, may I?

CHAIRMAN RODRIGUES:  Yes.

SENATOR GIBSON:  Regardless of the preparation -- and I trust what our staff does --

HT_0000681

Page 75

those are the percentages.  And that is not diminishment because CD 5 is no longer considered to have need for a minority access district?  Would that be the premise?

CHAIRMAN RODRIGUES:  Mr. Kelly.

ALEX KELLY:  I have to apologize.  I'm not sure.  Are we talking about District 5 or District 10?

SENATOR GIBSON:  I said -- I'm sorry.

ALEX KELLY:  And I'm still not really sure what data -- I don't know if we're referencing data regarding racial and language minorities.  I don't know if we're referencing elections data.  I'm struggling to follow the question?

SENATOR GIBSON:  May I?

CHAIRMAN RODRIGUES:  He's at a disadvantage not having the packet.

SENATOR GIBSON:  May I explain it?

CHAIRMAN RODRIGUES:  Sure.

SENATOR GIBSON:  Thank you, Mr. Chair.

So we have something called a voter age voting data, right, or the voting age population in each of the congressional districts that were drawn in Plan 109, and the projection for the CD 5 in 109 of black voting age population in CD 5 is now 12

HT_0000682

Page 76

percent, which was previously in the map I believe you referenced that the Senate passed -- you chose this one -- 8019, was 35 percent.

And so my question -- but you don't -- because you don't have the -- because you don't have the data, can you not answer the question based on the percentages that I gave?

CHAIRMAN RODRIGUES:  Mr. Kelly.

ALEX KELLY:  Sure.  Okay.  And thank you. And thank you for the clarification.  I think I'm starting to understand what you're asking.  So you're referring to District 5 in map 8019, and District 5's black voting age population in map 8019 is 35.32 percent.

I wouldn't say that District 5 in map 0109 is the comparable district.  Neither district really resembles it, but I wouldn't say that it's the comparable district.  District 4 if that map, in map 0109, has a black voting age population of 31.66 percent, and that achieved that 31.66 percent without attempting in any way to draw it with race as a consideration.

SENATOR GIBSON:  District 4 has the 30 percent.

CHAIRMAN RODRIGUES:  That's what he said.

HT_0000683

Page 77

SENATOR GIBSON:  Okay.  And District 5 is 12 percent.

CHAIRMAN RODRIGUES:  He'll have to take your word for that.  He doesn't have the data.

SENATOR GIBSON:  And thank you, Mr. Chair.

And so collectively in previous maps, those -- it's the split between the districts that then create a difference in the numbers and also go to a different area, correct?

CHAIRMAN RODRIGUES:  you are recognized.

ALEX KELLY:  Thank you, Mr. Chair.

You know, Senator, I think this visual helps articulate based on the district -- or the districts that the Legislature drew in its primary plan and the districts that I've drawn in this plan before you today.

When you look to the left, District 5 that the Legislature drew, and you tried to compare the geography, therefore, the population to District 4 that I drew, really most of the Legislature's District 5 -- most of it but obviously not all of it -- most of it population wise is in that District 4 that I drew.

You can see there's a little portion of kind of -- not fully southwest Jacksonville but

HT_0000684

Page 78

getting into Southwest Jacksonville in the Legislature's District 5 that for the map that I drew is in a different district.  That would explain the changes in the numbers because the populations don't match perfectly.

SENATOR GIBSON:  Well --

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR GIBSON:  Thank you.  Thank you, Mr. Chair.

And it's still diminishment; is that correct?  In each of the districts, it's not 35 percent any longer --

CHAIRMAN RODRIGUES:  You are recognized.

SENATOR GIBSON:  -- correct?

ALEX KELLY:  Thank you, Mr. Chair.

As I noted in my opening, the district as drawn in the different configurations by the Legislature violates the Equal Protection Clause of the 14th Amendment of the United States Constitution.  So in effect, the plain language way of looking at that is there was no benchmark district to be redrawn.  So, therefore, there is no diminishment to be considered.

SENATOR GIBSON:  Last question?

CHAIRMAN RODRIGUES:  Last question.

HT_0000685

Page 79

SENATOR GIBSON:  Thank you, Mr. Chair.

And, well, I'll put it in kind of a compound question.  So in terms of compactness, are the two districts in Jacksonville area equal in compactness, and is there another configuration that can be drawn that keeps more of the African American community of interest together and have the same compactness and did you try?

Thank you, Mr. Chair.

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  Thank you, Mr. Chair.

And in terms of compactness, the plan 109 -- 0109 on the right compared to the plan -- the primary plan the Legislature adopted, Plan 0109, is -- those two districts combined is statistically more compact than the primary plan the Legislature drew.  The main reason being is that District 4, as the Legislature drew it, is very noncompact.  So it brings down your overall compactness of those two districts combined.  So Plan 0109 is an improvement upon compactness.

CHAIRMAN RODRIGUES:  Are there any other members of the committee that have a question?

SENATOR BRACY:  Mr. Chairman?  Sorry.

CHAIRMAN RODRIGUES:  Mr. Bracy?

HT_0000686

Page 80

SENATOR BRACY:  Yeah.

CHAIRMAN RODRIGUES:  Senator Bracy.

SENATOR BRACY:  Thank you, Senator Gibson. I get your point.

Last two questions.  Mr. Kelly, how do you justify splitting the minority population in Orlando into two separate districts when it had been contained in CD 10 in the benchmark?

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  Thank you, Mr. Chair.

As I noted before, there was no obligation in any way to redraw District 10, the benchmark district.  There's no lawful obligation to redraw that seat that way.  What I did was I drew a District 10, which, again, for reference, is nearly equal, maybe a 7/10 or 8/10 of a percentage point different in terms of its black voting age population.

I drew a District 10 in an area that includes Winter Prink, Maitland, is more centrally located in Orange County, a very compact seat, and drawing of that district actually allowed for some Tier 2 compliance in several other ways around the seat as well, essentially helping with District 9, District 11.

HT_0000687

Page 81

So I followed the outline of Florida law to draw those seats, draw those seats compactly, utilize political and geographical boundary lines, and I didn't consider race in any way in the drawing of the seat.

SENATOR BRACY:  Thank you, Mr. Chairman.

Last question.  But aren't you -- in doing it that way, aren't you putting Tier 2 requirements above Tier 1?

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  Thank you, Mr. Chair.

And as I noted in my opening, you know, part of Tier 1 is contiguity obviously, which I followed that, and then part of Tier 1 is not intentionally favoring or disfavoring an incumbent or political party.  And as I noted in my opening, I did not do that, and I did not intend to do that. And I did not in any way take any feedback from anyone to try to do something like that.

So I didn't violate that Tier 1 standard, and there was no diminishment obligation for that district.  So I complied with Tier 1, moved to Tier 2, and drew very compact districts that follow political and geographical boundary lines.

CHAIRMAN RODRIGUES:  Okay.  Are there any

HT_0000688

Page 82

other questions from members of the committee?

Seeing none, we have a new member to the Senate who's not on the committee who has joined us. If you would like, please introduce yourself to the crowd, and you may ask your question.

SENATOR OSGOOD:  Thank you, Mr. Chair.

I am Senator Rosalind Osgood, newly elected for District 33, and thank you so much.

Just trying to understand in listening at the responses to Senator Bracy, where it's keep being said that we didn't use race, but then we've determined that one district is racial gerrymandering.  And you just said that, when you were asked about Tier 1 and Tier 2, that when you looked at CD 5, that there was no attempt to -- you said you didn't discuss with anyone about favoring a political party.  You didn't have a conversation. But if that is the outcome of what has been done, then how do we address that, you know?

You clearly said you didn't -- it was not your intent.  And sometimes we can work and do things, especially when we're just using maps and highways, and the result ends up being something other than what we intended.  Because when we look at what's going on with 5, 10, and the overall

Page 83

schemes of these maps, it does appear to be politically motivated. And it also appears to not take the hardworking black citizens of this state serious.

And I'm sorry if I don't know all the correct languages. I'm just asking my question so that I would be able to respond to the people that elected me to represent them.

CHAIRMAN RODRIGUES: Could you restate your question please?

SENATOR OSGOOD: So in the conversation and questions back and forth with the Senators here, Mr. Kelly has expressed the process he took and his intent. That's not my question, okay. But the results means that we're eliminating two seats that gave minority access, where one political party is being diminished in numbers and another one is gaining.

So that clearly to me, when I look at Tier 1, violates when it talks about favoring a political party. So I'll stop there first. So I'm just trying to understand because we, you know, we talk about race neutral, and then we talk about racial gerrymander. We're either using race or we're not.

CHAIRMAN RODRIGUES: I'm sorry. Could you

HT_0000690

restate the question again?

SENATOR OSGOOD:  Okay.  I'll start with the first question.

CHAIRMAN RODRIGUES:  It sounds like we're getting into debate, and I just want to make sure we're asking --

SENATOR OSGOOD:  No.  I'll start --

CHAIRMAN RODRIGUES:  -- a question.

SENATOR OSGOOD:  Okay.  I'll start with the first question.

Okay.  Mr. Kelly has stated that it was not -- that he didn't have any conversations with anybody to favor a political party.  When we look at the results we got, Tier 1 says clearly that we cannot favor a political party, and we haven't talked a lot about Tier 1.  It's been mentioned a couple of times.  So how do we substantiate what you've given us does not violate Tier 1?  Let me --

CHAIRMAN RODRIGUES:  All right.

SENATOR OSGOOD:  -- ask him that.

CHAIRMAN RODRIGUES:  Thank you.

Mr. Kelly?

ALEX KELLY:  Thank you, Mr. Chair.

And thank you, Senator.  And as I noted in my opening -- and the Tier 1 standard's intent and I

Page 85

noted in my opening that I've never had any conversations that would compromise that intent. I've never had anyone push or encourage any type of intent such as that, that would either favor or disfavor an incumbent or political party, and that's not what I intended to do.  So I've not violated the Tier 1 standard of intent.  Speaking of the results of the map, I don't know what the results are.  So I couldn't even begin to provide an answer to that question.

CHAIRMAN RODRIGUES:  Do you have a follow-up?

SENATOR OSGOOD:  Mr. Chair, I have one follow-up.

Okay.  Let me go back to District 5.  I'm trying to understand with District 5.  I understood your comments about the 14th Amendment and about the racial gerrymandering, but it appears to me to violate the Voting Rights Act.  So can you tell me how what you're recommending to eliminate District 5 does not violate the Voting Rights Act?

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  Thank you, Chair.

So Senator, generally, as I was -- one of the questions earlier was similar when we were

HT_0000692

Page 86

talking about District 10, my general understanding of the Voting Rights Act is it's not implicated -- it's not a potential Voting Rights Act question unless a majority of the district's population -- a majority of the voting age population, I should say, of the district is of the same minority community.

So if a majority of the district -- that's not the only question as to whether or not there could be a Voting Rights Act implication, but that benchmark district, Congressional District 5, a majority of that district is not represented by any particular minority community.  So the Voting Rights Act should not be implicated in any way.

SENATOR OSGOOD:  In District 5, not 10, 5.

CHAIRMAN RODRIGUES:  You are recognized.

ALEX KELLY:  Thank you, Mr. Chair.

My statement there would actually apply to both 5 and 10.

SENATOR OSGOOD:  Okay.  Thank you, Mr. Chair.  And thank you for allowing me to ask the question.

CHAIRMAN RODRIGUES:  Yes, ma'am.

That concludes questions, and it concludes the presentation.  Thank you, Mr. Kelly.

Next, we do have an amendment from Senator

HT_0000693

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 87

Rouson.

Let's take up amendment barcode 917356.

Senator Rouson, you are recognized to explain your amendment.

SENATOR ROUSON:  Thank you very much, Mr. Chair.

And there are a lot of things to say in a short period of time, and I do want to give respect to those who traveled here and want to speak in public comment.  So I'll keep my description of the amendment fairly brief.

First, this amendment restores District 5 in Northern Florida as a minority access seat as it has been.  Secondly, it restores the 10th District in Orlando area as a minority seat, as it has been. It also keeps the city of Tampa entirely within District 14 and keeps the city of St. Petersburg whole in District 13.

The intent of this amendment is to protect minority access districts from retrogression as the black communities in those areas have had access for decades, and it continues the legacy of minority representation.  And that's the amendment.

CHAIRMAN RODRIGUES:  Are there questions on the amendment?

HT_0000694

Page 88

Senator Broxson, you are recognized.

SENATOR BROXSON:  Senator, and you are an attorney, but in your opinion, would this violate the federal intent of how we draw congressional maps?

CHAIRMAN RODRIGUES:  Senator Rouson, you are recognized.

SENATOR ROUSON:  No.

CHAIRMAN RODRIGUES:  Are there any other questions?

Seeing no questions, we do not have appearance forms for the amendment.

So now, we'll move to debate.  Is there debate on the amendment?

Hearing no debate, Senator Rouson, you are recognized to close on the amendment.

SENATOR ROUSON:  Thank you very much, Mr. Chairman.

Diversity and diversity in representation matters.  Like the late, great Charles Rangel, Congressman from Harlem, said, full participation in government and society has been a basic right of this country and this state, symbolizing the full citizenship and equal protection of all.

The amendment seeks to not allow

retrogression, which reduces in the main bill the opportunity of minorities to elect a person of their choice.  The underlying bill screams of diminishment because it eliminates two minority districts.

As divisions both real and imagined deepen in our political, social, economic, in our health and justice worlds, even our education world, it becomes increasingly important, even critical, that everyone have a seat at the table where decisions are being made.  This amendment goes a long way towards ensuring that.  And with that, I close and ask for your favorable support.

CHAIRMAN RODRIGUES:  All those in favor of the amendment say yea.

(Multiple yeas)

CHAIRMAN RODRIGUES:  All opposed, say nay.

(Multiple nays)

CHAIRMAN RODRIGUES:  The amendment fails.

There is another amendment, which I had filed, barcode 644248.

Without objection, show that amendment has been withdrawn.

We're now going to move to appearance forms for the bill, and we have quite a few.  Okay.  I'm going to start with those who are waiving against

HT_0000696

Page 90

the bill so that we have their statements on the record.

We have Reverend Dr. Joe Parramore, who is waiving against the bill.

We have Deborah Baker-Rian from Niceville, Florida, who is waiving against the bill.

We have Jean Simbaneller (phonetic) from Milton, Florida, who is waiving against the bill.

We have Matt Dailey from Tallahassee, who is waiving against the bill.

We have Lisa Perry from St. Petersburg, Florida, who is waiving against the bill.

Next, we're going to move to individuals from Jacksonville, Florida, who are also waiving against the bill.

We have Robert Buchanan (phonetic) waiving against the bill.

We have Joy Burgess from Jacksonville, Florida, waiving against the bill.

We have Jonathan Burgess from Jacksonville, Florida waiving against the bill.

Okay.  Next, we're going to continue with Jacksonville individuals who are waiving against the bill.

We have Gwendolyn Colman from Jacksonville

HT_0000697

Page 91

waiving against the bill.

We have -- it looks like -- and I'm having difficulty reading the handwriting, but it looks like Haraska Lavashal (phonetic) from Jacksonville, Florida, waiving against the bill.

Samille Davis (phonetic) from Jacksonville, Florida, waiving against the bill.

Sheila Singleton from Jacksonville, Florida, waiving against the bill.

Joanne Brooks from Jacksonville, Florida, waiving against the bill.

Next, we have additional people from Orlando who are waiving against the bill.

It looks like Rylan Wagner (phonetic) from Orlando waiving against the bill.

Lore Cordova (phonetic) from Orlando waiving against the bill.

John Kemper from Orlando waiving against the bill.

Anastasia Jackson from Orlando waiving against the bill.

Allison Clark from Maitland, Florida, waiving against the bill.

Mecca Godwin (phonetic) from Orlando waiving against the bill.

HT_0000698

Page 92

Jasmine Fernandez from Orlando waiving against the bill.

Anyone else?

Now, we're into our list of speakers. We're going to begin with speakers from Orlando, who have filled out the appearance card and are not being compensated for their appearance. We're going to get the non-compensated forms up first, and then as time permits, move through those who have been compensated for their testimony.

We're going to begin with Reverend Dr. Martin M. Spoony (sic) from Orlando. Thank you, sir. And you are recognized for two minutes, sir.

REVEREND DR. ROBERT M. SPOONY: Thank you. Good morning -- good afternoon, and that's Reverend Dr. Robert M. Spoony from Orlando, Florida.

CHAIRMAN RODRIGUES: Thank you.

REVEREND DR. ROBERT M. SPOONY: But I'll take Martin.

To the committee Chair and his committee members, again, my name is the Reverend Dr. Robert M. Spoony. I'm pastor of Mt. Zion Missionary Baptist Church in Orlando, Florida, which is in Congressional District 10. I also live in Congressional District 10. I'm not a politician,

HT_0000699

Page 93

but I consider myself a public servant.  Some people also may consider me a subject matter expert on servant leadership.

And I'm here today because the church is called to be engaged.  The church is called to lead. The church is called to lend voice, moral authority, resources in an effort to resist evil and -- and to bring reorder to the common life of -- of those who are most vulnerable, those who need to be protected.

We're servants to our congregations, and as servant leaders, one of the things I do understand is that servant leadership consists of ethicalness and moral -- you're either -- you're ethical and moral.  Leadership can be taught, but ethics is tied to your character.

And so what I'm here to talk about in only these two short minutes is the fact that morally is this the right thing to do to eliminate two congressional districts, which will, in turn, marginalize many, many people?

I've heard all the statistics spouted this afternoon, and many of them, I -- I know for a fact that they're just not necessarily true.  I wonder where -- what -- what you looked at for -- to determine that the amount of African Americans and

HT_0000700

Page 94

Latinos who live in the district because I live in the 10th District, and I know that the numbers are not the same as I just heard today.

And so my -- my point is, will you morally be able to live with yourself if you really make this decision to just push a whole group of people out of the way and -- and allow them not to participate in the American system?

This is your decision. You've already vetted your process. You came up with your answers. You came up with a map, and now it's been vetoed and turned around. Will you stand up and do the right thing? Or will you bow down and be bullied?

That's the question that I just -- that's just resonating in my mind. We've elected you to do the right thing, and I just ask that you do the right thing. Remember, we are one. Our cause is one, and if we're ever to be successful in this world, we ought to help one another. Help other people get a chance to vote. Thank you.

CHAIRMAN RODRIGUES: Thank you for your comments.

Carla Jones, and on deck, we'll have LaShonda Holloway.

Ms. Jones --

HT_0000701

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 95

CARLA JONES:  Good afternoon.

CHAIRMAN RODRIGUES:  -- you are recognized for two minutes.

CARLA JONES:  Thank you.  My name is Carla Jones.  I am from Orlando, Florida, and I'm the candidate running for Chief Financial Officer of the State of Florida.  I'm not an attorney, but I wake up with one every morning.

And I'm here to, as you know, let you all know that I am against the redistricting planned, and I am -- because I know the representative from the Governor's Office, he stood here, and he said that race did not play a role in the redistricting process.  I'm here to tell you that I don't believe it.

I think that it is the main factor that we are looking at, and it's unfortunate.  Because minorities, they vote.  They pay taxes.  They own property.  They have rights, and a lot of that -- it's been looked over.  And I'm highly disappointed in the redistricting.

I'm the mother of six children, and they are all of voting age.  And a couple of them have came -- have approached me about this redistricting, and so I'm here today to stand up and say it's

HT_0000702

Page 96

wrong.  I think race plays a big, big factor in the decisions that's being made.  And unfortunately we aren't -- we -- we're -- we're one, but we're not living as one.  United, we stand.  Divided, we fall.

So I would like to ask everyone, everyone standing within the -- within -- if you can hear me today, please reconsider this bill, please.  It is racist in my opinion.  I don't know how much that means, but it is racist.  And I need to take some true answers back to my children.  I don't want to - - I don't want them to be --

CHAIRMAN RODRIGUES:  You need to --

CARLA JONES:  -- lied to.

CHAIRMAN RODRIGUES:  -- bring it in for a close.

CARLA JONES:  Okay.  I don't want them to be lied to.  So please reconsider.  Please reconsider this bill.  It is racist, and I thank you for listening to me.

CHAIRMAN RODRIGUES:  Thank you for your comments today.

We have LaShonda Holloway.  On deck, Dr. Evie Welch (phonetic).

You are recognized for two minutes.

LASHONDA HOLLOWAY:  Good afternoon.  My

name is LaShonda L.J. Holloway, and I am the candidate to represent the people of the 5th Congressional District.  But, moreover, I am a fourth generation Jacksonvillian and Floridian.

It is -- it is an abomination that we are wasting taxpayer dollars regarding this reapportionment and regarding redistricting when we elect citizens -- I'm sorry -- we elect you, the legislators, to come here and make laws and to draw the lines.

However, notwithstanding your willingness to stand up and -- stand up to the Governor, I am here to say that this map denies equal access to the political process, and it discriminates on the basis of not only the African American race but black and brown people and also language minorities in the vein of Hispanics.

Furthermore, Mr. Kelly stated that he used the Tier 2 standard.  I believe -- not I believe -- the law states, one, that all persons -- all persons in the State of Florida, the fair district laws, the law that the citizens stated that they wanted fair districts.

Look, 20 seats is not fair.  Twenty Republican seats versus eight Democratic seats is

HT_0000704

Page 98

not fair.  So not only does it violate the will of the people, under the equal protection of the law, the equal protection argument, in particular, Section 2 of the Voting Rights Act of 1965, it specifically prohibits voting practices or procedures that discriminate on the basis of race, color, or membership in one language minority group.

We must protect minority access districts from retrogression.  I'll repeat that.  We must protect minority access districts from retrogression.  The --

CHAIRMAN RODRIGUES:  Please bring it in for a landing.

LASHONDA HOLLOWAY:  I'll bring it in for the landing.  Last, I will say that representation of all citizens is indeed a compelling state interest.  Minority representation matters.  We deserve representation, and this outright attempt by Governor DeSantis to dilute the voice of minorities, it is an abomination.  And all voices deserve to be heard.  Protect our democracy and -- and --

CHAIRMAN RODRIGUES:  Thank you for your comments.

LASHONDA HOLLOWAY:  -- maintain the maps.  Thank you.

HT_0000705

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 99

CHAIRMAN RODRIGUES:  Dr. Evie Welch.  On deck is Gail Frances Gardner.

Dr. Welch, you are recognized for two minutes.

DR. EVIE WELCH:  My name is Evie.

CHAIRMAN RODRIGUES:  I'm sorry.  Dr. Evie Welch.

DR. EVIE WELCH:  Adams Welch.

CHAIRMAN RODRIGUES:  I apologize.

DR. EVIE WELCH:  I vote in District 5.  I am the committeewoman for Voting District 713 in Jacksonville, Florida.  You're looking at one of the warriors of the boots on the ground.

Before I give my disappointment, I must commend Senator Rouson for giving me a ray of hope. Before I came here, it appeared to me that you weren't in keeping with any of the laws that really looks at the minority people who are marginalized. I couldn't believe my ears, and so I'm here today. At least there is a glimmer of hope.

We must contain the ideas of the Constitution, Amendment 14, Section 2.  We must go back and read what the people voted for in the revision of the Constitution.  They -- the people of Florida, not the Governor himself, said that we must

HT_0000706

Page 100

look at the federal statutes, and we must consider what the Voting Rights Act of 1965 really made us to look at making this a more perfect union.

And as a person who spent most of her life professionally and academically working very hard to make sure that Amendment 19 was always remembered, do consider what you are doing to the State of Florida.  You are dividing us.  We don't want to go back, and we will not go back.  Thank you for listening to me.

CHAIRMAN RODRIGUES:  Thank you for your comments.

We have Gail Frances Gardner.  David Rucker, you're on deck.

GAIL FRANCES GARDNER:  Good afternoon.

CHAIRMAN RODRIGUES:  You have two minutes, ma'am.

GAIL FRANCES GARDNER:  In the '60s, my ancestors, who live in the north where I was born and grew up, would board a charter bus and head south, where they are born and grew up.  Well, now, I too boarded a charter bus today for the same reason my ancestors did.  I too want to defend theirs, mine, and generations to come voting rights.

The Congressional District redistricting

HT_0000707

Page 101

map not just to draw the lines but hold the line and make this legislative body accountable and not allow the persuasive executive decision by the Governor to be a force to diminish the black vote, of which those of you who benefited from the Fair Districts Amendments of 5 and 6, that profit politicians from drawing districts to favor themselves and their parties and to ensure that minorities will have the opportunity to elect representatives of their choice.  Let's not allow history to repeat itself. Thank you.

CHAIRMAN RODRIGUES:  Thank you for your comments.

David Rucker.  And on deck is Odwan Whitfield (phonetic).

Mr. Rucker, you have two minutes.  Thank you.

DAVID RUCKER:  Good afternoon, Chair and members, representatives.

My name is David Rucker.  I'm from Orlando, Florida.  I also lived in District 10.  I am highly disappointed on the way things are being done right now.  For 57, almost 58 years, we're still fighting about minorities voting.

Currently, the Governor wanted to cut two

HT_0000708

Page 102

seats when we already have four.  I don't understand that.  All right.  You're demising the vote for minorities, and I want to say black folks first.  Then we can trickle down to the rest, the Latinos and other people, but it's unfair the way that you had a map going.

You decided not to use your map and use what the Governor wants to do, all right.  I think it's a bigger disappointment for the people that you represent and the people that you don't represent but are voters.  I am a super voter.  I have been voting here since 1965.  I haven't missed but one vote in my whole life doing this, all right.

So some things has to change, and some things don't.  But what you need to do is make a conscious decision on what you're going to do about drawing these maps.  Let us have our own voice and do what we need to do for us and not include us with everyone else.  But that would be fair to do, and I don't know if you all know how to be fair sometimes.

So I think you need to look at this and really make a concentration on getting -- keeping the four that we have now instead of cutting it down like the Governor want to do with two.  Thank you.

CHAIRMAN RODRIGUES:  Thank you for your

HT_0000709

Page 103

comments.

We have Mr. Whitfield followed by Dr. Carolynn Zonia.

Mr. Whitfield, you are recognized for two minutes.

ODWAN WHITFIELD:  Thank you.  My name is Odwan Whitfield.  I am a taxpayer in District 5, in Congressional District 5, and I'm here today because this is a serious matter.  I have this Senator here, who has been looking at her laptop the whole time. I have two Senators back there that have been looking at their laptops.  I've been watching them.

This is a serious matter.  There's lives at stake here.  There are lives at stake here.  The -- the representative from the Governor's Office said that Tier 1 is only intent and that he didn't converse or he didn't talk to anybody that -- that helped him to decide these maps.  Yet, he looked at public testimony on video or he read the record.  So technically, he looked at everybody's opinion on these maps before he drew them.  How is that not -- disregard that.  Disregard that.

Even if the -- the Governor's Office said you know what.  I think it's -- it's better for this environment, for this government, for this -- for

HT_0000710

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 104

this state that 1 percent of everybody needs to be killed.  He came up here, gave those statistics to you all in a nice manner.  It is still left up to you all to make that decision.

This is people's livelihoods.  I am a United States Army veteran, served in Iraq and Kuwait.  Some of you would say so did my son.  So did my daughter.  So did my father.  So did my sister.  None of them have to come back to this United States and do what I am doing here today.  They don't have that.  They have a luxury.  They have a benefit.

I'm standing here today fighting for my livelihood after I fought in Desert Storm, after I fought in Iraq, in -- in other countries, only to come back here to fight for my right to vote, for my right to representation.

Senators, do your jobs.  This is not right, and this is not fair.  I don't care what statistics say.  You know it in your hearts.  You know it.  Do the right things.

CHAIRMAN RODRIGUES:  Thank you for your comments and thank you for your service.

Dr. Zonia.

ODWAN WHITFIELD:  Don't thank me for my

HT_0000711

Page 105

service.  Give me my representation.

CHAIRMAN RODRIGUES:  And ZsaZsa Ingram-Fitzpatrick, you're on deck.

DR. CAROLYNN ZONIA:  Thank you, Mr. Chairman.  And, Senators, thank you for the opportunity to speak.

I really can't say it any better than the previous speaker, but I'm asking you to follow Florida's Constitution and remind you of your promise to support, protect, and defend the Constitution of the United States and Florida.

I'm also here as a physician working on the front lines to speak for families who are struggling to keep up.  Essential workers cannot find or afford a place for their families to live.  Homeowners can no longer find or afford property insurance.  Folks are working hard but cannot afford the basic necessities like utilities, and the looming prospect of many losing healthcare in the next few months adds to the pain that many are feeling.

By the Governor's own proclamation, legislative business this week may be transacted if introduced by consent of two-thirds of the membership of both houses of Legislature.

So on behalf of Florida families, I'm

Page 106

asking you to please follow the Constitution on redistricting and vote no on the Governor's map and to use this special session to also address the real emergencies that are crushing your constituents. Thank you.

CHAIRMAN RODRIGUES:  Thank you for your comments.

We have ZsaZsa Ingram-Fitzpatrick with Dr. Nancy Staats on deck.

Is Ms. Ingram-Fitzpatrick here?

Dr. Staats.  And then we'll have Judy Sheckland on deck.

DR. NANCY STAATS:  Good afternoon, everyone.  My name is Dr. Nancy Staats.

CHAIRMAN RODRIGUES:  Staats, thank you.

DR. NANCY STAATS:  Thank you.

CHAIRMAN RODRIGUES:  I apologize for --

DR. NANCY STAATS:  No worries.

CHAIRMAN RODRIGUES:  -- butchering that. You are recognized for two minutes.

DR. NANCY STAATS:  Okay.  Thank you.  I'm a board certified medical doctor, but you don't need an advanced degree to see what's happening here.  We know this is the blatant disenfranchisement of African American communities and their

Page 107

representatives.  It's unfortunate that some of you can't even look at me.

Just two months ago, you all worked very hard making maps that adhered to Florida statutes, and then the Governor proposed his own maps, which you rightfully said, no, Gov, this is too far.  But then he vetoed yours, came back with his, and now suddenly, you folded like a cheap suit.

I'm wondering what happened in those two months.  Were there backroom talks maybe working out the budget details?  I don't know.  Arm twisting?  I'm not sure.  Your arms all look fine, but maybe we need to think about what you are here for, which is to, as people have said, represent your constituents.

It's painfully clear to me, to everyone in this room, and everyone outside this room that this special session is a farce.  There is not even another map being considered, and you won't consider amendments.  And it also has been mentioned this Harvard-educated Governor of ours must be well aware that his maps violate both the Fair Districts Amendment and the Voting Rights Act, but perhaps, he wants the attention.  Perhaps he wants to go to a Supreme Court case.  That may be exactly what he

HT_0000714

Page 108

wants.

At any rate, you're making it easy for him, but he must know that he's necessitating more lawsuits, which more appeals after that, all of this at the expense of all of Florida's citizens, like these special sessions.

As we all learned in early grade history -- American history, our government was formed in response to an authoritarian ruler, King George. Remember that?  Our Founding Fathers created a system of three distinct, autonomous branches of government, yet here we are today seeing complete complicity to a new king.

As a physician, I pledged to uphold the Hippocratic Oath.  You too, all of you, took an oath too to uphold --

CHAIRMAN RODRIGUES:  Please --

DR. NANCY STAATS:  -- your state's constitution, which demands, mandates that you form these maps, and you have not done so.

CHAIRMAN RODRIGUES:  Please bring it in for a landing.

DR. NANCY STAATS:  Please, please remember the oath you took, which you seem to have forgotten. We will not forget.  Thank you.

HT_0000715

Page 109

CHAIRMAN RODRIGUES:  Thank you for our comments.  Judy Sheklin.  And Trish Brown will be on deck.

JUDY SHEKLIN:  My name is Judy Sheklin. I'm from Jacksonville, Florida.  I too am opposed to the Governor's proposed maps.  It is the responsibility of the legislators, the Legislature, to create congressional maps during redistricting according to Article III of the Florida Constitution.

The House and Senate did that, created approved maps and that they were satisfied with, and as we now know -- we've heard this all day -- were then vetoed and redrawn by the Governor.  This is unprecedented in Legislatures all over the country. This hasn't been done.

You, as legislators, quickly acquiesced to the Governor, creating a dramatic imbalance of power in our state government.  This is very troubling. The Governor's maps are a radical departure, and they aren't in compliance with state and federal law.  These maps, as we've heard again here today, reduce the likelihood of minorities to elect congressional members of their choice, eliminating two minority districts and violating the Voting

Page 110

Rights Act.

In 2010, Florida passed the Fair Districts Amendment, and the citizens of this state overwhelmingly spoke.  They deserve and expect fairness in redistricting decisions.  The Governor's plan creates 20 Republican-majority districts and 8 Democratic-majority districts.  This blatantly demonstrates partisan gerrymandering.  Please stand up for all Floridians and oppose these unfair maps.  Thank you.

CHAIRMAN RODRIGUES:  Thank you for your comments.

Trish Brown.  And we have Rodney Long on deck.

Trish Brown?

Rodney Long.

For the record, Trish Brown is against the bill.

Mr. Long, you are recognized for two minutes.

RODNEY LONG:  Thank you, Mr. Chairman.

I'm Rodney Long.  I don't live in Congressional District 5 or 10.  I'm from Alachua County, Gainesville, Florida.

Because I am a concerned resident of this

HT_0000717

Page 111

state, I drove here today to speak to you in opposition to the proposed plan, SB 2-C Plan 019 (sic) for three reasons.  First, because if you approve this map, it will reduce the minority representation in the State of Florida by 50 percent.  Second is there's no doubt in my mind that these maps, if you approve them, will lead to retrogression, which violates the Voting Rights Act.

Thirdly, I'm a person who believes in process.  I've served in local government for 17 years.  I was president of the Florida Association of Counties, served two terms.  I understand how government works very well, but what I do not understand is this.  We have a process that we follow, and we all are sworn to oaths.  And we follow those oaths.

What I do not understand as a person who understands process is how do you acquiesce the authority given to you as a legislative body to draw district lines under reapportionment?  I'm a person who believes in process.  I can accept the fact -- if you approved the maps and I don't like the maps but you approved the maps, I could live with that.

What I cannot live with is that you're just not going to approve any maps.  That is a

HT_0000718

Page 112

dereliction of your oath and your duties.  Do the right thing.  I could live with whatever maps you all approve, but what I cannot live with is you abdicating your responsibility to do your job.

CHAIRMAN RODRIGUES:  Thank you for --

RODNEY LONG:  Do the right thing.

CHAIRMAN RODRIGUES:  -- your comments.

Next, we have Matt Van Wormer with Whitney Wogen (phonetic) on deck.

You are recognized for two minutes.

MATT VAN WORMER:  Okay.  Thank you.

I was just going to waive, but I'm going to say a couple words because I'm on the other side of this bet and will be the first to speak to that.

The map looks very square to me.  It looks very logical.  Now, I don't -- I don't live in Orlando.  I moved in here recently, and so I don't understand what some -- much of the politics are here that have gone before.  But I don't see weird little lines going in here and there to try to protect or do weird things.  It seems very logical. So I'm favor of what plan to -- Senate Plan 2-C 109. So thank you.

CHAIRMAN RODRIGUES:  Thank you for your comments.

Page 113

We have Whitney Wogen with Bridget Smith (phonetic) on deck.

Ms. Wogen, you have two minutes.

WHITNEY WOGEN:  Thank you.  My name is Whitney Wogen.  I just wanted to voice my support for SB 2-C Plan 109.  Thank you.

CHAIRMAN RODRIGUES:  Thank you for your comments.

Bridget Smith.  And we have Carmen Soto on deck.

BRIDGET SMITH:  Bridget Smith, I'm from Marion County, Florida.  A lot of PhDs here, a lot of physicians here.  I'm a nurse.  So I don't have a redistricting degree.  It is a science in all of itself.  I was here for the House and Senate debates during session, and it is a lot.  I commend you all for even understanding all this.  It's a lot.

But me, as a lay person to this, redistricting to me is to equalize populations among electoral districts after publication of the census, but it seems today it's been all about race issues and color.

From what I understand, the Fair District Act, it's -- it was to state that a minority group would not be prohibited from voting in their

HT_0000720

Page 114

candidate. But looking at the maps currently with the contiguousness of them, which is what we're supposed to do, and not make it about race, according to everything we've talked about today, it has become about race. And it's very confusing to all of us.

I support this bill. The 2017 Supreme Court decision, this is different. The Supreme Court decision, a North Carolina case brought up the fact that the gerrymandering had too many blacks in that district. So they threw that map out because it was gerrymandered. Now, based on that decision, District 5 is considered gerrymandered, the previous District 5. So that's my interpretation of it. I do support the bill. Thank you very much.

CHAIRMAN RODRIGUES: Thank you or your comments.

We have Carmen Soto, and Robert Schmidt (phonetic) is on deck.

CARMEN SOTO: Hi. My name is Carmen Soto, and I'm waiving in favor of the bill.

CHAIRMAN RODRIGUES: Thank you for your comment.

CARMEN SOTO: Thank you.

CHAIRMAN RODRIGUES: Robert Schmidt. And

HT_0000721

Page 115

then we've got John Berry (phonetic) on deck.

ROBERT SCHMIDT:  Good afternoon.  I'm speaking in support of SB 2-C Plan 109, 0109.  While this plan was drawn for common sense districting, today's discussions have devolved into political accusations.

Not one voice has been silenced today by this map.  Everyone still has a voice.  I am happy this Governor has shown backbone.  We hear people discuss the unprecedented nature of this map.  I might remind those that look to other states such as New York to see what real gerrymandering looks like for political gains.

This map represents common sense and allows for the seismic shifts that are happening in Florida today.  Thank you.

CHAIRMAN RODRIGUES:  Thank you for your comments.

John Berry.

I don't see John.  Lauren -- John is in support of the map.

Lauren Dickenson (phonetic).

LAUREN DICKENSON:  I waive in support of the map.

CHAIRMAN RODRIGUES:  Waives in support,

Page 116

thank you.

Okay. That concludes testimony from the non-compensated.

We're going to move to the compensated. We've got about 40 minutes, and I believe the members are going to want to debate. So we're going to do one minute testimony.

We'll start with Marsha Davis, and on deck will be Cristian Cardona.

Marsha Davis? Thank you, ma'am.

MARSHA DAVIS: I waive against Governor DeSantis' legislative map. Floridians, and I was one of them, voted the Fair District Act Amendment into the state Constitution to protect minority voters and to prevent legislators from doing what it appears has been done, making sure that you protect your party. It's not right.

Minority growth alone, by the last census, indicates that there should probably be more minority representation in the Legislature, but the Governor plans to cut our representation in half. That's not right. The plan is unfair, and I believe that it is unconstitutional. Thank you.

CHAIRMAN RODRIGUES: Thank you for your comments.

HT_0000723

Page 117

Cristian Cardona.  And we have Stacy Williams (phonetic) on deck.

CRISTIAN CARDONA:  Thank you.  My name is Cristian Cardona.  I am worker and leader with the Fight for $15 and the union from Orlando, Florida. Different movements are gathered here today because Florida's Republican leadership is trying to silence black and brown communities by passing voter suppression laws.

By eliminating protections that Fair Districts Amendment provides, this map is a direct attack on black representation and our democracy, and that ain't right.  By proposing a congressional map that reduces Florida's black and brown representation by 50 percent, the Governor is trying to advance his political career at the expense of black and brown voters.

Let me tell you about my experience as a voter and why this issue is important to me.  I moved to Orlando, Florida, with my family in 2009. I gained citizenship just in time to vote for Amendment 2.  Amendment 2 brought us one step closer to a living wage, which is something I have been organizing and speaking up about for years.

This amendment has a direct impact on the

HT_0000724

Page 118

community around me, my family, my friends, and my neighbors.  It felt powerful to organize and campaign to raise the standard of living for millions of Floridians.  The day I got to vote yes on Amendment 2 --

CHAIRMAN RODRIGUES:  Please bring it in for a close.

CRISTIAN CARDONA:  All right.  This -- after months of campaigning and yelling it out to the world, I finally had the chance to cast my vote with my community.  This is why it's important that workers have a strong voice and a vote.

I want to thank everyone for showing up and taking time out of their day because I know workers have never been --

CHAIRMAN RODRIGUES:  Thank you for your comments.

CRISTIAN CARDONA:  -- given rights.

CHAIRMAN RODRIGUES:  I appreciate it.

Stacy Williams.  And Larry Coleton (phonetic) on deck.

LARRY COLETON:  Good afternoon --

CHAIRMAN RODRIGUES:  Thank you.

LARRY COLETON:  -- Mr. Chairman.

CHAIRMAN RODRIGUES:  You are recognized for

Page 119

a minute.

LARRY COLETON:  Ms. Williams is not here. I'm Larry Coleton.

CHAIRMAN RODRIGUES:  Okay.

LARRY COLETON:  The writer James Baldwin said, not everything that is faced can be changed, but nothing can be changed until it is faced.  The columnist Leonard Pitts wrote that one party in America is steering the ship of this state towards jagged rocks, and that's where we find ourselves.

I like what the former and late President John Kennedy asked.  He wrote a book called Profiles in Courage.  In these next few days, we're going to see one of two things, either profiles in courage or profiles in cowardice.

We have a bully as a Governor, and unfortunately, we have members of this body, Mr. Chairman, that have essentially capitulated your constitutionally required responsibilities.

CHAIRMAN RODRIGUES:  Please bring it in for a close.

LARRY COLETON:  It's up to you.  It's either going to be courage or cowardice, and unfortunately, the fear is it will be cowardice.

CHAIRMAN RODRIGUES:  Thank you for your

HT_0000726

Page 120

comments.

We have Hedder Pierre-Joseph with Gail Presley on deck.

HEDDER PIERRE-JOSEPH:  Good afternoon to the committee and committee members.  My name is Hedder Pierre-Joseph.  I am a member of Congressional District 10 for the last 19 years.

Redistricting is the process by which new congressional and state legislative districts are drawn.  Federal law stipulates that districts must have nearly equal protection, equal population, and must not discriminate on the basis of race or ethnicity.

The current redistricting map, which eliminates Congressional House representation for black people is based on fear, fear that black people are voting.  As black people who are descendants of the enslaved Africans, we know our history, and we know -- and we have seen this devil before.

I implore you not to continue down the path of your ancestors and deny black people their constitutional right of representation.  I remind all of you to remember the Boston Tea Party of 1773.  Finally, I ask you to look around or to remember the

HT_0000727

Page 121

presence of the people that were in this room, and for me, I see the promise of the enslaved African. We are on the side of justice, and with the God of Abraham, Isaac, and Jacob and our ancestors --

CHAIRMAN RODRIGUES:  Bring it in for a landing please.

HEDDER PIERRE-JOSEPH:  -- we shall always overcome.  Remember this, we win with God and time. Thank you for your consideration.

CHAIRMAN RODRIGUES:  Thank you for your comments.

Gail Presley with Cheryl Jones on deck.

Ms. Presley, you are recognized for a minute.

GAIL PRESLEY:  Thank you.  Good afternoon to each and every one of you, Chairman, and also to Mr. Randolph Bracy.  Thank you so very much.  It is indeed my pleasure to be here today but in an awe of disbelief.

I am very heartbroken as a resident of Congressional District 10, long life resident.  I come from a family that marched those march in 1960. I come from a family who knows about how it feels when it comes to voter's right and standing up for the injustice that are done to the people who are

HT_0000728

Page 122

black and brown.  I come from a family who was very proud to know that it is your -- your vote and your voice that matters.

And today I come to you very disappointed. I oppose C-0109 (sic) because I feel that it is a disparity on the black and brown people, and I come from a congressional district where I want to see --

CHAIRMAN RODRIGUES:  Please bring it --

GAIL PRESLEY:  -- someone --

CHAIRMAN RODRIGUES:  -- in for a close.

GAIL PRESLEY:  -- who looks like me and represent and know how we feel.  So with that being said, it is your right.  You took the oath.  You said that you would serve us, and we're looking here now and listening to statistics.  And I don't understand where those statistics are coming from because I am a proud resident of Orange County, Florida.

CHAIRMAN RODRIGUES:  Thank you for your comments.

GAIL PRESLEY:  And I thank you for this time, Chairman, and you all have a wonderful day.

CHAIRMAN RODRIGUES:  Thank you.

Cheryl Jones with Pastor Marcus McCoy on deck.

HT_0000729

Page 123

I do not see Cheryl.  She is against the bill.

We have Pastor McCoy on the way.  After Pastor McCoy, we'll have Barney Roberts on deck.

You are recognized for a minute.

PASTOR MARCUS MCCOY:  Thank you.  Blessings to all with special recognition to my own Senator, Senator Bracy.  My name is Marcus McCoy, Junior.  I serve as the senior pastor of the Historic Greater Refuge Memorial Church, which sits in Congressional District 10, exiting now over 150 years.

I stand on behalf of my community to strongly urge this committee to vote no on the proposed map C-0109 by Governor -- by our Governor that removes black representation in Congress.

Currently, Florida has four black access seats of twenty-seven.  If the map were to be approved, that number would reduce to 50 and would leave Florida with less than 10 percent of the congressional districts represented by members in black access seats.  It is disheartening to see that with already such low representation, this Governor wants to dilute representation even more.

And while I and those that I represent do not fully agree with the decision made to offer a

Page 124

two-map solution during this year's legislative session, at least it was the decision of this Legislature.  The map being --

CHAIRMAN RODRIGUES:  Please bring it in for a close.

PASTOR MARCUS MCCOY:  -- considered today is not your own.  I stand here urging you to reject political games and partisanship in drawing Florida's new congressional districts.  Thank you.

CHAIRMAN RODRIGUES:  Thank you for your comments.

Barney Roberts.  And on deck will be Rosemary McCoy.

Mr. Roberts, you are recognized for a minute.

BARNEY ROBERTS:  Hi.  I'm Barney Roberts. I -- I stand opposing the Governor's bill.  I think that it is another disheartening thing to consider in Florida.

In -- in 2010, the Florida voters added amendments to the state Constitution in the Article III, Sections 20 and 21.  These amendments prohibited line drawing that intentionally favors or disfavors a political party or an incumbent.  The amendment also afforded protection to racial and

HT_0000731

Page 125

language minorities.

Districts may not draw -- districts may not be drawn with the intent or resulting in denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice.

Finally, unless it would conflict with the standards described above, amendments require that district populations be as neatly equal as practicable and that districts be compact, where feasible, follow existing political, geographical boundaries.

Ladies and gentlemen --

CHAIRMAN RODRIGUES:  Please bring it in for a close.

BARNEY ROBERTS:  -- I would beg and ask if you'll consider that the things we do today, our children are going to have to live with it.  And for me, as a veteran and a man in the U.S., I love it when kids see us, and they're proud about what we do.  We should make our kids proud, and we should bring them together, not divide them on all facets.  Thank you.

CHAIRMAN RODRIGUES:  Thank you for your

HT_0000732

4/19/2022                Common Cause, et al. v. Cord Byrd            Audio Transcription

Page 126

comments and thank you for your service.

Rosemary McCoy.  And on deck is Troy Squire.

ROSEMARY MCCOY:  Thank you so much --

CHAIRMAN RODRIGUES:  You are recognized for a minute.

ROSEMARY MCCOY:  -- Chair and thank you so much for, Senator Audrey Gibson, for allowing us to be here, and I respect all of you.  But I want to prick your hearts.  This is not about just signing off because of your party.  This is about real-life situations.

There's a war going on, Ukrainians and Russians.  We do not want that here in the United States, nor do we want it in the state of Florida.  But if we keep on -- and it starts from you, all right.  Everything trickles down.  From your leadership, it comes down.  And if we have a war here among you all against your people, we have Ukranian (sic) and Russia.  I don't want that.

So I'm asking you to check your own hearts out.  I'm asking you to just look at it.  If it's fair, then go with it.  But if you check your hearts out and you find out that it isn't fair, then I'm asking you to vote no.

HT_0000733

Page 127

See this?  It's blue.  But you know what they have?  Pink.  Act like this is pink.  And if you fail to vote correctly, you need a pink slip. Do your job.  That's all we asking you to do.  You want me to do my job.  So I can pay taxes.

CHAIRMAN RODRIGUES:  Please bring it in for a close.

ROSEMARY MCCOY:  Guess what?  The people want you to do your job.  That's all we ask.  I think that's fair.  Do you think it's fair?  I do. Do your job.

CHAIRMAN RODRIGUES:  thank you for your comments.

Troy Squire.  And we'll have Tameka Hobbs on deck.

I don't see Mr. Squire.  He is against the map.

Tameka Hobbs.

I don't see Tameka.  She is against the map.

Ebony Hardy-Allen, also against the map.

Hazel Gillis.  And on deck will be Myrtle Lucas (phonetic).

Thank you, Ms. Gillis.  You have a minute.

HAZEL GILLIS:  Thank you.  Good afternoon.

HT_0000734

Page 128

My name is Hazel Gillis.  I am a member of the James Weldon Johnson Branch of the ASALH, Association for the Study of African American Life and History, and I live in Congressional District 5 in Jacksonville, Florida.

Governor Ron DeSantis' rejection of the Florida Legislature's drawn political map is a direct attack on black representation and our democracy.  By proposing a congressional map that reduces Florida's black representation in Congress by 50 percent, the Governor is attempting to silence the voices of hundreds of thousands of black voters. We oppose any map that has been drawn by Governor Ron DeSantis.

In 2010, Florida passed the Fair Districts Amendments 5 and 6 that prohibits politicians from drawing districts to favor themselves and their parties and to ensure minority voters have equal opportunity to participate in the political process and have a fair opportunity to elect representatives of their choice, their party.  We must end this manipulation at all costs to protect our democracy and black vote.  Thank you so much.  Thank you, Your Honor.

CHAIRMAN RODRIGUES:  Thank you for your

HT_0000735

Page 129

comments.

Hazel Gillis.  Oh, that was you.  Thank you.

Myrtle Lucas.  And then on deck is Ingrid Montgomery.

MYRTLE LUCAS:  Good evening.  My name is Myrtle Lucas.  I'm -- I am a member of the James Weldon Johnson Branch of the ASALH, the Association for the Study of African American Life and History.

I oppose any map that has been drawn by Governor Ron DeSantis, and let's see.  We vote to -- let me see.  I'm sorry.  We vote for -- to draw maps from fair districts, and we want them to do their job and not for Governor Ron DeSantis to be a dictator and a bully.  That's it.

CHAIRMAN RODRIGUES:  Thank you for your comments.

Ingrid Montgomery with Walter Smith, Junior on board.

Ms. Montgomery, you are recognized for a minute.

INGRID MONTGOMERY:  Good afternoon.  My name is Ingrid Montgomery, and I live in Duval County.  I'm here today to voice my condemnation of this redistricting plan for Northern Florida.  This

HT_0000736

Page 130

plan splits black communities across three different congressional districts, which personally impacts me because it results in the loss of my congressional district, CD 5, which has been the "black opportunity district" linking Jacksonville and Tallahassee.

SB 2-C, also C-0109, is intentionally and unconstitutionally designed to make it ever more challenging for us black voters to elect black Democratic members of Congress.  You elected took the oath to stand up for equal ground.  "If we merge mercy with might and might with right, then love becomes our legacy and change our children's birthright."  Amanda Gorman, The Hill We Climb.  Do the right thing.  Thank you.

CHAIRMAN RODRIGUES:  Thank you for your comments.

Walter Smith, Junior.  And on deck is Lee Harris.

Are you Mr. Smith?

WALTER SMITH, JR.:  Yes.  Good --

CHAIRMAN RODRIGUES:  You are --

WALTER SMITH, JR.:  -- afternoon.

CHAIRMAN RODRIGUES:  -- you are recognized for a minute.  Thank you.

HT_0000737

Page 131

WALTER SMITH, JR.:  Good afternoon again. I am Commander Sergeant Major Walter Smith, Junior, retired U.S. Army, 30 years of military service for this country.  I oppose this proposal by the Governor.  This proposal reminds me of what took place after Reconstruction.  Thank you.

CHAIRMAN RODRIGUES:  Thank you for your comments.

I've been told that Lee Harris is not here. We'll have the record show that he is against the bill.

Next up, Jonathan Webber with Florida Conservation Voters.

Mr. Webber, you are recognized for a minute.

JONATHAN WEBBER:  Thank you so much.  My name is Jonathan Webber.  I'm the deputy director of Florida Conservation Voters, and just for the record, I am a resident of CD 5, Al Lawson's district, here in Tallahassee, just south of Apalachee.

We at Florida Conservation Voters, we strongly believe that the health of our environment is directly tied to the health of our republic.  And just as we monitor our water for pollution, we

HT_0000738

Page 132

monitor our government for signs of sickness. Fair representation is one of the best metrics we have to measure the health of our government. The census and ensuing redistricting process is the test.

Today, we are asking ourselves questions like was this map drawn with complete transparency? Does it respect the rules set forth in the Voting Rights Act and in the State and Federal Constitutions? Were the people of Florida given ample opportunity to participate and comment on this map? And most importantly, considering the profound legacy of state-sponsored oppression in Florida, does it protect or diminish the right of black Floridians to elect leaders of their choice?

You all know the answers to these questions, and while fair representation is vital, fear of doing the right thing is the ultimate terminal sickness in democracy. Our republic is only as strong as the right of minority groups to participate. I love this country not so much for its history but for its promise.

CHAIRMAN RODRIGUES: Please bring it in for a close.

JONATHAN WEBBER: That promise must be guaranteed to everyone, not just the powerful, the

HT_0000739

Page 133

monied, or the ruling class.  We stand in solidarity with our friends and allies across the state in opposition to these maps.  Thank you and thank you to everyone who showed up today.

CHAIRMAN RODRIGUES:  Thank you for your comments.

Cecile Scoon with the League of Women Voters of Florida.

CECILE SCOON:  Good afternoon.  My name is Cecile Scoon with the League of Women Voters, and I've been here a few times.  I am very disappointed, as many people are, that we are in this position. When this whole thing started, there was many promises made to adhere to all of the laws, and it was interesting that Mr. Kelly did not mention that the Tier 1, which is the citizens initiative of the Fair Districts, not only has an intent provision, it has an impact provision.

So it doesn't matter if he came here and drew the maps, and he did not intend anything. That's irrelevant to the other half, which says, if you have this impact that harms the ability to select the representative of your choosing if you are a racial or language minority, that's a problem under our law.  And so what they have done is

HT_0000740

Page 134

completely violated Tier 1 of our Constitution, which was found lawful and correct by our Florida Supreme Court.

So that is the status of the law as we stand, and anything that comes now that rebukes that or does anything like that is looking for a new court to make a different decision.  But the law right now says --

CHAIRMAN RODRIGUES:  Please bring it in --

CECILE SCOON:  -- that is illegal.

CHAIRMAN RODRIGUES:  -- for a close.

CECILE SCOON:  And we would ask you to adhere to the law as we all know it, Fair Districts and the Voting Rights Act.  Thank you.

CHAIRMAN RODRIGUES:  Thank you for your --

SENATOR GIBSON:  Chair --

CHAIRMAN RODRIGUES:  -- comments.

SENATOR GIBSON:  May I ask a question?

CHAIRMAN RODRIGUES:  We still have another --

SENATOR GIBSON:  Quickly.

CHAIRMAN RODRIGUES:  -- speaker.  And we --

SENATOR GIBSON:  It's just --

CHAIRMAN RODRIGUES:  -- are doing a hard stop at 4:30.

HT_0000741

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 135

SENATOR GIBSON:  It's a 30-second answer.

CHAIRMAN RODRIGUES:  I'm not going to recognize it at this time.

Matthew Isabel (phonetic).

SENATOR GIBSON:  Well, may I ask you a question, Mr. Chair?

CHAIRMAN RODRIGUES:  What's that?

SENATOR GIBSON:  May I ask the question of you?  Maybe our staff may know the answer.

CHAIRMAN RODRIGUES:  Yes.

SENATOR GIBSON:  Thank you.  I'm just wondering if we know how many hundreds of thousands of votes across this state did the Fair Districts Amendment pass by.

CHAIRMAN RODRIGUES:  I don't know.  We'll have staff look into that and get back to you.

SENATOR GIBSON:  Thank you, Mr. Chair.

CHAIRMAN RODRIGUES:  Mr. Isabel, you are recognized for a minute.

MATTHEW ISABEL:  Members of this committee, for months, a vast majority of you pledged your support to preserving districts that gave African Americans the ability to elect a candidate of their choice.  You defended seats that were in some form or fashion drawn three decades ago

HT_0000742

Page 136

to correct centuries of injustice.  The laws and cases from the late 20th century saw an explosion of minority representation.  Since the passage of the 1982 Voting Rights Act, the number of African American Congresspeople has gone from 18 to 60. Florida is part of this very tradition.

Redistricting in Florida began with such promise.  Draft maps from both chambers had anywhere from three to four seats designed to give African Americans a chance to elect a candidate of their choice.  Efforts for alt-right Twitter activists to dismantle districts like CD 5 and 10 were ignored by you lawmakers for the longest time, but now with the Governor's intervention, you have backtracked on all of these principles in the name of party unity.

And for what reason?  To appease a Governor who sees his path to the Presidency by acting like a modern-day George Wallace.  We see the private grumblings that many of you have fed to the press, expressing your off-the-record concern.  Most of you openly admitted in private to being afraid of the Governor.  He's threatened primaries to you, to your colleagues, and he's threatened to black -- to veto --

CHAIRMAN RODRIGUES:  Please bring it in for

HT_0000743

Page 137

a close.

MATTHEW ISABEL:  -- budget items.  He's -- I'm closing.  Why don't you just come out and say he's blackmailing you?  Instead of coming up with fake legal justifications, why don't you at least admit that you're afraid of him, and you want him to like you?  Why don't you just admit that you're cowards.

CHAIRMAN RODRIGUES:  Thank you for your comments.

SENATOR STARGEL:  Mr. Chair?

CHAIRMAN RODRIGUES:  That concludes public testimony.

Is there debate?

SENATOR STARGEL:  Mr. Chair?

CHAIRMAN RODRIGUES:  Senator Stargel, you are recognized.

SENATOR STARGEL:  Mr. Chair, I move that we -- this committee vote in SB 2-C on or before 4:27.

CHAIRMAN RODRIGUES:  That motion is made. Show it adopted without objection.

We're now in debate.

Senator Gibson.

SENATOR GIBSON:  Thank you, Mr. Chair.

First, I want to start with the whole idea

Page 138

that the state of Florida's Constitution doesn't cover Tier 1, and it absolutely does, which is why I was trying to determine approximately the hundreds of thousands of votes that -- from our constituents that supported the Fair Districts Amendment to the -- to our state Constitution, which is also a part of our first packet that we got on the Florida Redistricting packet, which I, of course, thank the staff again for.  I have papers all over the place.

And so -- in that, in the Fair Districts Amendment to the Constitution -- and I wrote a note that I don't believe that the Constitutional Revision Commission in 2018 made any changes or changed at all the Fair Districts Amendment, which speaks to the fact that districts may not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or diminish their ability to elect representatives of their choice.

And there are other parts of this, but I want to hasten so that others get to debate.  And I don't lose some other important points that I wanted to make.  One of those is if you've never been denied anything, then you have no context as to why

HT_0000745

Page 139

representation is important.  And so -- and why it is important that the representative understands the community that they're representing in totality.

And so what's on the line?  First of all, CD 5 came about as a large representing minority population because of a lawsuit years ago, and that is why that congressional district existed as a minority access district in Jacksonville.  The suit was filed by our previous member of Congress -- I don't know.  It was 19-whatever it was -- '70, '60s, in order for there to be representation to include representation of people of color.

And so in a conversation I had the other day, when, you know, when people try to figure out, oh, it's about race.  Well, it's more than about race.  It's also about need.  And so in order for those folks with health -- more health disparities than -- or health disparities -- I don't know how you can have any more -- neighborhoods that have been crumbling historically, infrastructure needs, cleaning of Brownsville and communities of color that weren't anywhere else, who represents those communities matter?

Yes.  There's growth in -- in upward mobility as well, but there are still healthcare

Page 140

disparities.  There's still holes in things that need to happen.  And so when a member doesn't understand in totality that population, the funding requests that have been put forward over the years disappear.  The blend of everyone takes the focus off of some of those who are the neediest of particularly healthcare and improvement in their neighborhoods, education, those kinds of things.

While it's getting better, it's been behind for so many years that catching up becomes difficult without a representative that doesn't understand exactly all of the people they are representing. And I think every individual in any district is just as important as the -- as the neighbor next door or across the street.  Everyone is, and that's the way I've always done my job.  But unfortunately the maps in front of us, CD 5 is one of them, where there's such a split unnecessarily, cut the community right down the middle, the community of color.

And so without having to do that and making sure that all resources are delivered to all parts of the community, it would be great if we all lived in health disparity districts, and then we'd all get the same attention.  But we don't.  It would be great if we all lived in low income communities, but

HT_0000747

Page 141

we don't.  And so those who do need representation to speak to that issue.

And so I just think that the purpose of the maps was to make two Republican forming -- it has nothing to do with race -- there are black Republicans, Hispanic Republicans -- but has everything to do with party as well.  So there's a double whammy in Duval.  We have a separation of culture, and then we also have two seats that no -- that will perform for Republican members of Congress.

And I don't -- I don't know if -- I don't know if we can even sit here and -- and call that the right thing to do.  And also in CD 10 as well. So what seems to be -- what -- what wants to be put forward to us as innocence is -- is not there, and I hope that people will remember that this is not for tomorrow or next week.  It's not -- it doesn't change for 10 more years.

And I refuse to believe that the people of color population in Duval shrunk in the past census, or if it didn't shrink, people are now living all on top of each other.  That is definitely not the case. And so I -- I'm done, Mr. Chair.  Thank you.

CHAIRMAN RODRIGUES:  Senator Bracy.

HT_0000748

Page 142

SENATOR BRACY:  Thank you, Mr. Chairman.

You know, this clearly violates Fair Districts.  It clearly violates the federal law, the federal Voting Rights Act, and I don't even think it's worth debating.  I mean, I think that's clear, and the fact that Alex Kelly would get in front of us and say he had no idea that he was taking a swath of black folks and putting -- putting them in the same district with -- with the villages and not -- and saying he didn't know that it would affect their ability to elect the candidate of their choice is a joke.  It's a joke, and it's insulting.  So I'm not going to even go there.

What I will say to you, members, is that what the Governor is doing in bullying you all, in dictating what you're going to do, you are essentially losing the power and the independence of the Senate.  And you are making the Governor the de facto President from now on, because with a bully, once you give in, it doesn't stop.  He's going to continue this, and you will not be able to defy him again.

He's threatened to -- he's threatened to primary you all.  He's threatened to primary endorsed candidates from the President, and he's not

HT_0000749

Page 143

going to stop.  And you laying down, you are setting the stage for this to happen over and over again. And if that's what you want, you want him to be the House Speaker, the Senate President, and the Governor, so be it.

But I just want to lay out what we're actually doing today, and I love you all.  I've served with you.  You all are friends, and so I'm speaking to you genuinely.  And this is how I feel, and if this is what we're going to do, so be it. But I at least want to be on record to say I don't think it's right.

And I don't think this is in tradition of what the Senate stands for.  We have been an independent body, and we made a decision before. And now we are caving.  We are folding, and I think we're better than that.

CHAIRMAN RODRIGUES:  Senator Stewart for two minutes.

SENATOR STEWART:  Thank you, Chair.

Frankly, I never thought we'd be here today.  I know that when we had months and months of meetings and we came up with a map that was extremely fair and we gave that map to the Governor, we didn't expect to have any consequences.  But

Page 144

today we see that I was really, really wrong, and that we sit here today.

This map that was produced -- and we were able to see it a few days ago, and, you know, I didn't like it. I don't like being here because I think we did a really good job when we had the opportunity to do it. But this map has no connection to Tier 1, and everything stated by the Governor's map drawer and perhaps some of the attorneys that helped him, all the paperwork is on Tier 2. Well, Tier 2 is not nearly as important as Tier 1.

And so when you've got them totally ignoring Tier 1, for whatever their reasons were stated, I think we might as well just leave here and go straight out that door and get our attorneys because we're going to be going to court anyway.

So I just think this is the wrong approach to what we have signed on to do, and we did a really good job. And I want to thank everybody here, how hard they worked, and I -- I don't -- I'm just not in favor of overturning the nearly perfect map that we put together. Thank you.

CHAIRMAN RODRIGUES: It's now 4:27, time certain.

Dana, please call the roll on Senate Bill 2-C.

THE CLERK:  Senator Bean.

SENATOR BEAN:  Yes.

THE CLERK:  Senator Bracy.

SENATOR BRACY:  No.

THE CLERK:  Senator Bradley.

Senator Brodeur.

SENATOR BRODEUR:  Yes.

THE CLERK:  Senator Burgess.

SENATOR BURGESS:  Yes.

THE CLERK:  Senator Gibson.

SENATOR GIBSON:  No.

THE CLERK:  Senator Harrell.

SENATOR HARRELL:  Yes.

THE CLERK:  Senator Rodriguez.

SENATOR RODRIGUEZ:  Yes.

THE CLERK:  Senator Rouson.

SENATOR ROUSON:  No.

THE CLERK:  Senator Stargel.

SENATOR STARGEL:  Yes.

THE CLERK:  Senator Stewart.

SENATOR STEWART:  No.

THE CLERK:  Vice Chair Broxson.

VICE CHAIR BROXSON:  Yes.

HT_0000752

Page 146

THE CLERK:  Chair Rodrigues.

CHAIRMAN RODRIGUES:  Yes.

By your vote, Senate Bill 2-C is reported favorably.

Is there any other business before the committee?

Seeing none, Senator Rouson moves we adjourn.

Show the motion adopted.

(END OF AUDIO RECORDING)

HT_0000753

Page 147

CERTIFICATE OF TRANSCRIPTIONIST

I certify that the foregoing is a true and accurate transcript of the digital recording provided to me in this matter.

I do further certify that I am neither a relative, nor employee, nor attorney of any of the parties to this action, and that I am not financially interested in the action.

_____

Julie Thompson, CET-1036

HT_0000754

**A**

abdicating 112:4
ability 30:5 61:18
  64:7 71:4 125:6
  133:22 135:23
  138:19 142:11
able 54:12 55:14
  55:15 56:24
  69:1 71:11,17
  83:7 94:5
  142:21 144:4
abomination
  97:5 98:20
Abraham 121:4
abridging 30:3
  125:4 138:16
absence 16:6
absent 25:25
  28:19
absolutely 138:2
academically
  100:5
accept 15:18
  25:20 27:18
  111:21
access 26:14
  30:24 32:5,16
  34:15 36:9,10
  40:12 41:25
  44:22 59:25
  75:3 83:16
  87:13,20,21
  97:13 98:8,10
  123:16,21
  139:8
accompanied 4:1
  11:11
accompanying
  14:11 43:12
accomplish 41:2
accomplishes
  56:22
accountable
  101:2
accurate 147:3
accusations
  115:6

achieve 11:23
  15:5 43:24
  53:21
achieved 76:20
achievement
  19:7
acquiesce 111:18
acquiesced
  109:17
Act 71:2,14,23,24
  72:4,15 85:19
  85:21 86:2,3,9
  86:13 98:4
  100:2 107:23
  110:1 111:8
  113:24 116:13
  127:2 132:8
  134:14 136:4
  142:4
acting 136:17
action 147:7,8
activists 136:11
actual 63:17
Adam 6:21 7:1
Adams 99:8
adaptation 48:4
added 124:20
addition 12:17
additional 16:19
  91:12
Additionally
  23:2
address 8:4 10:6
  82:19 106:3
addressed 23:2,4
addressing 46:23
adds 105:20
adhere 133:14
  134:13
adhered 17:6
  58:13 69:3
  107:4
adjourn 146:8
adjusts 12:24
admit 137:6,7
admitted 136:21
adopted 17:10

18:10 27:21
  35:10,11 36:12
  36:23 37:16
  47:15 49:15
  58:22 79:14
  137:21 146:9
adopting 25:24
advance 117:16
advanced 106:23
aesthetic 64:15
aesthetically 53:2
  63:21
affect 13:6
  142:10
afford 105:14,16
  105:17
afforded 124:25
afraid 136:21
  137:6
African 15:23
  38:7 39:4 47:7
  48:1 79:6 93:25
  97:15 106:25
  121:2 128:3
  129:9 135:23
  136:4,9
African-Ameri...
  8:6
Africans 120:18
afternoon 92:15
  93:22 95:1
  96:25 100:15
  101:18 106:13
  115:2 118:22
  120:4 121:15
  127:25 129:22
  130:23 131:1
  133:9
age 38:16 39:3
  58:7 63:17 68:7
  68:14 69:3,16
  70:1,2,6,7,8,12
  70:12,20,21
  72:11,25 73:21
  75:21,22,25
  76:13,19 80:17
  86:5 95:23

agenda 4:23,25
ago 6:9 18:9
  107:3 135:25
  139:6 144:4
agree 123:25
agreed 35:12
agreement 16:6
ain't 117:13
al 1:2 131:19
Alachua 110:23
Alex 5:3,7,8
  13:17 14:9,23
  14:25 15:9
  22:20 24:20
  25:11 27:10
  28:13 29:2,4
  30:9,11 31:1,17
  32:22 34:20
  36:4 37:4 41:9
  41:11 42:11,15
  43:10 44:4 46:9
  47:13 48:10,21
  49:5 51:9 52:6
  53:7 58:5,19
  59:8 60:5,25
  62:8,21 63:10
  64:13 65:7,25
  67:11,21 69:21
  70:25 71:21
  74:5 75:6,10
  76:9 77:11
  78:15 79:11
  80:10 81:11
  84:23 85:23
  86:16 142:6
aligning 55:23,24
aligns 9:24 13:10
  13:14 15:12,15
  26:4
allies 133:2
Allison 91:22
allow 50:21 73:10
  88:25 94:7
  101:2,10
allowed 4:12 50:1
  56:5,6 80:22
allowing 86:20

126:8
allows 54:17
  115:14
alt-right 136:11
Amanda 130:14
amendment
  11:21 15:3 25:9
  26:10 78:19
  85:17 86:25
  87:2,4,11,12,19
  87:23,25 88:12
  88:14,16,25
  89:10,14,18,19
  89:21 99:22
  100:6 107:23
  110:3 116:13
  117:11,22,22
  117:25 118:5
  124:25 135:14
  138:5,11,14
amendments
  101:6 107:20
  124:21,22
  125:9 128:16
America 119:9
American 15:23
  38:7 39:4 47:7
  48:1 79:6 94:8
  97:15 106:25
  108:8 128:3
  129:9 136:5
Americans 93:25
  135:23 136:10
amount 93:25
ample 132:10
analysis 3:21,22
  3:25 22:23
  25:21,23,24
  26:11 27:12,18
  27:20,21 31:2,4
  31:8,18 33:9,19
  35:6,9,10,12,13
  36:13 37:13,14
  37:15 38:13
  39:24 40:5,9
  44:18,20,23
  45:6,14 61:5,10

61:11,12 62:5,5 62:16,24 67:15 72:13 73:22
**Anastasia** 91:20
**ancestors** 100:19 100:23 120:22 121:4
**answer** 4:6 12:7 28:14 40:14 42:16 46:24 51:8 76:6 85:9 135:1,9
**answered** 30:11 32:11 34:7 36:11,22
**answers** 94:10 96:10 132:15
**Anthony** 67:2
**anticipating** 39:21
**Antonio** 55:10
**anybody** 84:13 103:17
**anyway** 52:2 144:17
**Apalachee** 131:21
**apologize** 34:21 74:6 75:6 99:9 106:17
**apology** 58:17,19 62:8
**Apopka** 68:24
**apparently** 41:24
**appeals** 108:4
**appear** 83:1
**appearance** 3:5 88:12 89:23 92:6,7
**appeared** 99:16
**appears** 83:2 85:18 116:16
**appease** 136:16
**applicable** 72:8
**apply** 86:17
**appreciate** 5:9 21:10 26:18

73:6,15 118:19
**approach** 17:15 56:4,13 144:18
**approached** 95:24
**appropriate** 4:14 70:15
**approve** 111:4,7 111:25 112:3
**approved** 46:12 109:12 111:22 111:23 123:18
**approximately** 138:3
**April** 1:12 2:1 3:14
**area** 12:11,25 55:15 56:6 58:15,21 66:12 66:24 77:9 79:4 80:19 87:15
**areas** 87:21
**argument** 98:3
**Arlington** 50:20
**Arm** 107:11
**arms** 107:12
**Army** 104:6 131:3
**Article** 109:9 124:21
**articulate** 17:13 18:11 24:18 27:15 77:13
**articulated** 15:19 27:23 37:6,14 48:12 55:18 69:6
**articulation** 17:11
**ASALH** 128:2 129:8
**asked** 3:20 61:25 82:14 119:12
**asking** 36:19 37:20 60:6 76:11 83:6 84:6 105:8 106:1

126:21,22,25 127:4 132:5
**assigns** 11:22 15:4 27:6
**Association** 111:11 128:2 129:8
**attack** 117:12 128:8
**attempt** 82:15 98:18
**attempting** 32:10 44:11 76:21 128:11
**attempts** 27:14 42:19 44:7
**attend** 4:8
**attention** 73:5 107:24 140:24
**attorney** 12:4,5 88:3 95:7 147:6
**attorneys** 144:10 144:16
**AUDIO** 1:10 146:10
**Audrey** 126:8
**author** 20:5
**authored** 7:9
**authoring** 9:7 20:6
**authoritarian** 108:9
**authority** 93:6 111:19
**autonomous** 108:11
**available** 10:23
**average** 39:7,9 39:14
**aware** 65:21 70:16,20 107:21
**awe** 121:18

_____
            **B**
_____
**back** 3:11 6:17 26:22 47:4

48:25 83:12 85:15 96:10 99:23 100:9,9 103:11 104:9 104:16 107:7 135:16
**backbone** 115:9
**background** 5:15
**backroom** 107:10
**backtracked** 136:14
**backwards** 20:10
**Baker-Rian** 90:5
**balance** 41:16
**Baldwin** 119:5
**Baptist** 92:23
**bar** 25:1
**barcode** 87:2 89:20
**Barney** 123:4 124:12,16,16 125:17
**based** 15:4 27:6 28:16 35:25 38:11 39:5 41:4 52:22 58:12 61:11,21,22 62:14,17 63:1 63:20,25 64:14 74:14 76:6 77:13 114:12 120:16
**basic** 88:22 105:17
**basically** 34:5
**basis** 11:22 16:4 16:9 97:14 98:6 120:12
**bay** 12:25 54:8 55:14 56:5,6,14 56:15,19
**Bean** 2:8,9 145:3 145:4
**beg** 125:17
**began** 10:19 59:15 136:7

**behalf** 5:3 6:22 6:24 105:25 123:12
**believe** 18:22 24:14 28:9 32:11 38:3 41:4 41:14,17 73:19 76:1 95:14 97:19,19 99:19 116:5,22 131:23 138:12 141:20
**believes** 111:9,21
**Belle** 68:21
**benchmark** 8:8 15:22 23:7 27:13 31:3,3,5 31:13 32:23 33:3 34:23,24 34:25 38:4,9 42:18,20 44:7,8 67:24 68:6 70:3 70:6 78:21 80:8 80:12 86:10
**benefit** 74:6 104:12
**benefited** 101:5
**Berry** 115:1,19
**best** 12:6,22 25:14 41:20 42:1,8,13 43:1 43:6 132:2
**bet** 112:14
**better** 21:16 56:14 103:24 105:7 140:9 143:17
**beyond** 47:11
**big** 96:1,1
**bigger** 102:9
**bill** 3:19 4:25 5:19 6:1 9:11 11:14 43:21 45:21 46:12,13 49:16 89:1,3,24 90:1,4,6,8,10 90:12,15,17,19

90:21,24 91:1,5
91:7,9,11,13,15
91:17,19,21,23
91:25 92:2 96:7
96:18 110:18
114:7,15,21
123:2 124:17
131:11 145:1
146:3
**birthright** 130:14
**bit** 25:13 34:22
50:10 54:3,5
56:18 64:25
66:10 73:20,20
**black** 37:10
38:16 57:24,25
58:7 61:13
63:17 65:17
66:21 68:7,14
69:2,16 70:1,6
70:11,20 71:15
72:1,2,11,24
73:20 75:25
76:13,19 80:17
83:3 87:21
97:15 101:4
102:3 117:8,12
117:14,17
120:16,16,17
120:22 122:1,6
123:15,16,21
128:8,10,12,23
130:1,4,9,9
132:13 136:23
141:5 142:8
**blackface** 67:3
**blackmailing**
137:4
**blacks** 114:10
**blatant** 106:24
**blatantly** 110:7
**blend** 140:5
**Blessings** 123:6
**blue** 127:1
**blurring** 60:10
60:14
**board** 100:20

106:22 129:19
**boarded** 100:22
**body** 101:2
111:19 119:17
143:15
**book** 119:12
**boots** 99:13
**born** 100:19,21
**Boston** 120:24
**boundaries** 17:1
17:9 18:7,14
50:3 55:5,6,8
56:1,3 57:15
66:5 68:5,17
125:13
**boundary** 13:8
17:3 21:4 29:9
49:18,24 50:5
50:24 56:17
57:11 63:23
64:18 81:3,24
**bow** 94:13
**boxes** 8:17 33:17
33:23
**Bracy** 2:10,11
22:7,9,11 23:21
23:25 24:7,16
25:5,7 26:6,9
30:14,16,19
31:10,12 32:1,4
32:12,20 34:2,4
35:23 36:6,12
36:15,17,23,25
37:17 38:15
39:7,13,20 40:7
51:2,4,19 59:3
59:6,7,11 65:14
65:15 66:13,18
69:11,13 70:16
70:19 71:1
72:17,18,24
79:24,25 80:1,2
80:3 81:6 82:10
121:17 123:8
141:25 142:1
145:5,6
**Bradley** 2:12

145:7
**Branch** 128:2
129:8
**branches** 108:11
**break** 54:12
62:23
**bridges** 50:20
**Bridget** 113:1,9
113:11,11
**brief** 5:17 14:10
87:11
**briefed** 3:14
**briefing** 4:5
**bring** 51:20 93:8
96:14 98:12,14
108:21 118:6
119:20 121:5
122:8 124:4
125:15,23
127:6 132:22
134:9 136:25
**bringing** 12:21
**brings** 41:19
79:19
**Brodeur** 2:13,14
145:8,9
**Brooks** 91:10
**brought** 6:15
29:22 41:12,13
41:17 71:25
114:9 117:22
**Broward** 54:1,9
**brown** 47:19
97:16 109:2
110:13,15,17
117:8,14,17
122:1,6
**Brownsville**
139:21
**Broxson** 2:7
40:19,21 88:1,2
145:24,25
**Buchanan** 90:16
**budget** 107:11
137:2
**build** 57:9
**builds** 20:8

**built** 57:12,13
**bullied** 94:13
**bully** 119:16
129:15 142:19
**bullying** 142:15
**Burgess** 2:15,16
90:18,20
145:10,11
**bus** 100:20,22
**business** 105:22
146:5
**butchering**
106:19
**Byrd** 1:6

----

**C**

**C-0109** 122:5
123:14 130:7
**call** 2:4 141:13
145:1
**called** 3:11 75:21
93:5,5,6 119:12
**campaign** 118:3
**campaigning**
118:9
**candidate** 15:25
28:1 30:20 31:8
31:14,23 35:4
37:12 59:22
61:15 71:17
74:2 95:6 97:2
114:1 135:24
136:10 142:11
**candidates**
142:25
**Cape** 19:11
**capitulated**
119:18
**card** 92:6
**Cardona** 116:9
117:1,3,4 118:8
118:18
**care** 19:15
104:19
**career** 117:16
**Carla** 94:23 95:1
95:4,4 96:13,16

**Carmen** 113:9
114:18,20,20
114:24
**Carolina** 114:9
**Carolynn** 103:3
105:4
**case** 107:25
114:9 141:23
**cases** 25:25 136:2
**cast** 118:10
**catching** 140:10
**cause** 1:2 94:17
**caving** 143:16
**CD** 38:4,17 47:5
47:9,25 48:4
57:22,22 59:21
60:18 75:2,24
75:25 80:8
82:15 130:4
131:19 136:12
139:5 140:17
141:14
**Cecile** 133:7,9,10
134:10,12
**census** 113:20
116:18 132:3
141:21
**census-designa...**
17:1
**centered** 52:24
**central** 13:9
15:10 16:13,15
16:16,18 52:19
**centrally** 80:20
**centuries** 136:1
**century** 136:2
**certain** 59:11,12
144:25
**certainly** 20:9
34:22 49:23
64:6 73:14
**CERTIFICATE**
147:1
**certified** 106:22
**certify** 147:2,5
**CET-1036**
147:23

HT_0000757

**Chair** 2:5,7 3:1
  5:7,20 11:9
  13:20 14:9,19
  14:23 22:7,20
  23:25 24:20
  25:7,11 27:10
  28:7,13 29:2,4
  29:19 30:9
  31:12,17 32:2
  32:22 34:20
  36:4 37:4 40:21
  41:22 42:11
  43:10,17 44:4
  44:17 45:18
  46:9,17 47:2,24
  48:10,17,23
  49:5 51:2,9
  52:6 58:5 59:19
  60:5,12,25 62:3
  62:12,22 63:4
  63:10 64:3,13
  64:24 65:7,25
  67:11,18 69:21
  70:19 71:21
  73:13 74:5,11
  74:22 75:20
  77:5,11 78:9,15
  79:1,9,11 80:10
  81:11 82:6
  84:23 85:13,23
  86:16,20 87:6
  92:20 101:18
  126:7 134:16
  135:6,17
  137:11,15,18
  137:24 141:24
  143:20 145:24
  145:25 146:1
**Chairman** 2:2,6
  3:2 13:19 14:2
  14:7,18,21 15:7
  22:9,18 23:23
  24:7,17 25:6,10
  26:6,19,25 27:9
  28:3,6,8,12,21
  28:22 29:3,18
  30:10,14,17,25

31:11,16 32:3,8
32:19,21 33:25
34:3,19 36:3,11
36:16,22 37:2
37:25 38:2,21
38:23 39:12
40:1,19,22 41:9
41:21 42:2,10
42:24 43:8,16
44:3,15,24 45:8
45:10,17,23
46:8,15,24 47:3
47:10,23 48:6
48:18,24 49:2
51:3,7,18 52:5
53:5 57:18,21
58:4,25 59:3,5
59:10,14 60:3
60:13,23 62:2,7
62:11,19 63:5,9
64:2,11,22 65:6
65:10,14,16,24
66:16,18 67:10
67:20 69:11,12
69:19 70:18,24
71:19 72:17,22
73:2,12 74:4,9
74:16,19,21,23
75:5,16,19 76:8
76:25 77:3,10
78:7,13,25
79:10,22,24,25
80:2,9 81:6,10
81:25 83:9,25
84:4,8,19,21
85:11,22 86:15
86:22 87:24
88:6,9,18 89:13
89:16,18 92:17
94:21 95:2
96:12,14,20
98:12,22 99:1,6
99:9 100:11,16
101:12 102:25
104:22 105:2,5
106:6,15,17,19
108:17,21

109:1 110:11
110:21 112:5,7
112:24 113:7
114:16,22,25
115:17,25
116:24 118:6
118:16,19,23
118:24,25
119:4,18,20,25
121:5,10,16
122:8,10,19,22
122:23 124:4
124:10 125:15
125:25 126:5
127:6,12
128:25 129:16
130:16,22,24
131:7 132:22
133:5 134:9,11
134:15,17,19
134:22,24
135:2,7,10,15
135:18 136:25
137:9,12,16,20
141:25 142:1
143:18 144:24
146:2
**challenge** 71:25
  72:6
**challenging**
  130:9
**chambers** 136:8
**chance** 56:14
  73:8 94:20
  118:10 136:10
**change** 18:1
  21:16 50:8
  51:16 102:14
  130:13 141:19
**changed** 6:4,7
  10:10 21:7
  69:17 119:6,7
  138:14
**changes** 5:21,23
  6:2 7:9 10:21
  13:4 16:12,15
  16:17 19:6

20:21,23 21:1
21:15,22 51:14
53:9 55:15
70:22 78:4
138:13
**character** 93:15
**Charles** 88:20
**Charlotte** 55:23
**charter** 100:20
  100:22
**cheap** 107:8
**check** 8:17 33:17
  33:22 126:21
  126:23
**Cheryl** 121:12
  122:24 123:1
**chicken** 46:20
**Chief** 5:16 95:6
**children** 95:22
  96:10 125:19
**children's** 130:13
**choice** 15:25 28:1
  30:6 31:8,14,23
  35:5 37:12
  59:23 61:15
  64:8 71:5,12,16
  71:18 74:3 89:3
  101:10 109:24
  125:7 128:21
  132:14 135:24
  136:11 138:20
  142:11
**choosing** 133:23
**chose** 76:2
**church** 92:23
  93:4,5,6 123:10
**circles** 73:2
**circular** 19:3
  21:3
**circumstances**
  59:12
**cities** 19:8,9,19
  29:9 55:9 58:15
  68:21
**citizens** 83:3 97:8
  97:22 98:16
  108:5 110:3

133:16
**citizenship** 88:24
  117:21
**Citrus** 13:1 17:20
  21:18 53:10
  54:22 55:5,20
**city** 17:7 18:13
  19:12,16,23
  20:3 49:20,22
  52:23 55:8,10
  56:2 57:5 58:19
  58:20,21 68:16
  87:16,17
**claim** 71:22
**clarification**
  76:10
**clarify** 31:1
  36:25 37:2,22
  72:7
**clarity** 14:5
  69:20
**Clark** 91:22
**class** 133:1
**Clause** 11:20
  27:6 78:18
**Clay** 50:5 52:9
**clean** 57:7,10
  58:12
**cleaning** 139:21
**clear** 17:11 21:3
  26:18 46:3,19
  57:10 107:16
  142:5
**clearly** 22:16
  29:9 33:3,3,4
  57:15 63:22
  64:17 71:13,14
  82:20 83:19
  84:14 142:2,3
**CLERK** 2:5,7,10
  2:12,15,17,20
  2:23 3:1 145:3
  145:5,7,10,12
  145:14,16,18
  145:20,22,24
  146:1
**Climb** 130:14

HT_0000758

close 68:11 70:4 88:16 89:11 96:15 118:7 119:21 122:10 124:5 125:16 127:7 132:23 134:11 137:1
closely 13:10 15:12 17:6
closer 21:6 117:22
closing 137:3
Coast 13:1 16:18 54:17
Coleton 118:20 118:22,24 119:2,3,5,22
collaborated 7:1
collaboration 9:13
collaborative 10:16
collateral 21:14
colleagues 136:23
collectively 77:6
Collier 54:22,22
Colman 90:25
color 98:7 113:22 139:12,21 140:19 141:21
columnist 119:8
combination 16:17
combined 79:15 79:20
come 2:3 20:7 26:22 45:20 50:12,15 70:13 73:15 97:9 100:24 104:9 104:16 121:22 121:23 122:1,4 122:6 137:3
comes 43:6 121:24 126:18 134:5

coming 22:4 40:9 122:16 137:4
Commander 131:2
commend 99:15 113:16
comment 69:22 87:10 114:23 132:10
comments 12:6 22:12 60:7 61:3 85:17 94:22 96:21 98:23 100:12 101:13 103:1 104:23 106:7 109:2 110:12 112:7 112:25 113:8 114:17 115:18 116:25 118:17 120:1 121:11 122:20 124:11 126:1 127:13 129:1,17 130:17 131:8 133:6 134:17 137:10
Commission 138:13
committee 1:11 2:2 3:4,8 4:4,9 4:14 6:9 7:7 11:17 25:22 26:18 30:1 36:13 37:6,15 59:9,13 79:23 82:1,3 92:20,20 120:5,5 123:13 135:21 137:19 146:6
Committee's 35:8
committeewom... 99:11
common 1:2 93:8 115:4,14
communities

42:9 52:20 53:1 55:25 62:16 63:1 64:5,19 87:21 106:25 117:8 130:1 139:21,23 140:25
community 27:24 31:7,21 31:23 33:1 35:3 37:10 53:4 61:13 72:2,3,10 79:7 86:6,12 118:1,11 123:12 139:3 140:18,19,22
compact 8:6,7 12:15 18:21 19:4 33:21 52:25 53:2,3 56:15,25 58:13 63:21,22,22 64:15 68:3,15 68:17 69:1,4,9 79:16 80:21 81:23 125:11
compactly 33:12 81:2
compactness 13:5 18:17,21 20:3,17,18,25 22:12 29:8 50:2 64:16,16 66:4 79:3,5,8,12,19 79:21
comparable 76:16,18
compare 77:18
compared 51:17 79:13
compares 7:10 67:23
comparing 18:18 19:10 52:14 56:7,8
compelling 11:24 15:5 16:5,9

25:25 27:7 28:10,17,24 29:23 33:8 34:6 34:12 35:17 42:16,21 43:25 44:1,9,12 61:23 98:16
compensated 92:7,10 116:4
complete 3:5 108:12 132:6
completely 67:6 134:1
compliance 17:5 17:12,15 18:11 80:23 109:21
compliant 18:14 20:3 69:9
complicity 108:13
complied 8:12 81:22
complies 41:14 41:18
comply 41:16
composed 23:13
compound 79:3
comprise 9:7 52:17
compromise 5:14 9:11 33:18 85:2
compromised 10:2 11:12 12:19 20:6
concentration 102:22
concept 17:13
concepts 9:18,21 12:22
concern 17:7 136:20
concerned 110:25
concerning 9:4
concerns 10:6
conclude 4:16 73:9

concluded 38:9 48:1,3
concludes 86:23 86:23 116:2 137:12
conclusions 39:5
concurrences 29:21
condemnation 129:24
configuration 11:2 50:1,20 52:13 55:1,22 58:1 62:6 79:5
configurations 32:24 51:15 78:17
configured 27:3 27:5
confirm 9:1
conflict 125:8
conform 41:5
confusing 114:5
confusion 34:22 46:19
congregations 93:10
Congress 60:18 123:15 128:10 130:10 139:9 141:11
congressional 3:9 5:1,12 6:21 9:23 11:3,4,13 11:18 12:24 13:12 14:25 15:13,18 27:2,4 35:8 37:7,11 41:3 43:23 49:21 52:11 60:8,8 61:3,5,6 61:8,10,14,16 61:20 67:21,25 68:2,6 75:23 86:10 88:4 92:24,25 93:19 97:3 100:25

103:8 109:8,24 110:23 117:13 120:7,9,15 121:21 122:7 123:10,20 124:9 128:4,9 130:2,3 139:7
**Congressman** 88:21
**Congresspeople** 136:5
**Congresswoman** 47:19 71:9
**connection** 72:3 144:8
**connects** 57:2
**conscious** 102:16
**consent** 105:23
**consequences** 21:15 143:25
**Conservation** 131:13,18,22
**consider** 7:21 20:10 30:22 81:4 93:1,2 100:1,7 107:19 124:18 125:18
**consideration** 67:15 76:22 121:9
**considered** 18:23 30:8 32:25 65:3 71:6 75:2 78:23 107:19 114:13 124:6
**considering** 9:5 67:9 132:11
**consistent** 12:12
**consists** 93:12
**constituents** 106:4 107:15 138:4
**constitution** 8:12 8:13,13 11:21 15:3 16:8 23:15 27:16 29:6,14 35:19,21,22

41:14,15 67:12 78:20 99:22,24 105:9,11 106:1 108:19 109:10 116:14 124:21 134:1 138:1,6 138:11
**Constitution's** 15:21
**constitutional** 3:12 10:6 12:18 26:4 120:23 138:12
**constitutionally** 119:19
**Constitutions** 132:9
**consultant** 9:2
**consultation** 9:12
**consulted** 8:21
**contact** 7:4
**contain** 15:23 99:21
**contained** 80:8
**contains** 43:21
**content** 20:14
**contents** 46:12 47:11
**contested** 41:4
**context** 6:8 21:25 23:2,5 60:16 67:17 68:6 138:25
**contiguity** 23:4 81:13
**contiguousness** 114:2
**continue** 53:6 90:22 120:21 142:21
**continued** 57:8
**continues** 87:22
**contract** 6:14,14 6:16,20 8:23,24
**contributing** 8:19
**contribution**

5:13
**control** 38:6,10 39:2,4,14,17
**conversation** 3:16 82:17 83:11 139:13
**conversations** 84:12 85:2
**converse** 103:17
**copy** 26:7
**Coral** 19:12
**Cord** 1:6
**Cordova** 91:16
**correct** 27:8 30:24 36:2,5 39:24 45:4,11 46:7,23 60:2 62:6,18 63:3 70:23 77:9 78:11,14 83:6 134:2 136:1
**correctly** 14:16 38:3 41:13 47:19 50:14 65:5 127:3
**costs** 128:22
**counsel** 3:17,20 6:14 8:23,25 11:11 12:8 14:12 25:13 43:12 72:7
**counties** 13:2,2 16:18 17:21,24 21:18,24 22:4 29:8 33:4 52:9 52:10,18,25 53:9,11,12,12 54:1,5,18 55:18 111:12
**countries** 104:15
**country** 88:23 109:15 131:4 132:20
**county** 11:6,6 13:6 17:6,20,23 18:1,2,3,13 19:20,21,23,23

20:3 21:17,22 22:3,5 35:1 37:10 47:18 48:15,22 50:7 52:24 54:12,16 54:22 55:1,3,15 55:16,19,20,24 55:25 56:1,19 56:21 57:17 61:13 66:8,20 66:21,23 68:19 71:8,10 80:21 110:24 113:12 122:17 129:24
**couple** 21:5 30:12 50:13 84:17 95:23 112:13
**courage** 119:13 119:14,23
**course** 16:1 25:19 29:22 41:17 47:13 49:8 53:3 138:8
**court** 8:14 47:14 107:25 114:8,9 134:3,7 144:17
**cover** 138:2
**covered** 45:1
**cowardice** 119:15,23,24
**cowards** 137:8
**create** 10:15 13:3 56:24 77:8 109:8
**created** 108:10 109:11
**creates** 12:10 54:10 110:6
**creating** 43:6 109:18
**Cristian** 116:9 117:1,3,4 118:8 118:18
**criteria** 29:21 33:13,16 34:9 61:21

**critical** 89:8
**cross** 51:1
**crossed** 19:23
**crosses** 19:20
**crossing** 50:17
**crowd** 82:5
**crumbling** 139:20
**crushing** 106:4
**culture** 141:9
**current** 41:6 58:1 120:14
**currently** 6:23 27:3,4 47:9 48:14 101:25 114:1 123:16
**curves** 55:11
**cut** 101:25 116:21 140:18
**cutting** 102:23
**cycle** 39:18 47:16
**cycles** 38:6

**D**

**D.C** 1:24
**Dade** 55:10
**Dailey** 90:9
**Dan** 3:20
**Dana** 2:4 145:1
**data** 7:22,23 8:3 8:9 10:23 24:2 31:19 32:5,9,13 32:14,17,17 37:18,20 38:4 45:20 58:10 59:21 60:16,17 60:22,24 61:6,7 61:12 66:1 70:11 73:17,17 73:23 74:7,18 74:21 75:11,11 75:13,22 76:6 77:4
**daughter** 104:8
**David** 100:13 101:14,18,20
**Davis** 91:6 116:8

116:10,11
day 109:13 118:4
  118:14 122:22
  139:14
days 119:13
  144:4
de 142:18
dealing 62:15
debate 4:13,13
  73:8 84:5 88:13
  88:14,15 116:6
  137:14,22
  138:22
debates 113:15
debating 142:5
Deborah 90:5
decade 6:9
decades 87:22
  135:25
decide 34:17
  103:18
decided 102:7
decision 54:1,2
  94:6,9 101:3
  102:16 104:4
  114:8,9,12
  123:25 124:2
  134:7 143:15
decision-making
  65:23
decisions 54:16
  54:18 89:9 96:2
  110:5
deck 94:23 96:22
  99:2 100:14
  101:14 105:3
  106:9,12 109:3
  110:14 112:9
  113:2,10
  114:19 115:1
  116:8 117:2
  118:21 120:3
  121:12 122:25
  123:4 124:12
  126:2 127:15
  127:22 129:4
  130:18

decreasing 39:19
deepen 89:5
defend 26:12
  100:23 105:10
defended 135:24
defer 25:13
deference 24:22
defers 16:11
definable 63:23
define 42:17,22
  68:4
defines 71:3
definitely 20:16
  51:16 63:14
  141:23
definition 63:7
  63:12 71:13
defy 142:21
degree 106:23
  113:14
deliberative
  50:19
delivered 140:21
demands 108:19
Demings 66:25
  71:9
demising 102:2
democracy 98:21
  117:12 128:9
  128:22 132:18
Democratic 38:7
  39:5 67:1 97:25
  130:10
Democratic-m...
  110:7
demonstrates
  110:8
denied 138:25
denies 97:13
deny 120:22
denying 30:3
  125:3 138:16
departs 35:14
departure 109:20
deputy 5:16
  131:17
dereliction 112:1

DeSantis 98:19
  128:14 129:11
  129:14
DeSantis' 116:12
  128:6
descendants
  120:18
describe 9:25
  13:13
described 125:9
description 87:10
Desert 104:14
deserve 98:18,20
  110:4
designed 130:8
  136:9
despite 55:11
detail 21:19
detailed 11:8
  20:13
details 25:16
  107:11
determination
  32:7,15 34:5
  35:24 36:1,20
  37:21 38:11
determine 8:3,5
  8:10,10 32:5,6
  32:15 34:11,16
  36:7 46:2 72:20
  72:25 93:25
  138:3
determined 3:17
  8:16 38:5,19
  39:10 40:11
  82:12
devices 3:3
devil 120:19
devolved 115:5
Dickenson
  115:22,23
dictating 142:16
dictator 129:15
difference 58:3
  69:2 77:8
differences 19:9
different 11:15

30:12 31:4,24
  32:24 35:18
  38:5 47:5 56:10
  58:2 67:7 68:16
  77:9 78:3,17
  80:17 114:8
  117:6 130:1
  134:7
difficult 140:10
difficulty 91:3
digital 1:23 147:3
dilute 98:19
  123:23
diminish 30:5
  101:4 125:6
  132:13 138:19
diminished 60:21
  83:17
diminishment
  15:22 23:16,17
  26:4 74:1 75:2
  78:10,23 81:21
  89:3
direct 117:11,25
  128:8
directed 7:17
direction 46:7
directly 131:24
director 6:10
  44:25 131:17
directs 29:25
disadvantage
  75:16
disagreement
  16:3
disappear 140:5
disappointed
  95:20 101:22
  122:4 133:11
disappointment
  99:14 102:9
disbelief 121:19
disclaimers 7:17
discriminate
  98:6 120:12
discriminates
  97:14

discuss 5:13
  82:16 115:10
discussed 9:19
discussing 74:13
discussion 49:9
  65:2
discussions 9:2
  115:5
disenfranchise...
  106:24
disfavor 7:18,20
  85:5
disfavoring
  22:24 81:15
disfavors 124:24
disheartening
  123:21 124:18
dismantle 136:12
disparities
  139:17,18
  140:1
disparity 122:6
  140:23
disregard 103:22
  103:22
dissimilar 67:24
distinct 108:11
distinction 13:13
  15:14
distinguishable
  57:10,15
distribution 56:9
district 8:6,8,11
  11:14,18 12:2
  15:1,18,20,22
  16:7,8,13,14
  18:21,24 20:15
  20:23 21:9 22:1
  22:3 23:7,13,13
  25:8,8,20,20
  26:13,13 27:2,4
  27:13,14,17,19
  28:16 29:14
  30:22,23 31:3,4
  31:5,19,25 32:9
  32:10,14,23,24
  33:3,5,12,20,22

HT_0000761

34:23,24,24,25
35:1,13,14,14
35:15,25 36:1,7
36:8 37:11 38:9
38:13 40:11
42:18,20 43:23
43:23 44:7,8
45:7,15 47:14
47:17 48:14,22
49:21 50:12,15
50:22,23,23
51:5,6,11,12,20
51:22,24 52:3,4
52:11,16,22,24
53:1,4 54:23,24
54:25,25 55:3,7
55:7,9 56:25
57:1,2,7,7,9,12
57:13,16 58:1,7
58:10,12 59:25
59:25 60:8,9
61:3,5,7,8,10
61:14,16,17,20
61:21,25 62:13
63:13,15,18,19
63:19,25 65:19
66:7,8,14,14,19
66:19,22 67:4
67:19,22,25
68:2,3,6,10,20
68:20 69:1,5,22
69:23 70:2,3,10
70:23 71:10,25
72:4,8,9,10,14
72:23 74:13,13
75:3,7,7 76:12
76:13,15,16,16
76:18,18,23
77:1,13,17,19
77:21,22 78:2,3
78:16,22 79:17
80:12,13,15,19
80:22,24,25
81:22 82:8,12
85:15,16,20
86:1,6,7,10,10
86:11,14 87:12

87:14,17,18
92:24,25 94:1,2
97:3,21 99:10
99:11 100:25
101:21 103:7,8
110:23 111:20
113:23 114:11
114:13,14
116:13 120:7
121:21 122:7
123:11 125:10
128:4 130:4,5
131:20 139:7,8
140:13 142:9
**district's** 12:15
  86:4
**districting** 115:4
**districts** 5:1,24
  5:25 6:4,7 7:20
  7:25 8:1 9:16
  10:1,2,4,10
  11:3,4,4 12:11
  12:11,14,25
  16:4,20,20 17:9
  18:3,4 19:3
  21:3,6,23,24
  22:6 26:3 27:12
  29:10,14 30:2
  43:2,7 44:19
  49:7 50:3,11
  51:15 52:11
  53:11 56:15
  62:25 63:1,2,3
  63:20,21 64:14
  64:15,20 66:2,3
  66:5 73:4 74:14
  75:23 77:7,14
  77:15 78:11
  79:4,15,20 80:7
  81:23 87:20
  89:4 93:19
  97:23 98:8,10
  101:5,7 107:22
  109:25 110:2,6
  110:7 113:20
  117:11 120:9
  120:10 123:20

124:9 125:2,2
125:11 128:15
128:17 129:13
130:2 133:17
134:13 135:13
135:22 136:12
138:5,10,14,15
140:23 142:3
**diversity** 28:10
  28:25 88:19,19
**divide** 49:24,25
  125:23
**divided** 18:3 96:4
**divider** 66:9
**divides** 49:22
**dividing** 100:8
**division** 23:10
**divisions** 89:5
**doctor** 106:22
**doing** 21:21 33:8
  56:23 81:7
  100:7 102:13
  104:10 116:15
  132:17 134:24
  142:15 143:7
**dollars** 97:6
**door** 140:14
  144:16
**double** 141:8
**doubt** 111:6
**downloading**
  10:20
**Dr** 90:3 92:11,14
  92:16,18,21
  96:22 99:1,3,5
  99:6,8,10 103:2
  104:24 105:4
  106:8,11,13,14
  106:16,18,21
  108:18,23
**Draft** 136:8
**dramatic** 109:18
**draw** 7:19 8:5,11
  26:3 28:15
  29:10,13 32:10
  33:21 42:8,18
  42:18 44:6,8

51:11 56:15
63:21,24 64:20
69:1 76:21 81:2
81:2 88:4 97:9
101:1 111:19
125:2 129:12
**drawer** 6:6,15,16
  6:20 7:4 8:24
  12:4 42:17 44:6
  54:3,6,7 61:25
  62:4 144:9
**drawing** 6:24
  7:20 8:18,19
  9:25 16:23 24:4
  26:15,15 27:2,3
  41:25 48:1,2
  52:22,24 58:12
  63:8 64:14 66:2
  68:15,17 69:7
  80:22 81:4
  101:7 102:17
  124:8,23
  128:17
**drawn** 6:22 7:25
  16:4,14 29:15
  30:2,8 33:4,12
  47:11 48:14
  53:23 57:22
  58:8,9 61:21,23
  62:25 69:6
  75:23 77:15
  78:17 79:6
  115:4 120:10
  125:3 128:7,13
  129:10 132:6
  135:25 138:15
**drew** 10:22 24:19
  46:6 50:18
  51:11,13 63:2,3
  63:13,19 64:14
  69:4,8 77:14,18
  77:20,23 78:3
  79:17,18 80:14
  80:19 81:23
  103:21 133:20
**drive** 48:21
**driving** 63:13

**drop** 68:13
**drove** 111:1
**due** 24:22 36:17
**duties** 112:1
**Duval** 33:4 52:8
  129:23 141:8
  141:21

—————
          **E**
**earlier** 4:6,18
  6:11 8:16 9:16
  22:22 32:8
  50:18 53:10
  56:11 63:15
  85:25
**early** 6:18 8:3
  33:9 108:7
**early-to-mid**
  47:20
**ears** 99:19
**easier** 21:9
**easily** 19:4
**east** 48:4 51:6,25
  53:12 56:23
  57:9,25 58:23
**easy** 108:2
**Ebony** 127:21
**economic** 89:6
**Edgewood** 68:21
**education** 89:7
  140:8
**effect** 9:6 21:4
  33:14 71:6
  78:20
**effective** 33:22
**effectively** 17:21
**effectiveness**
  33:1
**effort** 10:15 93:7
**Efforts** 136:11
**egg** 46:20
**eight** 97:25
**either** 40:10 56:2
  68:4 83:24 85:4
  93:13 119:14
  119:23
**elect** 15:24 27:25

30:6,20 31:8,14
31:23 35:4
37:12 59:22
60:4,18 61:15
61:18 64:7 71:5
71:11,17 74:2
89:2 97:8,8
101:9 109:23
125:6 128:20
130:9 132:14
135:23 136:10
138:19 142:11
**elected** 47:7,25
66:24 67:6 71:8
82:7 83:8 94:15
130:10
**electing** 67:2,7
**election** 37:18
38:6 39:17,17
47:16 60:24
**elections** 37:8,9
39:1,8,8,9
59:21 60:1
75:13
**electoral** 35:4
39:15 61:12
113:20
**electronic** 3:3
**element** 35:20
**eliminate** 85:20
93:18
**eliminates** 11:12
89:4 120:15
**eliminating**
83:15 109:24
117:10
**emergencies**
106:4
**employee** 147:6
**enacted** 11:19
15:2 19:11
**encourage** 85:3
**encouraged** 17:2
**endorsed** 142:25
**ends** 82:23
**engaged** 9:6 93:5
**engagement** 8:21

**enslaved** 120:18
121:2
**ensuing** 132:4
**ensure** 19:15,17
101:8 128:18
**ensuring** 89:11
**entire** 13:21
49:20 50:23
52:17 53:22
**entirely** 10:22
55:9,10 56:2
87:16
**environment**
103:25 131:23
**equal** 11:20 19:7
21:16 27:5 30:3
50:12 51:1
58:21 66:10
78:18 79:4
80:16 88:24
97:13 98:2,3
120:11,11
125:4,10
128:18 130:11
138:17
**equalize** 50:13
55:25 113:19
**equally** 49:22
**equivalent** 18:18
**especially** 82:22
**Essential** 105:14
**essentially** 8:7,17
11:5 19:16
21:14 27:23
35:11 41:12
53:18 54:2,7,10
54:12 55:17,25
56:24 57:12
63:12 80:24
119:18 142:17
**establishing** 5:1
**et** 1:2
**ethical** 93:13
**ethicalness** 93:12
**ethics** 93:14
**ethnic** 60:15
**ethnicity** 120:13

**evaluate** 45:14
**evening** 129:6
**everybody** 104:1
144:20
**everybody's**
103:20
**EVIDENCE** 1:23
**Evie** 96:23 99:1,5
99:5,6,8,10
**evil** 93:7
**exact** 11:2 47:21
70:5
**exactly** 20:11
21:19 50:4,7
107:25 140:12
**example** 17:25
19:18 21:16
54:21
**examples** 54:20
**exchange** 55:18
**excluded** 20:23
**excluding** 21:7,8
**excuse** 66:14
**executive** 5:4,10
8:22 101:3
**existed** 47:14
139:7
**existing** 125:12
**exiting** 123:11
**expect** 110:4
143:25
**expedite** 73:10
**expense** 108:5
117:16
**experience** 6:8
117:18
**expert** 71:22 93:2
**explain** 21:19
26:12 43:13
44:1 52:2,3
58:3 71:15
75:18 78:3 87:4
**explained** 26:17
**explains** 11:25
25:17
**explanation**
13:22 43:5

**explosion** 136:2
**expressed** 83:13
**expressing**
136:20
**Expressway**
50:21
**extending** 4:21
**extremely** 143:24
**eyeball** 21:2
**eyeballing** 32:6

**F**

**faced** 119:6,7
**facet** 71:23
**facets** 21:12 33:2
125:23
**fact** 51:24 93:17
93:22 111:21
114:10 138:15
142:6
**facto** 142:19
**factor** 63:13,14
64:8 95:16 96:1
**fail** 127:3
**fails** 35:18,18
89:18
**fair** 24:13 97:21
97:22,24 98:1
101:5 102:19
102:20 104:19
107:22 110:2
113:23 116:13
117:10 126:23
126:24 127:10
127:10 128:15
128:20 129:13
132:1,16
133:17 134:13
135:13 138:5
138:10,14
142:2 143:24
**fairly** 87:11
**fairness** 110:5
**fake** 137:5
**fall** 64:9 96:4
**families** 105:13
105:15,25

**family** 117:20
118:1 121:22
121:23 122:1
**far** 51:5,25 65:2
107:6
**farce** 107:18
**fashion** 135:25
**father** 104:8
**Fathers** 108:10
**favor** 7:18,19
84:13,15 85:4
89:13 101:7
112:22 114:21
128:17 144:22
**favorable** 89:12
**favorably** 146:4
**favoring** 22:23
81:15 82:16
83:20
**favors** 124:23
**fear** 119:24
120:16,16
132:17
**feasible** 125:12
**Feather** 66:11
**February** 6:18
**fed** 136:19
**federal** 10:6
12:17,18 22:16
23:15,18 26:2
29:25 33:14
65:3,9 71:2
88:4 100:1
109:21 120:10
132:8 142:3,4
**feedback** 16:24
81:18
**feel** 24:11 25:8
34:7 122:5,12
143:9
**feeling** 105:20
**feels** 121:23
**felt** 118:2
**Fernandez** 92:1
**Ferrin** 38:2,23
39:13 40:3
44:25 45:3,10

45:13
fight 104:16
  117:5
fighting 101:23
  104:13
figure 70:15
  139:14
filed 3:19 5:11
  89:20 139:9
filled 92:6
final 49:11
finally 118:10
  120:25 125:8
Financial 95:6
financially 147:8
find 33:17 105:14
  105:16 119:10
  126:24
fine 107:12
first 4:9 6:17
  10:11,15 17:18
  18:22 46:20
  67:9 83:21 84:3
  84:10 87:12
  92:8 102:3
  111:3 112:14
  137:25 138:7
  139:4
fit 52:10
Fitzpatrick 105:3
floor 5:6
Florida 6:10 8:7
  8:12,13,14 11:3
  12:10 13:9
  15:10,21 16:13
  16:15,16,18
  19:19 21:8 29:1
  29:6,14 41:1
  52:8,14 69:4
  81:1 87:13 90:6
  90:8,12,14,19
  90:21 91:5,7,9
  91:10,22 92:16
  92:23 95:5,7
  97:21 99:12,25
  100:8 101:21
  105:11,25

107:4 109:5,9
110:2,24 111:5
111:11 113:12
115:15 117:5
117:20 122:18
123:16,19
124:19,20
126:15 128:5,7
128:15 129:25
131:12,18,22
132:9,12 133:8
134:2 136:6,7
138:7
Florida's 105:9
  108:5 117:7,14
  124:9 128:10
  138:1
Floridian 97:4
Floridians 110:9
  116:12 118:4
  132:14
focus 140:5
focused 12:6
focusing 21:6
  22:15
folded 107:8
folding 143:16
folks 102:3
  105:16 139:17
  142:8
follow 17:2 63:22
  75:14 81:23
  105:8 106:1
  111:15,16
  125:12
follow- 28:3
  33:25 65:10
  74:9 85:11
follow-up 23:24
  36:24 38:15
  42:23 43:15
  44:14 46:14
  47:1,22 59:1
  60:12 63:5 64:1
  66:17 85:14
followed 5:19
  29:16 64:15,16

81:1,14 103:2
following 60:19
  68:25
follows 57:4,6
Foltz 6:21
force 101:4
forces 54:7
foregoing 147:2
forget 70:5
  108:25
forgotten 108:24
form 3:5 4:13
  108:19 135:25
formed 108:8
former 119:11
forming 141:4
forms 88:12
  89:23 92:8
forth 11:8 83:12
  132:7
forward 24:8
  41:13,18,19
  44:10 140:4
  141:16
fought 104:14,15
found 134:2
Founding 108:10
four 18:4 19:19
  52:10 73:4
  102:1,23
  123:16 136:9
fourth 97:4
framed 4:13
Frances 99:2
  100:13,15,18
frank 58:6
Frankly 143:21
frequently 5:18
  17:8
friends 118:1
  133:2 143:8
front 49:11
  105:13 140:17
  142:6
fulfill 3:12
full 73:21 88:21
  88:23

fully 11:25 77:25
  123:25
functional 44:18
  44:20,23 45:6
  45:13 62:5,15
  62:24
funding 140:3
further 43:13
  56:18 72:13
  147:5
Furthermore
  17:22 97:18

_____
G
_____
Gadsden 33:4
  47:18 48:15,22
Gail 99:2 100:13
  100:15,18
  120:2 121:12
  121:15 122:9
  122:11,21
gain 51:1
gained 117:21
Gainesville
  110:24
gaining 55:19
  83:18
gains 54:14,19
  115:13
games 124:8
Garden 68:24
Gardner 99:2
  100:13,15,18
gathered 117:6
gathering 65:1
general 3:20 6:13
  10:12 11:10
  14:12 43:12
  49:10 51:12
  71:23 72:14
  86:1
generally 7:12,14
  29:13 31:20
  52:21 72:6
  85:24
generation 97:4
generations

100:24
gentlemen
  125:14
genuinely 143:9
geographic 13:8
geographical
  56:17 63:23
  64:18 81:3,24
  125:12
geography 77:19
George 108:9
  136:18
gerrymander
  33:5 35:16
  48:16 51:21
  83:24
gerrymandered
  11:13 43:23
  48:3,5 61:20
  62:13,17
  114:12,13
gerrymandering
  82:13 85:18
  110:8 114:10
  115:12
getting 47:10
  78:1 84:5
  102:22 140:9
Gibson 2:17
  13:16,18,20
  14:4,14,19,24
  15:6 41:21,22
  42:2,5,13,23,25
  43:15,17 44:14
  44:16,24 45:3,5
  45:9,12,16,18
  45:24 46:14,16
  47:1,4,22,24
  48:8,17,19,23
  49:1 59:6,18,19
  60:4,12,14,24
  62:1,3,10,12
  63:4,6 64:1,3
  64:12,21,25
  73:12,13 74:11
  74:16,18,20,22
  74:24 75:9,15

75:18,20 76:23 77:1,5 78:6,8 78:14,24 79:1 80:3 126:8 134:16,18,21 134:23 135:1,5 135:8,11,17 137:23,24 145:12,13

**Gillis** 127:22,24 127:25 128:1 129:2

**give** 6:8 10:11 26:20 47:12 49:10 53:14,24 54:20 63:11 70:4 87:8 99:14 105:1 136:9 142:20

**given** 25:14 84:18 111:19 118:18 132:9

**gives** 41:6,18

**giving** 43:14 99:15

**glimmer** 99:20

**go** 19:1 20:9,21 26:10,21 34:6 36:6 39:22 47:4 48:25 51:6 52:3 56:5,6 59:5 67:14 77:8 85:15 99:22 100:8,9 107:24 126:23 142:13 144:16

**goal** 54:4 56:20 56:22 57:14

**God** 121:3,8

**Godwin** 91:24

**goes** 51:22 68:20 71:13 73:24 89:10

**going** 12:4 24:8 26:21 31:24 44:21,25 47:17 48:25 49:24

50:25 51:25 52:17 53:15 62:23 65:1 73:1 82:25 89:23,25 90:13,22 92:5,7 92:11 102:6,16 111:25 112:12 112:12,20 116:4,6,6 119:13,23 125:19 126:13 135:2 142:13 142:16,20 143:1,10 144:17,17

**good** 54:4 69:6 92:15,15 95:1 96:25 100:15 101:18 106:13 115:2 118:22 120:4 121:15 127:25 129:6 129:22 130:21 131:1 133:9 144:6,20

**Gorman** 130:14

**Gov** 107:6

**government** 7:5 88:22 103:25 108:8,12 109:19 111:10 111:13 132:1,3

**Governor** 5:4,11 5:16 8:23 10:7 12:9,19 38:19 38:25 46:6,13 97:12 98:19 99:25 101:3,25 102:8,24 107:5 107:21 109:14 109:18 115:9 116:11,21 117:15 119:16 123:14,14,22 128:6,11,13 129:11,14 131:5 136:16

136:22 142:15 142:18 143:5 143:24

**Governor's** 3:15 3:22,24 4:3 6:17 10:18 11:11 12:1 13:23 23:8,11 25:17 36:19,20 40:8 43:20 45:21 46:7,22 46:23,25 48:2 73:7 95:12 103:15,23 105:21 106:2 109:6,20 110:5 124:17 136:14 144:9

**grade** 108:7

**great** 29:1 88:20 140:22,25

**greater** 18:24 21:3 123:9

**grew** 100:20,21

**ground** 99:13 130:11

**group** 1:23 67:5 71:15 94:6 98:7 113:24

**groups** 132:19

**growth** 116:18 139:24

**grumblings** 136:19

**guaranteed** 132:25

**guess** 26:11 28:20 30:21 37:19 41:23 42:5 59:24 127:8

**guidance** 6:13

**guidelines** 29:24 65:2,8

**guides** 29:14

**Gulf** 12:25 16:18 53:9 54:17

**Gwendolyn** 90:25

---
## H

**half** 48:16,20 116:21 133:21

**hand** 3:5 54:7

**handwriting** 91:3

**happen** 59:13 140:2 143:2

**happened** 107:9

**happening** 106:23 115:15

**happy** 14:23 115:8

**Haraska** 91:4

**hard** 100:5 105:17 107:4 134:24 144:21

**hardworking** 83:3

**Hardy-Allen** 127:21

**Harlem** 88:21

**harms** 133:22

**Harrell** 2:18,19 145:14,15

**Harris** 130:19 131:9

**Harvard-educ...** 107:21

**hasten** 138:22

**Hazel** 127:22,25 128:1 129:2

**He'll** 77:3

**head** 48:8 100:20

**health** 89:6 131:23,24 132:3 139:17 139:17,18 140:23

**healthcare** 105:19 139:25 140:7

**hear** 13:22 14:16 96:6 115:9

**heard** 22:13

29:25 30:7 45:19 59:20 61:17 93:21 94:3 98:21 109:13,22

**Hearing** 88:15

**heart** 23:9

**heartbroken** 121:20

**hearts** 104:20 126:10,21,23

**heavily** 57:11 66:4

**Hedder** 120:2,4,6 121:7

**help** 31:22 67:19 69:17 94:19,19

**helped** 21:4 103:18 144:10

**helping** 80:24

**helps** 20:16 77:13

**Hernando** 55:6

**Hi** 114:20 124:16

**high** 9:8 25:1 68:9

**highlights** 10:13

**highly** 28:15 95:20 101:21

**highways** 82:23

**Hill** 130:14

**Hillsborough** 18:2,2 57:24

**Hippocratic** 108:15

**Hispanic** 70:1,7,8 70:12,21 72:2 141:6

**Hispanics** 97:17

**Historic** 123:9

**historical** 59:23 59:24

**historically** 139:20

**history** 7:24 37:8 37:10 101:10 108:7,8 120:19 128:3 129:9

HT_0000765

132:21
**Hobbs** 127:14,18
**hold** 24:25 101:1
**holes** 140:1
**Holloway** 94:24
  96:22,25 97:1
  98:14,24
**Homeowners**
  105:15
**honestly** 73:4
**Honor** 128:24
**hope** 99:15,20
  141:17
**hours** 48:16,20
**house** 6:10,14
  9:14,25 13:11
  15:13,16 16:2,6
  16:24 17:2,10
  18:10 25:22
  26:11,17 27:21
  27:23 36:12,13
  36:21,24 37:5
  37:18 38:4,25
  39:15 41:1
  46:21 61:4,9
  69:6,24 70:14
  72:19 73:18
  109:11 113:15
  120:15 143:4
**House's** 9:22
  15:19 16:12
  25:20 27:18
  35:7 36:18 37:1
  37:5 38:12 40:5
  46:3
**houses** 105:24
**hundreds** 128:12
  135:12 138:3
**hybrid** 13:3
  53:19

**I**

**idea** 31:21 67:8
  69:14 137:25
  142:7
**ideas** 99:21
**identical** 9:17

31:9 61:19
**identically** 27:12
**identifiable** 29:9
  64:17
**ignored** 136:12
**ignoring** 144:14
**III** 109:9 124:22
**illegal** 134:10
**illustrates** 53:25
**image** 59:23
**imagined** 89:5
**imbalance**
  109:18
**impact** 60:15
  65:22 117:25
  133:18,22
**impacted** 16:20
**impacting** 13:2
**impacts** 130:2
**implemented**
  8:15
**implicated** 86:2
  86:13
**implication** 86:9
**implore** 120:21
**important** 7:17
  20:24 22:16
  40:13 67:17
  69:25 89:8
  117:19 118:11
  138:23 139:1,2
  140:14 144:11
**importantly**
  132:11
**improve** 10:7
  13:5 50:2
**improved** 50:19
  56:16
**improvement**
  79:20 140:7
**improvements**
  5:18 10:13,19
  12:14,20 16:16
  16:19 17:18
  20:8,10,19
  21:11 53:16,21
**improves** 18:20

**in-** 6:13
**in-between** 16:22
  57:4
**include** 62:5
  102:18 139:11
**included** 3:8,23
  4:1 11:14 43:22
  47:8
**includes** 74:14
  80:20
**including** 7:22
  9:5,6 16:14
  33:20
**income** 140:25
**incorporated**
  21:21
**incorporates**
  9:14,18,21
**increase** 13:7
  17:3
**increasingly** 89:8
**incumbent** 7:18
  22:24 81:15
  85:5 124:24
**independence**
  142:17
**independent**
  143:15
**indicated** 4:20
  27:1
**indicates** 16:9
  116:19
**indiscernible**
  13:19 26:23
**individual** 39:16
  140:13
**individually**
  39:18
**individuals** 90:13
  90:23
**information**
  40:13,17 45:25
  46:1
**infrastructure**
  139:20
**Ingram-** 105:2
**Ingram-Fitzpa...**

106:8,10
**Ingrid** 129:4,18
  129:22,23
**initially** 6:12
**initiative** 133:16
**injustice** 121:25
  136:1
**inland** 13:2 53:12
**innocence** 141:16
**insight** 38:1
**instructed** 22:25
**insulting** 142:12
**insurance** 105:16
**intend** 23:1 81:17
  133:20
**intended** 22:14
  82:24 85:6
**intent** 7:19 29:11
  29:11 30:2 41:5
  58:8 82:21
  83:14 84:25
  85:2,4,7 87:19
  88:4 103:16
  125:3 133:17
  138:16
**intentionally**
  22:23 81:15
  124:23 130:7
**interact** 21:23
**interest** 11:24
  15:5 26:1 27:8
  28:10,18,24
  33:8 34:6,12
  35:17 41:25
  42:1,8,14,17,21
  43:1,6,25 44:2
  44:9,13 61:24
  62:17 63:1 64:5
  64:19 79:7
  98:17
**interested** 4:7
  147:8
**interesting**
  133:15
**interpretation**
  114:14
**interpreted** 8:14

**Interstate** 50:21
**intervention**
  136:14
**introduce** 82:4
**introduced**
  105:23
**introduction**
  5:17
**invited** 4:7
**Iraq** 104:6,15
**irrelevant** 133:21
**Isaac** 121:4
**Isabel** 135:4,18
  135:20 137:2
**Isle** 68:21
**issue** 23:4 27:17
  117:19 141:2
**issues** 61:18,19
  113:21
**items** 137:2
**iteration** 50:17

**J**

**Jackson** 91:20
**Jacksonville**
  47:17,18 48:14
  48:21 49:19,24
  77:25 78:1 79:4
  90:14,18,20,23
  90:25 91:4,6,8
  91:10 99:12
  109:5 128:4
  130:5 139:8
**Jacksonvillian**
  97:4
**Jacob** 121:4
**jagged** 119:10
**James** 119:5
  128:1 129:7
**January** 6:11,18
**Jasmine** 92:1
**Jay** 37:25 38:2,21
  38:23 39:12,13
  40:1,3 44:25
  45:3,10,13
**Jean** 90:7
**Joanne** 91:10

HT_0000766

**job** 112:4 127:4,5
  127:9,11
  129:14 140:16
  144:6,20
**jobs** 104:18
**Joe** 90:3
**John** 91:18 115:1
  115:19,20,20
  119:12
**Johns** 49:19 50:7
  52:9,12
**Johnson** 128:2
  129:8
**joined** 82:3
**joke** 142:12,12
**Jonathan** 90:20
  131:12,16,17
  132:24
**Jones** 94:23,25
  95:1,4,5 96:13
  96:16 121:12
  122:24
**Joy** 90:18
**JR** 130:21,23
  131:1
**judgment** 35:11
**Judy** 106:11
  109:2,4,4
**Julie** 147:23
**jump** 10:1
**Junior** 123:8
  129:18 130:18
  131:2
**justice** 89:7
  121:3
**justification**
  27:22
**justifications**
  137:5
**justify** 61:25 80:6

**K**

**keep** 4:19 12:5
  19:22 54:1,5,22
  55:14,16 63:6
  82:10 87:10
  105:14 126:16

**keeping** 17:20
  19:21 21:18
  29:8,8 54:9
  55:20,20,22
  64:5 68:22
  99:17 102:22
**keeps** 57:17 79:6
  87:16,17
**Kelly** 5:3,6,7,8
  13:17,23 14:5,9
  14:23,25 15:9
  22:18,20 24:15
  24:20 25:11
  27:10 28:13
  29:2,4 30:9,11
  31:1,17 32:22
  34:20 36:4 37:4
  41:11 42:6,10
  42:11,15 43:9
  43:10 44:3,4
  46:9 47:13
  48:10,21 49:5
  51:9 52:6 53:7
  58:5,19 59:8
  60:3,5,23,25
  62:8,21 63:10
  64:13,21 65:7
  65:25 67:11,21
  69:21 70:25
  71:19,21 74:5
  75:5,6,10 76:8
  76:9 77:11
  78:15 79:11
  80:5,10 81:11
  83:13 84:11,22
  84:23 85:23
  86:16,24 97:18
  133:15 142:6
**Kemper** 91:18
**Kennedy** 119:12
**kept** 19:12 68:23
  68:24
**key** 17:17 19:14
  19:19,20 21:12
**kids** 125:21,22
**killed** 104:2
**kind** 40:23 41:7

  64:10 77:25
  79:2
**kinds** 140:8
**king** 108:9,13
**know** 3:9 5:22,22
  7:23 19:18 20:6
  23:21 24:3,23
  24:24 27:11
  31:19 34:11
  37:21 40:14
  42:19 49:19
  51:10 59:11
  70:3 71:24 72:3
  72:19 73:1
  75:11,13 77:12
  81:12 82:19
  83:5,22 85:8
  93:22 94:2 95:9
  95:10,11 96:8
  102:20,20
  103:24 104:20
  104:20 106:24
  107:11 108:3
  109:13 118:14
  120:18,19
  122:2,12 127:1
  132:15 134:13
  135:9,12,15
  139:10,14,18
  141:12,13
  142:2,10
  143:22 144:4
**knowledge** 47:13
  58:11 68:7 72:7
  72:8
**known** 67:3
**knows** 121:23
**Kuwait** 104:7

**L**

**L.J** 97:1
**labels** 20:15,23
  21:9
**lack** 29:11,11,12
**lacking** 16:10
**Ladies** 125:14
**laid** 27:20

**Lake** 66:23 71:10
**Lakeland** 19:14
**landing** 98:13,15
  108:22 121:6
**language** 13:24
  14:2,5 30:4
  42:7 43:20 71:4
  75:12 78:20
  97:16 98:7
  125:1,5 133:24
  138:17
**languages** 83:6
**laptop** 103:10
**laptops** 103:12
**large** 15:24 139:5
**largely** 18:18
**larger** 12:25 18:1
  49:21 52:23,23
  53:3 70:8
**Larry** 118:20,22
  118:24 119:2,3
  119:5,22
**LaShonda** 94:24
  96:22,25 97:1
  98:14,24
**Lastly** 16:22 19:6
**late** 6:18 47:15
  88:20 119:11
  136:2
**Latinos** 94:1
  102:4
**Lauren** 115:20
  115:22,23
**Lavashal** 91:4
**law** 22:17 23:18
  26:2 29:25
  33:14,14,24
  41:6 65:3,9,9
  67:13,13 69:4
  81:1 97:20,22
  98:2 109:22
  120:10 133:25
  134:4,7,13
  142:3
**lawful** 80:13
  134:2
**lawfully** 69:9

**lawmakers** 29:25
  136:13
**laws** 97:9,21
  99:17 117:9
  133:14 136:1
**Lawson's** 131:19
**lawsuit** 139:6
**lawsuits** 108:4
**lay** 24:12 113:18
  143:6
**laying** 24:9 143:1
**lead** 93:5 111:7
**leader** 117:4
**leaders** 93:11
  132:14
**leadership** 9:13
  93:3,12,14
  117:7 126:18
**League** 133:7,10
**leaned** 66:4
**leaning** 57:11
**learned** 108:7
**learning** 40:17
**leave** 50:22
  123:19 144:15
**led** 24:18
**Lee** 13:1 53:10
  55:25 56:1
  130:18 131:9
**left** 49:14 77:17
  104:3
**legacy** 87:22
  130:13 132:12
**legal** 3:21,22
  11:16 12:1,8
  137:5
**legislative** 101:2
  105:22 111:19
  116:12 120:9
  124:1
**legislators** 97:9
  109:7,17
  116:15
**Legislature** 3:10
  6:25 7:11 8:15
  8:24,25 9:15,17
  9:20 10:4 11:20

HT_0000767

12:2,16,21 15:2
18:16,23 20:5,9
32:25 41:19
42:22 44:10
46:11 49:15
50:4,6,8 51:11
51:17 53:25
58:22 67:23
77:14,18 78:18
79:14,16,18
105:24 109:7
116:20 124:3
**Legislature's**
7:11,13 10:17
10:20,22 11:2,7
12:23 13:4
17:14 18:19
19:7,11 23:10
33:20 42:19
44:6 51:14
53:19 56:9,20
77:20 78:2
128:7
**Legislatures** 6:23
109:15
**lend** 93:6
**length** 48:22
**lengthy** 49:9
**Leo** 55:10
**Leonard** 119:8
**let's** 36:6 67:20
87:2 101:10
129:11
**letter** 3:24 26:7
26:21 30:15,16
43:9,11,13
**level** 38:6
**lied** 96:13,17
**lies** 28:23
**lieu** 17:21 19:23
**life** 93:8 100:4
102:13 121:21
128:3 129:9
**lift** 56:12
**likelihood** 109:23
**limitation** 54:3,6
54:6

**line** 20:2 31:20
33:12 57:3,7,14
60:10 66:8
68:19 101:1
124:23 139:4
**linear** 54:24
**lines** 13:8 17:7
18:14 19:20,24
21:4,23,24
47:11 49:11
50:24 55:11
56:17 57:10,11
58:13,13 63:23
64:9,18 68:4,17
81:3,24 97:10
101:1 105:13
111:20 112:20
**linking** 130:5
**Lisa** 90:11
**list** 92:4
**listening** 82:9
96:19 100:10
122:15
**literally** 50:21
56:22
**little** 6:8 21:5,9
21:19 25:13
34:22 50:10,25
54:2,5 56:18
64:25 66:10
73:20,20,22
77:24 112:20
**live** 24:24 92:24
94:1,1,5 100:19
105:15 110:22
111:23,24
112:2,3,16
125:19 128:4
129:23
**lived** 101:21
140:22,25
**livelihood** 104:14
**livelihoods** 104:5
**lives** 103:13,14
**living** 25:3 96:4
117:23 118:3
141:22

**local** 111:10
**located** 80:21
**logic** 37:14,15
**logical** 49:23
112:16,21
**logically** 50:25
**lone** 49:20
**long** 89:10
110:13,16,19
110:21,22
112:6 121:21
**Longboat** 19:14
19:19,20
**longer** 75:2 78:12
105:16
**longest** 136:13
**look** 7:22 8:1
32:4,17,23
39:14 52:18
56:12 61:6,7
70:11,11 77:17
82:24 83:19
84:13 97:24
100:1,3 102:21
107:2,12
115:11 120:25
126:22 135:16
**looked** 24:2 37:8
37:9 39:15,16
39:18 40:25
45:20 62:4
72:23,24 82:15
93:24 95:20
103:18,20
**looking** 15:11
22:2 32:13 41:2
51:5,22 52:7,13
58:10 68:10
71:2 74:7,8
78:21 95:17
99:12 103:10
103:12 114:1
122:14 134:6
**looks** 51:22 91:2
91:3,14 99:18
112:15,15
115:12 122:11

**looming** 105:18
**Lore** 91:16
**lose** 138:23
**losing** 105:19
142:17
**loss** 130:3
**lot** 73:3 84:16
87:7 95:19
113:12,12,16
113:17
**love** 125:20
130:12 132:20
143:7
**low** 123:22
140:25
**Lucas** 127:23
129:4,6,7
**Lucie** 11:6
**luxury** 104:11

**M**

**M** 1:24 92:12,14
92:16,18,22
**ma'am** 86:22
100:17 116:10
**main** 79:17 89:1
95:16
**maintain** 20:25
98:24
**maintains** 10:25
**Maitland** 68:22
80:20 91:22
**major** 17:4 18:12
56:2 58:13,14
58:23 68:4,19
131:2
**majority** 55:1
64:6 72:9 86:4
86:5,7,11
135:21
**making** 10:21
21:15 53:16
70:22 100:3
107:4 108:2
116:16 140:20
142:18
**man** 125:20

**Manatee** 57:17
**mandates** 108:19
**manipulation**
29:12 128:22
**manner** 9:7 26:3
33:11,24 104:3
**map** 3:15,17,25
4:6,10 5:5,10
5:11,22,25 6:3
6:6,15,16,17,20
7:2,2,4,8,10
8:24 9:22,25
10:19 12:3,6
13:11 15:12
16:23 17:6
18:22,23 19:2
20:18 23:3,12
24:4 26:12,15
30:7 36:18,19
41:13,18 42:17
43:21,22 44:6
45:22 46:3,25
48:3,25 49:11
51:5,17 53:16
54:3,6,7,14,19
55:17,20 56:7,9
56:21 61:25
62:4,14 63:25
65:3 66:3 67:23
67:25 69:8
73:18 74:12,15
76:1,12,13,15
76:18,18 78:2
85:8 94:11
97:13 101:1
102:6,7 106:2
107:19 111:4
112:15 114:11
115:8,10,14,21
115:24 116:12
117:11,14
120:14 123:14
123:17 124:3
127:17,20,21
128:7,9,13
129:10 132:6
132:11 143:23

HT_0000768

143:24 144:3,7 144:9,22
map's 18:13
maps 3:10 6:22 6:24 7:5 9:18 11:19 12:3,12 12:16,21,23,23 13:4 15:1 16:25 18:15 23:11 41:3 42:5,8 45:2 46:4,5,6 46:11,21,22,23 47:8 48:1,2 50:18 51:12 53:19 73:23 77:6 82:22 83:1 88:5 98:24 102:17 103:18 103:21 107:4,5 107:22 108:20 109:6,8,12,20 109:22 110:9 111:7,22,22,23 111:25 112:2 114:1 129:12 133:3,20 136:8 140:16 141:4
march 121:22
marched 121:22
Marcus 122:24 123:6,8 124:6
marginalize 93:20
marginalized 99:18
Marion 113:12
Marsha 116:8,10 116:11
Martin 92:12,19
match 57:15 78:5
materials 3:23 4:2
Matt 90:9 112:8 112:11
matter 93:2 103:9,13 133:19 139:23

147:4
matters 88:20 98:17 122:3
Matthew 135:4 135:20 137:2
McCoy 122:24 123:3,4,6,8 124:6,13 126:2 126:4,7 127:8
mean 18:17 20:1 21:20 24:3 26:11 29:4 53:24 63:11 67:4 142:5
meaningful 21:25 54:13,16
means 54:13,21 83:15 96:9
measure 132:3
Mecca 91:24
medical 106:22
meet 27:7 33:7 34:5,8,17,18 41:24 63:24
meeting 3:8,23 4:8,16,21 37:6 37:7
meetings 143:23
meets 9:8 61:23
member 3:6 60:18 82:2 120:6 128:1 129:7 139:9 140:2
members 3:9 4:4 4:6,9,11,14 5:7 11:16 48:24 79:23 82:1 92:21 101:19 109:24 116:6 119:17 120:5 123:20 130:10 135:20 141:10 142:14
membership 98:7 105:24
memo 25:16

memorandum 11:9,17,25 43:12 48:13
Memorial 123:10
mention 24:6 133:15
mentioned 18:9 34:4 60:1 69:14 84:16 107:20
mercy 130:12
merge 130:11
message 4:1 10:18 11:12 14:11,12,13 23:8 25:18 42:6 43:4
met 19:18
methodology 17:3
metric-driven 54:14
metrics 10:8,14 12:20 19:17 132:2
middle 140:19
Midtown 57:25
miles 51:21,23 52:3
military 131:3
millions 118:4
Milton 90:8
mind 94:15 111:6
mine 100:24
minor 12:13
minorities 30:4 30:20 31:13 71:4 75:12 89:2 95:18 97:16 98:19 101:8,24 102:3 109:23 125:1,5 138:18
minority 16:7 26:14 27:20,24 30:23,23 31:7 31:21,23 32:5 32:16 33:22 34:8,10,14,15

35:3,25 36:8,9 41:25 42:9 43:7 44:22 45:6,15 59:25 60:18 72:10,20 73:1 75:3 80:6 83:16 86:6,12 87:13 87:15,20,22 89:4 98:7,8,10 98:17 99:18 109:25 111:4 113:24 116:14 116:18,20 128:18 132:19 133:24 136:3 139:5,8
minority/majo... 11:1
minute 18:9 116:7 119:1 121:14 123:5 124:15 126:6 127:24 129:21 130:25 131:15 135:19
minutes 10:9 92:13 93:17 95:3 96:24 99:4 100:16 101:16 103:5 106:20 110:20 112:10 113:3 116:5 143:19
missed 102:12
Missionary 92:22
Mister 13:16
mobility 139:25
modern-day 136:18
modified 10:5
moments 19:2
monied 133:1
monitor 131:25 132:1
Monroe 11:6
Montgomery 129:5,18,20,22

129:23
months 105:19 107:3,10 118:9 135:21 143:22 143:22
moral 93:6,13,14
morally 93:17 94:4
morning 92:15 95:8
mother 95:22
motion 4:18 137:20 146:9
motivated 83:2
move 4:24 40:15 71:7,9 88:13 89:23 90:13 92:9 116:4 137:18
moved 65:18 66:22 81:22 112:17 117:20
movements 117:6
moves 146:7
Moving 55:13
Mt 92:22
multiple 33:2 89:15,17
municipal 57:11 68:5
municipalities 68:22
municipality 52:23
Myrtle 127:22 129:4,6,7

**N**

name 5:8 6:21 92:21 95:4 97:1 99:5 101:20 103:6 106:14 109:4 113:4 114:20 117:3 120:5 123:8 128:1 129:6,23

131:17 133:9 136:15
**Nancy** 106:9,13 106:14,16,18 106:21 108:18 108:23
**narrowly** 11:23 27:7 28:17 35:17 43:24 44:12
**Nassau** 52:8
**Naturally** 52:16
**nature** 115:10
**nay** 89:16
**nays** 89:17
**near** 67:14
**nearly** 49:22 80:15 120:11 144:11,22
**neatly** 125:10
**necessarily** 43:5 93:23
**necessitating** 108:3
**necessities** 105:18
**need** 16:7 29:23 45:5 50:12 75:3 93:9 96:9,12 102:15,18,21 106:22 107:13 127:3 139:16 140:2 141:1
**neediest** 140:6
**needs** 104:1 139:20
**neighbor** 140:14
**neighborhoods** 139:19 140:8
**neighboring** 21:24
**neighbors** 118:2
**neither** 76:16 147:5
**net** 13:5 55:19
**neutral** 12:14 62:18 63:3,8

73:23 83:23
**never** 64:4,8 85:1 85:3 118:15 138:24 143:21
**new** 7:10 12:11 21:23 50:1 82:2 108:13 115:12 120:8 124:9 134:6
**newly** 82:7
**news** 65:12
**nice** 57:6 58:12 104:3
**Niceville** 90:5
**nominee** 67:1
**non-** 15:21
**non-attorney** 63:11
**non-Committee** 4:11
**non-compensat...** 92:8 116:3
**non-diminishm...** 23:6
**noncompact** 79:18
**nongeographic** 18:6
**nonpolitical** 18:6
**Nordby** 3:21
**north** 53:12 56:4 56:13 57:13,14 58:24 66:11 100:19 114:9
**Northeast** 8:7 12:10 52:7
**northern** 57:1 66:6,6 87:13 129:25
**note** 7:14 10:21 12:3,7 22:22 138:11
**noted** 9:16 10:2 11:1 22:25 49:13 53:10 56:11 63:14 69:22 78:16

80:11 81:12,16 84:24 85:1
**noticed** 39:1,19
**notwithstanding** 97:11
**number** 4:25 10:25 17:19,23 17:23 45:22 52:25 54:17,18 70:5 123:18 136:4
**numbers** 7:24 77:8 78:4 83:17 94:2
**nurse** 113:13
**NW** 1:24

---
**O**

**o'clock** 4:17
**oath** 59:8 108:15 108:15,24 112:1 122:13 130:11
**oaths** 111:15,16
**objection** 23:11 89:21 137:21
**objections** 12:1 12:18
**obligated** 26:3
**obligation** 3:13 41:16 44:5 80:11,13 81:21
**observing** 33:20
**obviously** 22:13 35:20 41:15 49:8 54:4,4 77:21 81:13
**occur** 19:13
**occurred** 19:17
**Ocoee** 68:24
**Odwan** 101:14 103:6,7 104:25
**off-the-record** 136:20
**offer** 30:13 123:25
**offering** 21:2

**offhand** 40:4
**office** 3:6,15,24 4:3 5:4,10,11 6:12 7:21,25 8:23 9:4,13,21 12:13 36:20 40:8 51:13 62:24 73:7 95:12 103:15 103:23
**office's** 5:13 7:2 8:20 11:10 12:23 13:4 16:23 17:13 25:3 53:20
**Officer** 95:6
**official** 9:3
**oh** 49:1 129:2 139:15
**okay** 14:18 15:6 24:16 32:12 35:23 36:6,6,25 37:17 39:20 40:7 48:24 51:18 67:18 70:16 71:1 74:20 76:9 77:1 81:25 83:14 84:2,9,11 85:15 86:19 89:24 90:22 96:16 106:21 112:11 116:2 119:4
**once** 22:13 142:20
**ones** 52:1
**open** 4:20
**opened** 24:9 55:16
**opening** 53:10 78:16 81:12,16 84:25 85:1
**openly** 136:21
**operative** 9:3
**opinion** 88:3 96:8 103:20
**opportunity** 5:9

30:3,15 89:2 101:9 105:6 125:4 128:19 128:20 130:5 132:10 138:17 144:7
**oppose** 110:9 122:5 128:13 129:10 131:4
**opposed** 89:16 109:5
**opposing** 124:17
**opposition** 111:2 133:3
**oppression** 132:12
**options** 56:12
**Orange** 19:12 35:1 37:10 61:13 66:20,21 71:8 80:21 122:17
**order** 2:3 4:18 50:23 53:20 59:17 139:11 139:16
**organize** 118:2
**organizing** 117:24
**original** 50:17
**Orlando** 34:25 47:18 80:6 87:15 91:13,15 91:16,18,20,24 92:1,5,12,16,23 95:5 101:20 112:17 117:5 117:20
**Osceola** 54:1,9
**Osgood** 82:6,7 83:11 84:2,7,9 84:20 85:13 86:14,19
**ought** 94:19
**outcome** 82:18
**outcomes** 69:16
**outline** 81:1

HT_0000770

outlined 29:5,6
  29:20
outright 38:10
  98:18
outset 7:16 12:8
outside 8:22,22
  107:17
outstanding 23:9
overall 12:15,19
  13:5 50:2 54:15
  56:7 58:21
  79:19 82:25
overcome 121:8
overreliance
  16:25
oversight 6:13
overturning
  144:22
overview 10:12
  25:15
overwhelmingly
  110:4

**P**

P000C0109 3:16
packed 57:24
packet 13:21,24
  14:3 26:7 44:19
  74:12 75:17
  138:7,8
packets 11:10,17
pain 105:20
painfully 107:16
Panhandle 11:3
  21:7 52:15,16
papers 138:9
paperwork
  144:10
parameters
  24:10,12
Park 68:23
Parramore 90:3
part 14:14 21:17
  22:22 44:5 49:6
  52:19 55:2 57:1
  57:3 65:8 66:7
  66:8 81:13,14

136:6 138:6
participate 30:4
  94:8 125:5
  128:19 132:10
  132:20 138:18
participation
  88:21
particular 8:13
  55:22 72:9
  86:12 98:3
particularly 33:9
  43:7 140:7
parties 101:8
  128:18 147:7
partisan 9:2 66:1
  110:8
partisanship
  124:8
parts 138:21
  140:21
party 7:18,22,24
  9:3 22:24 81:16
  82:17 83:16,21
  84:13,15 85:5
  116:17 119:8
  120:24 124:24
  126:11 128:21
  136:15 141:7
Pasco 55:1,6
pass 135:14
passage 136:3
passed 3:10 6:1
  7:11 9:15,17
  10:3 12:2,16,21
  13:14 18:15
  46:21 51:17
  67:23 76:2
  110:2 128:15
passing 117:8
pastor 92:22
  122:24 123:3,4
  123:6,9 124:6
path 120:21
  136:17
pay 95:18 127:5
paying 73:5
people 60:15

64:9 65:18
66:21 67:6 71:7
71:16 73:3,5,8
73:10 83:7
91:12 93:1,20
94:6,20 97:2,16
98:2 99:18,23
99:24 102:5,9
102:10 107:14
115:9 120:16
120:17,17,22
121:1,25 122:6
126:19 127:8
132:9 133:12
139:12,14
140:12 141:17
141:20,22
people's 104:5
percent 18:7,8,8
  38:8,18 39:11
  39:22,24 68:8,9
  68:12,13 70:4,5
  70:8 72:1,1,2
  73:22,23,24
  76:1,3,14,20,20
  76:24 77:2
  78:12 104:1
  111:6 117:15
  123:19 128:11
percent-plus
  72:11
percentage 31:15
  34:17 40:2
  68:12 69:2
  80:16
percentages 40:4
  69:15 72:19
  74:14 75:1 76:7
perfect 100:3
  144:22
perfectly 78:5
perform 42:9
  141:10
performance
  45:14
performing 8:6
  10:25 25:21

27:19
period 87:8
permits 4:11
  92:9
Perry 90:11
person 89:2
  100:4 111:9,17
  111:20 113:18
personally 33:10
  130:2
persons 97:20,20
perspective 25:3
  33:14,15 40:23
persuasive 101:3
pertained 60:7
perused 30:16
Pete 57:5,23,25
  58:16 66:11
Petersburg 19:14
  87:17 90:11
PhDs 113:12
phonetic 90:7,16
  91:4,6,14,16,24
  96:23 101:15
  112:9 113:2
  114:19 115:1
  115:22 117:2
  118:21 127:23
  135:4
physically 53:2
physician 105:12
  108:14
physicians
  113:13
Pick 49:4
piece 68:20
Pierre-Joseph
  120:2,4,6 121:7
Pinellas 56:19,21
  57:4,23 65:18
Pinellas-Hillsb...
  57:3 66:7
pink 127:2,2,3
pinkish 55:7
Pitts 119:8
place 17:1 47:15
  105:15 131:6

138:9
places 54:2,5
plain 31:5 33:6
  78:20
plainly 19:3
  27:18
plan 5:12,14,19
  5:20 6:2,7,19
  6:21 7:9,10,12
  7:13,15 8:18
  9:5,7,10,11,15
  9:23 10:2,3,11
  10:17,20,22,24
  10:24 11:7,15
  11:16 12:10,19
  12:24 13:9,12
  13:14 15:11,11
  15:14,15,17
  16:11,23,24
  17:10,19 18:5
  18:19,19,20,20
  19:6,8,10,11,13
  20:5,6,7 21:7
  21:13 23:14
  45:25 46:10,10
  49:14,15,16
  54:11 75:24
  77:15,15 79:12
  79:13,14,14,16
  79:20 110:6
  111:2,2 112:22
  112:22 113:6
  115:3,4 116:22
  129:25 130:1
planned 95:10
plans 8:20 9:4
  17:13 53:20
  116:21
Plant 19:12
play 12:5 64:4
  95:13
plays 96:1
please 2:4 14:22
  15:7 37:3 48:7
  49:4 53:5 82:4
  83:10 96:7,7,17
  96:17 98:12

106:1 108:17 108:21,23,23 110:8 118:6 119:20 121:6 122:8 124:4 125:15 127:6 132:22 134:9 136:25 145:1
**pleasure** 121:18
**pledged** 108:14 135:22
**point** 16:3 25:13 26:2 40:16 50:9 50:11,15 59:16 67:5,9 68:13 69:2 80:4,16 94:4
**points** 17:17 31:2 49:10 138:23
**political** 7:18,22 8:2,9 9:2,3 13:7 22:24 29:11 30:5 31:19 32:9 32:13,14 33:1 56:16 61:6,7 63:23 64:17 66:1 81:3,16,24 82:17 83:16,20 84:13,15 85:5 89:6 97:14 115:5,13 117:16 124:8 124:24 125:5 125:12 128:7 128:19 138:18
**politically** 33:22 83:2
**politician** 92:25
**politicians** 101:6 128:16
**politics** 112:18
**Polk** 17:21 21:17 21:22 22:3,4 54:1,9,12,16 55:15,21
**pollution** 131:25
**Polsby-Popper**

18:24
**population** 15:23 22:6 38:16 39:3 49:21 50:12 51:1 52:16 56:1 56:9 58:7 63:17 66:10 68:7,14 69:3,17 70:1,2 70:6,7,9,12,13 70:21,21 72:12 72:25 73:21 74:2 75:22,25 76:13,19 77:19 77:22 80:6,18 86:4,5 120:11 139:6 140:3 141:21
**populations** 78:4 113:19 125:10
**Port** 19:12
**portion** 22:5 77:24
**portions** 9:15 18:2
**position** 3:7 15:18 26:17 36:24 37:1,5,19 37:22,23,24 41:6 133:12
**possible** 8:5,10 8:17 58:15
**possibly** 67:2
**potential** 26:1 66:25 86:3
**power** 109:18 142:17
**powerful** 118:2 132:25
**practicable** 125:11
**practices** 98:5
**preamble** 24:9 24:18
**predicate** 40:24
**predominant** 63:14
**predominantly**

55:12 61:21,22
**preferred** 17:3 17:11,15 18:10
**premise** 75:4
**preparation** 74:25
**prepare** 3:21
**prepared** 11:10 74:19
**presence** 121:1
**present** 3:1 5:10
**presentation** 20:13 22:22 49:4 73:6,9 86:24
**presentations** 59:16
**presented** 9:4,19
**presenting** 20:4
**preserving** 135:22
**Presidency** 136:17
**president** 4:20 66:25 67:1 111:11 119:11 142:19,25 143:4
**Presley** 120:3 121:12,13,15 122:9,11,21
**press** 136:19
**prevent** 116:15
**previous** 48:4 77:6 105:8 114:13 139:9
**previously** 6:22 9:19,20 12:12 18:9 47:8 56:8 76:1
**prick** 126:10
**primaries** 136:22
**primarily** 11:22 15:4 65:4
**primary** 6:1 7:12 7:13 10:17 11:7 11:15,19 12:3

15:1 18:20 19:8 23:14 38:6,7,10 38:18 39:2,4,5 39:17 43:21 46:4,10 49:15 59:21 60:1,17 60:22,24 61:12 73:18 74:3 77:14 79:14,16 142:24,24
**principles** 16:15 68:25 69:4 136:15
**Prink** 80:20
**prior** 47:16 53:20
**private** 136:18 136:21
**probably** 17:25 23:9 25:12,12 25:13,14 38:13 41:3 52:17 72:7 116:19
**problem** 52:1 133:24
**procedures** 98:6
**proceed** 4:23 15:8 20:12
**process** 4:22 6:5 8:3,16,21 9:6 19:18,21 24:4 24:23 26:15 28:15 29:15 30:5 33:21 35:12 44:11 53:17 56:20 83:13 94:10 95:14 97:14 111:10,14,18 111:21 120:8 125:6 128:19 132:4 138:18
**proclamation** 105:21
**produced** 144:3
**product** 9:12 10:16 41:19
**professional** 7:3

7:6 9:9 15:19 24:25 35:7 61:4
**professionally** 100:5
**profiles** 119:12 119:14,15
**profit** 101:6
**profound** 132:11
**prohibited** 113:25 124:23
**prohibits** 98:5 128:16
**project** 9:12
**projection** 75:24
**promise** 105:10 121:2 132:21 132:24 136:8
**promises** 133:14
**property** 95:19 105:16
**proposal** 11:12 131:4,5
**proposed** 4:10 5:10,12 9:7,10 10:11,24 16:11 17:18,18 18:5 18:20 21:13 22:3 46:23 49:11 50:5,6,8 107:5 109:6 111:2 123:14
**proposing** 117:13 128:9
**prospect** 105:18
**protect** 87:19 98:8,10,21 105:10 112:21 116:14,16 128:22 132:13
**protected** 16:8 26:13 30:23 34:10 36:10 38:19 40:12 93:9
**protection** 11:20 27:6 78:18 88:24 98:2,3

HT_0000772

120:11 124:25
**protections**
  117:10
**protects** 71:3
**prototype** 41:5
**proud** 122:2,17
  125:21,22
**prove** 24:6,13
**proved** 24:5
**proven** 24:14
**provide** 4:4
  69:19 85:9
**provided** 14:3
  25:16 26:8 35:6
  147:4
**provides** 117:11
**providing** 6:13
**provision** 133:17
  133:18
**public** 35:6 73:14
  87:10 93:1
  103:19 137:12
**publication**
  113:20
**publicly** 10:23
**published** 3:16
  12:13
**pun** 22:14
**purported** 62:13
**purpose** 40:16
  45:13 141:3
**purposes** 21:1
  51:16
**push** 85:3 94:6
**put** 14:15 24:13
  39:9 40:23
  44:10 67:16
  68:5 79:2 140:4
  141:15 144:23
**Putnam** 50:6
**putting** 81:8
  142:8,8

**Q**
**question** 8:4 14:8
  22:8,21 23:10
  24:8,10,11,13

24:21 25:5
  26:22 28:14,23
  30:12,18 32:11
  32:25 33:2,7,10
  33:11 34:7
  35:15 36:23,24
  38:3 40:15
  41:12 42:3,12
  42:16 43:20
  45:1 51:4 57:19
  59:4,18 60:6,11
  61:1,17,19,24
  62:9 64:23
  75:14 76:4,6
  78:24,25 79:3
  79:23 81:7 82:5
  83:6,10,14 84:1
  84:3,8,10 85:10
  86:3,8,21 94:14
  134:18 135:6,8
**questioning**
  49:14
**questions** 4:6,10
  4:12,12,22,24
  12:7 13:22 49:3
  80:5 82:1 83:12
  85:25 86:23
  87:24 88:10,11
  132:5,16
**quickly** 109:17
  134:21
**quite** 29:20 89:24
**quorum** 3:1
**quoted** 69:16

**R**
**race** 11:23 12:14
  15:4 16:4,9
  24:2 27:7 61:22
  62:14,17,18
  63:3,7,12,25
  66:1 73:23
  76:21 81:4
  82:11 83:23,24
  95:13 96:1
  97:15 98:6
  113:21 114:3,5

120:12 139:15
  139:16 141:5
**race-based** 64:20
**race-neutral**
  16:14
**racial** 28:16
  29:11 30:4 33:5
  35:15 48:16
  51:21 58:8,10
  71:4 75:12
  82:12 83:23
  85:18 124:25
  125:4 133:24
  138:17
**racially** 11:13
  43:22
**racist** 96:8,9,18
**radical** 109:20
**railways** 17:4
  18:12
**raise** 118:3
**raised** 10:6 12:18
**Randolph** 121:17
**range** 68:9
**Rangel** 88:20
**rate** 108:2
**rational** 13:25
  19:22 25:23
**rationale** 27:1
**ray** 99:15
**read** 26:20 30:15
  99:23 103:19
**reading** 67:12
  91:3
**real** 89:5 106:3
  115:12
**real-life** 126:11
**realiably** 15:24
**reality** 33:19
  52:21
**really** 5:24 6:3
  8:19 20:19,21
  20:22 23:8
  24:22 40:10
  42:16 53:17,21
  54:17 56:11
  57:11 66:3 69:3

69:9 73:4,10
  75:10 76:16
  77:20 94:5
  99:17 100:2
  102:22 105:7
  144:1,1,6,19
**reapportion** 3:13
**reapportionme...**
  1:11 2:3 5:12
  97:7 111:20
**reason** 6:5 16:5
  44:22 51:19
  58:11 60:21
  79:17 100:23
  136:16
**reasonable** 19:22
**reasons** 11:8
  28:16 69:7
  111:3 144:14
**rebukes** 134:5
**recall** 40:1,3
  47:19 50:14
  51:13
**received** 4:5
  16:24 74:15
**recess** 4:18
**recognition**
  123:7
**recognizable**
  49:23 58:14
  64:17
**recognize** 62:16
  135:3
**recognized** 17:8
  20:6 22:10,19
  23:23 25:6,10
  27:9 28:8,12,22
  29:3 30:10,17
  30:25 31:11,16
  32:3,21 34:3,19
  36:3 38:22
  40:20 41:10
  42:24 43:16
  44:15 45:8,17
  46:8,15 47:3,23
  52:5 57:19 58:4
  60:13 62:2,7

63:9 64:2,11
  65:6,24 66:16
  67:10 69:12,23
  70:18,24 71:20
  74:4 77:10 78:7
  78:13 79:10
  80:9 81:10
  85:22 86:15
  87:3 88:1,7,16
  92:13 95:2
  96:24 99:3
  103:4 106:20
  110:19 112:10
  118:25 121:13
  123:5 124:14
  126:5 129:20
  130:24 131:14
  135:19 137:17
**recognizing** 20:4
**recommending**
  85:20
**recommends**
  20:7
**reconfigure**
  42:20 56:13
**reconsider** 96:7
  96:17,18
**Reconstruction**
  131:6
**reconvene** 4:17
**record** 27:21
  90:2 103:19
  110:17 131:10
  131:19 143:11
**recording** 1:10
  146:10 147:3
**records** 3:8
**redistricting** 6:9
  9:23 13:12
  15:13 29:5,7
  33:13,16 35:7,9
  37:7 47:6 95:10
  95:13,21,24
  97:7 100:25
  106:2 109:8
  110:5 113:14
  113:19 120:8

HT_0000773

120:14 129:25 132:4 136:7 138:8
**redraw** 27:14 42:19 44:7,8,11 80:12,13
**redrawn** 78:22 109:14
**reduce** 109:23 111:4 123:18
**reduced** 17:24
**reduces** 17:19 18:5 89:1 117:14 128:10
**reducing** 13:6
**refer** 5:18,21 6:2 6:2 7:13 29:7 44:25
**reference** 6:20 8:2,9 20:20 80:15
**referenced** 11:9 61:10 76:2
**referencing** 61:2 75:11,13
**referred** 9:22 13:11 15:12
**referring** 5:24 6:3 7:15 23:19 43:8,11 76:12
**refers** 61:2
**reflect** 28:10
**reflecting** 61:4
**reflects** 3:18 28:25
**Refuge** 123:10
**refuse** 141:20
**regard** 31:6
**regarding** 10:24 16:25 17:17 24:2 27:13 31:3 31:5 75:12 97:6 97:7
**Regardless** 74:24
**region** 11:5 13:1 13:9 15:10 16:13,17 49:6

53:18,20,22,22 54:8 55:14 56:12,23 67:22
**registration** 7:22 7:24
**regular** 3:10
**reject** 124:7
**rejection** 128:6
**relate** 27:12
**related** 21:22 66:2
**relating** 4:10
**relative** 12:20 147:6
**reliance** 18:6
**remaining** 10:4 22:3
**remedy** 10:18
**remember** 47:21 94:17 108:10 108:23 120:24 120:25 121:8 141:17
**remembered** 100:6
**remind** 105:9 115:11 120:23
**reminds** 131:5
**removes** 123:15
**Reock** 18:24
**reorder** 93:8
**repeat** 13:25 14:20,21 48:18 98:9 101:10
**reported** 146:3
**represent** 66:20 83:8 97:2 102:10,10 107:14 122:12 123:24
**representation** 28:11,25 47:9 87:23 88:19 98:15,17,18 104:17 105:1 111:5 116:20 116:21 117:12

117:15 120:15 120:23 123:15 123:22,23 128:8,10 132:2 132:16 136:3 139:1,11,12 141:1
**representative** 64:7 65:20 67:2 71:12 95:11 103:15 133:23 139:2 140:11
**representatives** 6:10 30:6 71:5 101:9,19 107:1 125:7 128:20 138:19
**represented** 47:8 66:22 86:11 123:20
**representing** 65:20 139:3,5 140:12
**represents** 115:14 139:22
**republic** 131:24 132:18
**Republican** 65:20 97:25 117:7 141:4,10
**Republican-m...** 110:6
**Republicans** 141:6,6
**request** 4:3
**requests** 140:4
**require** 31:18 125:9
**required** 4:18 72:13 119:19
**requirement** 23:17,17
**requirements** 81:8
**resembles** 76:17
**reserved** 4:13
**resident** 50:22

110:25 121:20 121:21 122:17 131:19
**residents** 22:2,4 50:14 55:2
**resist** 93:7
**resolution** 70:15
**resolving** 12:17
**resonating** 94:15
**resources** 93:7 140:21
**respect** 7:10 12:20 15:16,17 24:22 36:17 87:8 126:9 132:7
**respond** 83:7
**response** 108:9
**responses** 82:10
**responsibilities** 119:19
**responsibility** 109:7 112:4
**rest** 102:4
**restate** 42:4 48:6 62:11 83:9 84:1
**restores** 87:12,14
**result** 16:16,19 30:3 82:23 138:16
**resulting** 125:3
**results** 83:15 84:14 85:7,8 130:3
**retains** 11:1
**retired** 131:3
**retrogression** 71:3,6,14 87:20 89:1 98:9,11 111:8
**Reverend** 90:3 92:11,14,15,18 92:21
**review** 3:24 29:23
**reviewed** 38:4 39:1 62:16

73:17,17
**revised** 17:10
**revision** 99:24 138:13
**revisions** 17:14 18:18 19:10
**revisit** 53:22
**right** 6:24 45:12 49:16 66:9 71:1 75:22 79:13 84:19 88:22 93:18 94:12,16 94:17 101:22 102:2,8,13 104:16,17,18 104:21 112:2,6 116:17,22 117:13 118:8 120:23 121:24 122:13 126:17 130:12,15 132:13,17,19 134:8 140:18 141:14 143:12
**rightfully** 107:6
**rights** 71:2,14,23 71:24 72:4,15 85:19,21 86:2,3 86:9,12 95:19 98:4 100:2,24 107:23 110:1 111:8 118:18 132:8 134:14 136:4 142:4
**river** 49:19,22 50:13,16 51:1
**road** 57:4,6
**roads** 55:12
**roadway** 68:16
**roadways** 17:4 18:12 56:2 57:16 58:13,14 58:23 65:4 68:4 68:19
**Robert** 90:16 92:14,16,18,21 114:18,25

115:2
**Roberts** 123:4
  124:12,14,16
  124:16 125:17
**rocks** 119:10
**Rodney** 110:13
  110:16,21,22
  112:6
**Rodrigues** 2:2,6
  3:2 13:19 14:2
  14:7,18,21 15:7
  22:9,18 23:23
  24:7,17 25:6,10
  26:6,19 27:9
  28:3,6,8,12,22
  29:3,18 30:10
  30:14,17,25
  31:11,16 32:3,8
  32:19,21 33:25
  34:3,19 36:3,11
  36:16,22 37:2
  37:25 38:21
  39:12 40:1,19
  41:9,21 42:2,10
  42:24 43:8,16
  44:3,15,24 45:8
  45:17,23 46:8
  46:15,24 47:3
  47:10,23 48:6
  48:18,24 49:2
  51:3,7,18 52:5
  53:5 57:18 58:4
  58:25 59:5,10
  59:14 60:3,13
  60:23 62:2,7,11
  62:19 63:5,9
  64:2,11,22 65:6
  65:10,14,24
  66:16 67:10,20
  69:12,19 70:18
  70:24 71:19
  72:17,22 73:12
  74:4,9,16,19,21
  74:23 75:5,16
  75:19 76:8,25
  77:3,10 78:7,13
  78:25 79:10,22

79:25 80:2,9
81:10,25 83:9
83:25 84:4,8,19
84:21 85:11,22
86:15,22 87:24
88:6,9 89:13,16
89:18 92:17
94:21 95:2
96:12,14,20
98:12,22 99:1,6
99:9 100:11,16
101:12 102:25
104:22 105:2
106:6,15,17,19
108:17,21
109:1 110:11
112:5,7,24
113:7 114:16
114:22,25
115:17,25
116:24 118:6
118:16,19,23
118:25 119:4
119:20,25
121:5,10 122:8
122:10,19,23
124:4,10
125:15,25
126:5 127:6,12
128:25 129:16
130:16,22,24
131:7 132:22
133:5 134:9,11
134:15,17,19
134:22,24
135:2,7,10,15
135:18 136:25
137:9,12,16,20
141:25 143:18
144:24 146:1,2
**Rodriguez** 2:5,20
  145:16,17
**role** 5:22,23 6:5
  6:12 12:5 95:13
**roll** 2:4 145:1
**Ron** 128:6,14
  129:11,14

**room** 107:17,17
  121:1
**Rosalind** 82:7
**Rosemary**
  124:13 126:2,4
  126:7 127:8
**Rouson** 2:21,22
  26:22,24 28:2,5
  28:7,9,20,23
  29:5,17 57:18
  57:20 58:18,25
  59:2 65:17 87:1
  87:3,5 88:6,8
  88:15,17 99:15
  145:18,19
  146:7
**Rucker** 100:14
  101:14,16,18
  101:20
**rule** 59:16
**ruler** 108:9
**rules** 132:7
**ruling** 133:1
**running** 95:6
**rural** 22:4 52:14
  52:17,20,25
  53:1
**Russia** 126:20
**Russians** 126:14
**Rylan** 91:14

---
**S**
---

**Sabatini** 67:2
**sake** 50:11
**Samille** 91:6
**San** 55:10
**sand** 20:2 31:20
**Sarasota** 17:21
  19:21 21:18
  55:16,21,23
**satisfied** 109:12
**satisfy** 21:1
**save** 73:14
**saw** 136:2
**saying** 19:25 35:2
  65:21 67:8 71:7
  142:10

**says** 42:7 43:18
  43:21 84:14
  133:21 134:8
**SB** 45:24 111:2
  113:6 115:3
  130:7 137:19
**schedule** 4:19
**scheduled** 4:16
**schemes** 83:1
**Schmidt** 114:18
  114:25 115:2
**science** 113:14
**Scoon** 133:7,9,10
  134:10,12
**score** 18:21,24
**scores** 18:17
**screams** 89:3
**screen** 55:4
**scrutinized** 28:15
**seat** 25:21 27:20
  30:24 32:6,16
  34:10,15 36:9
  36:10 38:20
  40:12 44:22
  47:20 55:1
  56:21 57:4
  68:15,17 69:8
  69:10 72:20
  73:1 80:14,21
  80:24 81:5
  87:13,15 89:9
**seats** 11:1 26:14
  41:25 81:2,2
  83:15 97:24,25
  97:25 102:1
  123:17,21
  135:24 136:9
  141:9
**second** 7:2 16:23
  16:25 17:6 18:5
  20:14 111:6
**secondary** 11:16
  11:19 12:3 15:1
  23:14 43:22
  46:4,10
**Secondly** 87:14
**secretaries** 59:12

**Section** 98:4
  99:22
**Sections** 124:22
**see** 13:24 19:2
  20:21,22 21:10
  21:17 37:18
  43:18 44:19
  49:14 54:23
  68:18,19 77:24
  106:23 112:19
  115:12,20
  119:14 121:2
  122:7 123:1,21
  125:21 127:1
  127:16,19
  129:11,12
  136:18 144:1,4
**seeing** 4:24 82:2
  88:11 108:12
  146:7
**seeking** 10:18
  57:9
**seeks** 88:25
**seen** 120:19
**sees** 136:17
**seismic** 115:15
**select** 3:6 133:23
**Seminole-Oran...**
  68:18
**Senate** 1:11 3:17
  3:18,19 4:17,25
  5:19,25 9:10,14
  11:14 13:14,15
  15:15 16:2,6,25
  26:14,15 39:14
  40:25,25 45:21
  46:2,12 49:16
  69:25 70:14
  76:2 82:3
  109:11 112:22
  113:15 142:18
  143:4,14 145:1
  146:3
**Senate's** 9:25
  17:2,11 18:10
**Senator** 2:8,9,10
  2:11,12,13,14

HT_0000775

2:15,16,17,18
2:19,20,21,22
2:23,24,25
13:16,18,20
14:4,10,14,19
14:24 15:6 22:7
22:9,11 23:21
23:25 24:7,16
25:5,7 26:6,9
26:21,24 28:2,5
28:7,9,20,23
29:4,17,18,19
30:14,16,19
31:10,12 32:1,4
32:12,20 34:2,4
35:23 36:6,12
36:15,17,23,25
37:17 38:15
39:7,13,20 40:7
40:19 41:21,22
42:2,5,13,23,25
43:15,17 44:14
44:16,24 45:3,5
45:9,11,12,16
45:18,24 46:14
46:16 47:1,4,22
47:24 48:8,17
48:19,23 49:1
51:2,4,19 57:18
57:20 58:18,25
59:2,3,5,6,7,11
59:18,19 60:4
60:12,14,24
62:1,3,10,12
63:4,6 64:1,3
64:12,21,22,24
64:25 65:8,11
65:12,14,15,17
66:13,18 69:11
69:13 70:16,19
71:1 72:17,18
72:24 73:12,13
74:11,16,18,20
74:22,24 75:9
75:15,18,20
76:23 77:1,5,12
78:6,8,14,24

79:1,24 80:1,2
80:3,3 81:6
82:6,7,10 83:11
84:2,7,9,20,24
85:13,24 86:14
86:19,25 87:3,5
88:1,2,2,6,8,15
88:17 99:15
103:9 123:7,8
126:8 134:16
134:18,21,23
135:1,5,8,11,17
137:11,15,16
137:18,23,24
141:25 142:1
143:18,20
145:3,4,5,6,7,8
145:9,10,11,12
145:13,14,15
145:16,17,18
145:19,20,21
145:22,23
146:7
**Senators** 4:7
83:12 103:11
104:18 105:5
**senior** 123:9
**sense** 20:16 49:10
53:15,24 115:4
115:14
**sent** 3:24
**separate** 80:7
**separation** 141:8
**Sergeant** 131:2
**Sergeant's** 3:6
**serious** 83:4
103:9,13
**servant** 93:1,3,11
93:12
**servants** 93:10
**serve** 5:15 37:17
122:14 123:9
**served** 6:12
104:6 111:10
111:12 143:8
**service** 104:23
105:1 126:1

131:3
**session** 3:11,12
4:19 6:1 46:5
106:3 107:18
113:16 124:2
**sessions** 108:6
**set** 9:8 11:8 132:7
**setting** 143:1
**shape** 53:2
**shapes** 19:4
**Sheckland**
106:12
**Sheila** 91:8
**Sheklin** 109:2,4,4
**shifting** 49:6,7
**shifts** 115:15
**ship** 119:9
**shook** 48:8
**short** 43:14 87:8
93:17
**shot** 47:12
**show** 32:17 54:15
89:21 131:10
137:21 146:9
**showed** 59:21
60:1,17 61:12
133:4
**showing** 53:14
118:13
**shown** 47:9 60:16
115:9
**shrink** 141:22
**shrunk** 141:21
**sic** 92:12 111:3
122:5 126:20
**sickness** 132:1,18
**side** 112:13 121:3
**sighted** 31:5 33:6
**signed** 144:19
**significant** 22:5
35:3
**significantly** 13:6
25:17 52:15
**signing** 126:10
**signs** 132:1
**silence** 3:3 117:7
128:11

**silenced** 115:7
**Simbaneller** 90:7
**similar** 61:18
69:5 85:25
**similarities** 15:16
**simply** 56:10
**single** 31:24
49:20 63:25
**singled** 51:24
**Singleton** 91:8
**sir** 92:13,13
**sister** 104:9
**sit** 141:13 144:2
**sits** 123:10
**situations** 126:12
**six** 95:22
**skip** 67:19
**slide** 10:12 20:14
20:20,22 21:8
49:8 50:10 51:8
53:25 54:21
55:13 56:4
**slides** 5:17 10:1
17:16 20:1,13
21:5 53:8,8
**slip** 127:3
**slipping** 38:8
**Smith** 113:1,9,11
113:11 129:18
130:18,20,21
130:23 131:1,2
**social** 89:6
**society** 88:22
**solely** 63:20
**solidarity** 133:1
**solution** 124:1
**somewhat** 60:7
**son** 104:7
**sorry** 13:18 18:8
45:24 48:17
54:22 62:10
75:9 79:24 83:5
83:25 97:8 99:6
129:12
**sort** 13:3 21:15
23:9 25:14
29:12 33:15,17

**Soto** 113:9
114:18,20,20
114:24
**sound** 35:10
37:15,15 66:12
**sounds** 84:4
**south** 53:13 55:8
55:13 56:5,14
57:25 100:21
131:20
**Southeast** 21:8
**southeastern**
11:5
**southern** 50:3
52:12,19 55:2
57:3 66:8,9
**southwest** 77:25
78:1
**speak** 3:4 33:16
33:23 38:14,24
40:4,10,17 73:8
73:11 87:9
105:6,13 111:1
112:14 141:2
**speaker** 105:8
134:22 143:4
**speakers** 92:4,5
**speaking** 3:7
7:12 29:13 85:7
115:3 117:24
143:9
**speaks** 138:15
**special** 3:12 4:19
46:5 106:3
107:18 108:6
123:7
**specific** 35:2
54:20 69:22
**specifically** 15:17
19:11 34:13,16
98:5
**specifics** 37:20
**spent** 100:4
**split** 13:6 17:24
19:9,20 21:17
50:7 58:14,16
58:20 66:6 77:7

HT_0000776

140:18
splits 17:20,23
  19:13,16 20:3,4
  57:7 58:21
  130:1
splitting 19:8
  55:19,21 80:6
spoke 110:4
spoken 24:1
Spoony 92:12,14
  92:16,18,22
spouted 93:21
spread 51:21
square 21:2,3
  112:15
squared 19:3
squared-up
  54:24 56:24
Squire 126:3
  127:14,16
St 11:5 19:14
  49:19 50:7 52:9
  52:12 55:10
  57:5,23,25
  58:16 66:11
  87:17 90:11
Staats 106:9,11
  106:13,14,15
  106:16,18,21
  108:18,23
Stacy 117:1
  118:20
staff 5:16 6:9 7:3
  7:6 8:25 9:9
  15:19 16:25
  24:25 26:9 35:8
  37:5,21 44:25
  74:17,18,19,25
  135:9,16 138:9
staff's 61:4
stage 143:2
stake 103:14,14
stand 94:12
  95:25 96:4
  97:12,12 110:8
  123:12 124:7
  124:17 130:11

133:1 134:5
standard 15:22
  23:6 25:4 26:5
  41:1 64:19
  81:20 85:7
  97:19 118:3
standard's 84:25
standards 3:18
  9:8 24:23 29:5
  29:7 57:12 66:4
  125:9
standing 96:6
  104:13 121:24
stands 49:23
  143:14
Stargel 2:23
  137:11,15,16
  137:18 145:20
  145:21
start 84:2,7,9
  89:25 116:8
  137:25
started 40:24
  52:12 56:22
  133:13
starting 6:11
  76:11
starts 35:14
  126:16
state 3:13 5:2 7:5
  11:5,24 15:5
  16:8 25:25 26:4
  27:8,13 28:10
  29:1 33:8,14
  34:5,12 35:17
  35:20 40:25,25
  41:15 42:1,9,14
  43:2,6,25 44:2
  44:12 49:20
  52:19 53:19
  54:11 55:12
  57:4,6 61:23
  65:9 67:12 83:3
  88:23 95:7
  97:21 98:16
  100:7 104:1
  109:19,21

110:3 111:1,5
  113:24 116:14
  119:9 120:9
  124:21 126:15
  132:8 133:2
  135:13 138:1,6
state's 26:2 41:24
  108:18
state-sponsored
  132:12
stated 16:12 41:7
  84:11 97:18,22
  144:8,15
statement 41:23
  43:1,9 86:17
statements 90:1
states 11:21 15:3
  27:16 78:19
  97:20 104:6,10
  105:11 115:11
  126:15
statewide 20:15
statistical 20:2
  20:25 64:16
statistically
  63:22 79:15
statistics 93:21
  104:2,19
  122:15,16
status 134:4
statutes 100:1
  107:4
stayed 19:6
steering 119:9
step 117:22
Stewart 2:24,25
  29:18,19 64:22
  64:24 65:11,12
  143:18,20
  145:22,23
stipulates 120:10
stood 95:12
stop 83:21
  134:25 142:20
  143:1
Storm 104:14
straight 144:16

street 1:24
  140:15
strength 27:25
  30:21 31:7,22
  34:8,10,15 35:4
  35:25 36:9
  38:17
stretching 13:1
  48:15
strictly 64:8
strong 18:13
  61:22 118:12
  132:19
strongly 123:13
  131:23
struggling 75:14
  105:13
Study 128:3
  129:9
subcommittee
  9:23 13:12
  15:14,20 35:9
  37:7 61:9
subject 15:21
  93:2
submission 3:22
  16:22
submitted 6:17
  7:2,21 9:20
subsequent 27:14
subsequently
  10:21
substantiate
  84:17
substituting
  18:11
successful 94:18
sudden 26:16
suddenly 107:8
sufficient 31:6
  37:11
sufficiently 15:24
suggest 20:1
suggested 58:2
suit 107:8 139:8
Suite 1:24
summary 11:18

14:25 25:14
  43:14
super 102:11
support 3:18
  6:15 89:12
  105:10 113:5
  114:7,15 115:3
  115:21,23,25
  135:22
supported 6:16
  138:5
supposed 114:3
suppression
  117:9
Supreme 8:14
  107:25 114:7,8
  134:3
sure 14:16 21:13
  21:22 24:20
  25:2,11 28:13
  28:14 30:13
  37:4 42:3,11
  46:3,18 60:9
  62:8 65:4 74:7
  75:7,10,19 76:9
  84:5 100:6
  107:12 116:16
  140:21
surpassed 18:15
swap 17:22 21:17
swath 142:7
sworn 111:15
symbolizing
  88:23
synopsis 14:11
system 94:8
  108:11

_____

**T**

tab 4:25
table 89:9
tailor 44:12
tailored 11:23
  15:5 27:7 28:17
  35:17 43:24
take 4:25 19:15
  35:20 53:1,17

HT_0000777

70:4 77:3 81:18 83:3 87:2 92:19 96:9
**takes** 140:5
**talk** 5:23 83:22 83:23 93:16 103:17
**talked** 23:22 42:6 63:15 65:17 84:16 114:4
**talking** 14:6 49:7 60:20 75:7 86:1
**talks** 83:20 107:10
**Tallahassee** 90:9 130:6 131:20
**Tameka** 127:14 127:18,19
**Tampa** 12:25 54:8 55:13 56:5 56:6,14,15 57:23 58:1 87:16
**taught** 93:14
**taxes** 95:18 127:5
**taxpayer** 97:6 103:7
**Tea** 120:24
**technically** 103:20
**tell** 63:16,16 85:19 95:14 117:18
**telling** 67:5
**Ten** 5:25 10:1
**tension** 23:12 25:15 69:24 70:14
**terminal** 132:18
**terms** 5:22 23:6 39:2,3 41:23 43:2 59:20 64:5 79:3,12 80:17 111:12
**test** 21:2 35:18,19 63:24 132:4
**testified** 25:22

**testimony** 16:2 16:12 35:7 36:13 61:2 69:24 70:14 73:15,25 92:10 103:19 116:2,7 137:13
**Texas** 6:23,24
**thank** 3:2 5:7 13:20 14:23,24 15:6,7,9 22:11 22:20,21 23:25 24:20,21 25:7 25:11 26:24 27:10 28:2,5 29:17,19 31:12 31:17 32:22 34:20 37:4 38:2 40:18,21 41:11 41:22 42:11,12 42:15 43:10,17 44:4,16 45:16 45:18 46:16,16 47:1,24 48:10 48:23 49:5 51:9 52:6 53:5,7 57:20 58:5 59:7 59:19 60:5,25 62:3,12,21,22 63:10 64:3,13 64:21,24 65:7 65:12,15,15,25 66:13,18 67:11 69:13,21 70:19 71:21 73:13 74:5 75:20 76:9 76:10 77:5,11 78:8,8,15 79:1 79:9,11 80:3,10 81:6,11 82:6,8 84:21,23,24 85:23 86:16,19 86:20,24 87:5 88:17 92:12,14 92:17 94:20,21 95:4 96:18,20 98:22,25 100:9

100:11 101:11 101:12,16 102:24,25 103:6 104:22 104:23,25 105:4,5 106:5,6 106:15,16,21 108:25 109:1 110:10,11,21 112:5,11,23,24 113:4,6,7 114:15,16,22 114:24 115:16 115:17 116:1 116:10,23,24 117:3 118:13 118:16,23 119:25 121:9 121:10,15,17 122:19,21,23 123:6 124:9,10 125:24,25 126:1,4,7 127:12,24,25 128:23,23,25 129:2,16 130:15,16,25 131:6,7,16 133:3,3,5 134:14,15 135:11,17 137:9,24 138:8 141:24 142:1 143:20 144:20 144:23
**theirs** 100:24
**thing** 14:6 93:18 94:13,16,17 112:2,6 124:18 130:15 132:17 133:13 141:14
**things** 24:19 29:7 82:22 87:7 93:11 101:22 102:14,15 104:21 112:21 119:14 125:18

140:1,8
**think** 13:23 14:14 24:8,12 30:11 34:21 36:11 40:8,12 45:19 47:6,10 48:9,10 52:7 59:20 60:6 61:1 61:16 62:21 67:16 70:7 73:3 73:19 76:10 77:12 95:16 96:1 102:8,21 103:24 107:13 124:17 127:10 127:10 140:13 141:3 142:4,5 143:12,13,16 144:6,15,18
**third** 5:11 18:17 52:11
**Thirdly** 111:9
**Thompson** 147:23
**thought** 53:15,17 143:21
**thousand** 50:13
**thousands** 128:12 135:12 138:4
**threatened** 136:22,23 142:23,23,24
**three** 8:18 18:3 48:15,20 73:4 108:11 111:3 130:1 135:25 136:9
**three-quarters** 54:10
**threshold** 34:18
**threw** 114:11
**tie** 53:12
**tied** 93:14 131:24
**Tier** 10:7,13 12:20 13:7 16:16,19 17:5,8

17:12,15,17 18:11,14 19:17 20:2,25 21:10 21:16,21,25 22:12,13,13,14 22:15,15,22 23:2,4,9,16,17 29:22,24 49:23 53:16,21 54:13 54:16,18 56:16 57:12 60:20,20 63:24 64:4 65:2 65:5,8 66:4,5 67:13 68:3 80:23 81:8,9,13 81:14,20,22,22 82:14,14 83:19 84:14,16,18,25 85:7 97:19 103:16 133:16 134:1 138:2 144:8,11,11,12 144:14
**time** 3:7 4:11,15 5:9 8:2,9 26:20 33:2 36:16 38:5 39:1,18 49:3,25 57:13 59:14 67:9 73:7,14 87:8 92:9 103:10 117:21 118:14 121:8 122:22 135:3 136:13 144:24
**times** 84:17 133:11
**today** 4:4,7,23 5:9,18,19 6:6 7:8,12 8:1,18 9:5 12:5 13:10 15:11 17:19 41:7 48:14 49:12,16 52:13 60:20 62:15 68:1,11 73:15 73:25 77:16 93:4 94:3 95:25

HT_0000778

96:7,21 99:19
100:22 103:8
104:10,13
108:12 109:22
111:1 113:21
114:4 115:7,16
117:6 121:18
122:4 124:6
125:18 129:24
132:5 133:4
143:7,22 144:1
144:2
**today's** 3:23 4:2
4:21,23 115:5
**told** 32:20 131:9
**tomorrow** 141:18
**top** 141:23
**topic** 45:1
**totality** 8:20
139:3 140:3
**totally** 60:9
144:13
**touting** 40:9
**trade** 19:22
58:16,20
**traded** 58:18
**trades** 19:16
**tradition** 136:6
143:13
**traditional** 29:6
33:13,15
**transacted**
105:22
**transcript** 147:3
**TRANSCRIPT...**
1:10
**TRANSCRIPT...**
147:1
**transparency**
132:6
**traveled** 87:9
**traverse** 50:23
**treat** 16:7
**trend** 39:2,22,23
**trending** 39:23
**trends** 39:15,16
**trickle** 102:4

**trickles** 126:17
**tried** 50:24 77:18
**Trish** 109:2
110:13,15,17
**troubling** 40:8
109:19
**Troy** 126:2
127:14
**true** 52:18 93:23
96:10 147:2
**truly** 9:10
**trumps** 22:14,14
**trust** 74:25
**try** 39:14 41:16
58:14 70:13
79:8 81:19
112:20 139:14
**trying** 17:12
37:23 38:24
41:2 63:6,20
67:4 82:9 83:22
85:16 117:7,15
138:3
**Tuesday** 3:14
**turn** 38:18 93:19
**turned** 94:12
**tweaked** 73:20
**Twenty** 97:24
**twenty-seven**
123:17
**twisting** 107:11
**Twitter** 136:11
**two** 7:20 12:10
12:14 20:13
25:15 31:9
39:19 46:11
49:18 50:10
52:10 55:18
60:11 79:4,15
79:19 80:5,7
83:15 89:4
92:13 93:17,18
95:3 96:24 99:3
100:16 101:16
101:25 102:24
103:4,11
106:20 107:3,9

109:25 110:19
111:12 112:10
113:3 119:14
141:4,9 143:19
**two-for-one**
17:22
**two-map** 124:1
**two-thirds** 22:2
105:23
**type** 58:8,9 72:6
85:3

----

**U**

**U.S** 8:12 35:19,21
41:4,14 66:9
125:20 131:3
**Ukrainians**
126:13
**Ukranian** 126:20
**ultimate** 23:11
132:17
**ultimately** 8:15
35:18
**unaware** 58:6
**unchanged** 5:25
10:3
**unclear** 73:16
**unconstitutional**
116:23
**unconstitution...**
130:8
**underlying** 89:3
**understand** 14:7
14:15 16:1
26:16 35:24
37:19,23,24
38:20 39:21,25
42:3 46:1 62:19
63:7 66:14
69:18,25 76:11
82:9 83:22
85:16 93:11
102:1 111:12
111:14,17
112:18 113:23
122:16 140:3
140:11

**understandable**
19:5 34:23
**understanding**
38:3,12,16,25
44:21 70:13
86:1 113:17
**understands**
40:10 111:18
139:2
**understood** 25:2
40:6 41:13 48:9
62:9 85:16
**unequivocally**
48:13
**unfair** 102:5
110:9 116:22
**unfortunate**
95:17 107:1
**unfortunately**
40:3 96:2
119:17,24
140:16
**unincorporated**
55:24 66:11
**unintended**
21:14
**union** 100:3
117:5
**United** 11:21
15:3 27:16
78:19 96:4
104:6,10
105:11 126:14
**unity** 136:15
**unlawful** 28:19
**unnecessarily**
140:18
**unprecedented**
109:15 115:10
**uphold** 108:14,16
**upward** 139:24
**urban** 53:4
**urge** 123:13
**urging** 124:7
**usage** 13:7 17:3,4
18:13,14 21:3
56:16

**use** 17:1 32:9,12
35:21 50:24
64:18 66:5
69:15 82:11
102:7,7 106:3
**utilities** 105:18
**utilize** 57:10 81:3
**utilized** 23:18
58:22 73:19

----

**V**

**v** 1:4
**Val** 66:24 71:8
**Van** 112:8,11
**various** 10:5,7
74:14
**vast** 135:21
**vein** 97:17
**version** 8:8
**versions** 11:13
12:1
**versus** 52:24
97:25
**veteran** 104:6
125:20
**veto** 4:1 10:18
11:11 13:24
14:2,11,13 23:8
23:11 25:17
26:7,21 30:15
42:6 43:4,9,11
43:13 136:23
**vetoed** 3:11
46:13 94:11
107:7 109:14
**vetted** 94:10
**Vice** 2:7 40:21
66:25 145:24
145:25
**video** 103:19
**view** 20:15
**villages** 71:10
142:9
**violate** 23:14,18
35:22 81:20
84:18 85:19,21
88:3 98:1

HT_0000779

107:22
violated 67:13
    85:6 134:1
violates 11:20
    15:2 25:9 26:10
    27:5 78:18
    83:20 111:8
    142:2,3
violating 33:23
    35:19 109:25
violation 26:1
    27:15
visible 17:25 21:4
visual 13:5 20:13
    20:16,17 77:12
visualize 53:9
visually 10:10
    19:1,4 56:15
vital 132:16
voice 93:6 98:19
    102:17 113:5
    115:7,8 118:12
    122:3 129:24
voices 98:20
    128:12
vote 71:16 94:20
    95:18 99:10
    101:4 102:2,13
    104:16 106:2
    117:21 118:4
    118:10,12
    122:2 123:13
    126:25 127:3
    128:23 129:11
    129:12 137:19
    146:3
voted 46:4 99:23
    116:13
voter 75:21
    102:11 117:8
    117:19
voter's 121:24
voters 11:22 15:4
    27:6 38:7,9
    39:4 43:7 57:24
    57:25 102:11
    116:15 117:17

124:20 128:12
128:18 130:9
131:13,18,22
133:8,10
votes 135:13
    138:4
voting 7:23,24
    30:21 31:6,22
    34:8,10,14,14
    35:25 36:8
    38:16,17 39:3
    58:7 63:17 68:7
    68:14 69:3,16
    70:1,2,6,7,8,12
    70:12,20,21
    71:2,13,23,24
    72:4,11,15,25
    73:21 75:22,22
    75:25 76:13,19
    80:17 85:19,21
    86:2,3,5,9,12
    95:23 98:4,5
    99:11 100:2,24
    101:24 102:12
    107:23 109:25
    111:8 113:25
    120:17 132:7
    134:14 136:4
    142:4
vulnerable 93:9

—————
**W**
—————
wage 117:23
**Wagner** 91:14
waiting 13:21
waive 3:7 112:12
    115:23 116:11
**Waives** 115:25
waiving 89:25
    90:4,6,8,10,12
    90:14,16,19,21
    90:23 91:1,5,7
    91:9,11,13,15
    91:17,18,20,23
    91:25 92:1
    114:21
wake 95:7

walk 5:4 10:9
    17:16 68:16
walked 25:19
walking 23:19
wall 54:10,12
**Wallace** 136:18
**Walter** 129:18
    130:18,21,23
    131:1,2
want 6:18 12:7
    14:16 34:6
    40:15 46:2 47:4
    50:9 51:8 53:17
    69:19 84:5 87:8
    87:9 96:10,11
    96:16 100:8,23
    102:3,24 116:6
    118:13 122:7
    126:9,14,15,20
    127:5,9 129:13
    137:6,25
    138:22 143:3,3
    143:6,11
    144:20
wanted 21:1,13
    25:1 46:18 52:2
    97:22 101:25
    113:5 138:23
wants 24:17
    102:8 107:24
    107:24 108:1
    123:23 141:15
war 126:13,18
warriors 99:13
**Washington** 1:24
wasn't 32:25
    73:17
wasting 97:6
watching 103:12
water 131:25
waterways 17:4
    18:12
way 8:11 18:10
    20:9 22:25 23:1
    23:13 24:6 27:2
    27:4 29:13,15
    33:17,21 35:16

38:20 39:21
41:24 42:6
53:14 57:8,22
58:23,24 61:23
63:3 66:1 71:24
76:21 78:20
80:12,14 81:4,8
81:18 86:13
89:10 94:7
101:22 102:5
123:3 140:15
ways 9:24 10:5
    11:15 17:23
    29:10,10 30:12
    54:14 67:14
    80:23
we'll 8:1 19:2
    20:17 26:22
    54:15 59:5
    88:13 94:23
    106:11 116:8
    123:4 127:14
    131:10 135:15
we're 13:21 24:5
    25:24 34:21
    40:16 46:3
    47:10 48:24
    49:6 52:13
    54:11 55:15
    60:20 62:14
    73:1 74:13
    75:11,13 82:22
    83:15,24,24
    84:4,6 89:23
    90:13,22 92:4,5
    92:7,11 93:10
    94:18 96:3,3,3
    101:23 114:2
    116:4,6 119:13
    122:14 137:22
    143:6,10,17
    144:17
we've 7:4,25
    35:12 41:12,13
    41:17 49:8 73:2
    82:11 94:15
    109:13,22

114:4 115:1
116:5
**Webber** 131:12
    131:14,16,17
    132:24
website 10:23
week 4:5 105:22
    141:18
weeks 7:3
weighing 33:10
weighting 33:9
weird 112:19,21
**Welch** 96:23 99:1
    99:3,5,7,8,8,10
**Weldon** 128:2
    129:8
well-thought-out
    25:23
went 14:12 23:7
    39:10 47:15,18
    48:4 65:4
weren't 60:19
    99:17 139:22
west 48:5 51:6,25
    56:23 66:20,21
    71:8
whammy 141:8
whatsoever
    65:22
**Whitfield** 101:15
    103:2,4,6,7
    104:25
**Whitney** 112:8
    113:1,4,5
wholly 56:21
**Williams** 117:2
    118:20 119:2
willingness 97:11
win 121:8
**Winter** 68:23,23
    80:20
**Wisconsin** 6:23
wise 77:22
wishing 3:4
withdrawn 89:22
**Wogen** 112:9
    113:1,3,4,5

Women 133:7,10
wonder 93:23
wonderful
   122:22
wondering 107:9
   135:12
word 77:4
words 7:23 9:1
   18:9 43:3 44:1
   72:10 112:13
work 6:3,15,16
   7:19 10:20 20:8
   21:12 24:25,25
   40:6 41:19 56:6
   57:8 66:10
   82:21
worked 7:5 10:16
   24:10 56:8
   58:23,23 69:7
   107:3 144:21
worker 117:4
workers 105:14
   118:12,14
working 56:23
   100:5 105:12
   105:17 107:10
works 111:13
world 89:7 94:19
   118:10
worlds 89:7
Wormer 112:8
   112:11
worries 106:18
worth 142:5
worthwhile
   53:21
wouldn't 72:15
   76:15,17
writer 119:5
written 43:4
wrong 24:5 96:1
   144:1,18
wrote 43:13
   119:8,12
   138:11

**X**

**Y**

yea 89:14
Yeah 38:24 48:12
   80:1
year 6:11 47:21
year's 124:1
years 39:19 47:7
   61:11 101:23
   111:11 117:24
   120:7 123:11
   131:3 139:6
   140:4,10
   141:19
yeas 89:15
yelling 118:9
yield 24:15
yielding 55:1
York 115:12

**Z**

Zephyrhills 55:9
Zion 92:22
Zonia 103:3
   104:24 105:4
zoom 20:17 21:5
zooming 50:10
   56:18
ZsaZsa 105:2
   106:8

**0**

0.2 18:25
0079 6:19,21 9:21
0094 7:2 9:21
   16:23
0109 5:20 7:9
   9:11 10:22
   15:11 16:24
   18:19 19:6
   45:25 76:15,19
   79:13,14,20
   115:3
019 111:2

**1**

1 4:25 10:2 22:13
   22:13,15,22

23:2,4,9,16,17
29:22,24 51:15
60:20 64:4 65:2
65:8 67:13
68:12 81:9,13
81:14,20,22
82:14 83:20
84:14,16,18,25
85:7 103:16
104:1 133:16
134:1 138:2
144:8,12,14
1-2 11:4
1.5 18:7
10 9:16 15:18
   16:7,14 25:9,20
   25:20 26:13
   27:4,17 30:23
   31:4 34:24,25
   35:14 36:1,7,8
   37:11 38:4,17
   40:11 60:8,17
   61:3,5,7,8,11
   61:14 66:15,19
   67:19,22,25
   68:2,6,20,23
   69:1,23 70:23
   72:23 75:8 80:8
   80:12,15,19
   82:25 86:1,14
   86:18 92:24,25
   101:21 110:23
   120:7 121:21
   123:11,19
   136:12 141:14
   141:19
102 6:1 11:14
   45:22 46:12
109 12:10,24
   45:23,24,24
   54:11 75:24,24
   79:12 112:22
   113:6 115:3
10th 87:14 94:2
11 16:21 68:24
   80:25
11.5 18:8

12 54:23,25 55:7
   55:11 73:24
   75:25 77:2
12.5 18:7,8
12th 3:14
13 57:1,7,22,22
   63:19 66:2,7,8
   87:18
14 53:8 57:2,7,9
   57:22,23 58:7
   63:15,19 66:2,9
   69:23 87:17
   99:22
141,000 55:2
14th 11:21 15:2
   25:9 26:10
   78:19 85:17
15 55:3,7,7,9 66:3
   117:5
150 123:11
16 19:8 54:21
   57:13,13,16
   66:3
17 17:20 55:13
   111:10
1730 1:24
1773 120:24
18 5:24 6:4,6
   10:10 17:9,20
   22:1,3 56:4
   136:5
19 1:12 2:1 66:9
   100:6 120:7
19-whatever
   139:10
1960 121:22
1965 98:4 100:2
   102:12
1982 136:4

**2**

2 10:2,7,14 12:20
   13:7 16:16,19
   17:5,8,12,15,17
   18:11,14 19:17
   20:2,25 21:10
   21:16,21,25

22:12,14,15
29:21 45:21
49:24 51:5,6,11
51:12,15,22
52:3 53:16,21
54:13,16,18
56:16 57:12
60:21 63:24
65:5 66:4,5
80:23 81:8,23
82:14 97:19
98:4 99:22
117:22,22
118:5 144:11
144:11
2-adherent 68:3
2-C 3:19 4:25
   5:19 9:11 45:24
   49:17 111:2
   112:22 113:6
   115:3 130:7
   137:19 145:2
   146:3
20 97:24 110:6
   124:22
20-25 10:3
200 51:21,23 52:3
20036 1:24
2009 117:20
2010 110:2
   124:20 128:15
2015 47:15
2016 24:4 47:16
2017 114:7
2018 138:13
202 1:25
2020 39:8
2022 1:12 2:1
20th 136:2
21 53:9 124:22
232-0646 1:25
25.96 68:11
25.98 68:11
26 10:5 68:9,12
   71:25 72:1
26-something
   70:4,5

HT_0000781

**27** 10:3 68:8
**28** 5:24 10:3 70:8
72:2
**295** 50:21

**3**

**3** 16:20
**3-19** 10:4
**30** 76:23 131:3
**30-second** 135:1
**31.66** 76:19,20
**33** 82:8
**35** 73:22,22 76:3
78:11
**35.32** 76:14

**4**

**4** 12:11,15 50:3
50:12,22 76:18
76:23 77:19,22
79:17
**4-5** 49:7
**4:22-cv-109** 1:4
**4:27** 137:19
144:24
**4:30** 4:17 134:25
**40** 116:5

**5**

**5** 4:17 8:8 11:14
11:18 12:11,15
15:1 23:7 25:8
26:13 27:2,13
27:14 30:22
31:3,5 32:9,14
32:23,24 34:24
35:14,14,25
42:18,20 43:23
44:7,8 47:5,5,9
47:25 48:4 50:4
51:20,24 52:4
59:21 60:9,17
60:18 61:16,20
66:14 75:2,7,24
75:25 76:12,15
77:1,17,21 78:2
82:15,25 85:15
85:16,20 86:10

86:14,14,18
87:12 99:10
101:6 103:7,8
110:23 114:13
114:14 128:4
128:16 130:4
131:19 136:12
139:5 140:17
**5's** 76:13
**50** 38:8,17 39:11
39:22,24 72:11
111:5 117:15
123:18 128:11
**57** 101:23
**58** 101:23
**5th** 97:2

**6**

**6** 16:20 101:6
128:16
**60** 136:5
**60s** 100:18
139:10
**644248** 89:20

**7**

**7/10** 68:13 80:16
**70** 139:10
**713** 99:11

**8**

**8** 110:6
**8/10** 68:13 80:16
**8011** 9:23 13:12
15:14,17
**8015** 46:11
**8019** 6:2 7:15
10:17,20 46:2,3
46:10 76:3,12
76:13
**8060** 13:14 15:15
**812** 1:24

**9**

**9** 68:20 80:24
**90s** 47:20
**917356** 87:2