IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| Common Cause Florida, FairDistricts Now, Florida State Conference of the National Association for the Advancement of Colored People Branches, Cassandra Brown, Peter Butzin, Charlie Clark, Dorothy Inman-Johnson, Veatrice Holifield Farrell, Brenda Holt, Rosemary McCoy, Leo R. Stoney, Myrna Young, and Nancy Ratzan,<br><br>    *Plaintiffs,*<br><br> v.<br><br>Cord Byrd, in his official capacity as Florida Secretary of State,<br><br>    *Defendant*. | Case No. 4:22-cv-109-AW-MAF |

## PLAINTIFFS' WITNESS LIST

Pursuant to the Court's August 7, 2023 Order Regarding Trial and Schedule, Dkt No. 171, Plaintiffs Common Cause Florida, FairDistricts Now, Florida State Conference of the National Association for the Advancement of Colored People Branches, Cassandra Brown, Peter Butzin, Charlie Clark, Dorothy Inman-Johnson, Veatrice Holifield Farrell, Brenda Holt, Rosemary McCoy, Leo R. Stoney, Myrna Young, and Nancy Ratzan (collectively the "Plaintiffs"), provide the following list of witnesses that the Plaintiffs plan to call at trial:

| Name | Address and Telephone Number | Will Call - May Call | Type |
|---|---|---|---|
| J. Alex Kelly | c/o Holtzman Vogel Baran Torchinsky & Josefiak PLLC<br>119 S. Monroe Street, Suite 500, Tallahassee, FL 32301<br><br>(850) 270-5938 | Will Call | Fact |
| Dorothy Inman-Johnson | c/o Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas, New York, NY 10036<br><br>(212) 336-2000 | Will Call | Fact |
| Charlie Clark | c/o Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas, New York, NY 10036<br><br>(212) 336-2000 | Will Call | Fact |
| Brenda Holt | c/o Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas, New York, NY 10036<br><br>(212) 336-2000 | May Call | Fact |
| Cynthia Slater – Florida NAACP | c/o Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas, New York, NY 10036<br><br>(212) 336-2000 | Will Call | Fact |
| Eliza McClenaghan – Common Cause Florida | c/o Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas, New York, NY 10036<br><br>(212) 336-2000 | Will Call | Fact |

| Fentrice Driskell | c/o Coffey Burlington<br>2601 South Bayshore Drive,<br>Penthouse One, Miami, FL 33133<br><br>(305) 858-2900 | Will Call | Fact |
|---|---|---|---|
| Matthew Barreto | c/o Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas,<br>New York, NY 10036<br><br>(212) 336-2000 | Will Call | Expert |
| J. Morgan Kousser | c/o Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas,<br>New York, NY 10036<br><br>(212) 336-2000 | Will Call | Expert |

Plaintiffs reserve the right to add or remove witnesses as necessary, including—but not limited to—the following: witnesses that are necessary to lay the foundation for the admissibility of evidence, should the parties be unable to stipulate to admissibility; witnesses for the purposes of rebuttal or impeachment; and any witnesses designated by the Defendant on his witness list.

*s/ Gregory L. Diskant*

Gregory L. Diskant *(pro hac vice)*
H. Gregory Baker *(pro hac vice)*
Jonah M. Knobler (*pro hac vice*)
Catherine J. Djang *(pro hac vice)*
Alvin Li (*pro hac vice*)
Michael K. Halper (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

gldiskant@pbwt.com
hbaker@pbwt.com
jknobler@pbwt.com
cdjang@pbwt.com
ali@pbwt.com
mhalper@pbwt.com

Katelin Kaiser *(pro hac vice)*
Christopher Shenton (*pro hac vice*)
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
(919) 323-3380
katelin@scsj.org
chrisshenton@scsj.org

Anthony P. Ashton (*pro hac vice* forthcoming)
Anna Kathryn Barnes (*pro hac vice* forthcoming)
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
aashton@naacpnet.org
abarnes@naacpnet.org

Henry M. Coxe III (FBN 0155193)
Michael E. Lockamy (FBN 69626)
BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
(904) 353-0211
hmc@bedellfirm.com
mel@bedellfirm.com

*Attorneys for Plaintiffs*

Date: September 12, 2023