# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

Common Cause Florida, FairDistricts Now, Florida State Conference of the National Association for the Advancement of Colored People Branches, Cassandra Brown, Peter Butzin, Charlie Clark, Dorothy Inman-Johnson, Veatrice Holifield Farrell, Brenda Holt, Rosemary McCoy, Leo R. Stoney, Myrna Young, and Nancy Ratzan,

*Plaintiffs,*

v.

Cord Byrd, in his official capacity as Florida Secretary of State,

*Defendant.*

Case No. 4:22-cv-109-AW-MAF

## DAY ONE STIPULATED EXHIBITS

Plaintiffs and Defendant Secretary Byrd attach the following exhibits that were moved into evidence by stipulation at the beginning of day one of trial:

| TX No. | Trial Exhibit Description | Date | Beg Bates | End Bates |
|---|---|---|---|---|
| JX 0001 | Transcript of Senate Committee on Reapportionment (September 20, 2021) | 9/20/2021 | HT_0006078 | HT_0006178 |
| JX 0002 | Transcription of Press Availability Tom Leek, dated September 22, 2021 | 9/22/2021 | HT_0006451 | HT_0006461 |
| JX 0003 | Transcript of House Redistricting Committee (September 22, 2021) | 9/22/2021 | HT_0006265 | HT_0006364 |
| JX 0004 | Transcription of House State Legislative Redistricting Subcommittee, dated September 23, 2021 | 9/23/2021 | HT_0006572 | HT_0006630 |
| JX 0005 | Transcript of House Congressional Redistricting Subcommittee (September 23, | 9/23/2021 | HT_0006473 | HT_0006525 |

| TX No. | Trial Exhibit Description | Date | Beg Bates | End Bates |
|---|---|---|---|---|
| | 2021) | | | |
| JX 0006 | Transcript of Senate Committee on Reapportionment (October 11, 2021) | 10/11/2021 | HT_0006682 | HT_0006840 |
| JX 0007 | Transcript of House Redistricting Committee (October 12, 2021) | 10/12/2021 | HT_0006978 | HT_0007032 |
| JX 0008 | Transcript of House Congressional Redistricting Subcommittee (October 13, 2021) | 10/13/2021 | HT_0007081 | HT_0007137 |
| JX 0009 | Transcription of House Legislative Redistricting Subcommittee, dated October 20, 2021 | 10/20/2021 | HT_0007278 | HT_0007327 |
| JX 0010 | Transcript of House Congressional Redistricting Subcommittee (October 20, 2021) | 10/20/2021 | HT_0007188 | HT_0007235 |
| JX 0011 | Transcription of Florida House Democrats Press Conference On Redistricting, dated November 1, 2021 | 11/1/2021 | HT_0007372 | HT_0007401 |
| JX 0012 | Transcript of House Redistricting Committee (November 2, 2021) | 11/2/2021 | HT_0007428 | HT_0007492 |
| JX 0013 | Transcription of Florida State Legislative Redistricting Subcommittee, dated November 3, 2021 | 11/3/2021 | HT_0007651 | HT_0007692 |
| JX 0014 | Transcript of House Congressional Redistricting Subcommittee (November 3, 2021) | 11/3/2021 | HT_0007549 | HT_0007603 |
| JX 0015 | Transcript of Senate Select Subcommittee on Congressional Reapportionment (November 16, 2021) | 11/16/2021 | HT_0007729 | HT_0007811 |
| JX 0016 | Transcription of Senate Select Legislative Reapportionment, dated November 17, 2021 | 11/17/2021 | HT_0007882 | HT_0007957 |
| JX 0017 | Transcription of FL Senate Subcommittee Legislative Reapportionment, dated November 29, 2021 | 11/29/2021 | HT_0008023 | HT_0008050 |
| JX 0018 | Transcript of Senate Select Subcommittee on Congressional Reapportionment (November 29, 2021) | 11/29/2021 | HT_0008075 | HT_0008096 |
| JX 0019 | Transcript of House Congressional Redistricting Subcommittee (December 2, 2021) | 12/2/2021 | HT_0008115 | HT_0008211 |
| JX 0020 | Transcription of House State Legislative Redistricting Subcommittee, dated December 3, 2021 | 12/3/2021 | HT_0008294 | HT_0008438 |
| JX 0021 | Transcription of Senate Select Subcommittee on Legislative Reapportionment, dated January 10, 2022 | 1/10/2022 | HT_0002552 | HT_0002662 |

| TX No. | Trial Exhibit Description | Date | Beg Bates | End Bates |
|---|---|---|---|---|
| JX 0022 | Transcript of Senate Select Subcommittee on Congressional Reapportionment (January 10, 2022) | 1/10/2022 | HT_0002465 | HT_0002511 |
| JX 0023 | Transcription of House State Legislative Committee, dated November 11, 2022 | 1/11/2022 | HT_0002813 | HT_0002827 |
| JX 0024 | Transcript of House Congressional Redistricting Subcommittee (January 11, 2022) | 1/11/2022 | HT_0002760 | HT_0002787 |
| JX 0025 | Transcript of House Redistricting Committee (January 13, 2022) | 1/13/2022 | HT_0002842 | HT_0002963 |
| JX 0026 | Transcript of Senate Committee on Reapportionment (January 13, 2022) | 1/13/2022 | HT_0003070 | HT_0003185 |
| JX 0027 | Transcription of Press Availability President Simpson, dated January 19, 2022 | 1/19/2022 | HT_0003287 | HT_0003293 |
| JX 0028 | Transcript of Senate Session (January 19, 2022) | 1/19/2022 | HT_0003301 | HT_0003440 |
| JX 0029 | Transcript of Senate Session (January 20, 2022) | 1/20/2022 | HT_0003561 | HT_0003598 |
| JX 0030 | Transcription of House Legislative Redistricting Subcommittee, dated January 21, 2022 | 1/21/2022 | HT_0003632 | HT_0003761 |
| JX 0031 | Transcript of House Redistricting Committee (January 26, 2022) | 1/26/2022 | HT_0003873 | HT_0004058 |
| JX 0032 | Transcription of House Democratic Caucus Redistricting, dated February 1, 2022 | 2/1/2022 | HT_0004219 | HT_0004251 |
| JX 0033 | Transcript of House Session (February 1, 2022) | 2/1/2022 | HT_0004312 | HT_0004458 |
| JX 0034 | Transcription of Press with House Democratic Caucus Members, dated February 2, 2022 | 2/2/2022 | HT_0004821 | HT_0004847 |
| JX 0035 | Transcript of House Session (February 2, 2022) | 2/2/2022 | HT_0004584 | HT_0004711 |
| JX 0036 | Transcription of Press Availability with Chair Tyler Sirois, dated February 18, 2023 | 2/18/2022 | HT_0005171 | HT_0005184 |
| JX 0037 | Transcript of House Congressional Redistricting Subcommittee (February 18, 2022) | 2/18/2022 | HT_0004872 | HT_0005033 |
| JX 0038 | Transcript of House Redistricting Committee (February 25, 2022) | 2/25/2022 | HT_0005198 | HT_0005394 |
| JX 0039 | Transcription of Press Availability with President Simpson, dated March 3, 2022 | 3/3/2022 | HT_0005566 | HT_0005582 |
| JX 0040 | Transcript of Senate Session (March 4, 2022) | 3/4/2022 | HT_0005598 | HT_0005857 |
| JX 0041 | Transcription of Press Availability with President Simpson March 9, 2022 | 3/9/2022 | HT_0000001 | HT_0000013 |
| JX 0042 | Transcript of Governor DeSantis's Press Conference (March 29, 2022) | 3/29/2022 | HT_0000026 | HT_0000055 |
| JX | Transcript of Senate Session (April 19, 2022, | 4/19/2022 | HT_0001471 | HT_0001505 |

| TX No. | Trial Exhibit Description | Date | Beg Bates | End Bates |
|---|---|---|---|---|
| 0043 | 12:30PM) | 22 | | |
| JX 0044 | Transcript of House Congressional Redistricting Subcommittee (April 19, 2022) | 4/19/2022 | HT_0000082 | HT_0000271 |
| JX 0045 | Transcript of Senate Session (April 19, 2022, 5:00PM) | 4/19/2022 | HT_0000932 | HT_0001190 |
| JX 0046 | Transcript of Senate Committee on Reapportionment (April 19, 2022) | 4/19/2022 | HT_0000608 | HT_0000782 |
| JX 0047 | Transcript of Senate Session (April 20, 2022) | 4/20/2022 | HT_0001957 | HT_0002072 |
| JX 0048 | Transcript of House Session (April 20, 2022) | 4/20/2022 | HT_0001538 | HT_0001762 |
| JX 0049 | Transcript of Senate President Wilton Simpson's Press Conference (April 20, 2022) | 4/20/2022 | HT_0002438 | HT_0002451 |
| JX 0050 | Transcript of House Session (April 21, 2022) | 4/21/2022 | HT_0002171 | HT_0002277 |
| JX 0051 | Transcription of Legislative Black Caucus Conference, dated April 22, 2022 | 4/22/2022 | HT_0002369 | HT_0002405 |
| JX 0052 | Governor DeSantis's Advisory Opinion Request to the Florida Supreme Court | 2/1/2022 | | |
| JX 0053 | Governor DeSantis's Advisory Opinion Brief | 2/7/2022 | | |
| JX 0054 | Governor DeSantis's CS/SB 102 Veto Message | 3/29/2022 | | |
| JX 0055 | Memorandum from Ryan Newman to Ron DeSantis, re: Constitutionality of CS / SB 102, An Act Relating to Establishing the Congressional Districts of the State | 3/29/2022 | | |
| JX 0056 | General Counsel Ryan Newman's Memorandum to Chairman Tyler Sirois, re: legal objections of the Executive Office of the Governor to the inclusion of Congressional District 3 in the maps proposed by the staff of the Florida House Redistricting Committee | 2/18/2022 | | |
| JX 0057 | Robert Popper's Written Report to the Florida House of Representatives | 2/18/2022 | | |
| JX 0058 | J. Alex Kelly's PowerPoint Presentation to the Special Session of the Florida Legislature, "SB 2-C Congressional Plan 0109" | 4/19/2022 | | |
| JX 0059 | Florida House Democratic Caucus Congressional Redistricting Checklist | 4/13/2021 | GRIMES-000001 | GRIMES-000002 |
| JX 0060 | Florida House Democratic Caucus Redistricting Process Talking Points | | | |
| JX 0061 | Florida House Democratic Caucus April 20, 2022 Meeting Run of Show | 4/20/2022 | | |
| JX 0062 | Tallahassee - Congressional Redistricting Day of Action Talking Points | 4/19/2022 | | |

| TX No. | Trial Exhibit Description | Date | Beg Bates | End Bates |
|---|---|---|---|---|
| JX 0063 | Florida House Democratic Caucus Congressional Redistricting Briefing - PCB CRS 22-01 Establishing the Congressional Districts of the State | 2/17/2022 | | |
| JX 0064 | Florida House Democratic Caucus Logistics & Congressional Redistricting PowerPoint | 4/11/2022 | | |
| JX 0065 | Florida House Democratic Caucus Redistricting Briefing on Minority Districts | 1/26/2022 | DRISKELL - 00669 | DRISKELL - 00673 |
| JX 0066 | Florida House Democratic Caucus Memorandum on Florida Redistricting Case Briefs | 1/23/2022 | GELLER - 001139 | GELLER - 001151 |
| JX 0067 | Plan P0000C0109 VAP Summary Report | 4/13/2022 | | |
| JX 0068 | Plan FLCD2016 Benchmark VAP Summary Report | 9/29/2021 | | |
| JX 0069 | Plan H000C8019 VAP Summary Report | 3/1/2022 | | |
| JX 0070 | Benchmark Legislative Packet - Plan FLCD2016 | 11/10/2021 | | |
| JX 0071 | Plan H000C8015 District Compactness Report | 2/24/2022 | | |
| DX85 | Benchmark Heat Map with Population | | | |
| DX89 | Duval Heat Map | | | |
| DX90 | Leon Heat Map | | | |
| DX91 | Benchmark Images | | | |
| DX92 | Benchmark Population Map | | | |
| DX93 | Enacted Map Images | | | |
| DX97 | Compilation of legislatively proposed congressional maps | | | |
| DX98 | Plan 8019 legislative packet | | | |
| DX99 | Redistricting charts and data | | | |
| PX 2236 | Robert D. Popper's Testimony before the House Redistricting Committee - Attachment to PX 2235. | 2/16/2022 | EOG Prod_1550 | EOG Prod_1555 |
| PX 5077 .1 | Opinion from Florida Supreme Court Declining Governor's Advisory Opinion Request - attachment to PX 5077. | 2/10/2022 | EOG Prod_1317 | EOG Prod_1321 |
| PX 7057 | Fair Districts Amendments to the Florida Constitution, Fla. Const. Art. III, § 20 | | | |

| TX No. | Trial Exhibit Description | Date | Beg Bates | End Bates |
|---|---|---|---|---|
| PX 7064 | Florida Senate - Map & Statistics - State Senate Plans, Redistricting Data, https://www.flsenate.gov/Session/Redistricting/MapsAndStats - 2022-2032: S027S8058 - Maps - Poster Map | | | |
| PX 7190 | Florida Senate - Map & Statistics - Congressional Plans, Redistricting Data, https://www.flsenate.gov/Session/Redistricting/MapsAndStats - 2022-2032: P000C0109 - Poster Map | | | |
| PX 7198 | Florida Senate - Map & Statistics - Congressional Plans, Redistricting Data, https://www.flsenate.gov/Session/Redistricting/MapsAndStats - 2016-2022: FLCD2016 - Poster Map | | | |
| PX 7222 | Florida Senate - Map & Statistics - Congressional Plans, Redistricting Data, https://www.flsenate.gov/Session/Redistricting/MapsAndStats - 2002-2012: FLCD2002 - Poster Map | | | |

Respectfully submitted,

*/s/ Alvin Li*
Gregory L. Diskant *(pro hac vice)*
H. Gregory Baker *(pro hac vice)*
Jonah M. Knobler (*pro hac vice*)
Catherine J. Djang *(pro hac vice)*
Alvin Li (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
gldiskant@pbwt.com
hbaker@pbwt.com
jknobler@pbwt.com
cdjang@pbwt.com
ali@pbwt.com

Katelin Kaiser *(pro hac vice)*

Bradley R. McVay (FBN 79034)
  Deputy Secretary of State
Joseph S. Van de Bogart (FBN 84764)
  General Counsel
Ashley Davis (FBN 48032)
  Chief Deputy General Counsel
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
Brad.mcvay@dos.myflorida.com
Joseph.vandebogart@dos.myflorida.com
Ashley.davis@dos.myflorida.com
Telephone: (850) 245-6536

*/s/ Michael Beato*
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)

14564891v.1

Christopher Shenton (*pro hac vice*)
SOUTHERN COALITION FOR
SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
(919) 323-3380
katelin@scsj.org
chrisshenton@scsj.org

Janette Louard (*pro hac vice*
forthcoming)
Anthony P. Ashton (*pro hac vice*
forthcoming)
Anna Kathryn Barnes (*pro hac vice*
forthcoming)
NAACP OFFICE OF THE
GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

Henry M. Coxe III (FBN 0155193)
Michael E. Lockamy (FBN 69626)
BEDELL, DITTMAR, DeVAULT,
PILLANS &
 COXE
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
(904) 353-0211
hmc@bedellfirm.com
mel@bedellfirm.com

*Attorneys for Plaintiffs*

Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
119 S. Monroe Street, Suite 500
Tallahassee, Florida 32301
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
Telephone: (850) 274-1690

Jason Torchinsky (Va. BN 478481)
(D.C. BN 976033)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
2300 N Street NW, Suite 643A
Washington, D.C. 20037
jtorchinsky@holtzmanvogel.com
Telephone: (202) 737-8808

Taylor A.R. Meehan (IL BN 6343481)
(Va. BN 97358)
Cameron T. Norris (TN BN 33467) (Va.
BN 91624)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
taylor@consovoymccarthy.com
cam@consovoymccarthy.com
Telephone: (703) 243-9423

*Counsel for Secretary Byrd*

*Admitted Pro hac vice