

# CONGRESSIONAL REDISTRICTING CHECKLIST

Things to look for in a good Congressional Redistricting plan.

## PROCEDURAL ISSUES

- ☐ I am confident I know who designed this plan and what their objective was.
- ☐ I know there was no impermissible data considered in this plan making this plan.
- ☐ The public was able to understand the plan and give meaningful feedback.
- ☐ I was provided sufficient access to House staff and resources to understand this plan.
- ☐ This plan followed all the normal procedures and customs for considering legislation.
- ☐ There was sufficient time to question and debate this plan in committee and on the Floor before my vote.

## US CONSTITUTIONAL ISSUES

- ☐ This plan divides everyone into equal population size districts.
- ☐ This plan includes 28 districts to reflect Florida's reapportioned congressional delegation.
- ☐ In accordance with the 14th Amendment to the US Constitution, if this plan considers race or other individual characteristics, it does so for a compelling reason using the least restrictive means.
- ☐ This plan does not violate federal law in violation of the Supremacy Clause of the US Constitution.

## MINORITY PROTECTION UNDER FAIR DISTRICTS & VOTING RIGHTS ACT

- ☐ Minority districts only exist where racially polarized voting would otherwise defeat the minority candidate of choice.
- ☐ Minority districts are as geographically compact as they can be while still supporting the minority candidate of choice.
- ☐ Minority voters do not have their voting strength diminished by being split into multiple districts or concentrated in a single district. They aren't packed or cracked.
- ☐ There are as many minority seats in this plan as there were in the benchmark.
- ☐ Minority voting strength is as strong in each district as it was in the benchmark.

## OTHER FAIR DISTRICTS CONCERNS

- ☐ This plan was not drawn to favor or disfavor a political party or incumbent.
- ☐ This plan does not deny equal opportunity for racial or language minorities to participate in the political process.
- ☐ This plan does not diminish racial or language minorities ability to elect.
- ☐ All districts are contiguous.
- ☐ Districts are compact.
- ☐ Districts, where feasible, utilize existing political and geographical boundaries.



# GERRYMANDERING



## VOCABULARY

**"Benchmark"** is the last lawfully enacted plan. For this cycle it is the 2016 plan ordered by the courts.

**"Cracking"** is when voters of a specific identity are split into as many districts as possible to ensure they do not constitute a majority. The districts may appear competitive but that is illusory.

**"Diminishment"** is when the voting strength of a population within a district is reduced, such as when the BVAP of a district goes down significantly. Small numeric or percentage changes are acceptable under Florida law, but large reductions violate Tier One of the **Fair Districts Amendments**.

**"Tier One"** is the first and always mandatory part of the **Fair Districts Amendments** to the Florida Constitution which prevents partisan or incumbent protection, protects racial and language minorities from having their equal opportunity to participate in the political process abridged or their ability to elect candidates of their choice diminished; and requires contiguous territory.

**"Tier Two"** is the second part of the **Fair Districts Amendments** and is mandatory unless it conflicts with Tier One or a provision of federal law. It requires districts be nearly equal in population, be compact, and where feasible, utilize existing political and geographical boundaries.

**"Packing"** is when voters of a specific identify are concentrated as much as possible into one district. This lets voters of that identity elect the candidate of their choice, but limits their influence to that single district. The effect on the surrounding districts is referred to as **"bleaching."**

**"VAP"** is **Voting Age Population**. This includes **BVAP (Black voting age population)** and **HVAP (Hispanic voting age population)**. This is the percentage of minority voters in the district in that demographic. It is one of the tools we use for **performance analysis** on districts.

**"VRA"** is the **Voting Rights Act of 1964** which enforces the **14th Amendment's** guarantee of Equal Protection of the laws by preventing election devices that discriminate on race, color, or language minority. This can require the creation of minority-majority districts if the *Gingles* Test is met.