# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| Common Cause Florida, FairDistricts Now, Florida State Conference of the National Association for the Advancement of Colored People Branches, Cassandra Brown, Peter Butzin, Charlie Clark, Dorothy Inman-Johnson, Veatrice Holifield Farrell, Brenda Holt, Rosemary McCoy, Leo R. Stoney, Myrna Young, and Nancy Ratzan,<br><br>     *Plaintiffs,*<br><br>  v.<br><br>Cord Byrd, in his official capacity as Florida Secretary of State,<br><br>     *Defendant*. | Case No. 4:22-cv-109-AW-MAF |

## DAY TWO STIPULATED EXHIBITS

Plaintiffs and Defendant Secretary Byrd attach the following exhibits that were moved into evidence by stipulation at the beginning of day two of trial:

| TX No. | Trial Exhibit Description | Date | Beg Bates | End Bates |
|---|---|---|---|---|
| PX 1043.1 | Video of Senate Committee on Reapportionment, dated April 19, 2022 | 4/19/2022 | | |
| PX 3014 | Legal Memorandum from D. Nordby to R. Rodrigues, re: Initial Review of Proposed Congressional Map | 4/14/2022 | FL-GOV-22-0227-B-000001 | FL-GOV-22-0227-B-000003 |
| PX 3040 | Memorandum from President Simpson and Speaker Sprowls re: Special Session | 4/11/2022 | LEEK-000251 | LEEK-000252 |

| TX No. | Trial Exhibit Description | Date | Beg Bates | End Bates |
|---|---|---|---|---|
| PX 7199 | Florida Senate - Map & Statistics - Congressional Plans, Redistricting Data, https://www.flsenate.gov/Session/Redistricting/MapsAndStats - 2016-2022: FLCD2016 - Statewide Map | | | |
| PX 7223 | Florida Senate - Map & Statistics - Congressional Plans, Redistricting Data, https://www.flsenate.gov/Session/Redistricting/MapsAndStats - 2002-2012: FLCD2002 - Statewide Map | | | |

Dated: September 27, 2023

/s/ Alvin Li
Gregory L. Diskant (pro hac vice)
H. Gregory Baker (pro hac vice)
Jonah M. Knobler (pro hac vice)
Catherine J. Djang (pro hac vice)
Alvin Li (pro hac vice)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
gldiskant@pbwt.com
hbaker@pbwt.com
jknobler@pbwt.com
cdjang@pbwt.com
ali@pbwt.com

Katelin Kaiser (pro hac vice)
Christopher Shenton (pro hac vice)
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
(919) 323-3380

Respectfully submitted,

Bradley R. McVay (FBN 79034)
  Deputy Secretary of State
Joseph S. Van de Bogart (FBN 84764)
  General Counsel
Ashley Davis (FBN 48032)
  Chief Deputy General Counsel
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
Brad.mcvay@dos.myflorida.com
Joseph.vandebogart@dos.myflorida.com
Ashley.davis@dos.myflorida.com
Telephone: (850) 245-6536

/s/ Michael Beato
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
119 S. Monroe Street, Suite 500
Tallahassee, Florida 32301
mjazil@holtzmanvogel.com

2

katelin@scsj.org
chrisshenton@scsj.org

Janette Louard (*pro hac vice* forthcoming)
Anthony P. Ashton (*pro hac vice* forthcoming)
Anna Kathryn Barnes (*pro hac vice* forthcoming)
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

Henry M. Coxe III (FBN 0155193)
Michael E. Lockamy (FBN 69626)
BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
(904) 353-0211
hmc@bedellfirm.com
mel@bedellfirm.com

*Attorneys for Plaintiffs*

gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
Telephone: (850) 274-1690

Jason Torchinsky (Va. BN 478481)
(D.C. BN 976033)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
2300 N Street NW, Suite 643A
Washington, D.C. 20037
jtorchinsky@holtzmanvogel.com
Telephone: (202) 737-8808

Taylor A.R. Meehan (IL BN 6343481)
(Va. BN 97358)
Cameron T. Norris (TN BN 33467) (Va. BN 91624)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
taylor@consovoymccarthy.com
cam@consovoymccarthy.com
Telephone: (703) 243-9423

*Counsel for Secretary Byrd*

*Admitted *Pro hac vice*

## **CERTIFICATE OF SERVICE**

    I certify that on September 27, 2023, I filed the foregoing notice and attached exhibits using the Court's CM/ECF system, which will serve a copy on all counsel of record.

                                           /s/ Michael Beato
                                           Michael Beato