IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**COMMON CAUSE FLORIDA, et al.,**

    **Plaintiffs,**

v.                                                      Case No. 4:22-cv-109-AW-MAF

**CORD BYRD, in his official capacity as**
**Florida Secretary of State,**

    **Defendant.**

_____/

## ORDER REGARDING POST-TRIAL SUBMISSIONS

In submitting their post-trial findings of fact and conclusions of law, the parties shall address and discuss (1) the appropriate legal standard and burden of proof in Fourteenth and Fifteenth Amendment challenges to redistricting, and (2) how that standard applies to the evidence presented in this case.

SO ORDERED on October 17, 2023.

                                                 s/ *Allen Winsor*
                                                 United States District Judge
                                                 for the Three-Judge Court