**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

<table>
<tr>
<td>
Common Cause Florida, FairDistricts Now, Florida State Conference of the National Association for the Advancement of Colored People Branches, Cassandra Brown, Peter Butzin, Charlie Clark, Dorothy Inman-Johnson, Veatrice Holifield Farrell, Brenda Holt, Rosemary McCoy, Leo R. Stoney, Myrna Young, and Nancy Ratzan,

<em>Plaintiffs,</em>

v.

Cord Byrd, in his official capacity as Florida Secretary of State,

<em>Defendant.</em>
</td>
<td>
Case No. 4:22-cv-109-AW-MAF
</td>
</tr>
</table>

## <u>NOTICE</u>

The Secretary notifies this Court that the Florida Supreme Court has accepted jurisdiction of *Black Voters Matter Capacity Building Institute v. Byrd*, the state redistricting case. The state supreme court has provided a briefing schedule, which is attached to this notice, and will later inform the parties about an oral argument date and time.

Dated: January 29, 2024

Respectfully submitted by:

Bradley R. McVay (FBN 79034)
  Deputy Secretary of State
Joseph S. Van de Bogart (FBN 84764)
  General Counsel
Ashley Davis (FBN 48032)
  Chief Deputy General Counsel
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
Brad.mcvay@dos.myflorida.com
Joseph.vandebogart@dos.myflorida.com
Ashley.davis@dos.myflorida.com
Telephone: (850) 245-6536

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe Street, Suite 500
Tallahassee, Florida 32301
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com
Telephone: (850) 274-1690

Jason Torchinsky (Va. BN 478481) (D.C.
BN 976033)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW, Suite 643A
Washington, D.C. 20037
jtorchinsky@holtzmanvogel.com
Telephone: (202) 737-8808

2

Taylor A.R. Meehan (IL BN 6343481)
(Va. BN 97358)
Cameron T. Norris (TN BN 33467) (Va.
BN 91624)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
taylor@consovoymccarthy.com
cam@consovoymccarthy.com
Telephone: (703) 243-9423

*Counsel for Secretary Byrd*

*Admitted Pro hac vice*

## LOCAL RULES CERTIFICATIONS

As required by Local Rule 5.1 and 7.1(J), I certify that this notice contains 55 words and complies with this Court's word count, spacing, and formatting requirements.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that on January 29, 2024, the foregoing was filed through the Court's CM/ECF, which will serve a copy to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil