# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| Common Cause Florida, FairDistricts Now, Florida State Conference of the National Association for the Advancement of Colored People Branches, Cassandra Brown, Peter Butzin, Charlie Clark, Dorothy Inman-Johnson, Veatrice Holifield Farrell, Brenda Holt, Rosemary McCoy, Leo R. Stoney, Myrna Young, and Nancy Ratzan,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>Cord Byrd, in his official capacity as Florida Secretary of State,<br><br>    *Defendant*. | Case No. 4:22-cv-109-AW-MAF |

## **NOTICE**

Plaintiffs notify this Court that the Florida Supreme Court has denied Petitioners' Motion to Expedite Filing of Record and Set Oral Argument for April 2024 in *Black Voters Matter Capacity Building Institute v. Byrd*, the state court redistricting case. Denial of this motion confirms that the Florida Supreme Court will not consider the merits of *Black Voters Matter Capacity Building Institute* prior to the April 26th candidate qualifying deadline for the 2024 election. A copy of the Florida Supreme Court's order is attached to this notice.

1

Dated: February 13, 2024	Respectfully submitted,

/s/ *Alvin Li*
Gregory L. Diskant *(pro hac vice)*
H. Gregory Baker *(pro hac vice)*
Jonah M. Knobler (*pro hac vice*)
Catherine J. Djang *(pro hac vice)*
Alvin Li (*pro hac vice*)
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
gldiskant@pbwt.com
hbaker@pbwt.com
jknobler@pbwt.com
cdjang@pbwt.com
ali@pbwt.com

Katelin Kaiser *(pro hac vice)*
Christopher Shenton (*pro hac vice*)
SOUTHERN COALITION FOR
SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
(919) 323-3380
katelin@scsj.org
chrisshenton@scsj.org

Janette Louard (*pro hac vice* forthcoming)
Anthony P. Ashton (*pro hac vice* forthcoming)
Anna Kathryn Barnes (*pro hac vice* forthcoming)
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

Henry M. Coxe III (FBN 0155193)
Michael E. Lockamy (FBN 69626)
BEDELL, DITTMAR, DeVAULT, PILLANS &
 COXE
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
(904) 353-0211
hmc@bedellfirm.com
mel@bedellfirm.com

*Attorneys for Plaintiffs*

## LOCAL RULE 7.1(J) CERTIFICATION

I hereby certified that this notice contains 87 words, excluding the case style, signature block, and certifications.

/s/*Alvin Li*

Alvin Li

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/*Alvin Li*

Alvin Li