IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**COMMON CAUSE FLORIDA, et al.,**

    **Plaintiffs,**

**v.**                                                     **Case No. 4:22-cv-109-AW-MAF**

**CORD BYRD, in his official capacity as
Florida Secretary of State,**

    **Defendant.**

_____/

# FINAL JUDGMENT

Based upon the three-judge Court's Findings of Fact and Conclusions of Law, entered on March 27, 2024, it is hereby **ORDERED AND ADJUDGED** that:

1. Final judgment is entered for Defendant CORD BYRD, in his official capacity as Florida Secretary of State, and against the Plaintiffs on all claims in their Second Amended Complaint.
2. The Clerk of Court shall **CLOSE THIS CASE**.

**SO ORDERED** on March 27, 2024.

                                                  s/ *Allen Winsor*
                                                  United States District Judge
                                                  for the Three-Judge Court